WILLIAM N. CARLON (State Bar No. 305739)
Law Office of William Carlon
437 Post Street
Napa, CA 94559
(530) 514-4115
william@carlonlaw.com

[Additional counsel listed on p. 2]

Attorneys for Plaintiff
CALIFORNIANS FOR ALTERNATIVES TO TOXICS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br>vs.<br><br>KERNEN CONSTRUCTION CO., BEDROCK INVESTMENTS LLC, SCOTT FARLEY, AND KURT KERNEN,<br><br>Defendants. | Case No. 4:24-cv-04067<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**(Civil Local Rule 3-12)**<br><br>**Related Cases:**<br>4:16-cv-04007-YGR;<br>4:20-cv-01348-YGR. |

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
P.O. Box 1128
Arcata, CA 95518
(707) 630-5061
wverick@igc.org

DAVID WILLIAMS (State Bar No. 144479)
Law Offices of David Williams
1839 Ygnacio Valley Road, Suite 351
Walnut Creek, CA 94598
(510) 847-2356
dhwill7@gmail.com

BRIAN ACREE (State Bar No. 202505)
Law Office of Brian Acree
95 3rd Street, Second Floor
San Francisco, CA 94103-3103
(510) 517-5196
brian@brianacree.com

Attorneys for Plaintiff
CALIFORNIANS FOR ALTERNATIVES TO TOXICS

Californians for Alternatives to Toxics ("CAT" or "Plaintiff"), pursuant to Civil Local Rule 3-12, makes this Administrative Motion to Consider Whether Cases Should Be Related.

Civil Local Rule requires the following information: (1) the title and case number of each apparently related case; and, (2) a brief statement of the relationship of the actions according to the criteria set forth in Civil L.R. 3-12(a).

## I. Title and Case Number of Each Apparently Related Case

1. *Californians for Alternatives to Toxics v. Kernen Construction Co., Bedrock Investments, LLC, Kurt Kernen, and Scott Farley*, 4:20-cv-01348-YGR;

2. *Californians for Alternatives to Toxics v. Kernen Construction Co., Bedrock Investments, LLC, Kurt Kernen, and Scott Farley*, 4:16-cv-04007-YGR.

## II. Brief Statement of the Relationship of the Actions

Each of the actions identified above involved the same parties as the current case. Californians for Alternatives to Toxics brought each of the above actions, as well as the instant case, to bring Defendants into compliance with the Clean Water Act. Each case involves claims against Defendants for their violations of the Industrial General Permit that regulates their discharges of storm water associated with industrial activities at Defendants' Kernen Construction facility.

Both of the prior cases have been resolved, so currently no related cases are pending; however, it would likely result in an unduly burdensome duplication of labor and expense if this new enforcement action were to be brough before a different judge. The 2020 enforcement action was related to the 2016 enforcement action on May 26, 2020. ECF No. 130 (4:16-cv-04007-YGR).

Dated: July 5, 2024                    Respectfully Submitted,

                                       LAW OFFICE OF WILLIAM CARLON

                              By:      /s/ William N. Carlon

                                       William N. Carlon
                                       Attorneys for Plaintiff
                                       CALIFORNIANS FOR
                                       ALTERNATIVES TO TOXICS