AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Californians for Alternatives to Toxics <br><br> *Plaintiff(s)* <br> v. <br> Kernen Construction Co., Bedrock Investments, LLC, Scott Farley, and Kurt Kernen <br><br> *Defendant(s)* | Civil Action No. 4:24-cv-04067 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kernen Construction Co - PO Box 1340 Blue Lake, CA 95525
Bedrock Investments, LLC - 801 Liscom Hill Road, McKinleyville, CA 95519
Scott Farley - 2350 Glendale Drive, McKinleyville, CA 95519
Kurt Kernen - 2350 Glendale Drive, McKinleyville, CA 95519

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William Carlon
Law Office of William Carlon
437 Post Street
Napa, CA 94559

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
                                                                                       *Signature of Clerk or Deputy Clerk*