IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERNEN CONSTRUCTION CO., et al.,<br><br>　　　　Defendants. | Case No. 24-cv-04067-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT COURTESY COPY OF COMPLAINT** |

On July 10, 2024, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a courtesy copy of its Complaint, filed July 5, 2024.

**IT IS SO ORDERED.**

Dated: July 11, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge