UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>    Plaintiff,<br><br>  v.<br><br>KERNEN CONSTRUCTION CO., et al.,<br><br>    Defendants. | Case No.24-cv-04067-YGR<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. No. 16 |

You are hereby notified that Initial Case Management Conference previously set for October 28, 2024, is vacated.

Dated: October 22, 2024

Mark B. Busby
Clerk, United States District Court

By: _____
Edwin Angelo C. Cuenco, Deputy Clerk to the
Honorable YVONNE GONZALEZ ROGERS
5106373540