UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>v.<br><br>KERNEN CONSTRUCTION CO., et al.,<br><br>Defendants. | Case No. 24-cv-04067-YGR<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. No. 17 |

You are hereby notified that hearing on the defendant's motion to dismiss previously set for October 29, 2024, is vacated.

Dated: October 25, 2024

                                              Mark B. Busby
                                              Clerk, United States District Court

By: _____
Edwin Angelo A. Cuenco, Deputy Clerk to the
Honorable YVONNE GONZALEZ ROGERS
5106373540