1   Allison G. Jackson, State Bar No. 157078
    John S, Lopez, State Bar No. 149291
2   HARLAND LAW FIRM LLP
    622 H Street
3   Eureka, California 95501
    (707) 444-9281 telephone
4   (707) 445-2961 facsimile

5   Attorneys for Defendants
    KERNAN CONSTRUCTION CO.,
6   BEDROCK INVESTMENTS LLC,
    SCOTT FARLEY and KURT KERNEN
7

8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11  CALIFORNIANS FOR ALTERNATIVES TO        Case No. 4:24-cv-04067-YGR
    TOXICS,
12                                          DEFENDANT'S   REPLY   RE:JUDICIAL
                Plaintiff,                  NOTICE.
13
    v.                                      Date: November 13, 2024
14                                          Time: 2:00 p.m.
                                            Courtroom: 1, 4th Floor
15  KERNEN CONSTRCUTION CO.;                Oakland Courthouse
    BEDROCK INVESTMENTS LLC; SCOTT          1301 Clay Street
16  FARLEY; and KURT KERNEN,                Oakland, CA 94612
                                            Judge: Honorable Yvonne Gonzalez Rogers
17              Defendants.                 Trial Date: TBD
                                            Action Filed: July 5, 2024
18

19      Exhibits A-E are clearly judicially noticeable as quasi-judicial actions by a state agency.

20  Exhibits A-E are also public records and the fact that they are public records is not subject to

21  reasonable dispute and thus may be properly judicially noticed.  The court should find these

22  documents are judicially noticeable as both public records or quasi-judicial documents and grant

23  the request for judicial notice. *See Waterkeeper v. SSA Terminals,* LLC, 702 F. Supp. 3d 903, 916

24  citing Cal. Sportfishing Protection All., 205 F. Supp. 3d at 1136 (taking judicial notice of

25  NDPES General Permit as quasi-judicial document); Coastal Env't Rts. Found., 2017 U.S. Dist.

26  LEXIS 202649, 2017 WL 6270395, at *3 n.5 (taking judicial notice of defendant's "sampling

27  data, response report, and Pollution Prevention Plan" because those documents were "filed with

28  the State Water Board as public records").  Moreover, the FAC heavily relies upon Exhibits A-E

---

Reply Re: Judicial Notice                    1                    Case No. 4:20-cv-04067-YGR

1  even citing sections of each of them in the FAC, so they are relevant for the Court's

2  determination of the Motion to Dismiss, the Opposition and Reply.

3  DATED: October 28, 2024                    Respectfully submitted,

4                                             HARLAND LAW FIRM LLP

5
                                              _/s/ Allison G. Jackson_____
6                                             Allison G. Jackson

7                                             Attorneys for Defendants
                                              KERNAN CONSTRUCTION CO.,
8                                             BEDROCK INVESTMENTS LLC,
                                              SCOTT FARLEY and KURT KERNEN
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---