Allison G. Jackson, State Bar No. 157078
HARLAND LAW FIRM LLP
212 G Street, Suite 201
Eureka, California 95501
(707) 444-9281 telephone
(707) 445-2961 facsimile

Attorneys for Defendants
KERNAN CONSTRUCTION CO.,
BEDROCK INVESTMENTS LLC,
SCOTT FARLEY and KURT KERNEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>v.<br><br>KERNEN CONSTRCUTION CO.; BEDROCK INVESTMENTS LLC; SCOTT FARLEY; and KURT KERNEN,<br><br>Defendants.<br>_____ / | Case No. 4:24-cv-04067-YGR<br><br>DEFENDANTS' REQUEST FOR ADMINISTRATIVE RELIEF<br><br>[Civil Local Rule 7-11] |

     Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (ECF Doc. #21) is now fully briefed, and the hearing on the pending motion is set for Wednesday, November 13, 2024, at 2:00 p.m., in Courtroom 1, 4th Floor, of the Oakland Courthouse. Pursuant to Judge Rogers' Standing Order in Civil Cases dated May 6, 2024, "[t]he default rule is that all Case Management Conferences are held via Zoom videoconference and all other proceedings are presumed to be in-person."

     If the court intends to proceed with oral argument on Defendants' pending motion, Defendants' respectfully request that te parties be permitted to participate in the hearing via the Court's Zoom platform. This accommodation is being sought on the basis that Defendant's counsel's physician has scheduled a series of daily and mandatory medical treatments that cannot be postponed

or interrupted, specifically, as regards the pending hearing, daily treatments November 11 through November 15 at 8:30 a.m. in Eureka, California, and said medical appointments render travel to Oakland for an in-person hearing on November 13 impossible. Plaintiff does not object to this request for accommodation.

Dated: October 30, 2024                    Respectfully Submitted,

                                                         HARLAND LAW FIRM LLP

                                                         /s/ *Allison G. Jackson*
                                                         Allison G. Jackson
                                                         Attorney for Defendants KERNEN CONSTRCUTION CO.; BEDROCK INVESTMENTS LLC; SCOTT FARLEY; and KURT KERNEN