Allison G. Jackson, State Bar No. 157078
HARLAND LAW FIRM LLP
212 G Street, Suite 201
Eureka, California 95501
(707) 444-9281 telephone
(707) 445-2961 facsimile
ajackson@harlandlaw.com

Attorneys for Defendants
KERNEN CONSTRUCTION CO.,
BEDROCK INVESTMENTS LLC,
SCOTT FARLEY and KURT KERNEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>v.<br><br>KERNEN CONSTRCUTION CO.; BEDROCK INVESTMENTS LLC; SCOTT FARLEY; and KURT KERNEN,<br><br>Defendants.<br>_____/ | Case No.  4:24-cv-04067-YGR<br><br>STIPULATION FOR VIRTUAL APPEARANCES AT NOVEMBER 13, 2024 HEARING ON MOTION TO DISMISS AND ORDER THEREON<br><br>Hon. Yvonne Gonzalez Rogers |

**WHEREAS** Defendants filed their Motion to Dismiss (ECF Doc. 21) on October 7, 2024, which is set to be heard on November 13, 2024 at 2:00 p.m.; and

**WHEREAS** a medical condition requires Defendants' counsel to undergo a newly prescribed course of daily treatments for said condition from November 1 through November 22 in Eureka, California, which treatments cannot be postponed or interrupted, rendering her unable to travel to Oakland, California, for the November 13 hearing on Defendants' Motion to Dismiss;

**THEREFORE**, the parties hereby stipulate to the following:

1. Defendant's counsel shall apply to the Court for accommodation and request that the parties be allowed to appear via Zoom videoconference should the Court proceed with

hearing the motion as set; and

2. Plaintiff does not object to the virtual appearance of either party should the court proceed with hearing oral argument on Defendants' Motion to Dismiss.

IT IS SO STIPULATED,

DATED: October 30, 2024          HARLAND LAW FIRM LLP

           */s/ Allison G. Jackson*
           Allison G. Jackson

Attorneys for Defendants
KERNEN CONSTRCUTION CO.; BEDROCK INVESTMENTS LLC; SCOTT FARLEY; and KURT KERNEN

DATED: October 30, 2024          LAW OFFICE OF WILLIAM CARLON

           */s/ William N. Carlon*
           William N. Carlon

Attorneys for Plaintiff
CALIFORNIANS FOR ALTERNATIVES TO TOXICS

ATTESTATION FOR E-FILING

I hereby attest pursuant to Civil L.R. 5-1(i)(3) that I have obtained concurrence in the filing of this document from the other signatory prior to filing.

DATED: October 30, 2024          */s/ Allison G. Jackson*

IT IS HEREBY ORDERED that the parties may appear via Zoom videoconference at the hearing on Defendants' Motion to Dismiss currently set to be heard on Wednesday, November 13, 2024, at 2:00 p.m.

IT IS SO ORDERED.

DATED: _____

HONORABLE YVONNE GONZALEZ ROGERS
United States District Judge