UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>v.<br><br>KERNEN CONSTRUCTION CO., ET AL.,<br><br>Defendants. | Case No.: 4:24-cv-04067-YGR<br><br>ORDER VACATING HEARING<br><br>DKT. NO. 21 |

The hearing set for November 13, 2024, is **VACATED**. The Court will reset the hearing at a later date if appropriate. Alternatively, if appropriate, the Court will issue a written decision on the papers as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).

**IT IS SO ORDERED**.

Date: October 31, 2024

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE