**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CALIFORNIANS FOR ALTERNATIVES TO TOXICS,**<br><br>    Plaintiff,<br><br>vs.<br><br>**KERNEN CONSTRUCTION CO., ET AL.,**<br><br>    Defendants. | Case No.: 4:24-CV-04067-YGR<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

As the parties are aware, this is one in a series of actions. Pursuant to Local Rule 72-1, this matter is **REFERRED** to Magistrate Judge Robert M. Illman to conduct a settlement conference. The parties will be advised of the date, time, and place of the settlement conference by notice from the assigned magistrate judge.

The case management conference currently set for December 9, 2024, is hereby **VACATED.** The Court's next steps will be informed by the conference with Magistrate Judge Illman.

**IT IS SO ORDERED**.

Dated:  November 14, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc:  Hon. Robert M. Illman