# EXHIBIT A

Allison G. Jackson, State Bar No. 157078
HARLAND LAW FIRM LLP
212 G Street, Suite 201
Eureka, California 95501-0420
(707) 444-9281 telephone
(707) 445-2961 facsimile

Attorneys for Defendants
KERNEN CONSTRUCTION CO.,
BEDROCK INVESTMENTS LLC,
SCOTT FARLEY and KURT KERNEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>v.<br><br>KERNEN CONSTRUCTION CO., BEDROCK INVESTMENTS LLC, SCOTT FARLEY, and KURT KERNEN,<br><br>Defendants. | Case No. 4:24-cv-04067-YGR<br><br>DEFENDANTS' RESPONSES TO PLAINTIFF CALIFORNIANS FOR ALTERNATIVES TO TOXICS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS |

PROPOUNDING PARTY:   PLAINTIFF CALIFORNIANS FOR ALTERNATIVES TO TOXICS

RESPONDING PARTIES:   KERNEN CONSTRUCTION CO., BEDROCK INVESTMENTS LLC, SCOTT FARLEY, and KURT KERNEN

SET NUMBER:   ONE

Pursuant to Rules 26(g) and 34(b)(2) of the Federal Rules of Civil Procedure, Defendants KERNEN CONSTRUCTION CO., BEDROCK INVESTMENTS LLC, SCOTT FARLEY, and KURT KERNEN ("Defendants") hereby respond to the First Set of Requests for Production of Documents propounded by Plaintiff CALIFORNIANS FOR ALTERNATIVES TO TOXICS ("Plaintiff") as follows:

//

to Requests 1-18, see Kernen-000449 to Kernen-000613.

**REQUEST FOR PRODUCTION NO. 14:**

Any and all DOCUMENTS setting forth each DEFENDANT's assets, liabilities and net worth at all times between May 2, 2023 to the present, including but not limited to all real property held by all DEFENDANTS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

Defendants will not produce and object on the basis that this is irrelevant and not reasonably calculated to lead to evidence regarding Plaintiff's claims nor Defendants' Defenses.

**REQUEST FOR PRODUCTION NO. 15:**

Any and all DOCUMENTS that refer, relate or pertain to each DEFENDANT's income from May 2, 2023 to the present, including but not limited to all statements of annual gross income and annual net income, whether audited or unaudited.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

Defendants will not produce and object on the basis that this is irrelevant and not reasonably calculated to lead to evidence regarding Plaintiff's claims nor Defendants' Defenses.

**REQUEST FOR PRODUCTION NO. 16:**

All DOCUMENTS comprising each DEFENDANTS's federal income tax returns for all years from 2023 to the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

Defendants will not produce and object on the basis that this is irrelevant and not reasonably calculated to lead to evidence regarding Plaintiff's claims nor Defendants' Defenses.

**REQUEST FOR PRODUCTION NO. 17:**

All DOCUMENTS that comprise each DEFENDANT's IRS form 1099s submitted to the IRS for all years from 2023 to the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

Defendants will not produce and object on the basis that this is irrelevant and not reasonably calculated to lead to evidence regarding Plaintiff's claims nor Defendants' Defenses.

**REQUEST FOR PRODUCTION NO. 18:**

All DOCUMENTS that comprise each DEFENDANT's personal or business bank account statements, including all brokerage accounts containing stocks, bonds or retirement fund accounts for all years from 2023 to the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

Defendants will not produce and object on the basis that this is irrelevant and not reasonably calculated to lead to evidence regarding Plaintiff's claims nor Defendants' Defenses.

**REQUEST FOR PRODUCTION NO. 19:**

Any and all DOCUMENTS evidencing any DEFENDANT's ownership, in whole or in part, of real property for all years from 2023 to the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

Defendants will not produce and object on the basis that this is irrelevant and not reasonably calculated to lead to evidence regarding Plaintiff's claims nor Defendants' Defenses.

**REQUEST FOR PRODUCTION NO. 20:**

Any and all DOCUMENTS evidencing any DEFENDANT's leasehold interest in, in whole or in part, real property for all years from 2023 to the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

Defendants will not produce and object on the basis that this is irrelevant and not reasonably calculated to lead to evidence regarding Plaintiff's claims nor Defendants' Defenses.

**REQUEST FOR PRODUCTION NO. 21:**

Any and all DOCUMENTS that refer, relate, or pertain to communications between YOU and the Department of Justice between 2020-2024.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

Defendants will not produce and object on the basis that this is irrelevant and not reasonably calculated to lead to evidence regarding Plaintiff's claims nor Defendants' Defenses.

**REQUEST FOR PRODUCTION NO. 22:**

Any and all DOCUMENTS that refer, relate, or pertain to the civil penalty assessed by this Court on May 2, 2021.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

1  Defendants will not produce and object on the basis that this is irrelevant and not reasonably
2  calculated to lead to evidence regarding Plaintiff's claims nor Defendants' Defenses.

**REQUEST FOR PRODUCTION NO. 23:**

Any and all DOCUMENTS that refer, relate, or pertain to any agreement between YOU and the Department of Justice with respect to the payment of the civil penalty assessed by this Court on May 2, 2021.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

Defendants will not produce and object on the basis that this is irrelevant and not reasonably calculated to lead to evidence regarding Plaintiff's claims nor Defendants' Defenses.

Dated: November 20, 2024         HARLAND LAW FIRM, LLP

_____
Allison G. Jackson
Attorneys for Defendants
KERNEN CONSTRUCTION COMPANY,
BEDROCK INVESTMENTS LLC, SCOTT
FARLEY, and KURT KERNEN