**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CALIFORNIANS FOR ALTERNATIVES TO TOXICS**, <br><br> Plaintiff, <br><br> vs. <br><br> **KERNEN CONSTRUCTION CO., ET AL**, <br><br> Defendants. | Case No.: 4:24-CV-04067-YGR <br><br> **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY** |

Pursuant to Local Rule 72-1 this matter is **REFERRED** to a Magistrate Judge for all discovery matters, including the pending joint letter brief regarding plaintiff's request for production of documents. (Dkt. No. 46).

The Magistrate Judge to whom the matter is assigned will advise the parties of how the matter will proceed. The Magistrate Judge may issue a ruling, order additional briefing, or set a telephone conference or a hearing.

Hereafter, all further discovery matters shall be filed pursuant to the assigned Magistrate Judge's procedures. The parties shall contact the courtroom deputy of the assigned Magistrate Judge for information about those procedures. Information may also be available on the court's website.

**IT IS SO ORDERED**.

Dated:  March 26, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**