United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERNEN CONSTRUCTION CO., et al.,<br><br>　　　　Defendants. | Case No. 24-cv-04067-YGR   (TSH)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY** |

　　This case has been referred to the undersigned magistrate judge for all discovery. For any pending matters at the time of referral, the Court will issue a separate order. For all future discovery-related matters, the parties must comply with the undersigned's Discovery Standing Order, available on the Court's website at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

　　Please direct any questions to Rose Maher, Courtroom Deputy, at Rose_Maher@cand.uscourts.gov or (415) 522-4708.

　　**IT IS SO ORDERED.**

Dated: March 27, 2025

　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge