WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
P.O. Box 1128
Arcata, CA 95518
(707) 630-5061
wverick@igc.org

DAVID WILLIAMS (State Bar No. 144479)
Law Offices of David Williams
1839 Ygnacio Valley Road, Suite 351
Walnut Creek, CA 94598
(510) 847-2356
dhwill7@gmail.com

BRIAN ACREE (State Bar No. 202505)
Law Office of Brian Acree
95 3rd Street, Second Floor
San Francisco, CA 94103-3103
(510) 517-5196
brian@brianacree.com

WILLIAM N. CARLON (State Bar No. 305739)
Law Office of William Carlon
437 Post Street
Napa, CA 94559
(530) 514-4115
william@carlonlaw.com

Attorneys for Plaintiff
CALIFORNIANS FOR ALTERNATIVES TO TOXICS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>    Plaintiff,<br>  vs.<br><br>KERNEN CONSTRUCTION CO., BEDROCK INVESTMENTS LLC, SCOTT FARLEY, AND KURT KERNEN,<br><br>    Defendants. | Case No. 4:24-cv-04067-YGR-TSH<br><br>**STIPULATED REQUEST FOR CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>**Related Cases:**<br>4:16-cv-04007-YGR;<br>4:20-cv-01348-YGR. |

# STIPULATION

Pursuant to the Court's Standing Order in Civil Cases at paragraph 3, as supported by the accompanying Declaration of William Carlon, Plaintiff Californians for Alternatives to Toxics and Defendants Kernen Construction Co., Bedrock Investments, LLC, Scott Farley, and Kurt Kernen through undersigned counsel hereby stipulate and respectfully request that the Court set a case management conference for the purposes of setting a trial schedule in this case. The Parties declare in support of this request:

WHEREAS, on July 5, 2024, Plaintiff filed the complaint initiating this action. (Docket No. 1.)

WHEREAS, on August 2, 2024, the Clerk issued its Notice Setting Case Management Conference for October 28, 2024. (Docket No. 16.)

WHEREAS, on September 10, 2024, Defendants filed their first motion to dismiss the case. (Docket No. 17.)

WHEREAS, on September 24, 2024, Plaintiff filed an amended complaint. (Docket No. 20.)

WHEREAS, on October 7, 2024, Defendants filed their second motion to dismiss the case. (Docket No. 21.)

WHEREAS, on October 8, 2024, the Parties submitted a Joint Case Management Conference Statement and Proposed Order. (Docket No. 26.)

WHEREAS, on October 22, 2024, the Clerk issued its Notice vacating the initial case management conference. (Docket No. 31.)

WHEREAS, on November 8, 2024, the Court denied Defendants' motion to dismiss, and ordered Defendants to file their answer to the amended complaint by November 22, 2024. (Docket No. 38.)

WHEREAS, on November 14, 2024, the Court referred the matter to Magistrate Judge Robert M. Illman to conduct a settlement conference. (Docket No. 39.)

WHEREAS, on November 22, 2024, Defendants filed their answer to the amended complaint. (Docket No. 41.)

WHEREAS, on January 15, 2025, the Parties conducted a settlement conference with Magistrate Judge Robert M. Illman, but the case did not settle. (Docket No. 44.)

WHEREAS, on March 19, 2025, Plaintiff filed letter brief requesting a pre-filing conference to be held March 28, 2025. (Docket No. 45.)

WHEREAS, Plaintiff has been conducting discovery, and will continue to do so, including site inspections, depositions, and written discovery.

WHEREAS, there is currently no case scheduling order or trial dates set in this matter.

THEREFORE, IT IS HEREBY STIPULATED BETWEEN THE PARTIES AND REQUESTED That the Court set a case management conference for the purposes of setting trial and litigation dates, and that the parties file an updated joint case management conference statement one week before the conference is to be held.

Dated: February 13, 2026                Respectfully Submitted,

                        LAW OFFICE OF WILLIAM CARLON

                By:     /s/ William N. Carlon

                        William N. Carlon
                        Attorneys for Plaintiff
                        CALIFORNIANS FOR
                        ALTERNATIVES TO TOXICS

                        HARLAND LAW FIRM LLP

                By:     /s/ Allison G. Jackson

                        Allison G. Jackson
                        Attorneys for Defendants
                        KERNEN CONSTRUCTION CO., BEDROCK
                        INVESTMENTS, LLC, KURT KERNEN, AND
                        SCOTT FARLEY

### ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 13, 2026                LAW OFFICE OF WILLIAM CARLON

                        By: */s/ William Carlon*
                        William Carlon
                        *Attorney for Plaintiff*

**ORDER**

There being good cause, the Court GRANTS the stipulation and will set a case management conference.

DATE: _____                    _____

                                        Hon. Judge Yvonne Gonzalez Rogers