UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIANS FOR ALTERNATIVES TO TOXICS,**<br><br>  Plaintiff,<br><br>  v.<br><br>**KERNEN CONSTRUCTION CO. ET AL.,**<br><br>  Defendants. | Case No. 4:24-cv-04067-YGR<br><br>**ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY CONSENT TO A MAGISTRATE JUDGE FOR ALL PURPOSES;**<br><br>**SETTING CASE MANAGEMENT CONFERENCE** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court advises the parties that it is particularly busy this year and expects to be in trial from April to November. These scheduled trials are large, complex matters spanning many weeks. Given the Court's trial schedule and overburdened docket, the Court will likely be unable to resolve motions on other cases as promptly as the parties would prefer or set additional trials until well into 2027. Accordingly, the Court **ORDERS** the parties to meet and confer and to then advise the Court whether the parties will consent to reassignment of the case to Magistrate Judge Illman (or any magistrate judge) for all purposes, including entry of final judgment. See Civil L.R. 73-1(b).

Magistrate judges have smaller civil dockets and no felony criminal cases and therefore have more flexibility than the undersigned.[1] Each is more than qualified to preside over your dispute, particularly Magistrate Judge Illman who has spent considerable time on the details of the underlying matter.

A case management conference will be held on Monday, March 2, 2026 at 2:00 p.m. in Courtroom One of the United States District Court, Oakland, California. The parties shall file a

---

[1] The bios detailing their credentials are available at https://cand.uscourts.gov/ (click on the "Consenting to a Magistrate Judge" tab. Given that this case is pending before a district judge, the parties are advised that either a magistrate judge will be randomly selected, or the parties may jointly request assignment to a specific magistrate judge of their choosing.

joint case management statement no later than February 23, 2026. To the extent the parties can agree on a magistrate judge for all purposes, a consent form is available at http://www.cand.uscourts.gov, in the "Forms" section. If such consent is filed, the conference will be vacated.

This Order terminates Dkt. No. 57.

**IT IS SO ORDERED.**

Dated:   February 13, 2026

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE