1  WILLIAM VERICK (State Bar No. 140972)
   Klamath Environmental Law Center
2  P.O. Box 1128
   Arcata, CA 95518
3  (707) 630-5061
   wverick@igc.org
4

5  DAVID WILLIAMS (State Bar No. 144479)
   Law Offices of David Williams
6  1839 Ygnacio Valley Road, Suite 351
   Walnut Creek, CA 94598
7  (510) 847-2356
   dhwill7@gmail.com
8

9  BRIAN ACREE (State Bar No. 202505)
   Law Office of Brian Acree
10 95 3rd Street, Second Floor
   San Francisco, CA 94103-3103
11 (510) 517-5196
   brian@brianacree.com
12

13 WILLIAM N. CARLON (State Bar No. 305739)
   Law Office of William Carlon
14 437 Post Street
   Napa, CA 94559
15 (530) 514-4115
   william@carlonlaw.com
16

17 Attorneys for Plaintiff
   CALIFORNIANS FOR ALTERNATIVES TO TOXICS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>KERNEN CONSTRUCTION CO., BEDROCK INVESTMENTS LLC, SCOTT FARLEY, AND KURT KERNEN,<br><br>　　　　　Defendants. | Case No. 4:24-cv-04067-YGR-TSH<br><br>**PLAINTIFF'S CONSENT TO MAGISTRATE JUDGE JURISDICTION**<br><br>**Related Cases:**<br>4:16-cv-04007-YGR;<br>4:20-cv-01348-YGR. |

Pursuant to the Court's order (Docket No. 58) and in accordance with the provisions of 28 U.S.C. § 636(c) Plaintiff voluntarily consents to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment, provided that the magistrate judge has not already served a settlement judge in this case. Magistrate Judge Illman has already served as the parties' settlement judge in this matter, and may do so again in the future, and therefore Plaintiff respectfully requests that the case be assigned to a different magistrate judge.

Plaintiff understands that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 18, 2026

Respectfully Submitted,

LAW OFFICE OF WILLIAM CARLON

By: /s/ William N. Carlon

William N. Carlon
Attorneys for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS