UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIANS FOR ALTERNATIVES TO TOXICS,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**KERNEN CONSTRUCTION CO. ET AL.,**<br><br>　　　　Defendants. | Case No.: 4:24-CV-04067-YGR<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

Pursuant to Local Rule 73-1(b) and the consent of the parties (Dkt. No. 59, 60), this matter is **REFERRED** to a magistrate judge for all purposes, including trial and entry of judgment.

To the extent there are any hearings or conferences scheduled before the undersigned, they are hereby vacated.

The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated:   February 19, 2026

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**

cc:  CAND MagRef