UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**Date:** March 16, 2026  **Time:** 1:37 – 1:39  **Judge:** SALLIE KIM
**Case No.:** 24-cv-04067-SK  **Case Name:** Californians for Alternatives to Toxics v. Kernen Construction Co.

**Attorney for Plaintiff:** William Carlon
**Attorney for Defendant:** Allison Jackson

**Deputy Clerk:** Aris Garcia                **Recorded via Zoom**

### PROCEEDINGS

Initial Case Management Conference - HELD via Zoom

### SUMMARY

**Close of Fact Discovery set for 9/30/2026**

**Trial to begin on 8/31/2027**

**Further Case Management Conference set for 6/22/2026 at 1:30 PM via Zoom.**

**The Court will issue a written Order.**