**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>    Plaintiff,<br><br>v.<br><br>KERNEN CONSTRUCTION CO., et al.,<br><br>    Defendants. | Case No. 3:24-cv-04067-SK<br><br>**PROPOSED ORDER GRANTING REQUEST FOR TELEPHONIC CONFERENCE, OR, IN THE ALTERNATIVE, MOTION TO MODIFY SUBPOENA UNDER FRCP 45(d)(3)** |

**[PROPOSED] ORDER**

Having considered the Request of Plaintiff Californians for Alternatives to Toxics and nonparty deponent Lynne A. Owens for a telephonic discovery conference regarding the scheduling of the deposition of Lynne A. Owens, or, in the alternative, to modify the subpoena to Lynne A. Owens under Federal Rule of Civil Procedure 45(d)(3), and the accompanying Declaration of William N. Carlon, and good cause appearing, **IT IS HEREBY ORDERED** that:

1.  The deposition of Lynne A. Owens noticed for July 2, 2026 shall not proceed on that date.

2.  A telephonic discovery conference is set for _____.

3.  The deposition of Lynne A. Owens shall be reset to a date mutually convenient to the

Req. for Conf.                                    1                          Case No. 3:24-cv-04067-SK
Alt. Mot. to Modify Subpoena

deponent and all counsel, or to such other date as the Court directs.

4. In the alternative, the subpoena to Lynne A. Owens is **MODIFIED** under Federal Rule of Civil Procedure 45(d)(3) to strike the July 2, 2026 date, and Ms. Owens's deposition is reset to a date mutually convenient to the deponent and all counsel, or to such other date as the Court directs.

**IT IS SO ORDERED.**

Dated: _____

_____

HON. SALLIE KIM

United States Magistrate Judge