**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CALIFORNIANS FOR ALTERNATIVES TO TOXICS,

       Plaintiff,

v.

KERNEN CONSTRUCTION CO., et al.,

       Defendants.

Case No. 3:24-cv-04067-SK

**[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME**

**[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME**

Having considered the Motion to Shorten Time of Plaintiff Californians for Alternatives to Toxics and nonparty deponent Lynne A. Owens, filed pursuant to Civil Local Rule 6-3, and the accompanying Declaration of William N. Carlon, and good cause appearing, **IT IS HEREBY ORDERED** that:

1. The Motion to Shorten Time is **GRANTED**.
2. The Court will hear the Moving Parties' Request for a Telephonic Discovery Conference, or, in the Alternative, Motion to Modify Subpoena under Federal Rule of Civil Procedure 45(d)(3) on an expedited basis. Any opposition shall be filed by _____.
3. The deposition of Lynne A. Owens noticed for July 2, 2026 shall not proceed pending the Court's ruling on the Underlying Motion.

Mot. to Shorten Time (L.R. 6-3)       1       Case No. 3:24-cv-04067-SK

**IT IS SO ORDERED.**


Dated: _____




_____

HON. SALLIE KIM

United States Magistrate Judge