# **EXHIBIT A FOLLOWS THIS PAGE**

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
P.O. Box 1128
Arcata, CA 95518
(707) 630-5061
wverick@igc.org

DAVID WILLIAMS (State Bar No. 144479)
Law Offices of David Williams
1839 Ygnacio Valley Road, Suite 351
Walnut Creek, CA 94598
(510) 847-2356
dhwill7@gmail.com

BRIAN ACREE (State Bar No. 202505)
Law Office of Brian Acree
95 3rd Street, Second Floor
San Francisco, CA 94103-3103
(510) 517-5196
brian@brianacree.com

WILLIAM N. CARLON (State Bar No. 305739)
Law Office of William Carlon
437 Post Street
Napa, CA 94559
(530) 514-4115
william@carlonlaw.com

Attorneys for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>vs.<br><br>KERNEN CONSTRUCTION CO., et al.<br><br>Defendants. | Case No. 4:24-cv-04067-YGR<br><br>**PLAINTIFF'S INITIAL DISCLOSURES FRCP 26(a)(1)(A) & (B)** |

Pursuant to F.R.C.P. 26(a)(1)(A), Plaintiff Californians for Alternatives to Toxics discloses the name and the address and telephone number of each individual likely to have discoverable information

that Plaintiff may use to support its claims. Plaintiff also identifies the subjects of information that may be in the possession of each person.

| | |
|---|---|
| 1. Patricia Clary, P.O. Box 1447, Hoopa, CA, 95546. Ms. Clary can be reached through counsel for Plaintiff. | 1. Ms. Clary is the Executive Director of Californians for Alternatives to Toxics. She is likely to have discoverable information supporting Plaintiff's standing to bring the above-referenced action in federal court. |
| 2. Lynne Owens, 2140 Glendale Drive, McKinleyville, CA, 95519. Ms. Owens can be reached through counsel for Plaintiff. | 2. Ms. Owens is a member of Californians for Alternatives to Toxics. She is likely to have discoverable information supporting Plaintiff's standing to bring the above-referenced action in federal court. Ms. Owens is also a percipient witness and is likely to have information about Defendants' discharges of storm water from their Facility. |
| 3. Mona Dougherty, 5550 Skylane Boulevard, Suite A, Santa Rosa, CA 95403. Phone: (707) 570-3761. | 3. Ms. Dougherty is the Program Manager at the North Coast Region Water Board. She is likely to have discoverable information regarding Defendants' compliance status with respect to the Industrial General Permit. |
| 4. Farzad Kasmaei, 5550 Skylane Boulevard, Suite A, Santa Rosa, CA 95403. Phone: (707 )576-2753 | 4. Mr. Kasmaei is the lead staff member in the industrial storm water section of the North Coast Regional Water Quality Control Board. He is likely to have discoverable information regarding Defendants' compliance status with respect to the Industrial General Permit. |

Pursuant to F.R.C.P. 26(a)(1)(B), Plaintiff discloses the following descriptions by category of all documents, data, and tangible things in Plaintiff's possession, custody or control that Plaintiff may use to support its claims or defenses as follows:

1. National Pollution Discharge Elimination System, Permit No. CAS000001;
2. Kernen's Notices of Intent to Comply with the General Industrial Storm Water Permit with respect to Defendants' facility located at 2350 Glendale Drive in Blue Lake, California;
3. All of Defendants' Annual Reports for Storm Water Discharges Associated with Industrial Activity with respect to Defendants' facility;
4. Laboratory results related to storm water discharges from Defendants' facility;

5. Defendants' Storm Water Pollution Prevention Plans ("SWPPP") for Defendants' facility;

6. All documents Defendants have submitted to SMARTS;

7. All North Coast Regional Water Quality Control Board Inspection Reports relating to Defendants' facility;

8. All correspondence between Defendants and the North Coast Regional Water Quality Control Board relating to Defendants' facility;

9. Plaintiff's Notices of Intent to File Suit issued to Defendants relating to Defendants' facility;

10. Plaintiff's non-confidential investigation photographs, videos, and notations.

The above-listed documents are those reasonably available to Plaintiff at this time. Most, if not all, of these documents are already in Defendants' possession.

Plaintiff's investigations are ongoing and, to the extent new, non-expert documents become available that Plaintiff may use in this litigation, Plaintiff will promptly update these disclosures.

Dated: November 8, 2024

Respectfully Submitted,

LAW OFFICE OF WILLIAM CARLON

By: /s/ William N. Carlon
William N. Carlon
Attorney for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

## PROOF OF SERVICE

I, William N. Carlon, declare as follows:

I am a resident of the State of California, and employed in Napa, California. I am over the age of 18 years and am not a party to the above-entitled action. My business address is 437 Post Street, Napa, California 94559.

On November 8, 2024, I served the following document(s):

**PLAINTIFF'S INITIAL DISCLOSURES STATMENT**

by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid and depositing it in a U.S. Postal Service mailbox, addressed to:

Allison G. Jackson
The Harland Law Firm, LLP
622 H Street
Eureka, CA 95501
Email: ajackson@harlandlaw.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 8, 2024, at Napa, California.

William N. Carlon