# **EXHIBIT C FOLLOWS THIS PAGE**

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
P.O. Box 1128
Arcata, CA 95518
(707) 630-5061
wverick@igc.org

DAVID WILLIAMS (State Bar No. 144479)
Law Offices of David Williams
1839 Ygnacio Valley Road, Suite 351
Walnut Creek, CA 94598
(510) 847-2356
dhwill7@gmail.com

BRIAN ACREE (State Bar No. 202505)
Law Office of Brian Acree
95 3rd Street, Second Floor
San Francisco, CA 94103-3103
(510) 517-5196
brian@brianacree.com

WILLIAM N. CARLON (State Bar No. 305739)
Law Office of William Carlon
437 Post Street
Napa, CA 94559
(530) 514-4115
william@carlonlaw.com

Attorneys for Plaintiff
CALIFORNIANS FOR ALTERNATIVES TO TOXICS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>v.<br><br>KERNEN CONSTRUCTION CO., et al.,<br><br>Defendants. | Case No. 3:24-cv-04067-SK<br><br>**PLAINTIFF'S SUPPLEMENTAL DISCLOSURES**<br>**FRCP 26(e)** |

Pursuant to F.R.C.P. 26(e), Plaintiff Californians for Alternatives to Toxics makes the following supplemental disclosures and discloses the name and the address and telephone number of each individual likely to have discoverable information that Plaintiff may use to support its claims. Plaintiff also identifies the subjects of information that may be in the possession of each person.

1. Patricia Clary, P.O. Box 1447, Hoopa, CA, 95546. Ms. Clary can be reached through counsel for Plaintiff. Ms. Clary is the Executive Director of Californians for Alternatives to Toxics. She is likely to have discoverable information supporting Plaintiff's standing to bring the above-referenced action in federal court.
2. Lynne Owens. Ms. Owens can be reached through counsel for Plaintiff. Ms. Owens is a member of Californians for Alternatives to Toxics. She is likely to have discoverable information supporting Plaintiff's standing to bring the above-referenced action in federal court. Ms. Owens is also a percipient witness and is likely to have information about Defendants' discharges of storm water from their Facility.
3. Mona Dougherty, 5550 Skylane Boulevard, Suite A, Santa Rosa, CA 95403. Phone: (707) 570-3761. Ms. Dougherty is the Program Manager at the North Coast Region Water Board. She is likely to have discoverable information regarding Defendants' compliance status with respect to the Industrial General Permit.
4. Farzad Kasmaei, 5550 Skylane Boulevard, Suite A, Santa Rosa, CA 95403. Phone: (707) 576-2753. Mr. Kasmaei is the lead staff member in the industrial storm water section of the North Coast Regional Water Quality Control Board. He is likely to have discoverable information regarding Defendants' compliance status with respect to the Industrial General Permit.
5. Walt Dragaloski, c/o North Coast Regional Water Quality Control Board, 5550 Skylane Boulevard, Suite A, Santa Rosa, CA 95403. Mr. Dragaloski is the Board inspector who inspected the Facility and is likely to have discoverable information regarding evidence of concentrated flow and erosion from the Facility toward and into Noisy Creek, the need for

BMPs along the lower-yard fenceline, and the Notice of Violation issued to Defendants.

6. Person(s) Most Qualified and Custodian of Records, North Coast Regional Water Quality Control Board, 5550 Skylane Boulevard, Suite A, Santa Rosa, CA 95403. Likely to have discoverable information regarding the Board's inspection reports, the Notice of Violation, cleanup and abatement orders, and correspondence relating to the Facility.

Joseph Wilhelm, address is unknown. Plaintiff has communicated with Mr. Wilhelm through email at "Joseph Wilhelm" jwilhelm@meridianphoto.com. Mr. Wilhelm's phone number is also unknown to Plaintiff. Mr. Wilhelm is a percipient witness who observed and recorded storm water discharges from the Facility into Noisy Creek, including the January 13, 2024 flood event, and is likely to have information regarding those discharges, Defendants' pumping operations, and the condition and function of Defendants' storm water containment system.

7. Norman Scott Farley, Partner and Legally Responsible Person, Kernen Construction; through counsel for Defendants. Likely to have discoverable information regarding Facility operations, the design and construction of the storm water containment and berm systems, the bypass pipe, pumping practices, SWPPP implementation, and Defendants' contention that no storm water discharges from the Facility.

8. Kurt Kernen, Partner, Kernen Construction; through counsel for Defendants. Likely to have discoverable information regarding ownership and operation of the Facility and BMP decisions.

9. Yolynn St. John, Environmental Compliance Manager, Kernen Construction; through counsel for Defendants. Likely to have discoverable information regarding storm water monitoring and sampling (and the absence thereof), stormwater discharges, observation and discharge locations, the SWPPP, and the facility's annual reports.

10. Mike Cardoza, Crushing Foreman, Kernen Construction; through counsel for Defendants. Likely to have discoverable information regarding day-to-day BMP and pumping operations at the Facility.

11. Reid Kernen, Mechanic Supervisor, Kernen Construction; through counsel for Defendants.

Likely to have discoverable information regarding BMP maintenance at the Facility.

12. Trevin Avelar, Yard Maintenance Supervisor, Kernen Construction; through counsel for Defendants. Likely to have discoverable information regarding pumping operations and berm maintenance at the Facility.
13. Nick Randle, Operations Manager, Kernen Construction; through counsel for Defendants. Likely to have discoverable information regarding BMP review and maintenance at the Facility.
14. Annje Dodd, NorthPoint Consulting Group, Inc.. Ms. Dodd prepared the 2024 SWPPP amendment and testified as a Kernen Person Most Qualified. Likely to have discoverable information regarding SWPPP preparation, the "plugged culvert" conclusion, retention-capacity calculations, the berm and riparian zone, and the removal of an observation location.
15. Gwendolyn Erickson, P.G., SHN Engineering. Ms. Erickson prepared the 2022 SWPPP (Amendment 9). Likely to have discoverable information regarding the SWPPP's drainage descriptions and the statement that discharge "would occur" if the system were overwhelmed.
16. Bruce McIntosh. Mr. McIntosh prepared the 2015 SWPPP and Amendments 1 through 7. Likely to have discoverable information regarding the original discharge locations and the site's storm water history.
17. Person(s) Most Qualified and Custodian of Records, NorthPoint Consulting Group, Inc. Likely to have discoverable information regarding preparation of the 2024 SWPPP amendment, including the revisions to the discharge and sampling provisions.
18. Custodian of Records, State Water Resources Control Board (SMARTS). Likely to have discoverable information regarding Defendants' Notice of Intent, SWPPPs, annual reports, and Exceedance Response Action status filed through SMARTS.
19. Custodian of Records, County of Humboldt (Planning and Building Department / Clerk of the Board of Supervisors). Likely to have discoverable information regarding the stop-work order and grading permit for the berm and the agreement to relocate the berm out of the riparian zone.

20. Microbac Laboratories, Inc. – Arcata (Custodian of Records), 5680 West End Road, Arcata, CA 95521-9202; (707) 822-4649. Likely to have discoverable information regarding analytical methods and results for storm water samples associated with the Facility.
21. Jarl Johansen. Mr. Johansen can be contacted through counsel for Plaintiff. Mr. Johansen is likely to have discoverable information about Defendants' discharges of storm water from the facility. Mr. Johansen is a percipient witness who observed and recorded storm water discharges from the facility into Noisy Creek, and is likely to have information about these discharges.
22. William Gilmer. Mr. Gilmer can be reached through counsel for Plaintiff. Mr. Gilmer is a percipient witness who observed, recorded, and sampled storm water discharges from the facility into Noisy Creek, and is likely to have information about these discharges.
23. Dan Free, National Marine Fisheries Service (NOAA Fisheries). Likely to have discoverable information regarding his observation that runoff from the Facility goes directly into the stream and his communications with Mr. Wilhelm concerning the January 13, 2024 event.
24. Matt Lang. Mr. Lang can be reached through counsel for Plaintiff. Mr. Lang is Plaintiff's counsel's investigator/paralegal and is likely to have discoverable information regarding Defendants' discharges of storm water from the facility. Mr. Lang is a licensed drone operator and has captured video and photographic evidence of Defendants' discharges. Mr. Lang is also likely to have discoverable information about Defendants' BMPs, or lack thereof.
25. Cindy Trobitz. Ms. Trobitz can be reached through counsel for Plaintiff. Ms. Trobitz lives near Defendants' facility and is likely to have firsthand information about Defendants' storm water discharges.
26. Vince Thomas. Mr. Thomas can be reached through counsel for Plaintiff. Mr. Thomas lives near Defendants' facility and is likely to have firsthand information about Defendants' storm water discharges.

Pursuant to F.R.C.P. 26(e), Plaintiff supplements the disclosures of the following descriptions by category of all documents, data, and tangible things in Plaintiff's possession, custody or control that

Plaintiff may use to support its claims or defenses as follows:

1. National Pollution Discharge Elimination System, Permit No. CAS000001;
2. Kernen's Notices of Intent to Comply with the General Industrial Storm Water Permit with respect to Defendants' facility located at 2350 Glendale Drive in Blue Lake, California;
3. All of Defendants' Annual Reports for Storm Water Discharges Associated with Industrial Activity with respect to Defendants' facility;
4. Laboratory results related to storm water discharges from Defendants' facility;
5. Defendants' Storm Water Pollution Prevention Plans ("SWPPP") for Defendants' facility;
6. All documents Defendants have submitted to SMARTS;
7. All North Coast Regional Water Quality Control Board Inspection Reports relating to Defendants' facility;
8. All correspondence between Defendants and the North Coast Regional Water Quality Control Board relating to Defendants' facility;
9. Plaintiff's Notices of Intent to File Suit issued to Defendants relating to Defendants' facility;
10. Plaintiff's non-confidential investigation photographs, videos, and notations.
11. Photographs, videos, and other imagery of the Facility and adjacent waters obtained from third parties, including community members and neighbors, documenting storm water discharges and flooding events.
12. Communications between community members or neighbors and Defendants, or between such persons and regulatory agencies, relating to storm water discharges from the Facility.
13. County of Humboldt records relating to the Facility, including the stop-work order, grading permit records, and proceedings before the Board of Supervisors concerning the berm and its encroachment into the riparian zone.
14. Publicly available maps; aerial and satellite imagery; and precipitation, rain-gauge, and hydrologic data concerning the Facility and the Mad River watershed.
15. Deposition transcripts and exhibits taken in this action.
16. Defendants' written discovery responses in this action, including responses to interrogatories

and requests for admission.

The above-listed documents are those reasonably available to Plaintiff at this time. Most, if not all, of these documents are already in Defendants' possession.

Plaintiff's investigations are ongoing and, to the extent new, non-expert documents become available that Plaintiff may use in this litigation, Plaintiff will promptly update these disclosures.

Dated: August 31, 2026 Respectfully Submitted,

LAW OFFICE OF WILLIAM CARLON



By: /s/ William N. Carlon
William N. Carlon
Attorney for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

**PROOF OF SERVICE**

I, William N. Carlon, declare as follows:

I am a resident of the State of California, and employed in Napa, California. I am over the age of 18 years and am not a party to the above-entitled action. My business address is 437 Post Street, Napa, California 94559.

On August 31, 2026, I served the following document(s):

**PLAINTIFF'S SUPPLEMENTAL DISCLOSURES**

By emailing a true and correct copy, pursuant to prior written agreement, addressed to:

Allison G. Jackson
The Harland Law Firm, LLP
622 H Street
Eureka, CA 95501
Email: ajackson@harlandlaw.com, pheagerty@hardlandlaw.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 31, 2026, at Napa, California.

William N. Carlon