# EXHIBIT A FOLLOWS THIS PAGE

UNITED STATES DISTRICT COURT

for the Northern District of California

CALIFORNIANS FOR ALTERNATIVES TO TOXICS,

Plaintiff,

vs.

KERNEN CONSTRUCTION CO., ET AL.,

Defendant.

**CASE NO. 3:24-CV-04067-SK**

DEPOSITION OF: LYNNE A. OWENS

DATE: 8TH DAY OF SEPTEMBER, 2026

TIME: 10:00 A.M.

PLACE: HARLAND LAW FIRM, LLP
212 G STREET, SUITE 201
EUREKA, CA 95501

REPORTER: KANDICE J. ROBINSON, CSR#14349
COLEMAN REPORTERS
730 5TH STREET,
EUREKA, CA 95503

APPEARANCES:

FOR PLAINTIFF:

LAW OFFICE OF WILLIAM CARLON
BY: **WILLIAM CARLON, ESQ.**
437 POST STREET
NAPA, CA 94559
(530) 524-4115
William@carlonlaw.com

KLAMATH ENVIRONMENTAL LAW CENTER
BY: **WILLIAM VERICK, ESQ.**
PO BOX 1128
ARCATA, CA 95518-1128
Wverick@igc.org

FOR DEFENDANTS:

HARLAND LAW FIRM, LLP
BY: **ALLISON G. JACKSON, ESQ.**
212 G STREET, SUITE 201
EUREKA, CA 95501
(707) 444-9281
Ajackson@harlandlaw.com

ALSO PRESENT: Yolynn St. Johns, Kernen

--oOo--

# I N D E X


| EXAMINATION | PAGE |
|---|---|
| BY MS. JACKSON | 5 |


## E X H I B I T S


| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Deponent drawing | 46 |
| 2 | Email chain, CAT000613 | 169 |
| 3 | Email chain, CAT00614-615 | 171 |
| 4 | Email, CAT000616 | 172 |
| 5 | Email chain, CAT000617-618 | 175 |
| 6 | Email, CAT000619 | 181 |
| 7 | Email, CAT000620 | 183 |
| 8 | Email chain, CAT000624-000625 | 189 |
| 9 | Email chain, CAT000624-625 | 193 |
| 10 | Email, CAT000626 | 199 |
| 11 | Email, CAT000627 | 200 |
| 12 | Email, CAT000628 | 201 |
| 13 | Email chain, CAT000629-632 | 201 |
| 14 | Email, CAT000633 | 204 |
| 15 | Email chain, CAT000634-636 | 205 |
| 17 | Email, CAT000638 | 211 |
| 18 | Email, CAT000639 | 211 |
| 19 | CAT000640 | 212 |
| 20 | Email, CAT000641 | 214 |
| 21 | Email chain, CAT000642-643 | 215 |
| 23 | Letter from Dep. Of Industrial Relations, CAT000645 | 219 |
| 24 | Letter - Everview 10.6.21, CAT000646 | 220 |
| 25 | Letter - Everview 8.21.24, CAT000647 | 221 |
| 26 | Subpoena | 221 |


## I N F O R M A T I O N   R E Q U E S T E D


| PAGE | LINE |
|---|---|
| 138 | 7 |

**TUESDAY, SEPTEMBER 8, 2026**

--oOo--

THE REPORTER: Good morning, everyone. I am the stenographic court reporter, and my name is Kandice Robinson, CSR #14349. Today's date is September 8, 2026, and the time is 10:04 a.m.

The parties participating in this deposition acknowledge that I will be stenographically reporting this proceeding.

We are here to take the deposition of Lynne Owens in the case entitled *Owens [sic] v. Kernen Construction*.

At this time I will ask counsel to identify yourselves and state whom you represent starting with the noticing attorney.

MS. JACKSON: Allison Jackson, Harland Law Firm on behalf of Kernen Construction.

MR. CARLON: I'm William Carlon. I'm representing Lynne Owens and Plaintiff, Californians for Alternatives to Toxics. I'll note that you have the case name incorrect in your read on. It's actually *Californians for Alternatives to Toxics v. Kernen Construction*.

THE REPORTER: Sorry about that.

MR. VERICK: And I'm William Verick, counsel for

the plaintiff.

**LYNNE A. OWENS,**

first having been duly sworn

testified as follows:

**EXAMINATION**

BY MS. JACKSON:

Q Good morning. Would you please state your full name?

A Lynne Anne Owens.

Q For the record, how do you spell it?

A L-Y-N-N-E, A-N-N-E, O-W-E-N-S.

Q What is your occupation?

A I'm retired.

Q How long have you been retired, approximately only?

A Seven years.

Q And prior to being retired, what was your occupation?

A Office administrator, Dell'Arte.

Q Which is what?

A Dell'Arte?

Q Yes, ma'am.

A School in Blue Lake.

Q Okay. So you were --

A Theater school.
Q So you worked as an administrator at a theater school?
A Mm-hmm.
Q Let me -- have you ever testified before?
A No.
Q Let me explain to you some rules because it'll make it a lot easier for you and make it a lot easier for the court reporter. It is very important that you listen to my questions carefully and you wait until I am finished to answer them. And why I say that is this woman to my right, your left, is a court reporter who is taking down all my questions and all your answers. And if we start speaking at the same time, it makes her job not just difficult, it makes it impossible. So I would ask you to make sure you allow me to finish my questions before you answer, and I am sure that because it happens at every deposition, almost every trial that people forget that because this seems conversational. So if you start to answer a question when I'm mid question, I will stop you. And it's not to be rude, it is to make sure that you hear the entire question and our court reporter is able to take it down. Do you understand?
A Yes.
Q Okay. Also, what's important because she

needs -- our court reporter needs to make a record is that you orally answer my questions and you do not nod your head or say "uh-huh" or "mm-hmm" because we need to make sure that there's a clear record. And if I see you nodding your head, I will ask you something like does that mean yes? You're nodding your head. Or does that mean no? Again, I am not trying to be rude, I'm just trying to make sure our record is clear, okay?

A Yes.

Q Okay. It's also important that you listen carefully to the questions that I have asked you. I don't want you to guess at anything, okay?

A Yes.

Q If I have asked you something that you don't understand or you're not sure of, I want you to tell me. And I will redo the question until you're comfortable with how -- with what the meaning of that question is, okay?

A Yes.

Q I have absolutely no problem because any attorney, including your own, will tell you that there are times that we think as attorneys we're asking these really great questions, and they can be vague or ambiguous. So I don't want you to feel put upon by stopping and saying I don't understand because I will

easily rephrase it, okay?
A Yes.
Q And if you answer a question after I've asked it without asking for clarification, I'm going to -- not myself but the record will show that you understood the question fully, okay?
A Yes.
Q And you realize that a deposition is a formal proceeding, ma'am?
A Yes.
Q And that you are under oath?
A Yes.
Q And that you must testify unless you are specifically directed by Mr. Carlon not to testify because something is privileged. Do you understand that?
A Yes.
Q Now, what happens generally during the deposition is that counsel may object to a question. That does not mean you don't answer it. You still have to answer it even though there's an objection there. Do you understand that?
A Yes.
Q Sometimes when there is an objection, people forget what the question actually was after there is some sort of bantering back and forth. If that happens and

I'm not saying it well, just tell me and our court reporter will -- she's got a verbatim read of that question and she'll read it back. Do you understand?

A Yes.

Q Now, and it's important that you be fully truthful in this matter since you're under oath. But I want to tell you right now that after this is over, you will have an opportunity to review the transcript to make sure that it is accurate as to what you said. Do you understand?

A Yes.

Q And that when you are reviewing that, you may make changes if you think the court reporter got something wrong. But I need to advise you that if you're making any type of material change, I would be able to comment on that material change later on for any trier of fact, whether it be a judge or jury. Do you understand?

A Yes.

Q Now, Ms. Owens -- is it Miss or Mrs.?

A Ms.

Q Ms. Owens, I'm entitled to your full and complete answers to my questions. But I'm going to be very clear, I do not wish for you to speculate. However, I'm entitled to your best estimate as to times, dates, and other things. Do you understand the difference

between a best estimate and speculation?
A Yes.
Q Again, if you do not understand my question, please tell me and I'll reword it, okay?
A Yes.
Q Now, I would like to go back to at this point July 8, 2026. That was the original deposition date that you were supposed to be here. Why didn't you attend?
A I had prior plans. It was --
Q What were those plans?
A I was out of town for a couple weeks.
Q Where were you out of town?
A In Oregon and Washington.
Q Did you fly or drive?
A I drove.
Q What was the purpose of going north to Oregon and Washington?
A More than one reason, but to visit my brother who is dying of cancer and to go camping and to visit my dog's eye doctor.
Q And where does your brother live?
MR. CARLON: Objection. Relevance.
BY MS. JACKSON:
Q Where does your brother live?
A Dexter, Oregon.

Q And so you drove from Humboldt County to Oregon?
A Mm-hmm, yes.
Q And where is Dexter, Oregon?
A By Eugene.
Q So what day did you leave?
A I'm trying to remember the date of my dog's eye doctor appointment to give you that.
MR. CARLON: And don't guess. So if you don't know, just say you don't know --
THE WITNESS: I don't know without a calendar in front of me.
BY MS. JACKSON:
Q Okay. Would you like a calendar?
A No, I mean my calendar which has last month's events.
Q What day of the week did you leave?
A I don't remember.
Q When you left from Humboldt County, did you drive directly to your brother's place outside of Eugene?
A No.
Q Where did you go first?
A Brookings, Oregon to meet Dr. Bliss, the eye doctor who does clinics there from Medford, Oregon.
Q I do know that doctor. And that was for your dog?

A Yes.
Q And did you overnight in Brookings?
A Yes.
Q And before you left, did you prepay that hotel?
A I prepaid the campground. I was glamping.
Q Okay. So you went to a campground. What was the campground fee, approximately?
A Forty-five a night.
Q And then after your dog was seen, did you drive to your brother's outside of Eugene?
A (Nods.)
Q What did you do next?
A Went to Jessie Honeyman State Campground for the Fourth of July.
Q Okay. So you left before the Fourth of July?
A Oh, yes, yes.
Q Where is that campground?
A Outside of Florence, Oregon.
Q That's beautiful.
A Yes.
Q And then so you camped there, you found a campsite?
A I reserved a campsite six months in advance for the whole trip.
Q And how much was that campsite?

A Approximately the same, 45 a night.
Q And that was for the Fourth. And after the Fourth, what did you do?
A I think I stayed there a few more days. And then I went to -- my brother wasn't available because of medical --
MR. CARLON: Lynne, if she doesn't ask you a question, you don't have to provide an answer.
MS. JACKSON: Please do not interrupt your client.
MR. CARLON: Well, there was no question pending --
MS. JACKSON: It does not matter.
MR. CARLON: There was no question pending.
MS. JACKSON: It's improper.
MR. CARLON: Ask your next question, Counsel.
MS. JACKSON: Okay.
BY MS. JACKSON:
Q So you stayed there a couple of nights, correct?
A Mm-hmm, yes.
Q After you left the campground in Florence, where did you go?
MR. CARLON: Objection. Relevance.
BY MS. JACKSON:
Q Please answer.

A Washington state.
Q And when did you -- well, did you continue to camp in Washington?
MR. CARLON: Objection. Relevance.
Lynne, go ahead and take a beat after she asks a question to allow me to state any objections.
MS. JACKSON: Please do not interrupt in the middle of your client's answer. It's improper.
(Reporter clarification.)
THE WITNESS: What was the question again?
MS. JACKSON: Well, can you reread it?
(Whereupon the question was read back.)
THE WITNESS: Yes.
BY MS. JACKSON:
Q Where was the first place you camped?
MR. CARLON: Objection. Relevance.
BY MS. JACKSON:
Q Please answer.
A Cape Disappointment.
Q And where is that?
MR. CARLON: Objection. Relevance.
BY MS. JACKSON:
Q Continue.
A Coast of Washington.
Q How far up?

A Southern coast of Washington.

MR. CARLON: I'm going to interpose a late objection there. Relevance.

BY MS. JACKSON:

Q And how long did you stay at Cape Disappointment?

MR. CARLON: Objection. Relevance.

THE WITNESS: Couple of nights.

BY MS. JACKSON:

Q And did you pay the site?

MR. CARLON: Objection. Relevance.

THE WITNESS: Yes.

BY MS. JACKSON:

Q Backtrack. Did you pay the site in Brookings?

MR. CARLON: Objection. Relevance.

THE WITNESS: Yes, I told you I paid 45 a night.

BY MS. JACKSON:

Q At the site?

MR. CARLON: Objection. Relevance.

THE WITNESS: Yes.

BY MS. JACKSON:

Q And you paid at the site for the campground that you stayed at for a couple nights in Florence?

MR. CARLON: Objection. Relevance.

MR. VERICK: Objection. Relevance.

BY MS. JACKSON:

Q Please answer.

A Yes.

Q Is that a yes?

A Yes.

Q After you left Cape Disappointment, what did you do?

MR. VERICK: Objection. Relevance.

MR. CARLON: Objection. Relevance.

THE WITNESS: I went to Deception Pass.

BY MS. JACKSON:

Q And did you stay the night at Deception Pass?

MR. CARLON: Objection. Relevance.

MR. VERICK: Objection. Relevance.

BY MS. JACKSON:

Q Please answer.

A Yes.

Q How many nights?

MR. CARLON: Objection. Relevance.

THE WITNESS: A couple nights.

BY MS. JACKSON:

Q Did you pay the site?

MR. VERICK: Objection. Relevance.

THE WITNESS: Yes.

BY MS. JACKSON:

Q After Deception Pass and you said a couple of nights, did you continue to stay in Washington or did you head back down to --

MR. VERICK: Objection. Relevance.

MS. JACKSON: It's improper for you to interrupt me as I'm asking my question.

MR. VERICK: I'm sorry, I thought you --

MS. JACKSON: It's pretty hard to in the middle of a question. And Mr. Carlon is representing --

MR. VERICK: I'm objecting on behalf of --

MS. JACKSON: Okay. Let's just keep on making our record because this may get before the judge if this continues and I don't want that to.

BY MS. JACKSON:

Q Now, Ms. Owens, after Deception Pass you say you stayed a couple of night there. In your estimate, how many nights?

MR. VERICK: Objection. Relevance.

MR. CARLON: Objection. Relevance.

THE WITNESS: Three.

BY MS. JACKSON:

Q And then after that, did you continue to Washington?

MR. VERICK: Objection. Relevance.

MR. CARLON: Objection. Relevance.

BY MS. JACKSON:
Q You need to look at me and answer.
A Did I stay in Washington?
Q Did you turn around and go to Eugene after Deception Pass or did you continue through Washington?
MR. CARLON: Objection. Relevance.
MR. VERICK: Objection. Relevance.
THE WITNESS: No, I did not stay in Washington.
BY MS. JACKSON:
Q What did do you next?
MR. VERICK: Objection. Relevance.
MR. CARLON: Objection. Relevance.
THE WITNESS: I went to Cascade Locks.
BY MS. JACKSON:
Q Where is that?
MR. CARLON: Objection. Relevance.
BY MS. JACKSON:
Q Where is that?
A East of Portland.
Q And where did you stay there?
MR. CARLON: Objection. Relevance.
MR. VERICK: Objection. Relevance.
THE WITNESS: Cascade Locks KOA.
BY MS. JACKSON:
Q And did you pay the site?

MR. VERICK: Objection. Relevance.
MR. CARLON: Objection. Relevance.
THE WITNESS: Yes.
BY MS. JACKSON:
Q And how many days did you stay there?
MR. VERICK: Objection. Relevance.
MR. CARLON: Objection. Relevance.
THE WITNESS: Two or three nights.
BY MS. JACKSON:
Q And then after that, what did you do?
MR. VERICK: Objection. Relevance.
MR. CARLON: Objection. Relevance.
THE WITNESS: Crater Lake.
BY MS. JACKSON:
Q Oregon, correct?
A Yes.
Q And how long did you stay there?
MR. VERICK: Objection. Relevance.
THE WITNESS: A couple nights.
BY MS. JACKSON:
Q And did you camp there?
MR. CARLON: Objection. Relevance.
MR. VERICK: Objection. Relevance.
THE WITNESS: Yes.
BY MS. JACKSON:

Q Did you pay at the site?
MR. VERICK: Objection. Relevance.
MR. CARLON: Objection. Relevance.
THE WITNESS: Question again?
BY MS. JACKSON:
Q Did you pay at the site of your campground?
MR. CARLON: Objection. Relevance.
MR. VERICK: Objection. Relevance.
THE WITNESS: No, we did not pay at the site. I paid six months in advance for the site.
BY MS. JACKSON:
Q Okay. So this one you paid six months in advance for the site?
A All of them I paid six months in advance for the site.
Q Then I'm confused. Maybe you can unconfuse me by my next question. You have said for each of them, you paid at the site. And now you are saying that you paid in advance --
MR. CARLON: Objection --
MS. JACKSON:
Q Can you please explain the differences between those answers? I'm sure there is a good one.
MR. CARLON: Objection. Misstates the witness's prior testimony.

BY MS. JACKSON:
Q Please explain --
MR. CARLON: And also relevance.
BY MS. JACKSON:
Q Please explain.
A I don't think you said at the site.
Q Yes, I did.
A Oh, well, then I misunderstood because I had previously told you that I paid for reservations in six months in advance, meaning for all of these sites.
Q Okay. And the campgrounds, those are refundable, correct?
MR. CARLON: Objection. Relevance.
THE WITNESS: Not fully refundable.
BY MS. JACKSON:
Q Did you inquire as to that?
MR. CARLON: Objection. Relevance.
MR. VERICK: Objection. Relevance.
THE WITNESS: On the internet.
BY MS. JACKSON:
Q When did you inquire as to that?
MR. CARLON: Objection. Relevance.
BY MS. JACKSON:
Q When did you inquire as to whether or not they were refundable?

MR. CARLON: Objection. Relevance.
MR. VERICK: Objection. Relevance.
THE WITNESS: I don't recall.
BY MS. JACKSON:
Q After you were subpoenaed for July the 8th, did you check on the internet to see if they were refundable?
MR. VERICK: Objection. Relevance.
MR. CARLON: Same objection.
THE WITNESS: I already knew that they were only partially refundable.
BY MS. JACKSON:
Q So it's safe to say that after you received your subpoena for July the 8th, you did not check to see if they were refundable?
MR. VERICK: Objection. Relevance.
MR. CARLON: Asked and answered.
MR. VERICK: Unclear if that was a question.
MR. CARLON: Misstates prior testimony.
BY MS. JACKSON:
Q Please answer. And we can have her --
MS. JACKSON: Would you please tell her the question again?
THE WITNESS: I already knew they were not fully refundable.
BY MS. JACKSON:

Q Do you need the question again? Yes or no. Do you need the question read back to you again?
A Sure.
(Whereupon the question was read back.)
THE WITNESS: There was no need.
BY MS. JACKSON:
Q Now, Brookings is only approximately, what, two hours from where we are, correct?
MR. CARLON: Objection. Vague and relevance.
BY MS. JACKSON:
Q Yes or no?
MR. CARLON: Objection. Badgering the witness.
THE WITNESS: Yes. It takes me a lot longer to get there when I have dogs.
BY MS. JACKSON:
Q And you said that you were in the Florence campground for approximately four nights?
MR. CARLON: Objection. Relevance.
MR. VERICK: Objection. That's not a question.
THE WITNESS: Yes.
BY MS. JACKSON:
Q And if you cancelled three of those nights, how much would you have been out of pocket?
MR. CARLON: Objection. Relevance.
THE WITNESS: I have no idea. I don't know.

BY MS. JACKSON:
Q But it was $45 a night, correct?
MR. CARLON: Objection. Relevance.
THE WITNESS: Yes, and plus fees.
BY MS. JACKSON:
Q And how much would have been refunded to you, because I believe your testimony was that it was partially refundable?
MR. VERICK: Objection. Relevance.
MR. CARLON: Objection. Relevance.
THE WITNESS: I don't recall.
BY MS. JACKSON:
Q But if you had cancelled two or three nights, it would have been a portion of the $45 a night, which would have been nonrefundable?
MR. CARLON: Objection. Calls for speculation.
MR. VERICK: Objection. Not a question.
MR. CARLON: Relevance.
MS. JACKSON: If we can continue this, I can get ahold of the judge, one or the other.
MR. CARLON: We're allowed to interpose our objections --
MS. JACKSON: Yes, not over my questions. And at this point, it's becoming obstructive.
MR. CARLON: Your question was done. I

interposed an objection. Mr. Verick interposed an objection. You're proceeding down a line of questioning that is entirely irrelevant --

MS. JACKSON: No, it is not irrelevant --

MR. CARLON: The judge has already ruled on the issue --

MS. JACKSON: I'm not going to get into it. Right now you're doing speaking objections, which is entirely improper. Please stop it.

MR. CARLON: I'm responding to --

MS. JACKSON: Stop doing speaking objections. Just enter your objection and we can move on.

MR. CARLON: Objection. Relevance.

BY MS. JACKSON:

Q Now, Ms. Owens, is it safe to say that you did not inquire as to what, if any, out of pocket loss you would have had, had you -- from cancelling a couple of nights at the Florence campground after you received your deposition subpoena for July the 8th?

MR. CARLON: Are you done with your question, Counsel?

MS. JACKSON: Now, I am done, sir.

MR. VERICK: Objection. Relevance.

MR. CARLON: Objection. Relevance. Also, argumentative.

BY MS. JACKSON:

Q Please answer the question.

A I would have had to come all the way back here, then go all the back up there. That's gas which isn't cheap these days in a van.

Q Are you saying that driving to Brookings and back was a difficulty for you?

MR. CARLON: Objection.

MR. VERICK: Objection. Relevance.

MR. CARLON: Misstates prior testimony. Relevance. Argumentative.

BY MS. JACKSON:

Q Please answer.

A Yes, that would have been difficult for me.

Q Why?

MR. VERICK: Objection. Relevance.

BY MS. JACKSON:

Q Why?

A Because I had plans.

Q And you did not want anything to interrupt your plans?

MR. CARLON: Objection. Misstates her testimony. Argumentative and irrelevant.

THE WITNESS: My plans were made six months in advance. Your subpoena was a week in advance.

MR. CARLON: Counsel, I would appreciate it if you would allow the witness to finish her --

MS. JACKSON: And I would --

MR. CARLON: -- answer before you interrupt her with a question.

MS. JACKSON: No one is interrupting her. What you are doing is continuously interrupting and trying to coach your witness and I resent that. Please confine yourself to just entering the objection and we can move on.

Now, you're telling me that you were not going to be inconvenienced by the deposition subpoena interrupting your camping trip?

MR. VERICK: Are you finished?

MR. CARLON: Objection. And misstates her testimony.

BY MS. JACKSON:

Q Please answer.

MR. VERICK: Are you finished with your question?

MS. JACKSON: Please answer.

MR. VERICK: Objection. Relevance.

THE WITNESS: The inconvenience of the cost of gas and making it to my next spot and trying to meet up with my brother. Other people have lives, too.

BY MS. JACKSON:
Q Okay. Let's get back to deception -- excuse me, Cascade Locks. Where did you go after Cascade Locks?
A I already told you.
Q Please --
MR. VERICK: Objection. Asked and answered.
BY MS. JACKSON:
Q Where did you go after Cascade Locks? Please answer the question.
MR. CARLON: Objection. Vague.
THE WITNESS: I already answered the question.
BY MS. JACKSON:
Q Where did you go after Cascade Locks?
A Crater Lake.
Q And then after Crater Lake?
A I don't remember.
Q And -- okay. How long did you stay in Oregon after you stayed several nights at Crater Lake?
MR. VERICK: Objection. Relevance.
THE WITNESS: Oh, I remember a couple days later staying at Patrick's Creek Campground on Highway 199, I believe.
BY MS. JACKSON:
Q When did you see your brother?
MR. VERICK: Objection. Relevance.

MR. CARLON: Objection. Relevance.

BY MS. JACKSON:

Q If you went from Crater Lake --

A I stated that I did not get to see my brother.

MR. CARLON: Go ahead and let counsel finish asking the question. I know it can be difficult.

BY MS. JACKSON:

Q So after you went from Crater Lake, you did not stop to see your brother, you actually continued on to Patrick's Creek Campground on 199?

MR. CARLON: Objection.

THE WITNESS: Which was the only campground I didn't have a reservation at.

BY MS. JACKSON:

Q Yes or no? Did you continue from Crater Lake to Patrick's Creek Campground?

MR. CARLON: Objection. Misstates her prior testimony. Relevance and vague.

BY MS. JACKSON:

Q Yes or no?

MR. CARLON: You can answer.

THE WITNESS: I don't recall how many -- where we stayed in between after that.

BY MS. JACKSON:

Q Okay. I actually don't understand your answer,

so I'm going to re-ask the question and maybe we can break this down. After you stayed at Crater Lake, where was the next place you stayed?

A I don't recall.

MR. CARLON: I'm going to interpose an objection there. It's vague and irrelevant.

BY MS. JACKSON:

Q Okay. So did you come straight home from Crater Lake?

MR. CARLON: Objection. Relevance.

BY MS. JACKSON:

Q You're looking at me funny?

A I'm looking at you because I told you there was a few nights that I don't remember. Then we stayed at Patrick's Creek on 199, which was the only campground I didn't have a reservation at.

Q Okay. If you stayed at another campground between Crater Lake and Patrick's Creek, and you had reservations for those campgrounds --

A No, there were no other reservation campgrounds.

Q I'm going to have to remind you. I know sometimes it gets a little testy when people are asking questions, but it is very important that you allow me to finish my question before you start answering in the middle for a couple of reasons. First of all, the court

reporter needs the ability to hear only one of us. And second of all, I want to make sure that you understand my complete question and aren't guessing at it, okay?

A Yes.

Q So you stayed somewhere in between Crater Lake and Patrick's Creek for how many nights?

A I don't recall.

Q Was it one or more than one?

A I don't recall.

Q Was it two or more than two?

A I don't recall.

Q Could it have been just one night?

A I don't recall.

Q But you didn't -- you do recall that you did not visit your brother, correct? Yes or no?

A Yes.

Q And after you went from or stayed at Patrick's Creek Campground, did you come back to Humboldt County or did you stay somewhere else?

MR. VERICK: Objection. Vague.

THE WITNESS: I think we boon docked.

BY MS. JACKSON:

Q What does boon dock mean?

A We just -- if we don't have reservations, you can boon dock places like Walmart and Cracker Barrel,

stuff like that when you're glamping --
Q Okay. I have never heard of that term, that's why I asked. So after Patrick's Creek Campground on your way back, 199, you would stop at, like, a parking lot for a Freddie Meyers or a Walmart or something like that --
A That is boon docking.
Q And you would stay in your vehicle camping?
A Yes.
Q You wouldn't set up a tent or anything?
A No.
Q Who did you travel with? Did you have a traveling companion for this trip?
A Yes.
Q Who? Please answer the question.
MR. VERICK: Objection. Relevance.
THE WITNESS: Maverick, Gypsy Rose, and Billy.
BY MS. JACKSON:
Q And so you went on your own with three dogs?
A No.
Q Okay. Let's get back and maybe -- I'm just trying to ask you to move on to different areas. Did you have a human traveling companion for this trip?
A Yes.
Q And what was that person's name?
A William Gilmer.

Q William Gilmer. And so it was Mr. Gilmore --
A No. Gilmer.
Q It was Mr. Gilmer and then your dogs? That's a question.
A Yes.
Q And where do you currently reside? Where do you currently reside?
A In California.
Q Please give me your address.
A 1784 Golf Course Road, Bayside, California 95524.
Q And do you live with anyone at that residence; yes or no?
A Yes.
Q Who?
A William Gilmer.
Q And how long have you resided at 1784 Golf Course Road, Bayside with William Gilmer?
A Since December 2nd, 2024.
Q And how long have you known Mr. Gilmer?
A Seventeen years.
Q Did you previously reside on Glendale Drive?
A Yes.
Q And do you call that Blue Lake or McKinleyville? Because I have heard it interchanged.

A The address for the mailboxes is McKinleyville 95519.
Q And what was your address on Glendale Drive?
A 2140 Glendale Drive.
Q Did Mr. Gilmer live with you there?
A No. He stayed with me. He lived at 1784 Golf Course.
Q Now how long -- when did you purchase 2140?
A 2014, approximately.
Q Now, you purchased that at a foreclosure sale, correct?
A Yes.
Q And how much did you purchase that property for, approximately?
A 180.
Q And at the time you purchased it, it was surrounded on three sides by Kernen Construction, correct?
A Yes.
Q And then the other side was bordered by Glendale Drive, correct?
A Actually, Kernen was only on two sides of my property. One side was Gene Hooven and the other side was Glendale Drive.
Q So are you saying that no part of -- well, let

me rephrase this. Hooven would -- has been on your west side?

A West and north, I do believe.

Q And is it your testimony that Kernen Construction does not border your western side at all?

A The Hooven -- so right across the fence from me and then Kernen, so maybe slightly. It's like a horseshoe of the creek.

Q I'm going to give you this for you to draw a little map of your property and then the surrounding properties, okay?

A Okay.

Q And is that pen writing okay?

A Yeah.

MS. JACKSON: I don't have -- can I ask for some blue stickers?

THE WITNESS: Like a horseshoe.

MS. JACKSON:

Q I'm going to mark this. So you've got 2140 and 2160 and you are 2140. And then Glendale is on one side and Kernen is on the other side and then wraps around?

A The creek is on the other side, then Kernen.

Q So Kernen is on -- and can you mark what you -- just so -- it need not be accurate as to north, south, east, and west, but if you mark them, then at least we

can be speaking the same vocabulary. Can you mark what you believe is north, south, east, and west?

A I don't know.

Q Is Kernen towards the ocean or is it towards Trinity? Anything that you want to -- so --

MR. CARLON: Objection. I just don't understand the question. Are you asking --

MS. JACKSON: I'm asking --

MR. CARLON: Sorry, can I finish?

MS. JACKSON: Please do.

MR. CARLON: Are you asking Ms. Owens for her guess as to which direction is which?

MS. JACKSON: No, I'm asking Ms. Owens to identify certain directions merely -- not for the purposes of the truth, but so that she and I can have the same vocabulary as to if she marks something as east, it might be north but at least we both know what she has marked.

MR. CARLON: Easy, Counsel. I'm just asking a clarifying question. You don't have to yell --

MS. JACKSON: Now, can you mark north, south, east, and west here so you and I can have an understanding about what you mean when I ask my next series of questions?

MR. CARLON: Can I recommend, you have a drawn

diagram here that seems to be the shared --

MS. JACKSON: No, that's not --

MR. CARLON: -- understanding --

MS. JACKSON: Please do that on that diagram that you made.

THE WITNESS: I can't. This is the best I can do.

BY MS. JACKSON:

Q Okay. Where is -- you don't know north, south, east, or west?

MR. CARLON: Objection. Argumentative.

BY MS. JACKSON:

Q Now, you lived there for -- you said you lived there for at least, what, ten years?

MR. CARLON: Are you asking her to guess again?

THE WITNESS: I take East 99, which makes Glenwood East. I'm geographically challenged.

BY MS. JACKSON:

Q It happens to the best of us. That is why, Ms. Owens, I'm going through this so that you and I can simply have the meeting of the minds. It doesn't have to be truly east or truly west or north or south. But if you mark them that way with the understanding that it's just for you and I to have a conversation as to --

A Okay.

Q Perfect.

A Okay. So you're marking where Blue Lake is. There you go. Now you can figure it out --

Q And you're marking where the ocean is. Can you mark where the direction of the ocean? And can you mark the direction of 299?

A That would be toward the ocean.

Q I need --

A Right? West, over here that way or maybe it's Glendale -- Glendale kind of loops around, so maybe it doesn't run east and west. So everything is around, it's not in squares. So I'm a geographically challenged mind.

Q Ms. Owens, what, if anything, is in this direction?

MR. CARLON: I'm sorry, just for the record, counsel drew --

MS. JACKSON: I will make my own record.

MR. CARLON: -- a polygon of some kind that's more of an ellipse that's not closed with an arrow pointing down towards the bottom of the page. It looks like on the area of the diagram that the witness previously marked as Kernen Construction's property. It's not clear from this drawing how far counsel's representing, so I'm going to object on vagueness grounds and --

MS. JACKSON: Ms. Owens -- please finish. I apologize.

MR. CARLON: I think I'm done, thanks.

BY MS. JACKSON:

Q Ms. Owens, can you tell me what, if anything, you said Kernen is here -- what, if anything, is in this direction where the arrow is pointing down towards the bottom of the page?

MR. CARLON: Objection. Vague. Unintelligible.

BY MS. JACKSON:

Q You lived there for ten years. What is in that direction, ma'am?

MR. CARLON: Objection. Vague. Unintelligible.

BY MS. JACKSON:

Q Is there a city, highway, road? Is there a field? What is in that direction?

MR. CARLON: Objection. Vague as to time, distance.

THE WITNESS: Maybe 299 that goes to Blue Lake this way. You know, it's a big field that's in -- mountains of Kernen crap and then --

BY MS. JACKSON:

Q Can you put Kernen crap on there if that's what you're identifying? And can you put 299, please?

A Well, I'm not sure. I'm not -- I'm not a

geographical type of person.

Q Ms. Owens, I'm trying to understand your answer. You say that you lived at 2140 Glendale Drive for over ten years. Is it your testimony that you do not know what is across from Noisy Creek from your property?

MR. CARLON: Objection. Entirely misstates her testimony.

BY MS. JACKSON:

Q Yes or no?

A Across from my property --

Q Where that --

A -- is Glendale Noisy Creek.

Q What's on the other side?

A Kernen Construction.

Q And what's on the other side of Noisy Creek and Kernen Construction?

MR. CARLON: Objection. Vague.

BY MS. JACKSON:

Q In the area that I pointed with the little circle and the arrow.

MR. CARLON: Objection. Very vague.

THE WITNESS: There's a ranch over there somewhere with a big field, yeah.

BY MS. JACKSON:

Q And past the ranch with the big field?

A 299 is over there somewhere --
Q Can you mark 299 on this piece of paper?
A See, I put that's east and this is -- I don't know, 299 I guess.
MR. CARLON: Please don't guess, Ms. Owens.
THE WITNESS: It is a guess. She's asking me to guess. She told me not to guess earlier and now she's asking me to guess.
BY MS. JACKSON:
Q I'm asking you after residing in your home at 2140 for over ten years, what is -- and you've testified that Noisy Creek bends around. You've testified that there is a pasture on the other side of Kernen and Noisy Creek. I have asked you from your house, what -- when you go past that pasture, is that where 299 is?
MR. CARLON: Objection. Vague.
THE WITNESS: I don't know. Maybe UG Gravel [phonetic] is over there. Maybe it's on the other side. I don't remember.
BY MS. JACKSON:
Q I just want to make sure. I just want to be very clear here that after ten years, you do not know what's on the other side of the pasture?
MR. VERICK: Objection. Absolutely misstates her prior testimony.

MR. CARLON: Same objection.

BY MS. JACKSON:

Q I just want to make sure that it's your testimony. Tell me no, that's not my testimony. But is your testimony that you do not know what's on the other side of the pasture that you have -- that I put the arrow on and that you have listed 299?

MR. CARLON: Objection --

THE WITNESS: Maybe 299 is over here.

MR. CARLON: Objection. Misstates her testimony. And it's very vague.

THE WITNESS: Maybe 299 is over here. It's --

BY MS. JACKSON:

Q I'm going to ask you a specific question. Please do not toss this at me, please --

A I'm not tossing. I did not toss that at her.

MR. CARLON: For the record, the witness gently slid the piece of paper --

MS. JACKSON: You're not testifying and you're --

MR. CARLON: If you're going to say you she tossed it, I want to clarify it on the record --

MS. JACKSON: Yes, she did.

BY MS. JACKSON:

Q I have this 299, Ms. Owens, please --

MR. CARLON: That's outrageous, Counsel.

BY MS. JACKSON:

Q No. Ms. Owens, please, you have written 299. Are you -- after ten years, are you telling me you're just guessing?

MR. CARLON: Objection. Misstates her testimony and vague.

BY MS. JACKSON:

Q I need to understand. I will move on. I need for you to answer.

A Is 299 over here? Is 299 over here? Is that where it turns the corner, I don't know.

Q I'm not asking that you -- Ms. Owens, you have written 299 there and then you said --

A Because you bullied me into writing it here.

Q Okay. Now I'm going to ask you again, please, if you were at the back of your property looking towards Kernen Construction, isn't it true that after you pass Kernen Construction there's a big field and there's 299?

MR. CARLON: Objection. Vague as to distance.

THE WITNESS: The back of my property, it would be the creek, the coho spawning creek, then Kernen Construction and then Glendale.

BY MS. JACKSON:

Q The other side. You have Glendale, you have

your place, you have Kernen Construction; isn't that true? And then you have a field and then you have 299?

MR. CARLON: Objection. Please let the witness answer the question you --

MS. JACKSON: Isn't it true --

MR. CARLON: I'm sorry, I'm still making an objection --

MS. JACKSON: What you're doing is you are now trying to do the speaking objections in order to lead your own witness and counsel it. Please stop it.

MR. CARLON: I'm not leading the witness whatsoever. I'm interposing an objection that I'm allowed to make, which is vague.

MS. JACKSON: They are speaking objections, sir.

MR. CARLON: They are not speaking objections.

MS. JACKSON: Please stop. Ms. Owens --

MR. CARLON: I will continue to make objections --

BY MS. JACKSON:

Q Ms. Owens, is it your testimony that at the back of your property when you face Noisy Creek and Kernen Construction, there's a pasture on the other side of Kernen, correct?

MR. CARLON: Objection. Vague. And I believe asked and answered.

MR. VERICK: Objection. Unintelligible.

BY MS. JACKSON:

Q Correct?

A That wouldn't be the back of my property. The back of my property is Noisy Creek.

Q And then across from Noisy Creek is Kernen Construction?

A And behind that is Glendale Drive because it comes around a corner, yeah.

Q Okay. I just want to get clear because I have to put a sticker on this. If this is Glendale Drive here, okay, is that the front of your property towards Glendale Drive or the back of your property?

A That's the side of my property.

Q And where is -- can you actually put an X where the front of your property is that you use to access from Glendale Drive? How did you get to there?

A I get there through a gate through a little private drive and then a gate right here. And then we have a big turn, and then my house is over here. In the back of it is Noisy Creek, kind of a side is -- yeah.

Q Now, if the record could reflect that the witness put some side lines from Glendale denoting a driveway in, and then a square denoting her house.

MR. CARLON: Objection. That's a rectangle.

MR. VERICK: And just for the record, you've used up 15 percent of your time already.

MS. JACKSON: I get seven hours, sir.

MR. VERICK: Yeah, you have already used up one of them.

MS. JACKSON: Mr. Verick, please stop.

BY MS. JACKSON:

Q Now, I am going to ask you another question. Here is this dotted line. This dotted line on this exhibit and we're going to call this one Exhibit 1.

(Exhibit 1 marked for identification.)

MR. CARLON: I'm just going to note for the record that counsel has now added lines to this drawing.

MS. JACKSON: I have made that for the record. I am adding three dotted lines with an arrow that is pointing towards what you have labeled as 299, okay. Do you see that, see these lines; yes or no?

THE WITNESS: Yes --

BY MS. JACKSON:

Q Okay.

A -- I see your lines.

Q Now, you see this thing that you say Noisy Creek that you want bent around, correct; yes or no?

A Yeah.

Q And then on the other side, you put a horseshoe

around that says K, correct?

A Correct.

Q And then there is a line here towards what you put at 299. Is that lined area a pasture?

MR. CARLON: Objection. I'm not sure the witness put that line there. I think maybe counsel drew that line earlier.

MS. JACKSON: Counsel, I was very clear. I drew that line earlier.

MR. CARLON: I just want to be clear whose line it is on this important exhibit.

MS. JACKSON:

Q See where the line is here, is this area an pasture; yes or no?

A I don't know.

Q Okay.

MR. CARLON: And can we get a copy of that exhibit?

MS. JACKSON: You can get a copy of every exhibit.

MR. CARLON: Fantastic. Thank you.

MS. JACKSON: That's actually how it works.

MR. CARLON: Just want to make sure I have a copy of that for my files.

MS. JACKSON: Could you hand that to our court

reporter, please?

BY MS. JACKSON:

Q At a certain point you became frustrated with the amount of noise and light coming from Kernen Construction; is that correct?

MR. CARLON: Objection. Argumentative.

BY MS. JACKSON:

Q Is that correct?

A Frustrated?

Q Upset?

MR. CARLON: Objection. Argumentative.

BY MS. JACKSON:

Q Please answer.

MR. CARLON: What was the question, Counsel?

MS. JACKSON: Please read it back.

(Whereupon the question was read back.)

THE WITNESS: Yes.

BY MS. JACKSON:

Q Now, did you discuss this frustration with your neighbors?

A Yes, my neighbors and Scott Farley of Kernen Construction who put me in a motel for two weeks.

Q And that was because of your complaints about the noise and the lights; yes or no?

A Yes. I thought a UFO had landed.

Q Now, did you and your neighbors get together to form some sort of a neighborhood group with respect to the frustration as to the noise and/or light coming from Kernen Construction?
A Yes.
Q And did this group have a name?
A It wasn't official.
Q Did it have an unofficial name?
A I would be guessing. I don't quite recall --
MR. VERICK: Don't guess.
THE WITNESS: Yeah.
BY MS. JACKSON:
Q You don't quite recall?
A I don't quite -- I mean, concerned citizens or something like that.
Q Let's just call it concerned citizens, okay --
A Yeah, I'm trying here. It's been a few years.
MR. CARLON: Don't guess. If you don't know, you can certainly say you don't know.
THE WITNESS: And she badgered me to say --
BY MS. JACKSON:
Q We are just going to call it concerned citizens so when I say it, you'll know who I'm talking about. That's it. It's not any type of name in stone. Now, can you please tell me the names of the members in this

group? Who did you meet with, who did you speak with?
A Jarl Johansen.
MR. CARLON: Objection. Which question are you expecting an answer to?
BY MS. JACKSON:
Q Johansen?
MR. VERICK: Objection. Vague.
BY MS. JACKSON:
Q Who else?
A Cindy Trobitz.
Q Who else?
A Joseph something and Linda something and Cindy Trobitz's brother. I don't recall his name.
Q Who else?
A Those are the only names I recall.
Q Does Cindy Trobitz have a husband?
A I think so.
Q Do you know his name?
A No.
Q Do you know the name of Vince Thomas?
A Is that her husband? Sounds -- yeah, I think her husband's name is Vince.
Q And you said that you had have contact with a Jarl Johansen. Would that be via email or in person or both?

A He was my neighbor and he lives right across the street from me. Both, everything. In the street, in the yard.

Q Would you email him?

A No. Yes. I think so, yeah.

Q And that would be about problems with Kernen?

A Yes. And if we were barbecuing that night.

Q And now with respect to Cindy Trobitz, would you speak with her personally or email her?

A Both.

Q And your concerns with respect to your communications with Cindy Trobitz and with Jarl, what would you discuss with them as your concerns about Kernen?

A The creek.

Q And that's it? Did you ever discuss with them light?

A Yes.

Q Did you ever discuss with them noise?

A Yes.

Q And isn't it true, Ms. Owens, that you along with your concerned neighbors started making complaints to the county about the conditional use permit that had been issued to Kernen Construction?

MR. CARLON: Objection. Vague as to time.

MR. VERICK: And vague as to county.

BY MS. JACKSON:

Q Ms. Owens, please answer the question.

A About the terms of the conditional use permit that had been broken.

Q Okay. And those terms that you and your concerned citizens were concerned with was the noise coming from the facility, correct?

A All night long, yes.

Q And it was the light coming from the facility, correct?

A All night long, yes.

Q And would it be safe to say that you and your concerned citizens group did not get very far with your complaints to the County of Humboldt with respect to Kernen Construction?

MR. VERICK: Objection. Vague as to what the meaning of getting very far is.

BY MS. JACKSON:

Q Please answer the question.

A Yeah, I don't understand the question, getting very far like he said.

Q Yeah, did you want -- did your group want the conditional use permit for Kernen Construction revoked because of light and noise?

A No.

Q You did not ask -- your group did not ask for that to occur?

A Maybe some of the members of the group did. I used to get my gravel from Kernen Construction.

Q Did you want the conditional use permit for Kernen to be revoked so that you would no longer have any problems with light or noise; yes or no?

A Well, sure. That would end the light and noise problem, so that would have been nice to be able to sleep at night.

Q Isn't it true that you made complaints -- well, let me back up. Isn't it true that your group asked the conditional use permit for Kernen to be revoked and that was denied by the board of supervisors for the County of Humboldt?

A I believe that's true.

Q And isn't it true that you made complaints at around this time that the conditional use permit was pending, you made complaints to the water board with respect to Kernen Construction?

A I sent the water board everything, pictures of the 8-foot 2-by-4s in the creek that came crashing through their broken fence.

Q That's a yes or no, you did contact the water

board, correct?
A Yes.
Q And you did contact the labor relations board regarding Kernen Construction, correct?
A Did I? What's -- I don't even know what the labor relations board is.
Q The Industrial Labor Relations Board for the State of California?
A I don't recall.
Q Do you recall a letter dated August 26th, 2024, to you where they rejected your complaint; yes or no?
A No, I don't recall.
Q And isn't it true you also contacted air quality with respect to Kernen Construction --
A Yes.
Q -- and made a complaint?
A Yes.
Q And they rejected it, correct?
A I guess so, yes. Sure.
Q And you made -- as I said, you made complaints to the Humboldt County Planning and Building Department which were rejected with respect to Kernen Construction?
A Planning and building department?
Q The ones that control the conditional use permit?

A Oh, well, yeah, they were breaking the conditional use permit.

Q And you even made complaints to Steven Madrone who is the Fifth District supervisor asking his assistance to get the conditional use permit revoked, correct?

A Yeah, the group did.

Q Now, when did you first make contact with Patty Clary, what year; was it 2023 or 2024 or some other year?

A I really don't recall.

Q With respect to -- okay. Trying to help you pin that down. Do you recall a time in January of 2024 when there was a big rain, and then there was a flood across Glendale Boulevard into -- from one side of Glendale Boulevard across Glendale, it shut down and it came into Kernen Construction's yard?

A And it knocked down their fence and put 8-foot and 10-foot 2-by-4s and 4-by-6s in the creek, yes.

Q Okay. Now, did you speak with Patty Clary before that occurred or after that occurred?

A I don't recall.

Q Did you know Patty Clary any other way other than this lawsuit?

A No.

Q Okay. So you recall your first contact with

her, what was it about?

A The creek.

Q Did you call her or did she call you?

A I don't recall.

Q Did she email you or did you email her?

A I don't recall.

Q How many times do you think you made contact with her between that flooding event in January of 2024? How many times do you think you met with her?

A How many times did I meet with her, is that the question?

Q Yeah, from that flooding event to present?

A Oh, I have only met with -- I only met her twice, I think.

Q How many times have you spoken on the phone? And I'm talking from the flooding event to present.

A Oh, I have no idea.

Q Well --

A One million times.

Q Okay. Let's go on. Let's not because the record does not get to reflect she is testifying. Now how many times do you believe you emailed her from that January flooding event to present?

A I have no idea. I did not keep track.

Q I'm entitled to your best estimate.

A One million times --

MR. CARLON: Objection. The witness answered the question.

(Cross-talk.)

MR. CARLON: Objection. She says she doesn't know and then you're badgering her for a guess. You have already instructed her not to guess. Please don't instruct her to guess --

MS. JACKSON: Nobody has instructed her to guess. I have asked her for her best estimate. You're coaching your witness. Stop it.

BY MS. JACKSON:

Q Now, Ms. Owens, I'll ask you a new question. How many times, if any, did Ms. Clary ever come out to your residence? And when I say your residence, I'm talking about Glendale Drive, not the current one.

A Twice, maybe. I'm guessing, estimating, whichever word you want to use.

Q You can estimate --

MR. CARLON: Don't guess.

BY MS. JACKSON:

Q But you can estimate the amount of time --

A That's a euphemism. Guessing and estimating, the difference between the two when you're trying to answer the question. I estimate twice.

Q Now, so you estimate twice. Do you recall Ms. Clary meeting with any of the members of your concerned citizens group when she came out?

MR. CARLON: Objection. Vague as to time.

You can answer if you recall.

THE WITNESS: No, she didn't meet with the group with me.

BY MS. JACKSON:

Q Was Mr. Gilmer with you when she came out?

MR. CARLON: Objection. Vague as to time.

THE WITNESS: I don't think so but that's an estimate. That's my guesstimate.

BY MS. JACKSON:

Q And was Mr. Johansen ever there when she came out?

A I don't recall.

Q Was Ms. Trobitz there when she came out?

A I think once, maybe.

Q Okay.

A I think once, yeah.

Q Do you recall what was discussed at that one event, or not?

A What was discussed is the question?

Q Yes, between Ms. Clary and yourself and Ms. Trobitz?

MR. CARLON: Objection. Vague as to which time.

You can answer if you know or if you understand the question.

MS. JACKSON: Please quit counseling and coaching the witness. Just make your objection.

THE WITNESS: Concerns for Noisy Creek, I'm sure. That's my guesstimate.

BY MS. JACKSON:

Q So you're guessing that or do you recall that?

A I'm guessing. I don't -- it's been a number of years.

Q Okay. I'll move on. Do you recall have you ever met personally with a man by the name of Matthew Lang?

A Matthew Lang?

Q Matt Lang?

A Yeah, I have met Matt Lang.

Q Where have you met him?

A At my property.

Q How many times has he been out to your property?

A Once or twice. Once again, that's an estimate, guesstimate.

Q Was this in 2024 or 2025?

A I don't recall.

Q How long ago did he come out?

A It was --

Q You need to allow me to finish, Ms. Owens. It'll be a lot easier.

A Okay.

Q Do you recall whether or not it was before or after this lawsuit was filed?

A No, I don't recall.

Q Okay. But you recall he's been out to your property about twice?

A Once or twice.

Q Okay. And what was -- what did you do that once or twice times that he was out to your property?

A Looked at the creek maybe.

Q And how many times, if any, did you speak with Mr. Lang over the phone? And I'm saying from -- when I ask you these questions, I am asking you from that January, 2024, flood event to present?

MR. CARLON: I'm sorry, what was the question?

THE WITNESS: How many times have I talked to Matt Lang over the phone. I don't recall. I would have to --

BY MS. JACKSON:

Q What is your best estimate?

A My best guesstimate would be once or twice.

Q And during those once or twice conversations,

were they in 2025 or a different year?

A I have no idea.

Q Did -- have you ever had conversations with Mr. Verick about Kernen Construction?

A Yes.

Q Approximately how many conversations have you had with Mr. Verick?

A One million conversations.

Q And when did those conversations start? Was it before or after the flooding event that we described -- that I described to you earlier?

A I don't recall.

Q But you've had multiple -- do you recall when those conversations started?

A No.

Q What were those conversations about?

A Noisy Creek.

Q What about Noisy Creek did you have those conversations about?

A Concerns.

Q What kind of concerns?

A Drainage into Noisy Creek, 2-by-4s and 4-by-4 8-foot boards in Noisy Creek, in the trees on my property that came through the broken fence and -- yeah.

THE REPORTER: Counsel, when it's convenient,

can we take a break?

MS. JACKSON: Let's take a break right now. It's 11:20 so we can go off the record.

(A short recess was taken.)

BY MS. JACKSON:

Q Now, isn't it true at a certain point, you decided it would be in your best interest of shutting Kernen Construction down by joining Patty Clary and CATS?

MR. CARLON: Objection.

MS. JACKSON: What's the objection?

MR. CARLON: Argumentative. Misstates prior testimony.

BY MS. JACKSON:

Q Please answer the question.

A No.

Q Explain, then, why you decided to join Patty Clary and CATS at a certain point?

A So they could protect the creek.

Q And it had nothing to do with the light and noise that you did not prevail on with the county?

A No.

Q And if that was the case, why didn't you start your challenge from Kernen Construction with Ms. Clary and CATS as opposed to challenging the conditional use permit with the county?

MR. VERICK: Objection. Vague.

BY MS. JACKSON:

Q Please answer.

A I don't understand the question.

Q What don't you understand about it so I can make it and refine it?

A Maybe if you just repeated it.

MS. JACKSON: Can you?

(Whereupon the question was read back.)

BY MS. JACKSON:

Q Please answer.

A I'm still not understanding the question.

Q What is confusing for you so I can reword it?

A There were so many things going on, and it's been so long and the situation just seemed to get worse and worse.

Q What situation?

A The situation, the Kernen situation.

Q Which was what?

A Which was everything.

Q It was the noise, correct?

A It was the creek, the noise, the light, yes.

Q You didn't start with the creek, however. You -- your crew started with a complaint to the county with respect to noise and light coming from Kernen,

correct?

A The group started before me and went to meetings before I found out about the group.

Q When did you join that group approximately only?

A I don't know. All I can tell you is they had meetings before I was included.

Q Do you recall what year that you first contacted -- or you and Ms. Clary had contact; was it 2023 or 2024?

A I don't recall.

Q I've got emails --

A Good, then you know.

Q -- in 2024. Was it also in 2023 or was it limited to 2024?

MR. CARLON: Objection. Asked and answered.

THE WITNESS: I don't recall. I do recall the other members of the group had had -- knew her.

BY MS. JACKSON:

Q Who?

A Joseph.

Q Joseph?

A That's all I know him by.

Q Anybody else?

A I don't know.

Q Now, how were you put in contact with

Mr. Verick?

A Through CATS, Patty Clary is a member of CATS.

Q And then safe to say that at a certain point, you decided it would be in your best interest to shut Kernen down by joining Patty Clary and CATS?

MR. CARLON: Objection. Misstates prior testimony. Argumentative. And you're putting words in her mouth.

BY MS. JACKSON:

Q Please answer.

A No.

Q So explain to me why you simply didn't proceed with your challenge to the conditional use permit but instead, started to associate with Ms. Clary and CATS?

A I did both. I sent everything to the water board, to the *Times Standard* newspaper, to the county, to Dan Free.

Q Who is Dan Free?

A Fish and wildlife. And NOAA, I think it was. I'm not sure, I can't remember now.

Q How did you know him?

A I met him at a meeting with the county with John Ford in Blue Lake.

Q And what did you discuss?

A A video I had taken of drainage off of Kernen

Construction and he was very concerned.

Q And when did you take that video?

A Excuse me, where, when, what did you ask?

Q When did you take that video?

A I don't know. I took a ton of videos.

Q What year?

MR. CARLON: Objection. Asked and answered.

THE WITNESS: I don't recall, '23, '24, '25, I simply don't recall.

BY MS. JACKSON:

Q Can you explain how you and Ms. Clary started your contact? Do you recall whether she contacted you or you contacted her or something else?

MR. CARLON: Objection. Asked and answered.

THE WITNESS: I don't recall.

BY MS. JACKSON:

Q You don't recall anything as to how a plaintiff in this case and you started up your relationship?

MR. VERICK: Misstates her testimony.

BY MS. JACKSON:

Q You need to answer the question, Ms. Owens.

A I don't recall if I contacted her or if she contacted me. We were in contact. And if I say one million times, it's because I'm frustrated because she's trying to make me estimate. Estimating would be

guessing, so I just use the phrase "one million times." I'm sorry, I shouldn't do that.

Q Isn't it true that after you had joined with Ms. Clary and CATS for the water challenge, that some of the members of your community group did not agree and separated themselves from you?

A From me?

Q From you and what you were doing?

A I don't recall who.

Q You don't recall speaking to any of your neighbors who disagreed with the tact that you had taken by joining CATS to challenge Kernen on water board violations as opposed to noise and light?

A Oh. I remember one thing about that. Gene Hooven said the salmon can swim up some other creek to spawn.

Q Okay. Please, Ms. Owens --

A Wasn't that the question, that somebody --

Q Ms. Owens, I need for you to answer the question.

MS. JACKSON: Please read that question back.

(Whereupon the question was read back.)

MR. CARLON: I'm sorry, are you asking her to answer the question again?

MS. JACKSON: Yes.

MR. CARLON: Okay. So objection. Asked and answered.

BY MS. JACKSON:

Q Is there anyone else other than Mr. Hooven that came to you and said -- and disagreed?

A No, I don't think so, not that I remember, not that I recall. How can you disagree with the creek being polluted and trying to get it fixed right? What was there to disagree about except for telling the -- saying that the salmon can swim up some other creek to spawn.

Q And you challenged to the conditional use permit along with your neighbors. That challenge with respect to noise and light was rejected by the county, correct?

A No, that isn't correct.

Q They formally -- isn't it true the board of supervisors and planning department rejected your complaints with respect to limiting or revoking the conditional use permit with respect to noise and light in January of 2025?

A I don't know if that's the term or whatever, but they were -- Kernen was made aware by the county that there's certain things they couldn't do anymore.

Q And they could -- isn't it true that they were fully within their noise level compliance and the county rejected your group's challenge on noise?

MR. CARLON: Objection. Argumentative. And asked and answered.

BY MS. JACKSON:

Q Please answer the question.

MR. VERICK: And irrelevant.

BY MS. JACKSON:

Q Please answer the question.

A You have to be more specific to when because the county was not going to let them work all night anymore.

Q In January of 2025, the county rejected your challenge restricting the hours of operation of Kernen Construction?

MR. CARLON: Objection --

BY MS. JACKSON:

Q Yes or no?

MR. VERICK: Objection. Irrelevant.

THE WITNESS: I have no idea.

BY MS. JACKSON:

Q Okay. And you -- isn't it true that in January of 2025, the county rejected your challenge as to the conditional use permit revocation or restriction with respect to the noise that was coming from Kernen Construction, right?

MR. VERICK: Objection. Irrelevant.

MS. JACKSON: Bill, I would respectfully ask for

you to wait for your objections until I'm at least finished with my question.

MR. VERICK: Okay. So what I'm asking you to do is tell me when you're through with your question so I can avoid interrupting your question.

MS. JACKSON: I ask that you act with a little more civility to me because your tone is not appreciated.

MR. VERICK: I'm sorry, you're hallucinating.

MS. JACKSON: Bill, if this continues, we're going to have to suspend this and I'm going to have to ask for something from the judge. I don't want to do that. I understand you're upset. But if you could please allow me to continue, I would greatly appreciate it.

MR. VERICK: I would greatly appreciate it if you would tell me when you're finished with your question --

MR. CARLON: That's a fair point. Sometimes, Counsel, it's hard to know when you're done asking a question. So when you're admonishing us for interrupting you, it's not that we're trying to interrupt you, we're just trying to object before she answers it --

MS. JACKSON: I understand that, Mr. Carlon. But it's really hard when I'm in the middle of a sentence --

MR. CARLON: You're towards the end of a sentence --

MS. JACKSON: Let's just move on. And I would greatly appreciate it if -- counsel and cocounsel.

MR. CARLON: We're trying to cooperate with you here --

MS. JACKSON: Let's move on.

BY MS. JACKSON:

Q So in January of 2025, the county through the board of supervisors, completely rejected the group's challenge to Kernen's conditional use permit restrictions, correct?

MR. CARLON: Objection. Asked and answered.

THE WITNESS: I guess.

BY MS. JACKSON:

Q You guess?

A I mean --

MR. VERICK: And I would like to just request that you not begin to answer --

MS. JACKSON: No. You are not --

(Cross-talk.)

MR. CARLON: She's done --

MS. JACKSON: Sorry, this is absolutely improper.

MR. CARLON: Allison, it's the same instruction

that you gave the witness earlier. We're trying to make sure this goes smoothly and we have a clear record --

MS. JACKSON: No. That is me and that is you. You need to get a grip on Mr. Verick.

MR. CARLON: Mr. Verick is fine --

MS. JACKSON: No, he is not. If this happens again --

MR. CARLON: All we're doing is asking that the witness take a pause --

MS. JACKSON: I will suspend it.

MR. CARLON: Allison, we're asking the witness take a pause to allow an objection to be made because sometimes it is not clear when you're done --

MS. JACKSON: You're taking up my time for no reason.

MR. CARLON: This is important because you raised the issue and you flagged this. So I want to make sure the witness is clear to please let counsel finish her question, take a pause, think of your response, then give the answer. That'll give us time to recognize when Ms. Jackson is done asking a question. And it will also give us time to formulate and make an objection if we need to.

THE WITNESS: Okay.

BY MS. JACKSON:

Q So not only was your challenge to Kernen rejected by the County of Humboldt, the water board rejected it at the end, correct?

MR. CARLON: Objection. Vague as to what you're referring to.

BY MS. JACKSON:

Q You made -- I believe you stated that you made complaints to the water board?

MR. VERICK: Objection. Irrelevant. Whoops, sorry.

BY MS. JACKSON:

Q We talked earlier that you were the one who made a complaint to the water board along with many others and it was rejected. Do you recall that?

MR. VERICK: Is your question done now?

THE WITNESS: No.

BY MS. JACKSON:

Q You don't recall that?

MR. VERICK: Objection. Irrelevant.

THE WITNESS: The water board gave Kernen a bunch of violations. Read the *Times Standard*. They were listed in there.

BY MS. JACKSON:

Q Isn't it true that the initial violations that you had reported were found not to be true by the water

board?

MR. CARLON: Objection.

BY MS. JACKSON:

Q Yes or no?

MR. CARLON: Big pause there got me at the end. Objection. Vague.

BY MS. JACKSON:

Q Yes or no?

A No, not that I know of.

Q And --

A The water board looked into it and sent Dragaloski to Kernen Construction. He took pictures. Kernen Construction was on the front page of the *Times Standard* because the place was so bad off and they had a bunch of violations.

Q And so you're not aware -- you're not aware that after all of this was investigated that Kernen was found not to be in violation by the water board?

MR. VERICK: Objection. Asked and answered. Vague and irrelevant.

THE WITNESS: That's not true.

BY MS. JACKSON:

Q Do you have any documentation that the water board contacted you and found at the end of their investigation there was a violation?

MR. VERICK: Objection. Irrelevant.

BY MS. JACKSON:

Q Yes or no?

MR. VERICK: Asked and answered.

THE WITNESS: I know the water board had them clean up the 8-foot and 10-foot 2-by-4s and 4-by-6s out of the creek, out of the trees, in the creek, and off my property. They helped them clean up. But I mean -- they had a bunch of violations through the water board from what I remember. Maybe I'm from a different planet, I don't know. That just seems strange for me to even say.

BY MS. JACKSON:

Q But you're aware that the complaint that you made to the county did not go forward as planned?

MR. CARLON: Objection. Very vague. I have no idea what that question means --

MR. VERICK: Objection. Unintelligible.

MR. CARLON: That was the word I was looking for.

BY MS. JACKSON:

Q You're aware that the complaint that you and your group made to the county were not upheld at the end of that investigation, correct?

MR. CARLON: Objection. Vague as to what complaint, who in the county --

BY MS. JACKSON:

Q Ms. Owens?

MR. CARLON: -- what time.

THE WITNESS: I have no idea which complaints you're talking about or what --

BY MS. JACKSON:

Q How many complaints did you make to the county about Kernen Construction?

MR. VERICK: Objection. Vague as to you. She, personally or her group or somebody else in the community?

BY MS. JACKSON:

Q Ms. Owens [sic], please reread the question.

(Whereupon the question was read back.)

THE WITNESS: I don't know which complaint you're talking about. That's -- the water board complaints, the noise and light, what?

BY MS. JACKSON:

Q Let's go back to the complaint that you made with the county because I want to be made sure this is specific so that you can answer. The complaint that you made with the county was with respect to noise and light, and the county did not uphold that in January of 2025; isn't that true?

A I guess, if you say so.

Q Isn't it true that the complaint that you lodged with the water board at the end of the water board's investigation was not upheld by the water board; yes or no?

A Oh, well, see, that's where we differ. I thought they had a bunch of violations with the water board that Dragaloski went over there and took pictures and everything and Kernen had to clean up --

Q So you're unaware that the final report cleared Kernen?

A Yeah, they made Kernen aware -- the water board made Kernen aware, and so they had to clean up their mess.

Q That's not my question. Are you unaware that the water board cleared Kernen Construction of violations at the end of their investigation?

MR. CARLON: Objection. Asked and answered.

MS. JACKSON: I can't get an answer.

MR. VERICK: Objection. Vague as to cleared.

BY MS. JACKSON:

Q Okay. Please answer. Ms. Owens, either you say yes or no. If you're aware, yes, if you're not aware, say no.

MR. CARLON: Well, no, objection. The premise of the question --

MS. JACKSON: You are doing another speaking objection. And no, Counsel. This is a speaking objection --

MR. CARLON: This is a --

MS. JACKSON: This is improper.

MR. VERICK: Don't get hysterical.

MS. JACKSON: My God. Suspend this at this point. I'm going to have to call. You are insulting. You lack civility. And you're breaching on an 8.4 violation.

And you are counseling your witness with speaking objections.

MR. CARLON: No, I'm not --

MS. JACKSON: Let's take a break right now.

MR. CARLON: Can you please stop yelling at me, please?

MS. JACKSON: No one has raised their voice --

MR. CARLON: You're standing here shaking your finger at me right now.

MS. JACKSON: Yes, I am because I'm leaving the room --

MR. CARLON: You're physically looking down at me shaking your finger at me --

MS. JACKSON: If a 130-pound woman is intimidating to you because I stood up --

MR. CARLON: So now you're insulting my size and statute?

MS. JACKSON: You're insulting my size.

MR. CARLON: Incredible. Counsel, I was just objecting to the form of the question because you were implying --

(Cross-talk.)

MS. JACKSON: Then you say that.

MR. CARLON: That's what I was trying to do and you interrupted me --

MS. JACKSON: No. No. You are counseling the witness. This is improper --

MR. CARLON: The question that you asked --

MS. JACKSON: Let's suspend this right now.

MR. CARLON: -- assumes facts that you're trying to get the witness to either say yes or no to. But if she doesn't accept the premise of the question, she cannot give you a yes or no answer --

MS. JACKSON: This is an improper speaking objection.

MR. CARLON: This is an objection about the form of your question --

MS. JACKSON: That's all you do. You do the objection and we deal with it with the judge later.

MR. CARLON: Fine. Objection as to the form --

MS. JACKSON: You are counseling --

MR. CARLON: Objection as to the form of the question.

MS. JACKSON: You are counseling your client. I think maybe it would be best since we were going to take a lunch break --

MR. CARLON: No, let's keep going.

MS. JACKSON: No, is it time for your lunch break?

THE REPORTER: Sure.

MS. JACKSON: Our court reporter is expecting and we are going to have lunch to accommodate her.

MR. CARLON: If she wants to take lunch now, we can take lunch now.

THE REPORTER: Can we go off the record? I need both counsel to agree.

MR. CARLON: I would like this part on the record. How long are we taking lunch for?

MS. JACKSON: It is at least half an hour, but I will accommodate my court reporter who is expecting --

MR. CARLON: You mentioned it and I acknowledged it, and I'm willing to accommodate the court reporter here --

MS. JACKSON: Please do not interrupt me.

MR. CARLON: How long would you like?

THE REPORTER: A half hour is fine.

MR. CARLON: Okay.

MS. JACKSON: That's fine.

MR. CARLON: We can go off the record.

(A short recess was taken.)

MS. JACKSON: Okay. It is almost 12:30 and we are back on the record. We have Ms. Lynne Owens.

Gentleman, I understand things got a little heated before we broke briefly for lunch. But I would urge you, urge you and, of course, I will keep it in mind to be aware of Rule 8.4 and civil local Rule 11-6 with respect to civility. And maybe we can avoid what happened at the end last time, okay? I will certainly do my best but I would respectfully urge you to maybe remember that, and let's hope that this goes a little bit better than the last 15 minutes earlier.

BY MS. JACKSON:

Q And Ms. Owens, when did you first get involved with the lawsuit that CATS filed against Kernen Construction?

MR. VERICK: Objection. Vague.

BY MS. JACKSON:

Q Please answer.

A I don't recall.

Q What year?

A I don't recall.
Q What month?
A I don't recall.
Q Was it before or after the January 24th storm event which caused flooding on Glendale Boulevard -- excuse me, Glendale Drive?
A I don't recall.
Q I'm entitled to your best estimate. Can you estimate the time between whether it was before the January storm event or after the January storm event in 2024 with the flooding did you get involved with the CATS current lawsuit?
MR. VERICK: Objection. Vague and unintelligible.
BY MS. JACKSON:
Q Ms. Owens?
A I don't recall, I really -- I honestly don't recall. If I remembered, I would tell you.
Q Do you --
A I don't know when they made the lawsuit. I'm not privy to this.
Q Okay. Do you recall ever seeing a notice of potential violation letter from the water board to Kernen, the one that you had mentioned --
A Yes, I don't know if I saw a letter or what. I

just remember that they had, like, 8 or 18 violations that they had to correct or they would get in trouble. That's all I know.

Q Ms. Owens, now, did you get involved with Patricia Clary from CATS before or after the notice letter from the water board with the violations?

A I don't recall.

Q Do you recall -- do you recall ever being contacted by Ms. Clary regarding CATS filing a lawsuit against Kernen Construction for Clean Water Act violations?

A I don't recall. I honestly don't remember.

Q Do you recall ever getting -- ever being contacted by Mr. Verick concerning CATS filing a lawsuit against Kernen Construction for clean water violations?

A It sounds logical. So if I had to estimate a yes or no, I would say yes. It's been many years and I'm almost 67 years old and that's, you know, date and time and order of events is --

Q I'm just asking whether or not your age might be a factor on you not being able to recall things that occurred two years ago? And I don't mean to be rude or anything, I'm just asking the question since this is only a two-year-old lawsuit.

A Well, recalling things from two years ago, I

mean, you have everything on paper. If I was going through paper and finding dates and times, I would be fine, too. All of us, you know, specifics, we can forget last weekend.

Q When was the first time you -- approximately, the first time you found out that Patty Clary and CATS had filed a lawsuit against Kernen Construction for Clean Water Act violations in 2024, approximately?

A I don't know approximately, I don't know.

Q Do you know whether it occurred -- you found out in 2024?

A I don't know.

Q Do you recall whether or not you found out in 2025?

A I don't -- I really don't know.

Q Do you recall whether you found out in 2026?

A I don't know. Maybe it was 2026, I don't know. I'm not sure.

Q Okay.

A Why are you asking me questions that you already know the answers to?

Q Ms. Owens, this is a portion of me asking you questions. Now, I'm going to ask, when did you find out -- if ever, did you find out that you were named as the central witness in CATS' lawsuit against Kernen?

MR. CARLON: Objection.
MR. VERICK: Objection. Vague and misleading question.
BY MS. JACKSON:
Q Ms. Owens?
A Nobody ever called me a central witness, is that what you said? So, I don't know what -- what I am. I just know that I lived there and saw the damage.
Q Ms. Owens, when did you find out you were a witness in the lawsuit filed in 2024 by CATS, Patty Clary against Kernen Construction?
A Well, I guess I figured I would be --
Q That's not my question --
A -- because of sending out all of the videos of the damage being done.
Q Please answer the question. When did you find out that you were named as a witness in the 2024 litigation between CATS and Kernen Construction?
A I guess when I signed the declaration for Will Verick. Is that -- I guess that made me a witness.
Q What declaration did you sign for William Verick?
A I don't know if it's even called a declaration. Some document fairly recently within the last year, I think. Well, since I moved to -- from Glendale.

Q When did move from Glendale?
A December 2nd, 2024 or 2025 --
Q What do you recall signing for Mr. Verick?
A I don't know what it was. I had to read through it and say -- and note what -- say that this stuff was true because it was all information I had given them or whatever.
Q Okay --
A I don't know what the names of the documents --
Q The declaration --
A -- legal --
Q -- that you filed, did you read it before you signed it?
A Absolutely.
Q What did it say?
A I don't remember now. It said that, you know, stuff happened at Glendale.
Q What did you sign in the declaration as happening in Glendale?
A I don't remember the specifics.
Q If you don't remember the specifics, do you remember the general?
A No.
Q Do you remember what the declaration was for?
A It must have been for the lawsuit against Kernen

for messing up the creek.

Q Do you know what was in the declaration?

A I don't remember the exact wording or anything like that.

Q I'm not asking the exact wording, I'm asking for the overall understanding of what declaration you signed, what was in there?

A I don't remember. There was stuff about the -- there's been so much stuff for so long.

Q How many declarations have you signed for Mr. Verick?

A One. That I remember.

Q And did you prepare that declaration or did somebody else prepare it for you? Did you prepare the declaration you signed?

A No.

Q So somebody else prepared it for you?

A For me to sign, yes.

Q And I just want to make sure that I understood you correct. You have no idea what was in it or when you signed it?

MR. CARLON: Objection. Misstates her prior testimony.

BY MS. JACKSON:

Q Do you have any idea what was in it?

A Well, sure. Probably stuff about me videoing the runoff from Kernen Construction.
Q Okay.
A Probably. But I'm not saying for sure. I don't want to perjure myself or something.
Q Please listen to my questions carefully because it'll help you answer. If you don't know what was in it, just say I don't know. I don't want you to guess --
A I don't remember what was in it.
Q And you don't remember when you signed it, correct?
A It was since I moved away from Glendale.
Q So it would have been --
A Would've been within the last couple of years.
Q So it would have been from December, 2024, to present?
A Yes.
Q I'm trying to narrow it down to -- was it the first year you moved out of your home?
A I don't remember.
Q Was it shortly after you moved out of your home?
A I don't remember.
Q You just remember signing a declaration prepared by a third party that concerned something having to do with the CATS versus Kernen litigation?

MR. CARLON: Objection as to vague -- vague.

BY MS. JACKSON:

Q Is that the only thing that you recall is it had something to do with the CATS lawsuit?

A Yes.

Q And all you recall is it was a declaration also, correct?

A That's what I just called it. I don't know what the legal term for what it was is.

Q And how did you get that declaration, was it handed to you or was it emailed to you. Do you recall?

A I think it was emailed to me and I printed it up.

Q Okay. Who emailed it to you?

A Probably Bill Verick but I can't say for sure. Sounds logical and reasonable.

Q And was there anything in that email that gave you any type of directions as to what to do with that declaration? What did the email say, to the best of your memory?

A Something about, you know, read through this, make any changes, you know, if something is misstated or whatever. And everything was on the money, if I remember correctly.

Q So there was no changes that you made, correct?

A I'm not sure. I don't remember if I changed -- he had my address wrong and I changed it or --
Q But you do recall signing it?
A Yes.
Q And who did you send it back to?
A Bill Verick. I delivered it to his office in Arcata.
Q So you delivered it --
A I printed it up and delivered.
Q How did you know where his office was?
A I'm sure his address must have been on the declaration or something.
Q Had you ever been to that office before, ma'am?
A No.
Q Do you recall calling ahead to make sure he was going to be there?
A It didn't matter if he was there or not because I could have just left it for him.
Q Did you just leave it for him or did you -- I believe you said you delivered it to his office?
A Yeah, I gave it to Bill Verick. He happened to be there.
Q Did you -- so you use emails, you use emails frequently? Do you email with people frequently?
A No, not now.

Q Within the last five years?
A Yes.
Q Okay. You do.
A Frequently is a vague term. What is email. I used to email more than I email now.
Q How many times do you believe that you have emailed between yourself and Mr. Verick? Just an estimate and I'm entitled to your best estimate.
A I have no idea of an estimate of emailing from a couple years ago.
Q Within the last two years, approximately, only as an estimate, how many times have you emailed back and forth with you and Mr. Verick?
MR. CARLON: Objection. Asked and answered.
THE WITNESS: Just to do that paperwork and sign it and get it to him. So twice maybe.
BY MS. JACKSON:
Q And did you give Mr. Verick your email address or did -- did you give it to him?
A Sure.
Q So you gave it to him. Did you give your email address within the last two years to Patty Clary?
A Within the last two years?
Q Yes. From, let's say, let's say, January, 2024, to present?

A I believe she already had it.
Q Did you give Ms. Clary your email address between January, 2024, to present?
MR. CARLON: Objection. Asked and answered.
THE WITNESS: I didn't have to give it to her. She already had it.
BY MS. JACKSON:
Q How did she have it? When did you give it to her first?
A I have no idea.
Q So it was before January, 2024, that you gave Ms. Clary your email address?
A I believe so.
Q Would that have been during the year of 2023 or would it have been earlier than that?
A I have no idea.
Q Other than the CATS versus Kernen Clean Water Act disagreement, let's just call it that, did you know Ms. Clary before this?
A No.
Q About how many times do you think you emailed between yourself and Ms. Clary?
A I have no idea.
Q I'm entitled to your best estimate.
MR. VERICK: Asked and answered.

THE WITNESS: I would be guessing, not estimating.

MR. CARLON: Please don't guess.

BY MS. JACKSON:

Q Well, I'm asking you to estimate. Do you understand the difference between guessing and estimating?

A Yes, I do. I would be guessing so I don't recall.

Q Do you recall whether it was once or more than once?

MR. CARLON: Objection --

THE WITNESS: More than once.

MR. CARLON: -- asked and answered.

BY MS. JACKSON:

Q Was it five times or more than five times?

A More than five times.

Q Do you believe it was ten times or more than ten times?

A Probably more, how's that?

Q Do you recall whether or not you have ever emailed back and forth between yourself and Matt Lang?

A I think there might -- I think so, I think yes. That sounds about right.

Q And do you think it was more or less than five

times?

A I'm thinking less than five times.

Q I'm going to ask you some questions as to, again, finding out about the CATS lawsuit. Do you recall -- I believe you testified you recall signing a declaration prepared by Mr. Verick, but you're not sure when. Do you recall about when that you found out that Patty Clary and the CATS had actually filed a Clean Water Act lawsuit against Kernen Construction?

A No.

Q Do you recall whether or not it was before or after you moved from your Glendale Drive residence -- let me -- when I say moved, before or after you sold it.

A No, I don't -- I don't recall.

Q Do you recall being contacted by anyone with respect to CATS regarding being a potential witness in that lawsuit?

A Well, it was -- I don't recall exact dates or anything like that.

Q I don't need exact dates. Do you recall being contacted by someone from CATS regarding you being involved in the lawsuit?

A I guess they would have contacted --

Q Who contacted you?

A I don't know. Maybe Will, maybe Bill.

Q Do you recall what was said to you about being a witness?

A No. Everything -- it was pretty much understood that I would be if I took all the videos of the runoff from Kernen Construction.

MS. JACKSON: Move to strike.

BY MS. JACKSON:

Q Please answer the question. Do you recall --

MS. JACKSON: Would you -- would you please restate the question to Ms. Owens?

And Ms. Owens, I ask you to be responsive to the questions. Because if you're not responsive, I'm going to move to strike and ask that the court reporter reread it to you until you answer the question I asked you, okay?

(Whereupon the question was read back.)

THE WITNESS: No.

BY MS. JACKSON:

Q So you don't recall. I just want to make sure I get this right. You don't recall what was said to you, and you don't recall who contacted you about being a witness. Did I get that correct?

A Correct. If I remembered exactly, I would tell you exactly.

Q I don't want to know exactly, I want to know the

general context of those conversations?
A Yeah.
Q So you don't remember the general context of those conversations?
A That I would be a witness.
Q And you don't recall what happened?
A No.
Q And you don't recall who said it?
A No.
Q Now, did you ever speak with Cindy Trobitz about you being a witness in the CATS versus Kernen case?
A I don't recall.
Q Do you recall giving Cindy Trobitz's name to CATS as a potential witness in the CATS versus Kernen case?
A I guess we all were.
Q That's not my question. Please listen to my question and answer that question. Would you care for the court reporter to read it back to you?
A I don't recall.
Q Do you recall whether or not Cindy Trobitz agreed to be a witness in the CATS versus Kernen case if and when you spoke with her?
A If I did, she would with flying colors I'm sure.
Q That's not the question.

MS. JACKSON: Move to strike, please. Restate my question for the witness.

A And your question was?

(Whereupon the question was read back.)

THE WITNESS: No, I don't recall.

BY MS. JACKSON:

Q Okay. Let's move on to then to Jarl Johansen. Do you recall speaking with Jarl about being a potential witness in the CATS versus Kernen case?

A Yes.

Q And when was that?

A When you subpoenaed me, when I received the subpoena. Maybe I did before that, we talk all the time. We're friends.

Q You received that subpoena on approximately June the 18th, correct?

A Yeah, I guess, if you say so.

Q You were served by an investigator by the name of Chris Cook [phonetic], correct?

A Mm-hmm, I guess that was her name.

Q Is that a yes?

A Huh? Yes. If you say so, yes. I didn't know her name.

Q So how soon after service of that subpoena -- and that -- that was the first subpoena for July the 8th,

correct?

A Correct.

Q And how long after that did you contact Mr. Johansen?

A Shortly to find out if he had been subpoenaed.

Q And what did you discuss?

A We discussed the fact that he took some amazing footage of the runoff from Kernen while I was out of town.

Q And that was back in January of 2024?

MR. CARLON: Objection. Vague.

THE WITNESS: I don't have -- I don't remember the dates. You probably have the video that Jarl Johansen took from my property.

BY MS. JACKSON:

Q When was that in relation to -- you say that Mr. Johansen came to your property and took a video, correct?

A He lived across the street. He came to my property quite often.

Q But you're saying he went across the street and took a video, correct?

A Correct.

Q And that video was of Noisy Creek?

A Correct.

Q And what did you -- did he give you this video? Did you ever have possession of it via email or --
A Yeah, yeah.
Q Who did you give this video to?
A Probably the water board, the county, CATS, maybe other members of -- or he did. We did, yeah.
Q And do you recall approximately when this video was taken?
A No. You'd have to ask Jarle or look at the numbers on the video.
Q Do you recall that you said it was of Noisy Creek, correct?
A Correct.
Q Was that during a storm or --
A Well, I wasn't here that weekend and he had keys to my property.
Q You recall seeing a video that Jarl Johansen took, correct?
A Correct.
Q Was that of Noisy Creek during the storm or at or around the storm of January, 2024?
A If I remember correctly, it was after that.
Q Okay. Was it -- do you believe it was shortly thereafter within, let's say, a month or two?
A Something like that. That sounds plausible,

winter.

Q And then you made sure that video got to the correct people like the water board and CATS for its use?

A I think maybe Jarle did.

Q No, I'm asking you?

A Did I?

Q Yeah.

A I don't remember who because I remember the video was long, and I couldn't open it and Jarle had to redo something on it. So he sent it out or something technical.

Q But did you ever receive the video where you could watch it on your computer?

A Yes. He gave me a little stick thing, which I gave back to him so I could see it. And then I gave it back to him. That's right. Because he had to do something to it to make it because I couldn't -- computer was too small --

Q Ms. Owens, I'm technologically impaired, too, so I understand what you mean.

A My computer is technologically impaired.

Q Did you save it on your computer so you could watch it?

A No.

Q You just watched it and gave it back to him?

A I believe so. Or sent it to the water board and the county and CATS or he did. We just made sure it got there. I don't remember who did the sending. I don't think I did because my computer was overloaded.

Q With what?

A With all those little videos that I took of the runoff from Kernen. And I just deleted it all. I didn't need it anymore.

Q When did you delete it?

A When I moved, I deleted it, anything I could because my computer was freezing up on me.

Q And you're aware that you deleted it after this lawsuit was filed -- after this lawsuit, CATS versus Kernen was filed?

A I don't know if it was before or after. I don't think it was -- yeah, it was before. I think it was before it was filed. I don't know when it was filed. What's the date, when was it filed?

Q Do you recall approximately what month you deleted it?

A Well, I just kept deleting -- I was deleting stuff before I moved because my computer was -- my little tablet was, like, not getting it. And I'd already sent everything to everybody who needed it, so I didn't need it anymore.

Q And who was everybody that needed it?
A The members of the water board, Dan Free of NOAA, CATS, the county, and probably other members of the concerned citizen group.
Q Now, did Mr. Johansen, when you called him -- or did you call Mr. Johansen when you received your subpoena for July the 8th or did you go to see him personally?
A I called him.
Q And what did you discuss over the phone?
A I asked him if he got a subpoena since he had taken such marvelous video footage of the damage done.
Q Did he say he received a subpoena?
A He said no, he did not.
Q Did you ask Cindy Trobitz whether she received a subpoena?
A No.
Q But you spoke with her after you received your subpoena, correct?
A No, I don't think so.
Q How about Vince Thomas?
A No.
Q Now, I'm going to go through some individual witnesses here. Do you know a person by the name of Walt Dragaloski?
A Yes.

Q And how do you know him?
A He was the member of the water board that lived in McKinleyville that went to Kernen Construction and took all the devastating pictures for the water board.
Q Okay. Now, did you ever meet with Mr. Dragaloski?
A No.
Q Did you ever speak with him on the phone?
A Yes.
Q How many times?
A A couple.
Q When you say a couple --
A Maybe two or three, that I recall.
Q And what did you discuss during these two to three conversations?
A Noisy Creek.
Q Did you send him any videos?
A Probably.
Q And what would those videos depict?
A Probably the runoff from Kernen Construction into Noisy Creek and maybe the 8-foot and 10-foot 2-by-4s and the 4-by-6s that came from Kernen Construction and into Noisy Creek.
Q Okay. Now, you are --
A Similar details.

Q Ms. Owens, isn't it true on your old property, not your current one on the golf course, we're talking about the one on Glendale Drive, that the one portion of it where Glendale Boulevard is adjacent to your property, there is a culvert which Noisy Creek comes through from the opposite side of Glendale. Then it goes under the road and then it went past your property?
A Yes.
Q And then it went just a short distance past your property where it went into another culvert that went through Kernen Construction, correct?
A Correct. After my property, it went through the Hooven property and then the culvert.
Q Let's go back to this exhibit, okay. Can you slide that one over to me.
A Here, this is Hooven property --
Q I want you to --
A -- and there's the culvert or something like that. No, no.
Q Here is Glendale Boulevard --
A Right. We enter here. So over here somewhere is the other culvert. So it's the -- the culvert isn't at the end of my property. After my property is a little section of Hooven property.
Q Is it your testimony that there is not a culvert

that goes through this area on Exhibit --

A Yes, there is. I did testify -- I did say yes.

Q Ma'am, ma'am, I'm going to respectfully request that you allow me to finish my question, okay. Here you have listed Glendale Drive. And then it has your old property, 2140. And then off to the left-hand side of the page, it says Noisy Creek. Do you see that? Just say yes or no; do you see that?

A Yes.

Q Now, isn't it true that there is a culvert here at Glendale Drive?

A Yes.

Q That goes into Noisy Creek?

A I answered yes the first time you asked me.

Q Now, can you place Xs --

A Where the culverts are?

Q Repeated Xs as to where that culvert is?

A This culvert is here and this culvert is not on my property. This culvert is on Hooven property and Kernen Construction.

Q Okay. So if the record could reflect you have placed an X to the left of the end on Noisy Creek adjacent to 2140; is that accurate? I'm going to circle that X; is that it?

A Under Glendale, correct.

Q Thank you. And isn't it true that the Glendale culvert has been needing repair and cleaning out by the county for many years?

MR. CARLON: Objection. Vague.

THE WITNESS: I have no expertise on that.

BY MS. JACKSON:

Q And isn't it true that during the January storms of 2024, that wood and debris went through that culvert into Noisy Creek adjacent to your property?

MR. CARLON: Objection. Vague.

THE WITNESS: I'm sure some did, yes, yes.

BY MS. JACKSON:

Q Did you give an interview with Patty Clary to the *North Coast Journal* after the CATS versus Kernen lawsuit was filed? Did you give an interview to the *North Coast Journal*?

A No, no.

Q Excuse me, I misspoke. Did you give an interview to the *Lost Coast Outpost*?

A Yes.

Q And that was with Ms. Clary, correct?

A No. I wasn't with her. She might have -- they might have asked her questions at a different time or something.

Q Did you read the *Lost Coast Outpost* article?

A Yes.
Q And it mentioned Ms. Clary, didn't it?
A Yes, it did --
Q And that was after this lawsuit was filed, correct?
A I don't know when the lawsuit was actually filed.
Q Do you recall when you gave an interview with *Lost Coast Outpost*, what year?
A Was it '23, '24, sometime in there.
Q And you also gave an interview with the *Times Standard*, correct?
A Yes.
Q And that would have been about the same time you gave your interview to *Lost Coast Outpost*?
A That sounds about right, yes.
Q So let's get back down to Mr. Dragaloski. You recall speaking to him two to three times about Noisy Creek. You remember him viewing videos you had prepared. Do you recall emailing with him?
A It sounds familiar. I probably emailed with him or sent him a video that I also sent the rest of the water board.
Q Isn't it true that you at least emailed him on Friday, August the 2nd, 2024?

A If there's an email from then, then I did.
Q And do you recall how many emails you sent to him between January, 2024, to present?
(Reporter clarification.)
MS. JACKSON: And I'm sorry, Madam Court Reporter, because usually nobody ever asks me to speak up.
THE WITNESS: I don't recall. If you have the emails, then they were sent or I don't recall all the details.
BY MS. JACKSON:
Q I didn't ask the details. I'm asking you to estimate how many times you emailed Walt Dragaloski from January, 2024, to present?
MR. CARLON: Objection. Asked and answered.
THE WITNESS: I don't recall. I don't remember. I honestly do not remember.
BY MS. JACKSON:
Q And you cannot give an estimate?
A It would be a guesstimate.
MR. CARLON: Objection. Asked and answered.
BY MS. JACKSON:
Q I'm asking for an estimate?
MR. CARLON: Objection. Asked and answered.
THE WITNESS: I cannot give an estimate.

BY MS. JACKSON:
Q Why is that?
MR. CARLON: Objection. Asked and answered.
THE WITNESS: Because I don't remember.
BY MS. JACKSON:
Q Please -- you can't even estimate?
MR. CARLON: Objection. Asked and answered. Move on, Counsel.
MS. JACKSON: No, I'm not, Counsel.
BY MS. JACKSON:
Q Now, you can't even answer?
MR. CARLON: Objection. Asked and answered.
MS. JACKSON: You've made your objection for the record.
MR. CARLON: Well --
MS. JACKSON: Please --
MR. CARLON: You keep asking the question so I have to keep making the objection.
MS. JACKSON: No, that's not how it works.
THE WITNESS: And when you do this to me, it makes me want to say one million times, which is disrespectful to the Court. So please stop asking me questions I can't answer.
BY MS. JACKSON:
Q I'm asking you why you can't estimate the amount

of times that you emailed Mr. Dragaloski?
A Because I don't remember.
Q I'm not asking you to remember, Ms. Owens. I'm asking you why you cannot give an estimate as to that?
MR. CARLON: Objection. She said she doesn't remember. I don't know how many more times she can answer this question for you, Counsel.
BY MS. JACKSON:
Q Were there too many times?
A Too many times for what?
Q That you emailed?
A Why would it be too many? Because you say it's too many?
Q So you're -- I just want to make sure that I'm clear here --
MR. VERICK: Objection. Vague as to --
THE WITNESS: I need to use the restroom.
MR. VERICK: Hold on --
MS. JACKSON: Certainly --
THE WITNESS: I need to use the restroom.
MS. JACKSON: We will take a break.
MR. CARLON: Go off the record.
(A short recess was taken.)
MS. JACKSON: Back on the record.
BY MS. JACKSON:

Q Do you recall, Ms. Owens, whether or not Walt Dragaloski contacted you to tell you about how the water board concluded the investigation?
A No. I remember thanking him for his due diligence of going over there and taking all the pictures of their mess and --
Q And did you do that over the phone or in person?
A No, it was email. Maybe it was on the phone. I don't remember.
Q And during -- when he made his site visit, do you recall whether or not that was one visit or more than one visit?
A I have no idea.
Q Do you remember over the phone what you two discussed?
A What we discussed, Kernen having runoff into Noisy Creek and there not being any salmon spawning. There's no wildlife activity in Noisy Creek. Why, water board needs to come and check this out --
Q You recall specifically talking to him about those topics in your conversation?
A That's what I talk to anybody about. No, I don't recall. If you're asking me for specifics, I don't recall.
Q Yes, I was.

A Okay. You asked me for specifics and I don't recall.
Q Do you recall when you met Patty Clary?
A Are you asking in person or on the phone or --
Q At all? Yes, that means in person or on the phone or --
A Which one? Which one are you asking me?
Q Okay. I'll break that down. Do you recall when you met Patty Clary on the phone?
A No.
Q Do you remember when you met her in person?
A Date and time, no.
Q Okay. I don't want a date and time, I want an approximation, Ms. Owens.
A I don't have an approximation.
Q Do you have a best estimate?
A My best estimate is she came to my house.
Q Approximately when?
A No, I do not recall.
Q Well, was it before or after the January, 2024, Glendale Boulevard flood event?
A I don't recall.
Q Do you recall whether it was in 2023?
A I don't recall.
Q Do you recall whether or not it was before Walt

Dragaloski and you spoke about Kernen Construction?
A I don't recall.
Q Do you recall whether or not Patty Clary was alone or with someone else?
A On the phone or in person, I don't know if there was somebody else there when she was on the phone.
Q Okay. Let's talk about when she came to your house.
A Uh-huh.
Q Was she alone or was she with someone else?
A I think she was alone.
Q And what did you discuss?
A Well, she came and members of the -- John Ford, Steve Madrone, and Cliff Johnson, I think was his name.
MR. VERICK: Johnson.
THE WITNESS: Were all at my house. And they went down to look at Noisy Creek.
BY MS. JACKSON:
Q So Cliff and John and Madrone were at your house?
A And Patty Clary. And maybe Cindy Trobitz and Dave Trobitz, maybe they were there. I don't recall.
Q Okay. And what did you -- what was discussed at this event?
A I remember about the easement of -- at the bank

because the big trucks drove right next to the embankment, and they were discussing whether there was enough easement before the bank to the creek. I remember that, kind of something about that, yeah.

Q Anything else?

A But nothing -- there was nothing concluded, yeah.

Q What did Patty discuss, what did she say?

A I don't know her words verbatim or --

Q No, I don't want verbatim. What I want is the general context.

A I don't know. They had individual discussions that I didn't even listen to.

Q What did you hear Patty discuss?

A I don't recall.

Q Over the phone, you said that you had spoken to her over the phone. Was that before or after she came to your house?

A Both.

Q So you spoke to her on the phone before she came to your house, and you spoke with her on the phone after she came to the house?

A Yes.

Q Okay. Before she came to house -- before she came to your house, what did you -- generally, what did

you discuss over the phone?

A That the county supervisors were coming to my house and I would welcome her there.

Q And did you tell Patty that the county supervisor was coming to your house, or did Patty tell you the county supervisor was coming to your house?

A The supervisors, the -- it was plural, supervisors.

Q Did she say that to you or did you say that to her?

A If I remember correctly, I said it to her.

Q Now, other than --

A I might be wrong. But I think that's what it was.

Q Other than Steve Madrone coming to your house, what other supervisor came out to your house that time?

A I just told you, John Ford and Cliff Johnson.

Q Are you aware they are not supervisors?

A Or county guys, county members, whatever.

Q Now, after -- so I just want to make sure I get the record correct and I have this correct in my notes. So in the phone call before John Ford, Madrone, and Johnson came out, you told her that the county was coming out or did she tell you? I just --

A I don't know, I don't recall.

Q How did you find out that they were coming out?
A I don't remember.
Q Did they call you and ask to come out to your house?
A I am sure they must have. They must have emailed and said they were --
Q So they emailed you and said that they were coming to your house?
A I welcomed them to my house at any time, sure, yes.
Q And you sent them an email welcoming them to come out to your house?
A At some point, at any time, yeah, yeah. They were welcome to come and assess the situation.
Q And did they email you as to the date and time they were coming out?
A I'm certain that they did, yes.
Q If they did not email you, would you have been able to find out some other way, like you recall them calling you on the phone --
A No.
Q -- and saying, Ms. Owens, we will be out on this date?
A No, I don't remember that happening. Could have, but it's more likely that it was through email.

Q So how many emails do you think that you had with Ms. Clary concerning Kernen Construction from the first phone call to present?
A I cannot estimate.
Q Okay. Would you believe it would be more than five or less than five?
A More.
Q More than ten or less than ten?
A More.
Q More than 20 or less than 20?
A That's where it gets vague.
Q So somewhere between more than ten, more than 15 or less than 15?
A I have no idea.
Q So somewhere between ten --
A Is this emails or phone calls or both or just communication?
Q Let me be clear. We're talking first of all about emails, so approximately fifteen plus?
A Sure, because I sent her all the videos that I sent the water board and the county.
Q Okay. So when you would send these videos, would they be all in one email or would they be in separate emails?
A I would send the videos in the day or day after

filming the runoff from Kernen Construction.
Q And how many videos do you believe you sent to Ms. Clary?
MR. CARLON: Objection. Asked and answered.
BY MS. JACKSON:
Q Just an estimate?
A I have no idea. I can't remember how many videos I sent. They were -- check the rain events. Anytime it rained, I would go down and see if there was runoff and send it to the water board, send it to the county. I was trying to do my part --
Q How many videos --
A -- to save the salmon.
Q How many videos do you believe you took?
A I have no idea.
Q Did you take more than one video?
A Yes.
Q Did you take more than ten videos?
A I don't know.
Q Did you take more than 20 videos?
A I don't know.
Q Okay. Did you take more than five videos?
A Probably.
Q Okay. And but you sent each of those videos to the county?

A Yes.
Q And you sent each of those videos to Ms. Clary?
A Yes.
Q And you sent each of those videos to who else?
A The water board.
Q Okay. And who did you send them to at the water board?
A I don't know. Some of them to Dragaloski, some of them -- probably Dragaloski, and I can't remember. It changed from one person to another that I was supposed to send them to. It got convoluted, yeah. But I was sending them to the water board.
Q So every single --
A And the county and Dan Free from NOAA. And everybody would repeatedly tell me to send these to the water board, send these to the water board --
Q Who would tell you that?
A Dan Free, the county, everybody.
Q Who in the county told you to send them to the water board?
A I don't remember. I just remember being told to send them to the water board.
Q That's what we're talking about, from who in the county?
A I don't know.

Q And you are absolutely positive that you sent everything, all of your videos to the county?

A No, I'm not absolutely positive of anything.

Q How positive are you that you sent all of your videos to the county?

A I'm not absolutely positive. Enough that they got the general idea of what the mess --

Q Safe to say that you don't know how many videos you sent to the county?

A Correct.

Q And it's safe to say that you have no idea how many videos you sent to Dan Free?

A Correct.

Q And you have no idea -- safe to say you have no idea how many actual videos you sent to Patty Clary?

A Correct.

Q And safe to say you really have no idea how many videos you sent to Mr. Dragaloski?

A Correct.

Q Safe to say that you have no idea how many videos you sent to anybody else at the water board?

A I'm trying to remember the names at the water board. Yeah, no.

Q Now, do you recall emailing with Patty Clary on or about January 13, 2024, regarding a neighborhood

meeting at the Skinner Store with your neighborhood group?

A Sure. Sounds plausible. I probably did, yeah. That sounds --

Q How much before that January 13th, 2024, email about the neighborhood meeting had you started to speak with Ms. Clary about Kernen Construction?

A I have no idea. I don't recall.

Q Do you recall an email to her at or around January the 16th, 2024, regarding Kernen?

A No, I don't recall.

Q Do you recall a September 9, 2024, Patty Clary email forwarding her what you had sent to the water board that was rejected by the water board?

A No.

Q Do you recall having some tests done by someone -- I believe it was maybe William Gilmer, I'm not sure -- but you had tests that were done that you sent to the water board which were rejected. Do you recall that?

A Yes.

Q And then you emailed her about the water board rejecting those, correct?

A If you say so, you have the emails.

Q But you recall --

A I don't recall but it sounds like part of the

process.

Q You do recall taking some tests from Noisy Creek and giving them to the water board, correct?

MR. CARLON: Objection. Misstates her prior testimony.

BY MS. JACKSON:

Q Yes or no?

A Yes.

Q Okay. And then when they were rejected, you got concerned so you emailed Patty as to why, correct?

MR. CARLON: Objection. Vague.

MR. VERICK: Yeah, objection. Vague as to rejected.

BY MS. JACKSON:

Q Ms. Owens, you need to look here --

MR. CARLON: She can look wherever she wants, Counsel.

MS. JACKSON: No, you cannot --

MR. CARLON: You can't tell her where to look.

MS. JACKSON: Yes, I can. Mr. Carlon, you cannot coach your witness.

MR. CARLON: I'm not coaching the witness, but you can't tell the witness where to look.

MS. JACKSON: Mr. Carlon, please stop.

MR. CARLON: That's out of line.

MS. JACKSON: Mr. Verick doesn't even understand. He's nodding up and down and it needs to stop. If you just answer the question, we will get through this quicker because I'm really trying to skirt through these questions as quickly as possible.

BY MS. JACKSON:

Q Now, do you recall emailing, yes or no, Patty Clary on September the 9th regarding your tests being, quote, rejected by the water board?

MR. CARLON: Objection. Vague.

THE WITNESS: No.

BY MS. JACKSON:

Q Do you remember sending another email August 23rd, 2024, to Patty Clary, Matt Lang, and Will Carlon?

A No, I don't recall.

Q But you were at that time corresponding via email with Patty Clary, correct?

A I don't recall.

Q You were corresponding at or around that time with Matt Lang, correct?

A If you say so.

Q You were corresponding at that time with Patty Clary's attorney, Will Carlon, correct?

A If you say so.

Q Do you recall at or around October 4, 2024, emailing Patty Clary and Will Carlon and Matt Lang regarding that you were doing surveillance over the current construction site by flying drones?

A No. I don't fly drones.

Q Do you recall contacting them about drones flying over, doing surveillance?

A I didn't -- I didn't fly any drones or I don't know what you're saying there.

Q I'm not asking whether or not you flew them. Do you recall sending an email to Patty Clary, CC'ing Will Carlon and Matt Lang stating that surveillance was being conducted over the Kernen site at or around that time?

A I don't recall.

Q Now, isn't it true that around October 4, 2024, that was during the time that you were -- you and your group had mounted a challenge to shut down Kernen's conditional use permit with the county?

MR. CARLON: Objection. Misstates prior testimony.

BY MS. JACKSON:

Q Yes or no?

A We wanted them to comply.

Q That's not what I asked --

A Compliance, compliance, compliance is what we

were trying, what was my goal.

Q Please reread the question and please answer the question that I asked you.

A And the question again?

(Whereupon the question was read back.)

MR. CARLON: I'll interpose another objection. Asked and answered at this point.

THE WITNESS: Asked and answered.

BY MS. JACKSON:

Q Please --

A No, no.

Q So it's your testimony that -- so if -- and I just need to get this clear, Ms. Owens. I'm moving on as long as you answer. And that is, there were reports in the paper that this was about shutting down the conditional use permit. There were board of supervisors hearings to shut them down. And it's your understanding that that was all wrong, that nobody was trying to shut them down?

A Yeah, the group was trying to shut them down if they did not comply with their CUP, which they were not complying with the CUP.

Q And would it be safe to say that what was being requested from the county by your group was set forth in the staff reports before the board of supervisors on the

issue of the conditional use permit; yes or no?
A I don't even know what you just said.
MS. JACKSON: Please read it back.
(Whereupon the question was read back.)
MS. CARLON: Objection. Vague.
MR. VERICK: Assumes facts without any foundation.
BY MS. JACKSON:
Q Please answer.
A I have -- I have no idea. I have no idea what the -- what you're saying. I have no idea that I know these intricate details. That's what I'm saying.
Q Let's break this down because I want to make it as easy for you as possible to answer.
MS. JACKSON: Please don't laugh, Mr. Verick.
MR. VERICK: I wasn't laughing.
MR. CARLON: Mr. Verick was clearing his throat.
MS. JACKSON: I apologize, then. That's what it sounded like, but I wasn't watching you. So I apologize.
BY MS. JACKSON:
Q Ms. Owens, did you attend any of the board of supervisors hearings on this matter?
A Did I attend what?
Q Did you ever go to the board of supervisors meetings regarding Kernen Construction?

A No. I never went to the board of supervisors meetings.
Q Did you ever go to the planning commissions meetings on the Kernen conditional use permit?
A No.
Q Did you ever watch them on Zoom?
A I don't think so.
Q Did you ever read the staff reports?
A The staff reports, I don't think so. Doesn't sound familiar to me.
Q Let me get this straight. So you had an issue that was -- I would say the Kernen closure, the conditional use permit, was an issue that was near and dear to you because you were living with them sort of working all around you, correct?
MR. CARLON: Objection. Misstates her prior testimony.
BY MS. JACKSON:
Q Yes or no? You were interested in this?
MR. CARLON: Objection. I'm sorry, was that a question?
BY MS. JACKSON:
Q Would you like the court reporter to read it back?
A Yes, I was interested.

Q And you were interested about reducing the noise and the lights?

A All night long.

Q Okay. And did you read what the planning department staff report said with respect to your complaints?

MR. CARLON: Objection. Asked and answered.

BY MS. JACKSON:

Q Did you read it?

MR. CARLON: Objection. Asked and answered.

THE WITNESS: No. I don't remember reading it. I don't recall.

BY MS. JACKSON:

Q Do you recall speaking with your concerned citizens group about what was in the staff report regarding Kernen's compliance with its conditional use permit?

A No. I don't remember. It was a long time ago.

Q Do you recall the staff report that came out in January of 2025?

(Reporter clarification.)

MR. CARLON: I'm sorry, are you asking if she recalls it or --

MS. JACKSON: Yes, I'm asking her --

THE WITNESS: No, I don't recall it. I had

nothing to do with it.

BY MS. JACKSON:

Q Okay. And you never read it?

A No. I gave up on December 2nd, 2024, and moved. And I sold my house the following April or put it up for sale.

Q So when you sold your house December of --

A I did not sell my house in December of 2024.

Q Ms. Owens, it will go a lot easier if you allow me to finish my question before you guess an answer, so I urge you to do that. Now, you said that you moved in December of 2024 after you sold your house, correct?

A No. I did not say that. I said I moved in December of 2024.

Q And then --

A December 2nd.

Q And you moved to -- even when you were --

A I moved into my van.

Q I thought you moved in with William Gilmer?

A I moved onto his property. I was boon docking.

Q And then you consequently sold your home in April of 2025?

A No.

Q When did you sell it?

A I put it on the market in April and sold it in

August. Put it on the market for -- the Realtors said it was worth 610,000 --

Q That's not what I asked --

A And only got 465 --

Q Move to strike. I'm asking you to answer the questions I'm asking you.

A Okay.

Q So you listed it in April, correct?

A Correct.

Q And then you sold it in?

A August.

Q August. And between December and -- well, after December, you lived at the property on Golf Course Drive owned by William Gilmer; yes or no?

A Yes.

Q When did move into the house with William Gilmer?

A None of your business.

Q Please answer the question.

A No --

MR. CARLON: Objection. Relevance.

THE WITNESS: No, I'm not answering that question.

BY MS. JACKSON:

Q You need to answer the question. What month did

you move into the house?

A You know what, I'm going to get up and leave if you keep insulting me.

Q I'm not insulting --

A That is an insulting question --

MR. CARLON: Objection. Relevance. Move on, Counsel.

MS. JACKSON: No, I'm not.

Tell me when you transferred yourself from the van to the house.

THE WITNESS: No.

MR. CARLON: What is the possible relevance of when --

THE WITNESS: Yeah.

MR. CARLON: Moved into --

THE WITNESS: That's personal.

MS. JACKSON: Please quit interposing speaking objections, Will.

MR. CARLON: Objection. Relevance.

BY MS. JACKSON:

Q Please tell me the month that you transferred -- you've already testified that you left your property in December. And then you said that you were staying in your van, and then you've already told me that you were living in the house. I'm asking you the transition point

where you moved from the van to the house?

MR. CARLON: Objection. Relevance.

THE WITNESS: Sometimes I still live in the van.

(Cross-talk.)

BY MS. JACKSON:

Q So you're saying sometimes you still live in the van. You testified --

(Cross-talk.)

MR. CARLON: All right. One second because I think this will make things go a little bit easier. Give yourself a three count so I can do an objection before you answer the question.

BY MS. JACKSON:

Q He's actually correct. It will help you. I know --

A We can sit here for the next three hours you asking me that question.

Q I'm going to ask you, you testified that you currently live with William Gilmer on Golf Course Drive in a home --

A It's Gilmer and it's Golf Course Road.

Q And then you testified that you moved out of your property. Then you testified that you initially stayed in the van. I'm asking when you transferred from the van to the house, that's it --

MR. CARLON: Objection --

THE WITNESS: I refuse to answer the question. Please stop asking me that question.

BY MS. JACKSON:

Q I can get Mr. Gilmer. It would be easier if you answered the month and we can move on.

MR. CARLON: Objection. Relevance. And at this point, I think you're badgering the witness.

THE WITNESS: Yeah, what?

BY MS. JACKSON:

Q Ma'am, I know you're getting frustrated but if you just answer and we can move on.

A I don't recall.

Q Certainly. Okay. Now, you were served on June 18, 2026, with a subpoena. And prior to June 18th, 2026, did you have your own personal legal counsel? Did you have your own lawyer prior to June 18th when you got the subpoena?

MR. CARLON: Objection. Vague.

THE WITNESS: No.

BY MS. JACKSON:

Q Okay. Now, after you were served with the subpoena, and I'm going to be very careful here because I'm not asking you what was said, I just need to depict dates and times. After you received your subpoena for

the July 8th deposition, did you make contact with Mr. Carlon?

A Yes.

Q Did you make contact with Mr. Verick?

A Yes.

Q Did you make contact with Ms. Clary?

A Yes.

Q What did you say to -- say to Ms. Clary?

A That I got a subpoena.

Q And what did she say to you? What did she say to you?

MR. CARLON: Counsel, please give her a second to answer the question.

MS. JACKSON: It has been. Do you want me to --

MR. CARLON: I'm sorry, but we've instructed her to take a three-second pause to not jump over the question, so when you repeat yourself three seconds after you ask the question --

MS. JACKSON: It wasn't three seconds.

MR. CARLON: Ms. Jackson, this will go a lot faster if you give her a second to answer --

MS. JACKSON: Mr. Carlon --

MR. CARLON: Thank you.

MS. JACKSON: If you need more time, you can always ask me. But Mr. Carlon, what you're doing is

utterly appropriate. Please --

MR. CARLON: I'm trying to --

MS. JACKSON: Stop it, please.

BY MS. JACKSON:

Q Ms. Owens, do you recall what you and Ms. Clary talked about?

A That I got a deposition -- I mean, I got a subpoena.

Q What did she say to you?

A I don't recall.

Q You don't -- do you recall the general substance?

A That I got a subpoena.

Q Did she say she would have --

A Maybe the date or the time or whatever or that I wasn't going to -- that I was going to have to make arrangements because I had other plans. I don't know.

Q Do you recall whether or not she said --

A Now I'm guessing again.

MR. CARLON: Please don't guess.

BY MS. JACKSON:

Q Do you recall whether or not she said she had Mr. Verick contact you?

MR. CARLON: Objection. Asked and answered.

THE WITNESS: No.

BY MS. JACKSON:
Q Do you recall --
A She didn't give me any instructions.
Q Do you recall whether or not she said she would have Mr. Carlon contact you?
A No.
Q You don't recall?
A No, no, she did not say those things.
Q Now on June the 18th, Mr. Carlon was not your attorney, correct? Did you hire him by that date to represent you?
A Did I hire him, no.
Q Now let's move onto -- now, I don't want you to testify, and I'm not asking you about the substance of any of your conversations prior to Mr. Carlon representing you, okay? I'm just asking you for some dates and times. Do you recall the first date after June the 18th where you spoke with Mr. Carlon about him representing you at the deposition?
MR. VERICK: That's -- I'm objecting. That's attorney-client privilege.
MS. JACKSON: You don't get to object.
MR. CARLON: I'll object. That's attorney-client privilege.
BY MS. JACKSON:

Q Okay. Do you recall the date?
MR. CARLON: Same objection.
You don't have to answer.
BY MS. JACKSON:
Q Do you recall when you first started speaking with Mr. Carlon, just the date when you started speaking with him about potentially representing you?
MR. CARLON: Same objection.
MS. JACKSON: That is absolutely not and it'll be subject to a Rule 37 motion to compel because until you have certain things done, you don't have an attorney-client privilege. Are you asserting for her to not answer the question as to when she started speaking with you, the date she started speaking with you about potentially doing this?
MR. CARLON: You're asking about details about prior consultations about representation --
MS. JACKSON: No, I am not.
MR. CARLON: That is absolutely protected under privilege.
MS. JACKSON: I am not -- I'm going to be very clear. I don't want any details or anything. What I would like to know is the date that the subject may have even come up. Since you have previously testified he wasn't your attorney, he was CATS's attorney but somehow

this changed.

MR. CARLON: I think you are getting into the substance of attorney-client privilege.

MS. JACKSON: I'm not getting into what you said. I'm asking the date. Let me make it easier.

BY MS. JACKSON:

Q Was that topic before or after you received the subpoena?

MR. VERICK: Objection. The topic is the substance.

MR. CARLON: Yeah. Again, you're getting into the substance of the communication --

MS. JACKSON: Mark. I'm not getting into the substance. If you could mark it, I would greatly appreciate it. We will move on.

MR. CARLON: Ill say that if you recall, you can answer the question, though, because I don't think it matters without waiving any other attorney-client privilege. If you recall, you can answer the question.

BY MS. JACKSON:

Q Ms. Owens, I'm trying to make it easier for you. Was it before or after you received the subpoena?

A I don't recall.

Q You don't --

A I don't recall.

Q Do you recall if you ever spoke with Mr. Carlon about representing you in a deposition that you hadn't been subpoenaed for?

MR. CARLON: I'm going to assert the same attorney-client privilege.

If you know the answer, you can answer.

THE WITNESS: I don't recall. I am not -- you know.

BY MS. JACKSON:

Q So you don't recall -- I'm trying to get clear and I'll move on -- that you have never received a subpoena -- you received a subpoena, you contacted Mr. Carlon?

MR. CARLON: Is there a question there?

MS. JACKSON: Yes, there is. I'm going really slowly here.

MR. CARLON: Sorry, I thought you were --

BY MS. JACKSON:

Q So it would have been in that order that you would have made any contact with respect to potential representation. Would there be any reason why you would have asked him to represent you in a deposition that you had not been subpoenaed for?

MR. VERICK: Objection. Vague.

BY MS. JACKSON:

Q Ms. Owens, please answer.
A Answer what?
MS. JACKSON: Please restate the question.
(Whereupon the question was read back.)
BY MS. JACKSON:
Q Please answer.
A You mean they have depositions that you don't get subpoenaed for?
Q Did you understand the question or would you like the court reporter to reread it to you because it's pretty straightforward, Ms. Owens?
A Not to -- maybe to a legal eagle, but it was around that time. I'm not going to perjure myself by saying it was before or it was after because I don't recall --
Q Okay.
A -- if it was after I did the declaration with Will Verick or if it was around the subpoena time. I'm not trying to -- I'm -- I'm not trying to evade your question. I'm trying to remember and it's like I don't remember. I don't remember if it was right before or right after or the same day or the week before or -- yeah.
Q Okay. Would there have been any reason for you to have thought you were going to be subpoenaed for a

deposition on July the 8th before you received the subpoena on June the 18th?

A No, not that I can think of.

Q Now, I proffer to you that I received an email from Mr. Carlon on July the 1st, 2026, informing me that you were now his client. Would it be safe to say that that relationship occurred somewhere between the time you were subpoenaed on June the 18th and July the 1st, 2026?

MR. CARLON: Objection. Attorney-client privilege.

BY MS. JACKSON:

Q Please answer.

MR. CARLON: I'm sorry, you're asking her about -- this is --

MS. JACKSON: I'm not asking.

MR. CARLON: -- out of line, Allison.

MS. JACKSON: No. You are because you're not making the appropriate objections and you're not directing her not to talk.

MR. CARLON: I think I'm going to have to direct her not to talk --

MS. JACKSON: Then you can and we will take it up with the judge.

MR. CARLON: What is the basis for seeking this information --

MS. JACKSON: I don't have to say that. Let's move on. We're already looking at two Rule 37 joint briefs about this. Let's move on. Let's move on. Are you directing her not to answer that question?

MR. CARLON: Maybe we can have a colloquy off the record or on the record --

MS. JACKSON: No, we can't.

MR. CARLON: I don't mind. But I'm trying to understand the basis for you seeking this information.

MS. JACKSON: I'm asking the cutoff date as to when you were asserting attorney-client privilege. That's what I want to know. And if you're asserting it sometime after June the 18th, fine. If it's before the 18th, I need to know that.

MR. CARLON: I think the representation began when she got the subpoena.

MS. JACKSON: Now we can move on.

MR. CARLON: That's why I wanted to have the conversation --

MS. JACKSON: That's why I kept saying was it before or after the date.

MR. CARLON: She got the subpoena and then we --

MS. JACKSON: That's what you were objecting to.

MR. CARLON: Well, you weren't asking that question. But I'm happy that we could clear it up.

MS. JACKSON: I did ask it numerous times, and you believed it was privileged. Let's move on.

MR. CARLON: Okay.

MS. JACKSON: Now, we've done that.

BY MS. JACKSON:

Q So now, between 2023 and the day before you were subpoenaed by me on June the 18th, approximately how many conversations did you have with Mr. Carlon regarding Kernen Construction, approximately?

A What are the dates again?

Q Between the years 2023 and June 18th, which is the date that you got subpoenaed, so -- of 2026. Approximately how many conversations did you have with Mr. Carlon?

A Maybe a couple.

Q Couple. Were they on the phone or in person?

A On the phone.

Q And what were they concerning?

A My videos.

Q And is that it, your videos?

A Pretty much, yeah.

Q Do you recall anything else discussed?

A No.

Q Okay. Approximately how many times did you have emails between you and Mr. Carlon between the same dates?

A Just a couple, just a few, maybe. I don't know.
Q Concerning --
A A couple is two and a few is three or more, and many is 50. It just depends on what you're -- yeah.
Q Do you recall when you first emailed with him?
MR. CARLON: I'm sorry, are you asking if she recalls or --
MS. JACKSON: Yes.
BY MS. JACKSON:
Q I'm asking for you to recall your first email.
A I don't recall our first date.
Q Do you recall what that first email was about?
A Probably about videos.
Q Do you recall what the first phone conversation was about?
A Probably about videos.
Q Do you recall whether or not you discussed what you witnessed with respect to Noisy Creek from any time during 2023 through the end of 2024?
A What I witnessed, that would be in the videos.
Q That's not my question. Do you recall --
A The videos are what I witnessed.
MS. JACKSON: Would you please read back the question?
Ms. Owens, I understand you're getting tired and

that's when people's nerves sort of fray. But if you could answer the question that I asked as opposed to the question that you want to answer, I guarantee you this will conclude a lot quicker.

(Whereupon the question was read back.)

THE WITNESS: I don't recall.

BY MS. JACKSON:

Q Isn't it true, Ms. Owens, that you sent Mr. Carlon numerous emails on August the 23rd, 2024, writing to him about how to be able to get the conditional use permit for Kernen Construction pulled and the facility shut down for the noise and lights you didn't like?

MR. CARLON: Objection. That probably misstates her prior testimony.

BY MS. JACKSON:

Q Isn't it true that on August the 23rd, 2024, you exchanged these emails regarding the conditional use permit?

MR. CARLON: Objection. Vague as to these emails.

BY MS. JACKSON:

Q Yes or no?

MR. CARLON: Maybe if you showed her the emails --

MS. JACKSON: I will do that in my own time, sir.

THE WITNESS: I don't recall.

BY MS. JACKSON:

Q Do you recall ever emailing between yourself and Mr. Carlon regarding how to get the conditional use permit for the Kernen facility pulled and shut down for the noise and lights that you and your neighbors did not like?

MR. CARLON: Objection. Vague as to pulled, shut down.

BY MS. JACKSON:

Q Please answer.

A I don't recall.

Q You don't recall ever emailing him on that topic?

A No, I don't.

Q Okay. And on the same date, August the 23rd, 2024, you actually offered to text him photos of the lights that you didn't like and the reasons why you wanted the facility shut down.

MR. CARLON: Objection. There is no question.

BY MS. JACKSON:

Q Yes or no?

MR. CARLON: Objection. Yes or no what?

MS. JACKSON: Would you please read Ms. Owens back the question? I would greatly appreciate it.

(Whereupon the question was read back.)

BY MS. JACKSON:

Q I asked you yes or no.

A I don't recall.

Q Isn't it true that on August the 8th, 2024, you and Mr. Carlon engaged in an email exchange where it was arranged between you to have a phone call?

A Sounds likely.

Q What was that phone call about?

A I have no idea. I don't recall.

Q And you remember that at the time, Mr. Carlon was Ms. Clary's attorney, correct; yes or no?

A I have no idea. How would I know that? That Will Carlon was Patty Clary's attorney?

Q CATS's attorney --

A You didn't say CATS, you said Clary, Ms. Clary's attorney, didn't you?

MR. CARLON: She did.

BY MS. JACKSON:

Q I did. Now let me rephrase it. Isn't it true that you knew at that time, Mr. Carlon was CATS's attorney?

A Yes.

Q Isn't it true that August the 12th, 2024, in an email between you and Mr. Carlon, you explained why you were consulting with CATS about getting the conditional use permit cancelled for Kernen. Specifically, you were using -- isn't it true that you were using -- using Mr. Carlon as -- you were getting advice him from as CATS's attorney?

MR. CARLON: Are you done with your question, Counsel?

MS. JACKSON: Yes, I am.

MR. CARLON: Objection. Unintelligible.

THE WITNESS: I don't recall any of these emails. I mean, you know, I don't have a photographic memory.

MR. CARLON: It might be helpful if you showed her the emails, and she can answer questions about them.

MS. JACKSON: Sir, I have my own way of doing things.

MR. VERICK: That is for sure.

MS. JACKSON: Mr. Verick, I urge you to --

THE WITNESS: I need to go to the restroom again.

MS. JACKSON: Certainly. Let's take a break.

(A short recess was taken.)

MS. JACKSON: Back on the record.

BY MS. JACKSON:

Q Now, we're back on the record. It's 2:18. Ms. Owens, do you recall getting an email from Mr. Carlon and CC'd to Ms. Clary where Mr. Carlon was pointing out every ordinance you could attempt to use in your group to shut down Kernen through the county's conditional use permit project?

A Yes --

MR. CARLON: Objection. That misstates the substance of the email.

BY MS. JACKSON:

Q You do recall that?

A Yes, something like that, yeah.

Q Okay. Do you recall continuing to email with Mr. Carlon at or about September the 6th regarding your objections to the conditional use permit for Kernen that was currently before the county?

A No, I don't remember.

Q You don't remember any emails --

A I don't remember specifics or details of any emails or dates or times.

Q I'm not asking you about dates or times or specifics. I'm asking you whether or not you recall at or about September, 2024, emailing with Mr. Carlon regarding your objections to the Kernen conditional use

permit which was before the County of Humboldt?

A No. I don't recall.

Q Do you recall emailing him at or around August the 2nd regarding that you were doing or you were taking part somehow in overhead drone pictures of Kernen with respect to the conditional use permit?

MR. CARLON: Objection. Vague.

BY MS. JACKSON:

Q Yes or no, ma'am?

A No, I don't recall.

Q Do you recall at or about January of 2024 emailing Mr. Carlon about your attempts with contacting the county regarding shutting down Kernen's conditional use permit?

A No. I don't recall --

MR. CARLON: Objection. Go ahead and count to three before you answer so I can object, please.

Objection. Misstates the substance of the communication.

BY MS. JACKSON:

Q You don't have any communication?

A I don't recall.

Q I'm asking whether or not you recall?

A I don't recall.

MR. CARLON: You're mischaracterizing --

BY MS. JACKSON:
Q Now, do you recall ever meeting Mr. Carlon at your house?
A No.
Q Do you recall ever meeting with Mr. Carlon at any one of your neighborhood group meetings?
A No.
Q Now, with respect to Mr. Verick, from approximately 2023 to present, how many times have you personally spoken with him face to face regarding Kernen?
MR. CARLON: Including today?
THE WITNESS: Less than ten.
BY MS. JACKSON:
Q Okay. How many times do you believe you've spoken with him from the same dates, 2023 to present, regarding Kernen over the phone?
A Less than ten.
Q Do you recall how many times you emailed -- there's been emails between you and Mr. Verick concerning Kernen from 2023 to present?
A I don't recall.
Q Can you give me an estimate?
A No.
Q Would you think it was --
A I can't give you an estimate.

Q Do you believe -- do you think it could be more than five?

MR. CARLON: Objection. Asked and answered.

THE WITNESS: I can't give you an estimate.

BY MS. JACKSON:

Q Do you think it was more than once?

A Yeah, yes.

Q Do you think it was more than five times?

A I can't give you an estimate.

Q Do you think it was less than ten times?

A I can't give you an estimate.

Q But you know it was more than once?

A Yes.

Q Did you ever meet at your Glendale home with Mr. Verick?

A Yes.

Q Approximately how many times?

A Once or twice, maybe.

Q What was discussed during those meetings?

A The creek, the noise, the air pollution.

Q And was Mr. Verick alone or was he with someone else at your home?

A One time he was with Matt Lang -- maybe two times that he was with Matt. I think maybe that's it, that I remember.

Q Do you remember what, if anything, Mr. Verick said during these any of these team meetings?
A No, I don't recall.
Q Do you remember whether or not it dealt with Kernen Construction?
A Yes, and the creek.
Q And the noise?
A More about the creek.
Q And the noise?
A And the noise, sure.
Q And the lights?
A Because we would have to speak up to talk. It was during the day and you can't hardly -- no, the light. They had stopped working nights by then.
Q Now, do you recall how many times that you've spoken with Matt Lang from 2023 to present?
A Very few.
Q When you say very few, approximately how many times?
A Approximately five.
Q When you spoke -- well, first of all, you know who Matt Lang is?
A Yes.
Q Okay. Who is he?
A He works with CATS and Bill Verick. And I

believe I sent the videos to him at some point.

Q Would that have been sometime during 2024?

A That sounds right. That sounds correct, yes.

Q Did you -- how many times do you believe you emailed with Mr. Lang?

A I don't recall.

Q You said Mr. Lang met with you at your home and Mr. Verick maybe twice?

A Once or twice, yes.

Q What, if anything, was said by Mr. Lang during those two visits?

A He asked me about my bird feeders is all I remember.

Q Do you recall whether or not Mr. Lang met with your neighborhood group concerning Kernen?

A Not at the meetings I was at.

Q During the two times that Mr. Verick and Mr. Lang met with you at your home, was anybody else with you?

A Maybe William Gilmer.

Q Now, how long have you known Mr. Gilmer?

A Seventeen years as of August 29th.

Q Wow. My husband and I go back to 1984, Memorial Day, so. Now, Mr. Gilmer used to work for the City of Arcata, correct?

A Correct.
Q In what capacity?
A Superintendent of waste water treatment.
Q And you and Mr. Gilmer in September of 2024 exchanged emails concerning Noisy Creek, correct?
A Me and Mr. Gilmer, that seems funny. I don't recall.
Q Isn't it true that you forwarded your emails and that was between you and Mr. Gilmer in an email chain to both Patty Clary and Will Carlon?
A If you say so. I don't recall it, but you have the emails then --
Q Isn't it true then --
A -- thumbs up.
Q I'm sorry?
A Thumbs up.
Q Isn't it true that you had Mr. Gilmer take water samples directly out of Noisy Creek in the area of the culvert that ran from Glendale Road past your property?
MR. CARLON: Objection. Vague as to the area of the culvert. And also, vague as to whether you're asking if Ms. Owens directed Mr. Gilmer.
BY MS. JACKSON:
Q Please answer.
A No. It's stated incorrectly there.

Q To your knowledge, did Mr. Gilmer take water samples from Noisy Creek during the year of 2024?
A No.
Q Or 2025?
A No. He took samples of water draining from Kernen Construction into Noisy Creek before it reached Noisy Creek.
Q And were you present for when those tests were taken?
A Yes, I videoed it.
Q And did you submit these tests to any laboratory?
MR. CARLON: Sorry, objection. You're saying tests, but I want to make sure you're meaning samples or do you mean tests?
MS. JACKSON: You know what I'm talking about, do you?
MR. CARLON: Well, I am unclear --
MS. JACKSON: Let me -- I want to make sure the witness understands.
BY MS. JACKSON:
Q You just testified that you had Mr. Gilmer -- or you were present when Mr. Gilmer took water samples, correct?
A Took water samples.

Q And those water samples were submitted to a laboratory, correct?
A Correct.
Q Who paid for that? Did you?
A Yes.
Q Now, who ordered these samples to be taken?
A Me.
Q And you sent these samples to the water board, correct?
MR. CARLON: Sorry, objecting again. You're saying samples, but I think this time you do mean reports.
MS. JACKSON: Did you -- I agree.
MR. CARLON: Right. I just want to clarify because you're not asking if --
BY MS. JACKSON:
Q Now, when you sent the samples to the laboratory, the laboratory gave you a report, correct?
A Correct.
Q And you sent that report to the water board, correct?
A Correct.
Q And that was the one that the water board told you that there was a problem with, correct?
A Yes.

Q Do you recall -- that was approximately, what, was that the spring of 2024?
A Maybe.
Q Was it during the rainy season?
A I believe so.
Q It's safe to say it wouldn't have been during the dry season, correct?
A Correct.
Q So some time between, let's say, January of 2024 and June of 2024?
A That sounds plausible.
Q Those tests were taken and sent to the laboratory, correct?
A I believe so.
MR. CARLON: Objection. Sorry, you're conflating tests with samples again.
BY MS. JACKSON:
Q Do you believe so?
A Samples.
Q You sent -- the samples were taken between January and June of 2024, correct?
A Yes.
Q And the laboratory test results came back to you somewhere between January, 2024, and June, 2024, correct?
A Yes.

Q Correct?
A Correct.
Q Now, do you recall at a certain period of time, Supervisor Madrone had to take a backseat as to your neighborhood group meetings because he could not use his official position?
MR. CARLON: Objection. Vague as to what you mean by backseat.
BY MS. JACKSON:
Q Do you recall that?
A Vaguely, yeah. I don't know if he was retiring or I don't know what the details were, but.
Q Isn't it true that you were advised of the fact that Mr. Madrone could not use his formal position as a member of the board to help your group challenge the conditional use permit per the directions of John Ford, the planning director?
A I don't know. I ended up being out of the group at some point, so --
Q Why?
A Why, because it was -- I was dealing with the water board and I wanted to have a life. I didn't want to deal with everything.
Q Isn't it true the members of your group predominantly wanted to go forward with the noise and the

light challenge and not take part in the Clean Water Act allegations that you were pursuing with CATS and Ms. Clary?

MR. CARLON: Objection. Calls for speculation.

THE WITNESS: Yeah, some of them might have, some of them might not have. I know a lot of them wanted me to get those -- keep taking films. You're going to be gone this weekend? I'll come and take film.

BY MS. JACKSON:

Q Who?

A Jarl Johansen.

Q Who else?

A Cindy Trobitz.

Q Who else?

A David Trobitz.

Q Who else?

A I don't know.

Q Do you recall any of the other members actually telling you that they could not support you in deviating from the noise and light issues and going with CATS and Ms. Clary on the water issues?

MR. VERICK: Objection. Irrelevant.

BY MS. JACKSON:

Q Do you recall having specific conversations with other members of the group; yes or no?

A No, I don't recall.

MR. CARLON: About what? Sorry, objection. Vague.

MS. JACKSON: Well, this was a follow-up --

THE WITNESS: About deviating.

MS. JACKSON: -- with deviating. Your witness understood it.

MR. CARLON: As long as she understood it, I didn't understand it.

BY MS. JACKSON:

Q Do you recall exchanging emails with Farzad Kasmaei?

A That's the one.

Q That's the one from the water board. You do. And that was in 2024?

A Sounds about right.

Q Could it have been 2023?

A Could have been. It was him and somebody else and they changed at one point. I don't know when it was.

Q And so how did you correspond with him, via phone or via letter?

A Pretty much sending videos through emails, I do believe.

Q So it's emails?

A I -- I can't remember ever talking to him. I

would have remembered his accent if he had one.

Q How many emails do you believe you exchanged with him?

A I have no idea.

Q But you do not recall having telephone conversations with him?

A No, I don't.

Q Do you recall sending William Gilmore's test results from the lab?

A Gilmer.

Q Gilmer. Regarding the samples taken some time between January and June, 2024?

A To somebody at the water board, yes.

Q And again, I believe you said it was -- just want to make sure it was you that paid for the lab tests that your 17-year friend, Mr. Gilmer, took and it was not CATS?

A Correct.

Q But you did give CATS those results, correct?

A I believe so. I gave them to everybody on the list.

Q Did you give them to Mr. Carlon?

A I gave them to CATS.

Q Did you give them to Mr. Verick?

A I gave them to CATS. I don't remember if I sent

them to Matt or Patty or to Will or to Bill.
Q But it would have been one of them?
A I believe so.
Q Was there anyone else from CATS you would have sent them to?
A No. Those are the only names I know.
Q Okay. Approximately how many times between 2023 to present have you had conversations about Kernen and the CATS matter with Cindy Trobitz?
A I -- she was my neighbor. How many times have I conversed with Cindy Trobitz regarding CATS --
Q And Kernen?
A And Kernen. Probably many.
Q And what were those conversations about?
A About there being no fish in the creek when there used to be fish in the creek. The river otter hasn't come up. She has the creek on her property as well.
Q Ms. Owens --
A You asked me what the conversation was about.
Q That's exactly what I'm asking --
A Yeah.
Q -- is what the conversation would be about?
A That's what it would be about.
MR. CARLON: Counsel, let her finish the answer

to the question. Just because you don't like the answer, doesn't mean you can interrupt --

MS. JACKSON: I like the answer just fine. I just want to make sure that Ms. Owens is not conjecturing about what she would have said, but what she recalls speaking with her about.

THE WITNESS: Many times speaking with Cindy about because we both had Noisy Creek, and no fish came up to spawn. And she wondered if I had any, no. And the river otter hasn't been up and haven't had any great blue herons this year, yeah.

BY MS. JACKSON:

Q What are the specifics about the CATS versus Kernen lawsuit that you spoke with her about?

A I didn't know the specifics. I don't know legal jive jargon.

Q What were the issues about the lawsuit? Did the lawsuit come up?

A The lawsuit.

Q CATS had a lawsuit against Kernen.

A Yeah.

Q And I asked you a question about the conversations you had with Ms. Trobitz about that lawsuit.

A Go CATS go. I don't know. It's like being on a

team or something.

Q Now, with respect to Mr. Johansen from 2023 to present, how many conversations have you had with him specifically about the lawsuit involving CATS versus Kernen?

A If you said about the evidence of the videos that CATS could move forward with, I don't know when the lawsuit exactly started or, you know, I'm not -- I don't know the specifics, so --

Q Would you please restate the question. I'm asking you how many times do you believe it was spoken from 2023 to present about the lawsuit involving CATS versus Kernen?

A A couple.

Q And what did you speak about?

A The fact that I got a subpoena. The fact that we both took videos of the runoff from Kernen Construction into Noisy Creek, which is a coho salmon spawning creek and runs directly into Mad River, which is 80 percent of Humboldt County's drinking water.

Q I would move to strike with respect to that being nonresponsive.

A I was responding completely.

Q Ms. Owens, please --

MR. CARLON: Objection. Argumentative. She

answered the question you asked.

MS. JACKSON: No, she did not.

MR. CARLON: Yes, she did.

(Cross-talk.)

BY MS. JACKSON:

Q Ms. Owens, you cannot answer the question that you want. I asked you how many times did you speak about the lawsuit?

MR. CARLON: You were asking about the substance of the lawsuit.

MS. JACKSON: No, I didn't.

THE WITNESS: Yeah, I said --

MR. CARLON: Can you read back the question, please?

(Whereupon the question was read back.)

BY MS. JACKSON:

Q Let's start from scratch on that. How many times did you have conversations?

A At least a couple.

Q Now, were those face to face or were they over the phone or both?

A Both.

Q And Mr. Johansen lived across the street?

A Yes.

Q How many times did you email back and forth

about the same subject matter? I apologize.
A Many.
Q Well, when you say many, more than ten?
A Yes, because I would send him the videos as well.
Q More than 20?
A I don't know.
Q How many videos do you believe that you took?
A You already asked me that, I have no idea.
Q Do you have an estimate?
A No.
Q Okay.
MR. CARLON: We've been down that road, Counsel.
BY MS. JACKSON:
Q Have you ever been to his home?
A Whose home?
Q Mr. Johansen with respect to the CATS versus Kernen matter?
A No.
Q Did he ever meet at your home concerning the CATS versus Kernen matter?
A Yes.
Q How many times?
A I don't know. He lived across the street. He came over all the time.

Q Regarding CATS versus Kernen?

A I guess he didn't -- we had one meeting there with a couple of neighbors, not the whole group.

Q At your house?

A Mm-hmm.

Q Is that a yes?

A Yes.

MR. CARLON: I'm sorry, what was the question? Can you repeat that question, please?

MS. JACKSON: No, because I'm trying to answer it.

MR. CARLON: Can you repeat the question, please?

(Whereupon the question was read back.)

(Whereupon the answer was read back.)

BY MS. JACKSON:

Q And who were the other group members that were at that meeting?

A It wasn't an official meeting, it was just some of the neighbors came over, Cindy Trobitz.

Q And who else?

A And her brother, Dave Trobitz and Jarle and I. I don't remember anybody else being there.

Q Okay. Mrs. [sic] Owens, I'm showing you --

A Ms.

Q Ms. Owens, I apologize. I'm showing you what is labeled Exhibit 1.

MR. CARLON: I think you already have an Exhibit 1.

(Exhibit 2 marked for identification.)

MS. JACKSON: Excuse me, Exhibit 2, and you are right. I'm sure Madam Court Reporter would have corrected me in a nano second about that.

BY MS. JACKSON:

Q Now, would you review Exhibit 2, please?

A Are you talking about the email to Cliff Johnson.

Q Yes.

A Okay.

Q And this is an email chain sent between -- from you to Cliff Johnson and then Cliff Johnson to you?

A I don't see one that's Cliff Johnson to me. Oh, hello, Lynne. Okay.

Q It's okay.

A Okay, yes, yeah.

Q So you initially wrote Cliff Johnson to Cliff, Walt Dragaloski of the state water board advised you to specifically request the regional water board's response to Humboldt County, correct?

A Yep. That's what it looks like.

Q And what do you recall Walt telling you why you had to do this and why he didn't?
A I have no idea.
Q But that was August the 2nd, 2024, correct?
A That's the date it says, yes.
Q And you signed it Ground Zero and CC'd attorney of law, correct?
A Yeah.
Q Now, who did you CC this to?
A All the people up here.
Q Who is the attorney you CC'd it to?
A I didn't, I just put attorney-at-law. I just have it at the bottom of my thing, always.
Q And --
A Makes it look more official. Ground zero was my nickname for my house from the neighborhood and from John Ford --
Q If you could, please --
A I get to keep this?
Q No, you need to put it with the other one.
A Okay. I'm now officially stacking.
Q I would ask that you only answer my questions.
MS. JACKSON: I would move to strike everything that she has said afterwards as nonresponsive.
Now, I'm going to show you Exhibit 3.

(Exhibit 3 marked for identification.)

BY MS. JACKSON:

Q This is for you to review and that's for you. And after reviewing this, do you recognize this?

A Yeah.

Q And this is an email between yourself and Patty Clary from CATS dated January the 13th, 2024, correct?

A Yes.

Q And that is informing you -- her that you have a neighborhood meeting on January the 15th, 2024, at the Skinner Store building, correct?

A Yes.

Q And --

A She did not join us.

MS. JACKSON: Please move to strike everything as nonresponsive.

BY MS. JACKSON:

Q Now, with respect to your email to Patty Clary, this is dated January 13th, 2024, about how many weeks or months had transpired prior to this email when you had been in contact with Ms. Clary concerning Kernen?

MR. CARLON: Objection. Confusing.

THE WITNESS: I don't recall.

BY MS. JACKSON:

Q Do you recall whether or not your first -- you

had known her with respect to Kernen for a month or more?

A I have no idea, I don't remember.

Q You have no idea? I just want to make sure --

A This might have been my first email to her for all I know, for all I remember.

Q But you would have met her before you emailed, correct?

A No.

Q Where would you have gotten her email?

A I don't know. Maybe from somebody in the group. I don't remember. I do not recall.

Q Thank you very much for that. I will tell you and why I say that is because it's very easy for some of these to get mixed up and our court reporter has to track down all of them. And this will be No. 4.

(Exhibit 4 marked for identification.)

BY MS. JACKSON:

Q Now I'm going to show you Exhibit 4. Exhibit 4, did you review this?

A Yeah, subject, runoff.

Q Okay --

A It must have been a video.

Q That's -- so you do recall this email, correct?

A No, I don't recall it but, I mean, you know.

Q Is your email LynneOwens1959@gmail.com?

A Yes.
Q And this is dated January the 16th, 2024, correct?
A Correct.
Q And this is to Patty@alt2tox.org, correct?
A Yes.
Q And that's Patty Clary from Californians for Alternatives to Toxics, correct?
A Correct.
Q Now, you sent her saying begin forward message saying runoff. And it just says, "Sent from my iPhone." What did you send her?
MR. CARLON: Sorry, Counsel, you sort of murmured the first part of that question. Could you repeat that?
MS. JACKSON: It's my fault.
MR. VERICK: You scratched your nose there and we lost you.
BY MS. JACKSON:
Q Let's go forward again. This email was from Patty Clary from CATS, correct?
A It was from Lynne Owens to Patty Clary, correct.
Q And what did you send to her?
A I'm sure it must have been a video of the runoff from Kernen property --

Q But you don't know?
A -- into Noisy Creek.
Q You do not know?
A Well, if I put subject runoff, that's what it would have been. It's not people running off into a field or something.
Q Ms. Owens --
A And there's no text here, so it would have been a video.
Q But you don't know what video you sent, do you?
A I sent a runoff video.
Q Okay. Are you able to identify what video you sent if you sent one?
A You mean which out of the many videos?
Q Yes, yes.
A No. But the videos are probably dated and when I --
Q Okay. That's it. If you can't, you can't.
A There's audio with the video that says the date and time --
Q That's all I ask --
A -- so that would say which video.
Q Ms. Owens, all I'm asking --
A Isn't that correct? I mean the videos have audio.

Q Ms. Owens, please listen to the question. From Exhibit 4, there's no indication of what you sent to Patty Clary on January the 16th, 2024, in your email, correct?

A There's no indication on this paper.

Q Now, let's go back to No. 5.

MR. CARLON: I don't think we have gotten to No. 5 yet.

MS. JACKSON: I'm working on it right now.

MR. CARLON: I thought you said go back to No. 5.

MS. JACKSON: I stand corrected, probably right up there with my murmuring.

(Exhibit 5 marked for identification.)

BY MS. JACKSON:

Q Now, Exhibit 5, I want you to take a peek at this exhibit, read both pages, and then I'll ask you a couple of questions. And I'm going to ask to direct your attention to the second page because that's where the email starts. That's an email from you dated August the 8th, 2024, at 1:23 p.m. to Will Carlon, Will Verick, Patty Clary, and Dan Free, correct?

MR. CARLON: Objection. You said that this is where the message starts, but these are two separate email threads. One subject says, "Need help making sense

of regional water board objections." And the other one is re: August 23rd, 2024.

MS. JACKSON: I have these as one. So let me go back. You are correct when I look at the dates. The back page on Exhibit 5 is a separate email sent to Will Carlon, Will Verick, Patty Clary, and Dan Free from you, correct?

THE WITNESS: Looks to be correct, yes.

BY MS. JACKSON:

Q And that was August the 8th, correct?

A Yes.

Q Do you know what attachment was sent to them on this date?

A One of my many videos of the runoff --

Q Then I'm going to go to the -- but you don't know which one, correct?

A No, but the video will tell you which one.

Q You don't know what video it was, correct?

A Not by this.

Q And you don't know when that video was taken, whatever video was sent on that date, correct; yes or no?

A Correct, yes.

Q Now, it says, "Water board 7.29.24." What is that concerning?

MR. CARLON: I'm sorry, objection. I think the

witness was looking at the first page, not the second page when you're asking her questions. It's a little confusing. There's two threads --

MS. JACKSON: I said -- I said only look at the back page.

MR. CARLON: Okay. Were you looking at the back page when you answered the question about the video or were you looking at the first page?

MS. JACKSON: Let's go back. Please look at the second page --

MR. CARLON: There's two separate emails --

MS. JACKSON: I will ask her again if you think she was confused.

BY MS. JACKSON:

Q Please look at the back page that says August the 8th, 2024, okay?

A Yes.

Q And that you sent something to Will Carlon, Will Verick, Patty Clary, and Dan Free from NOAA, correct?

MR. CARLON: Well, give her a second to read it to refresh her recollection. You're peppering her with questions before she has a chance to look at it.

MS. JACKSON: It's the same question that I asked before that you said she was confused. Let's go on --

(Cross-talk.)

MR. CARLON: I want to make sure she was looking at the right page.

MS. JACKSON: I'm looking at it --

MR. CARLON: It's like three sentences long, just give her a second.

MS. JACKSON: It's not even three sentences long.

MR. CARLON: Exactly. Just give her a second to read it.

BY MS. JACKSON:

Q Please review it and when you're done reviewing, tell me.

A Okay. I'm done reviewing.

Q Now, do you know what attachment you sent on this date, August the 8th, 2024, at 1:23; yes or no?

MR. CARLON: Give her a second to respond. You're badgering --

MS. JACKSON: I am not. I'm not badgering.

Do you know which one you sent?

THE WITNESS: No, I don't know which video I sent.

BY MS. JACKSON:

Q Now, underneath where it says one attachment, it says, "Water board, 7.29.24." Do you see that?

A Mm-hmm.
Q Is that yes?
A Yes.
Q What does that relate to? What does that concern?
A I don't know. I didn't write that.
Q It says, "From Lynne Owens."
A Right.
Q "Attachment 1, water board."
A Oh, that was probably the name of the -- of the film. It was probably on 7/29.
Q So that would have been --
A Since it was sent on 8/8, so it was in the week or something.
Q But you believe -- I'm sorry, just to be safe here.
A Yeah.
Q Do you believe that reference regards a video that you had sent to the water board that was taken on 7/29/24?
A It looks like there's a possibility of that.
Q Do you have any idea why you would have put water board 7.29.24 in your email with the attachment?
A Maybe I sent it to the water board on that date because the water board isn't listed in these other

people. Maybe I sent it to the water board and said, oh, I forget to send it to all these other people.

MR. CARLON: At this point, I'm going to coach you not to guess.

THE WITNESS: She's asking for me to guess.

BY MS. JACKSON:

Q Now, I'm going to ask you to look at the front page. There is a --

A Because I did not type 1 attachment or --

Q Ma'am, there's no question pending. There is a Friday, August the 23rd email at 8:35 p.m. at the bottom. And then there's an 8:46 response and then an 8:52 response. Let's go to the bottom of that. Is that an email from you?

A It says from Lynne Owens, yes.

Q And that was Friday, August the 23rd, 2024, correct?

A Correct. Yes.

Q And you addressed this email to Matt Lang, Patty Clary, William Verick, and Will Carlon, correct?

A Yes.

Q And you sent them something from your iPhone, correct?

A Correct.

Q And then you got a response from Mr. Carlon at

8:46, correct?

A I don't know. 8:46, where is that?

Q Look on the first page.

A Oh, yeah, yeah. I see. Thanks, Lynne.

Q So then you got a response from him?

A Yeah, yes.

Q And then you -- and then he -- it says, "Any chance it's dark? Any chance we can get a shot with context" -- because this is -- essentially, the document speaks for itself. But it's less than a second long. Did you -- were you able to get him a better video?

A I don't remember.

Q Okay. And then you responded that you tried to text videos to Patty and Matt, correct?

A That's what it looks like, yes.

Q And that was your email from your account to Mr. Carlon, correct?

A Yes.

Q Now, let's look at 6. Please look at it.

(Exhibit 6 marked for identification.)

MR. CARLON: So Allison, is this the same email as the second page of Exhibit 5?

MS. JACKSON: No.

MR. CARLON: Oh, I see.

BY MS. JACKSON:

Q Did you review that?
A Yes.
Q And you initially had sent an email at 1:23 p.m. to Will Carlon as well as Mr. Verick, Ms. Clary, and Dan Free saying you needed help making sense of the regional water board's objections attached to the lab results, correct?
A Yes.
Q And that is because they did not accept the last lab -- pardon me, the lab results that your friend William Gilmer took at Noisy Creek, correct?
A Yes.
Q And that Mr. Carlon, then, back in August 8th of 2024, said that he would be happy to have a brief call with you, correct?
A Yes.
Q Did you speak with him?
A I believe I did, yeah.
Q What do you recall was said about why the water board objected to your lab results?
A It was some technical thing that I did not understand.
Q Okay.
MS. JACKSON: If you would be so kind, every time you're done, if you could put them in that stack,

all of us would be grateful.

(Exhibit 7 marked for identification.)

BY MS. JACKSON:

Q And I believe I have two different dates mistakenly stapled together on this one, too. So I'm going to ask that you look at the last page. And I apologize because I had these photo copied this morning by my assistant, and he grouped them in red tag areas as opposed to the separate ones. So on the back page, it says Friday, August 9, 2024, at 12:02. Do you see that? The very back page.

A There's a question about this back page?

Q Yes, I will ask you a few questions. That back page, you sent Will Carlon an email regarding the current CUP at 12:02 p.m., Friday, August the 9th, 2024, correct?

A Yes.

Q And it was entitled in the subject line, Kernen CUP, correct?

A Correct, yes.

Q And it says, "One Attachment 204 KB, CUP0027M 7.20.2006, PDF." What did you send him?

A The CUP027M 7.2.2006 PDF.

Q That was --

A Kernen CUP.

Q You sent Mr. Carlon on August the 9th the copy

of the conditional use permit on file with the County of Humboldt for Kernen facilities that was, I guess, established at or about July 20, 2006?

MR. CARLON: Sorry, are you asking her when the --

MS. JACKSON: No --

MR. CARLON: -- CUP was established?

MS. JACKSON: No. I'm asking her --

Could you repeat the question back to her? It was very specific.

THE WITNESS: Yes is the answer. Yes, I sent that. There it is right there, sent it.

BY MS. JACKSON:

Q Okay. And then we'll see the top two pages of 7. It says 1 of 2 and 2 of 2. And the front page, the top page at the very top is from you, dated September the 9th, 2024. And then there's the back page is the ending of a message that you had sent at 1:41 p.m. on the same date; is that correct?

A Correct, yes.

Q And you remember sending an email regarding Kernen to numerous individuals, including but not limited to Chris Watt of the water board?

A Yes, that guy.

Q Kason Grady of the water board, Nora Mou, M-O-U?

MR. CARLON: I think it's cut off, Counsel.
MS. JACKSON: Yes, M-O-U-N-C, you're right.
BY MS. JACKSON:
Q All right. You sent that and that was -- is that someone's -- is that Senator McGuire's aide; do you know?
A Yes.
Q And you sent this to the *Times Standard*, correct?
A Yes.
Q You sent this to Senator McGuire, correct?
A Yes.
Q Do you know who you sent it -- you sent it to a person by the name of Andrew Cairns. Who is that?
A I don't remember, I do not recall.
Q And this was a continued complaint about Kernen Construction that you had on September the 9th, 2024, correct?
A Yes.
Q Now, about 15 minutes later, 1:56 p.m., you -- it looks like you forwarded the 1:41 p.m. email to several parties; is that correct?
A Correct.
Q And you forwarded it to Ms. Clary, correct?
A Yes.

Q Mr. Carlon, correct?
A Yes.
Q Mr. Verick, correct?
A Yes.
Q Mr. Lang, correct?
A Yes.
Q And you sent six attachments, correct?
A Yes.
Q I don't see those attachments going to Chris Watt nor anyone else in the 1:41 email. Why is that?
A I don't recall, maybe I sent them in a different email or.
Q And I look at the attachments that you sent to Ms. Clary, et al., Mr. Carlon. It was a screenshot dated March 27, 2022, correct?
A Yes.
Q And then the other attachments had nothing, no identifying information on them other than numbers and JPGs?
A Well, at the bottom of the email, it says that I --
Q I'm not asking --
A -- sent attachments to the water board.
Q I'm not asking at the bottom of the email. I'm asking the six attachments --

A Yes.
Q -- that are associated with the 1:56 p.m. forward. It says screenshot 2022-03-27, correct?
MR. CARLON: Well, you had asked her if she attached those documents to the prior email, and I think she's clarifying her previous answer --
MS. JACKSON: That is not my question.
(Cross-talk.)
MS. JACKSON: By question was --
THE WITNESS: Also attached, also attached --
MS. JACKSON: Move to strike. Nonresponsive.
BY MS. JACKSON:
Q Now, Ms. Owens, in the forward that you sent to Mr. Carlon, Ms. Lang, Mr. Lang, the six attachments are not listed other than the first one saying screenshot 2022-03-07. Then it says at 7:15:35 p.m. PNG, correct?
A Yes.
Q Does that tell you what you sent; yes or no?
A What I listed below is what I sent.
Q No, I'm asking you -- this reference, screenshot 2022-03-27, does that describe what the substance of what you sent was?
A No, I didn't write these out. I didn't type these out. They come up when you send attachments.
Q That is your email?

A Yeah.
Q I'm asking you where it says, then, the next line after the semicolon, coho Noisy Creek 2021-JPG. Do you know what that --
A Yeah, those --
Q Please allow me to finish. Do you know what that JPG was and when it was taken?
A I believe that was Cindy Trobitz's underwater pictures.
Q Did you take it?
A Did I take that, I think I did not take that one. I think Cindy Trobitz did.
Q Do you know when it was taken?
A Looks like in 2021.
Q Do you know where it was taken?
A In Noisy Creek.
Q Do you know where in Noisy Creek?
A I believe at Cindy Trobitz's property.
Q Do you know --
A Because they swim through my property to her property.
Q I'm not asking what you believe. Do you know where it was taken?
A That's not a belief, that's the environmentally correct --

Q Ms. Owens, we can go back and forth. Do you know exactly where that was taken; yes or no?

A No. You would have to ask Cindy.

Q And then there are several -- there's a semicolon and there are numerous letters and numbers after that. Do you know what it is and I want to say -- do you know what's in any of those files from looking at your forward?

A It's the 2-by-4s and --

Q Do you know from these numbers that it's 2-by-4s? Do you know precisely from these numbers --

A I know because I sent it to them --

Q Ma'am, I'm not done. Please. Please allow me to finish my question.

A No, I don't know what 40240902-113602. But I made it pretty clear in my next below what it was.

Q So you don't know by those file numbers and those are the attachments that you sent what was in precisely each and every one of those attachments, do you?

A Not by those numbers but by my previous email, I do know --

Q That is fine. That is fine, ma'am. Let's go now to No. 8.

(Exhibit 8 marked for identification.)

BY MS. JACKSON:

Q I'll give that to you. Now, are you reviewing this one? Isn't it true that this is one of your emails to Mr. Carlon at 12:02 p.m., August the 9th, 2024, with -- and then a response from him, August the 12th, 2024?

A Yes.

Q Do you know what you sent to him because it's blank?

A Looks like I sent him the CUP with more pictures of Noisy Creek devastation. That would be what I would guess or estimate.

MR. CARLON: Please don't guess.

BY MS. JACKSON:

Q So he responded to you three days later thanking you for the photographs and the video. What video did you send to him? Ma'am, what video did you send him?

A Which one specifically?

Q On August the 9th, 2024, at 12:02? What video did you send to Mr. Carlon?

MR. CARLON: Counsel, you're assuming she sent the video on that particular date. Also --

MS. JACKSON: Yes, I am.

MR. CARLON: -- I'd ask you to give her a moment to think. You're asking about an email from --

MS. JACKSON: And you're doing a speaking objection which is improper --

MR. CARLON: Well, you're interrupting her and badgering her to get an answer --

(Cross-talk.)

BY MS. JACKSON:

Q Ma'am --

A I don't know. I don't know which video. I don't know which pictures of the devastation of Noisy Creek that I sent at that particular time.

Q Move to strike after --

A Move to unstrike.

Q It also says, "Thank you for sending this along with the photographs." What photographs did you send at or around August the 9th at 12:02?

MR. CARLON: Objection. Assumes that any photographs were sent at that time and date.

BY MS. JACKSON:

Q Ma'am?

MR. CARLON: You can answer if you know.

THE WITNESS: I'm pretty sure it was still -- might have -- well, was it the boards and the creek that came over from the cyclone fence being knocked down.

BY MS. JACKSON:

Q Are you guessing or do you --

A I'm guessing because you won't --

MR. CARLON: Please don't guess.

THE WITNESS: -- quit asking.

MR. CARLON: If you don't know, you can say I don't know. That's okay.

THE WITNESS: Every time I say I don't know, she condescends to me --

MS. JACKSON: Move to strike everything after that answer.

MR. CARLON: If you don't know, you don't know. Please don't guess.

BY MS. JACKSON:

Q Here is No. 9. We have a few more to get through, so I'm hoping to do this but I'm -- but the quicker -- if you could just -- Ms. Owens, if you could just answer my questions yes or no without me having to strike things and everything, it will go, I promise you, a lot quicker. It really will.

MR. CARLON: Counsel, can you spare the lecture --

MS. JACKSON: No, I cannot.

MR. CARLON: Ask your next question.

BY MS. JACKSON:

Q Now, are you reviewing No. 9?

A Yes.

(Exhibit 9 marked for identification.)

BY MS. JACKSON:

Q Is this an email from Mr. Carlon to you?

A Yes.

Q And it's dated August the 12th, 2024, correct?

A Yes.

Q And that is at 10:36 p.m.?

A No.

Q A.m.?

A Yes.

Q That is 30 minutes after you received the email from Mr. Carlon in Exhibit 8, which you just put down, correct?

A If you say so, I'm not adding up minutes right now.

MR. CARLON: Are we looking at 8 or --

MS. JACKSON: I said 9 came 36 minutes after 8.

MR. CARLON: Is there a question?

MS. JACKSON: She's reviewing. You looked a little lost so I went we're on 9.

MR. CARLON: I just want to make sure we're on the same page.

MS. JACKSON: Same page.

BY MS. JACKSON:

Q Ma'am, have you had an opportunity to review

that?

A Sure.

Q Okay.

A Yes.

Q Now, this is an email from Mr. Carlon to you on August 12th at 10:36 a.m., correct?

A Yes.

Q What attachment did he send to you from the gov.USCourts.cand?

A I don't recall.

Q But you do recall getting this email with the attachment, correct?

A Yes.

Q And then it goes through, it says, "Hi Lynne," and then Mr. Carlon then lists out on numerous county codes with -- set forth for the grounds of revocation of Kernen's permit, correct?

A No.

MR. CARLON: Objection. Among other things.

BY MS. JACKSON:

Q So it does not say -- it does not talk about, first of all, 312-14.2.1 that lists the grounds for a revocation; he didn't tell you that?

A It does but you put Kernen in there and it doesn't say Kernen.

Q And this is about Kernen Construction, correct?
A It doesn't say Kernen Construction anywhere on here.
MR. CARLON: Objection. Counsel, I just want to get clarification. Was the question about the entire email or about that paragraph?
MS. JACKSON: No, the entire email.
MR. CARLON: I see.
BY MS. JACKSON:
Q And the CUP that you had sent a half-hour before was about Kernen Construction, correct?
A Yes.
Q Okay. Now, let's get through what Mr. Carlon wrote to you. He actually suggested that you use 312-14.2.1.2 with respect to challenging the conditional use permit for Kernen, correct?
A Correct.
Q And he suggested you also use the 312-14.2.1.3 again to do this?
MR. CARLON: Objection. I think it's incorrect to use the word suggest.
BY MS. JACKSON:
Q Okay. He wrote to you to use that, that you could possibly use that one, correct?
A He made me aware of it.

Q Yes. And then he said you could argue that the district -- U.S. District Courts of May 22nd, 2022, order assessing 2 million in penalties, et cetera, et cetera, et cetera, is being -- is evidence of the permit being exercised in violation of statute, correct?

MR. CARLON: Objection. The document speaks for itself.

BY MS. JACKSON:

Q Isn't it true that he put that in so that you could argue that?

MR. CARLON: Objection. The document speaks for itself.

MS. JACKSON: Please answer.

MR. CARLON: Same objection.

THE WITNESS: Yes.

BY MS. JACKSON:

Q And then he made some other suggestions to you regarding the regional board's NOV, correct?

MR. CARLON: Objection. Document speaks for itself.

BY MS. JACKSON:

Q You remember reading that, correct?

A Yes.

Q And he also gave you the opinion that you could argue other things. For instance, that they should

consider it a nuance, correct?

MR. CARLON: Objection. I think the document speaks for itself.

BY MS. JACKSON:

Q Correct?

A Yes.

Q And then he gave you another approach, and that was for you to seek a temporary suspension under 312-14.1, correct?

MR. CARLON: Objection. The document speaks for itself.

THE WITNESS: Yes.

BY MS. JACKSON:

Q And this was in August the 12th. What if -- did you share this with your group?

A I don't recall.

Q What did you do with respect to the public hearing before the board when you received this information as to how to challenge Kernen's CUP?

MR. CARLON: Objection. Vague as to public hearing.

BY MS. JACKSON:

Q Do you recall?

A What public hearing, date?

Q The board of supervisors?

A What date was that?
Q Any date that dealt with Kernen's conditional use permit, Ms. Owens.
A There was only one.
Q There was a date in December and there was a date in January.
A December 3rd and I didn't go. And January, I did not go.
Q Did you write anything to the board?
A No.
Q You never sent a letter or email to the clerk of the board with respect to your objections to the conditional use permit?
A Oh, I'm sure I probably emailed everybody.
Q And you would have emailed with respect to the suggestions Mr. Carlon had made?
A I don't recall.
Q But you do recall emailing the clerk of the board with respect to the potential revocation of Kernen's permit, correct?
A I don't recall. I didn't go to the meetings.
Q I'm not asking that. I'm asking --
A No, I said I don't recall.
Q So is it safe to say you didn't --
A I didn't say I didn't. I didn't say that. I

said I don't recall emailing them. You see how many emails, how many everything I've done --

Q So you don't recall --

A I don't recall.

Q -- challenging Kernen's permit in written form before the board when the conditional use permit issue came up for revocation?

A No, I don't recall.

THE REPORTER: Can we take a break?

(A short recess was taken.)

MS. JACKSON: Back on the record.

MR. CARLON: Just to be clear, we're not going to come back tomorrow.

MS. JACKSON: Well, this is continuing until it's over.

MR. CARLON: Well, we can work together to find a mutually agreeable date.

MS. JACKSON: Let's quit wasting time.

MR. CARLON: I'm on board with that.

BY MS. JACKSON:

Q Let's go into No. 10.

(Exhibit 10 marked for identification.)

MR. CARLON: Thank you.

BY MS. JACKSON:

Q Please review this. Now, Ms. Owens, this is an

email from you to Matt Lang, Patty Clary, William Verick, and Will Carlon, dated August 23, 2024, at 8:38 p.m., correct?

A Correct, yes.

Q And that is in the summer. Was it raining on that date; do you recall.

A I don't recall.

Q And do you recall what attachment you sent them on this date?

A It says direct runoff into Noisy Creek.

Q Do you know where it was from? Was it from 7:52 p.m. that date or some other date?

A I don't recall.

Q Okay. Let's go to the No. 11.

(Exhibit 11 marked for identification.)

BY MS. JACKSON:

Q This goes to you. Could you please review that?

A It's the same. I already did this one.

Q This is one, the 11, that is his response to you from No. 10, correct?

A Well, from a ways back --

Q Yes or no?

A I don't know.

Q Okay. But you do recall getting a response -- getting a response from him on August the 23rd, 2024?

A Yes.
Q Let's move on to 12 now.
(Exhibit 12 marked for identification.)
MR. CARLON: Did you mean to give me that one?
MS. JACKSON: No, I circled it for myself. You're not getting anything different than I am.
MR. CARLON: I just want to make sure.
BY MS. JACKSON:
Q This is a continuation of the August 23rd email. You responded to him and that is August 23rd at 8:49 p.m. offering to send more texts. Do you recall sending him texts at that time?
A No. But looks like I probably did.
Q I'll hand you 13. I want to make sure -- I'm looking at this, and it looks like my assistant stapled two different emails together on this.
(Exhibit 13 marked for identification.)
BY MS. JACKSON:
Q Looks like these front two are from September 26, 2024, and the back two are from October the 4th, 2024. So we'll take it from the front to the back. And again, I apologize.
A Okay.
Q First two pages on 13, it's a -- first page it says from Lynne Owens to Will Carlon, Patty Clary, Lang

Cow and that's Matt Lang, correct?
A Yes.
Q And you sent that on September 6th, 2024, at 1:06 p.m., correct?
A Yes.
Q And it says 17 attachment PDFs. What soil samples did you send?
A I don't recall soil samples.
Q You wrote soil sample results?
A Yeah, I know. I don't remember.
Q Do you recall who took soil samples?
A No, I don't.
Q Do you know why you would take soil samples?
A No.
Q Do you know who would take soil samples?
A I'm drawing a complete blank on soil samples.
Q Okay. And then please flip the page, and I believe it says CATS 630. It looks like there is a response to Mr. Carlon the same date, 3:32 p.m. with respect to the soil sample that you sent Patty Clary, Matt Lang, and Mr. Carlon?
A Yes.
Q But now, please flip the page over to CATS 631 and 632. The first email, which is at the bottom, it says Lynne Owens, 1:52 p.m. and that starts at 631 and

over to 632. Do you see this?
A Yes.
Q And so you sent -- it says, "Recent drone pics of Kernen wetlands." Correct?
A Correct.
Q Who took those drone pictures?
A Maybe Billy from our house just flying them over our house, you know.
Q And that's William Gilmer?
A Correct.
Q Billy took them from your house from a drone that he had?
A Maybe. I'm not sure.
Q Does --
A I don't know if his drone could take pictures like this.
Q Does he have a drone?
A He has a little, baby one, yeah.
Q So he has a drone?
A Yes.
Q And why did you -- isn't this a picture of the Kernen yard?
A Yeah.
Q And the back page, 632, there's two more pictures of the Kernen yard?

A Correct.
Q And why do you call it Kernen wetlands? This is the yard and not wetlands, isn't it?
A Well, the whole yard was wetlands.
Q Does it -- are you asserting right now that the Kernen work yard is a wetland; yes or no?
A I don't have any professional ability to say that.
Q Do you have any idea why you wrote, "Recent drone pics of Kernen wetlands"?
A Yeah, because I thought part of their yard was considered wetlands.
Q But what you're looking at in those three pictures is the actual construction yard with trailers, correct?
A Correct.
Q And Mr. Carlon thanked you for sharing and just stated it looks like Kernen moved some of their trailers away from the lot directly across, correct?
A Correct.
Q Okay. Let's move on to 14.
(Exhibit 14 marked for identification.)
THE WITNESS: There we go.
BY MS. JACKSON:
Q This is labeled CATS 00633, correct, at the very

bottom right-hand side, underneath 14, about two inches down, correct?

A Mm-hmm, yes.

Q And you sent him a Lynne Owens, Thursday, August 1st, 2024, 7:59 p.m. You said thank you, correct? If you go to the bottom --

A I didn't see myself saying that -- oh, there we go. Yes, yes.

Q Why were you thanking him?

A For CATS working on the unlawful discharges of Kernen Construction.

Q In fact, above it, Mr. Carlon wrote you because you had agreed to be a witness for CATS, correct?

A Yes.

Q And gathering videos and photographs, correct?

A Correct.

Q And he wrote that he would keep you posted at the litigation proceedings, correct?

A Yes.

Q And that you responded to him, let's see, less than an hour later that says, "I understand but it gives me hope." Correct?

A Yes.

Q Let's move on to No. 15.

(Exhibit 15 marked for identification.)

BY MS. JACKSON:

Q Have you had a chance to review it?

A The first page.

Q All of it. Take a peek at all of the pages.

A Yep, yes.

Q Now, this is Exhibit No. 15 that's labeled CATS 0634, 0635, and 0636, correct?

A Correct, yes.

Q Now, if you look at page 0635, this starts -- and it's from Billy G to you, correct?

A Yes.

Q And Billy G is Billy Gilmer, your good friend of 17 years. I'm not sure how you want to refer to him, that's all.

A He's my partner.

Q That's what I thought.

A Yes.

Q So your partner sent this to you at 1:05 p.m., and he named it new mountain fresh dirt, correct?

A No BMP.

Q Is Billy G an industrial storm water specialist; do you know?

A He's a --

Q Do you know --

A He's a -- I don't know. I do not know the

technical certifications. He has lots of them.

Q And the picture on 0635 is the Kernen yard, correct?

A I believe so. It looks like a road and...

Q And on 0636, which is the next page, that, again, is another drone photo from your partner, Billy G, of the Kernen yard?

A From our house, correct.

Q And on 0635, you forwarded that to Mr. Carlon and Ms. Clary on September the 2nd, 2024, correct?

A Correct.

Q And now that I look at it, 0634 was forwarded to Ms. Clary at about the same time, September 2nd, 2024, at 9:08 p.m., correct?

A Yes.

Q And that was another photo taken by your partner, Billy G, by a drone that you received on September the 2nd, 2024, at 1:03 p.m., correct?

A Yes.

Q So he would have used your joint home as the base to fly the drone?

A It was my home, it was in my name only. He had his home.

Q Did he -- did he stay with you often?

MR. CARLON: Objection. Relevance.

BY MS. JACKSON:
Q No. You keep on saying -- this is because I want to know the frequency he was at your house?
A It is none of your business.
Q Yes, it is --
A No, it's not.
MR. CARLON: Can we move on, please?
THE WITNESS: How often do you and your husband have sex? That's the kind of --
MR. CARLON: Let's all take a beat --
MS. JACKSON: Ms. Owens, take a deep breath because --
THE WITNESS: I'm not going to answer the question. I'm going to get up and walk out if you keep asking about my relationship --
MS. JACKSON: Ma'am, I will rephrase it --
MR. CARLON: Just rephrase the question.
BY MS. JACKSON:
Q You need to quit being argumentative --
A You need to quit being insulting.
Q I'll ask you again. We can go off the record and go through the judge. Ma'am, I'm just trying to figure out what kind of -- how often Mr. Gilmer stayed at or around your residence if you've been partners for 17 years to fly his drone. It has nothing to do with

anything else.
A Well, he flew his drone these days.
Q Did -- maybe I could rephrase it. He had a place in Bayside, correct? Not Bayside, Golf Course Drive, correct?
A Yes.
Q Would he fly his drone from Golf Course Drive or fly his drone from your house?
A I told you at my house. He could go up in the air at my house and see Kernen Construction.
Q Then we will move on.
A Okay.
Q The photograph that you see on the front page 0634?
A What about it?
Q That, again, is Kernen Construction yard, correct?
A Yeah. The subject says, "Kernen no BMPs, top yard."
Q That's not what I'm asking --
A That's what it says.
Q I'm not asking what it says, I'm asking do you recognize this photo as being Kernen's yard?
A Not really, no.
Q Well, we'll move on. But you do recall that

Billy G took that photograph, correct?

A Yes.

Q And you sent that photo no later than September the 2nd to Mr. Carlon and Patty Clary, correct?

A Yes.

Q And let's move on to some of these --

MR. VERICK: By all means, let's ask all the same questions over about the two separate --

MS. JACKSON: Mr. Verick, please, please let me remind you with all due respect of 8.4 of the professional code and 11.6 of the local rules, I would like to just move on, please. Thank you very much.

MR. VERICK: Just trying to be thorough.

MS. JACKSON: Looking at Defendant's 16. Even though it's marked, I'm going to withdraw it because it is a duplicate. Withdrawn. I noticed it's a duplicate from something else. Just put duplicate on there because I'm not going to label it.

MR. CARLON: So you're marking this as 16?

MS. JACKSON: Yeah, I premarked it as 16.

I'm withdrawing on the record 16 that I marked.

THE REPORTER: To be clear, you don't want it marked?

MS. JACKSON: It was a duplicate CATS production that I didn't catch.

BY MS. JACKSON:
Q So let's look at 17. This is for you, ma'am.
(Exhibit 17 marked for identification.)
BY MS. JACKSON:
Q Ma'am, do you -- Ms. Owens, have you had an opportunity to review this?
A Yes.
Q Ms. Owens, this is an email that you received from your partner, Billy G, on September the 2nd, 2024, correct?
A Yes.
Q And at the bottom, it listed CAT 0638, correct?
A Yes.
Q And when he sent it to you, he entitled it "Kernen Mess." Correct?
A Yes.
Q And that was some more drone footage he took, correct?
A Yes.
Q And you forwarded it at 9:07 p.m. to Patty Clary and William Carlon, correct?
A Yes.
Q Let's move on to 18.
(Exhibit 18 marked for identification.)
BY MS. JACKSON:

Q And we're almost done with this section. Okay. Now, looking at Defendant's Exhibit 18, have you had a chance to review it?
A Yes.
Q And at the bottom right-hand side, it says CAT 0639, correct?
A Yes.
Q And this is an email that your partner, Billy G, sent to you on September 2nd, 2024, at 1:10 p.m., correct?
A Yes.
Q And he entitled it "Kernen CATS on Fresh Mountain 9/2/24." Correct?
A Yes.
Q And that's another drone shot your partner took on September 2nd of Kernen's yard, correct?
A Yes, I believe so.
Q And you forwarded that to Patty Clary and William Carlon on September 2nd, 2024, correct?
A Yes.
Q Showing you 19.
(Exhibit 19 marked for identification.)
BY MS. JACKSON:
Q Did you have an opportunity to review this then?
A Yes.

Q Do you recall getting this email from your partner, Billy G, September the 2nd, 2024, at 1:10:55 p.m.?
A No.
Q That is -- this is from your partner, correct?
A Yes.
Q And it's to you, correct?
A Yes.
Q And that's your email address, LynneOwens1959@gmail.com?
A Yes.
Q Now, when you look at this photograph, do you know what it depicts?
A I see the elk on the right very little down there.
Q That's Kernen's yard, isn't it?
A Yeah, with elk in it.
Q So it's Kernen's and the subject matter says elk on right, 9/2/2024, correct?
A Yes.
Q So your partner, Billy G, sent you a drone photo of Kernen's yard with elk on this date, correct?
A Yes.
Q And you forwarded it on the same date at 9:06 p.m. to Patty Clary and William Carlon, correct?

A Yes.
Q And here is No. 20.
(Exhibit 20 marked for identification.)
BY MS. JACKSON:
Q Now, have you had a chance to review Exhibit 20?
A Yes.
Q What is Exhibit 20? What is it?
A Elk.
Q Isn't it an email from your partner, Billy G, to you --
A Yes.
Q To you on September the 2nd, 2024?
A Yes.
Q And that page is labeled CATS 0641, correct?
A Yes.
Q And the subject, this is your partner's drone footage, correct?
A I believe so.
Q And then you forwarded this to Patty Clary and William Carlon with respect to what Billy G had sent you in this drone picture?
A Yes.
Q And you sent it to them September the 2nd, 2024, at 9:06 p.m.?
A Yes.

Q Oh. We're good.
(Exhibit 21 marked for identification.)
BY MS. JACKSON:
Q Ma'am, I'm showing you Exhibit 21, defendants. And it is labeled CATS 642, and the next page is 0643 at the very bottom right side?
A On this page?
Q On both of them.
A One of them says 42 and one of them says 43.
Q Yes.
A Okay.
Q I just do that to help the court reporter enough to read the record later on.
A Okay.
Q And you forwarded this to Patty Clary on January the 21st, 2024, correct?
A Yes.
Q And this is an email that you received from Steve Madrone, correct?
A Correct.
Q And that was sent to you among other people in the CC list, correct?
A Yes.
Q And do you recall Cindy Trobitz, Thomas is part of your community group, correct?

A Yes.
Q So is Heather Trobitz?
A Heather, oh yeah, yes.
Q And Jarl Johansen, correct?
A Yes.
Q Linda Miller, correct?
A That's Linda's last name, yes.
Q Suzanne Wolfe, correct?
A I don't remember her.
Q Do you remember Jim Rydeli? Is he part of the group?
A He might have been. I don't remember.
Q Ethan Luckens?
A Ethan, yes.
Q Shelby Roberts?
A I don't remember Shelby.
Q Do you remember a Maria?
A No.
Q But you do recall Dan Free who was the last on this list, correct?
A Yes.
Q And do you recall getting this from Mr. Madrone?
A No, I don't remember.
Q Do you want to read it quick? Do you recall -- let me reword this. Do you recall forwarding this to

Patty Clary on January the 21st, 2024, at 9:30 p.m.?

A No.

Q And it says LynneOwens1959@gmail.com. Is that your email?

A Yes.

Q And then it says subject, "Hall Creek Watershed Flooding, January the 13th." Do you recall that date?

A No.

Q Isn't it true, Ms. Owens, that is when it rained and flooded throughout Blue Lake, and the water came over Glendale Boulevard, required everything to -- let me finish my question -- required everything to stop. They blocked off the road. And the water on the -- your side of the street and Kernen's side did some massive flooding? Do you recall that date?

A Yes, I remember.

Q It was pretty bad, wasn't it?

A Yes.

Q And so that is the Hall Creek watershed flooding but there is no pictures. Now, this is when the January 13th, that is when Noisy Creek, not only did Glendale Boulevard flood, but Noisy Creek came over its banks, correct? It was pretty bad, wasn't it?

A Correct.

Q Okay. Let's move on to 22. There you go.

We're down to three.

MS. JACKSON: Oops, that should not have been separated from -- okay. I'm going to -- I'm going to withdraw 22, because it is a page that was missing from 21. It was the next one in order. It somehow got separated. So it's marked but I'm going to officially withdraw it.

THE WITNESS: Do you want to trade me?

MS. JACKSON: Yes. It says withdraw on it. I just realized that it had gotten separated from 21.

MR. CARLON: On a previous question, you had stated that there was no video or anything. I think this might answer the question.

MS. JACKSON: No, it's not because that's something else.

MR. CARLON: No, it's part of the copy. It's the next page in the email.

MS. JACKSON: I didn't ask her a question about email.

MR. CARLON: You said there was no video or pictures attached, so this is the final page showing, in fact, there was the video attached.

MS. JACKSON: I don't recall that. But, you know, if it's important to you, I will unwithdraw it and we will make it part of --

MR. CARLON: It's your deposition.
MS. JACKSON: Thank you. It remains withdrawn.
MR. VERICK: Don't unwithdraw it. Just add it to --
MS. JACKSON: I'm withdrawing it.
MR. CARLON: Okay. It's withdrawn?
MS. JACKSON: Yeah. Now, we've got 23.
(Exhibit 23 marked for identification.)
MS. JACKSON: Here, I marked it for you, Will.
MR. CARLON: Thank you.
MS. JACKSON: You're welcome, sir. This is for you. We do have two more exhibits to go through and then we are almost done.
BY MS. JACKSON:
Q Showing you what's labeled as Defendant's Exhibit 23, which was CAT 00645. Please review it.
A Mm-hmm.
Q You've seen this -- you've seen this letter before at least on one occasion, haven't you?
A Yes.
Q And you gave this letter -- do you recall giving this letter to Mr. Carlon or Ms. Clary?
A No, I don't.
Q This is from the Department of Industrial Relations, correct?

A Yes.
Q This is to you, correct?
A Yes.
Q This is in response to the complaint that you had made to the Department of Industrial Relations against Kernen Construction, correct?
A Yes.
Q Okay. And that they wrote you that they were closing your complaint and not proceeding on it, correct?
A Yes. "Thank you for your concern about workplace safety and health." That's what they told me.
Q Okay. I'm showing you No. 24.
(Exhibit 24 marked for identification.)
MS. JACKSON: And I don't know if you've seen it. So if you haven't, just tell me.
BY MS. JACKSON:
Q Now, do you recall being -- well, first, have you had an opportunity to look at Defendant's Exhibit 24?
A Yes.
Q And that is CATS 0646, correct?
A Yes.
Q Isn't it true that this letter was sent to you along with the rejection letter from -- of your complaint by the Department of Industrial Relations?
A It's -- yes.

Q Okay. Let's move on. One final one. This is 25. Let me show you one final one and this is the last of the exhibits, okay?

A Okay.

(Exhibit 25 marked for identification.)

BY MS. JACKSON:

Q Okay. Ms. Owens, this letter was sent along with Exhibit 24 to you when you received the August 26, 2024, letter, which is from the Department of Industrial Relations and listed as Defendant's Exhibit 23, correct?

A Yes.

Q Okay. We're done with the exhibits. Right. So my next one will be 26.

MS. JACKSON: Here is 26 for you.

(Exhibit 26 marked for identification.)

BY MS. JACKSON:

Q And you are going to recognize 26. It's the subpoena. Ma'am, have you seen this subpoena before?

A Well, I saw it with a different date. And then I found out it was switched to the 9th.

Q Are you aware that your attorney accepted this subpoena on your behalf?

A Absolutely.

Q Did you bring the documents that are stated in the subpoena with you today?

A No.

Q Now, where are the documents referenced in the subpoena, where are they located?

A Public records, pretty much.

Q In your computer?

A No. All deleted. My computer was frying.

Q When did you delete them?

A I started deleting them before I left Glendale.

Q When did you finish deleting them?

A I don't recall, but.

Q So would it be safe to say you started deleting them at or around December of 2024?

A Before that.

Q How much before that?

A Six months.

Q So you started deleting the documents concerning your videos and this litigation --

A Yes.

Q Let me finish my question, please. It is okay. Honestly, it's the end of the day and I understand how you want to get this over, so I would probably be rushing, too. But please allow me to finish. Are you saying you started deleting things, your electronic records of what you have seen, your videos, around June of 2024 or later?

A June of 2024, yes, that sounds good.
Q So that was even before the matter went to before the board of supervisors on the conditional use permit?
A Yes.
Q And it was after --
A Six months before, right.
Q And it was after you agreed to act as a witness in this current case, correct?
A Yes.
Q Now, did you do any type of independent search of your files, your records, so to speak, whatever word you want to use for any type of documentation requested in the subpoena?
A No. There was -- no.
Q What did you do to look for any of these documents? Did you go through your computer?
A No, I didn't need to. I knew I had already gotten rid of it all.
Q Did you have anyone look at your hard drive to see if anything could be restored?
MR. CARLON: Objection. Vague.
THE WITNESS: No.
MR. CARLON: What do you mean look at?
BY MS. JACKSON:

Q Did you have any type of inspection to see if --
A No. No.
Q -- anything could be retrieved?
A No.
Q Other than the things that you handed -- well, did you hand everything over to Mr. Carlon that you had on your computer?
MR. CARLON: Objection. Vague as to time.
MR. VERICK: And vague as to everything.
BY MS. JACKSON:
Q Did you handle everything with respect to Kernen Construction and your issues with the yard to Mr. Carlon?
MR. CARLON: Objection. Vague as to time.
BY MS. JACKSON:
Q Please answer.
A Yes.
Q Okay. Did you hand everything over that you had in your possession with respect to Kernen Construction to Patty Clary?
MR. CARLON: Objection. Vague as to time.
THE WITNESS: No.
BY MS. JACKSON:
Q What was the difference between what you produced to Ms. Clary and what you produced to Mr. Carlon?

A Some things, it's like all of the sudden I needed to send the videos to Matt, and so these videos had gone to Patty and these ones went to Matt. It was just some went to some, some went to the other. But they all went to the water board, they all went to the county, and they all went to Dragaloski and Dan Free of NOAA.

Q And are you aware when you agree -- well, so after -- are you saying that after you agreed to be a witness in this matter, that you continued to clear out your computer from this -- for documents that you had in the computer?

A Yes.

Q And the documents in question that we've been referring to throughout this deposition, they existed in an electronic format at one point?

A Correct.

MS. JACKSON: Let the record reflect that this witness was served with a valid subpoena duces tecum via her counsel after the Court resolved the timing of her deposition, which was rescheduled for today. Counsel accepted service. No timely objections have been filed with respect to this specific subpoena. We have just been informed there are zero documents. I have proceeded through this today because I believed this was going to happen. I protest for judicial economy and we are

reserving all of our rights to seek sanctions, fees and continuation of this deposition for the Court to compel production of these documents. And I am suspending the deposition at this time for the Court to determine this via a letter brief. We are already going to be preparing a letter brief on a different issue, and this can be -- which I'm hoping to have two counsels tomorrow, and that we can have this perhaps with respect to a letter brief for the Court to decide this. And do you have an idea as to an approximate time for that?

MR. CARLON: I'm sorry. I was just looking through my notes here. You said there was no timely objection, because I would like to note for the record that we did make timely objections on July 15th. Those were served to counsel.

MS. JACKSON: No, sir. You have to make objections to each and every --

MR. CARLON: We did.

MS. JACKSON: Each and every subpoena.

MR. CARLON: We did.

MS. JACKSON: That's fine --

MR. CARLON: So I want that on the record that we did make objections.

MS. JACKSON: Okay --

MR. CARLON: And counsel had an opportunity to

meet and confer about this before the deposition, and we did not do so. And now counsel wants to meet and confer. That's fine. But I don't think you should suspend the deposition over something you could have resolved months ago.

MS. JACKSON: No, sir. We are suspending it at this point.

MR. CARLON: We raised these objections on July 15th and --

MS. JACKSON: You raised these objections to an independent subpoena, not this one.

MR. CARLON: This one references the very same documents. We objected to these as well.

MS. JACKSON: Sir, it doesn't matter.

MR. CARLON: Well, you're not going to suspend this deposition on that pretext. You had two months to resolve this.

MS. JACKSON: I am suspending it now.

MR. CARLON: This is outrageous. You had two months to resolve this, and you chose not to do that.

MS. JACKSON: No, you chose not to bring the documents today.

MR. CARLON: We have objected. We made valid objections to the document request and you didn't respond. You had an opportunity to meet and confer. I

guess we can take it up with the judge but --

MS. JACKSON: We will because under Rule 37 as well as, I believe, 45 or 46, you have to make specific objections --

MR. CARLON: I did.

MS. JACKSON: -- to each subpoena that you have been served.

MR. CARLON: We objected.

MS. JACKSON: No, you did not. We will take it up later.

MR. CARLON: Okay.

MS. JACKSON: We're here to meet and confer. We don't --

MR. CARLON: I don't have time right now to meet and confer.

MS. JACKSON: We are already meeting and conferring. So when do you think you'll be available and I'll draft my portion of the letter brief?

MR. CARLON: Available for what?

MS. JACKSON: Your portion of the letter brief.

MR. CARLON: When are you going to get it to me?

MS. JACKSON: I'm asking when you're available.

MR. CARLON: It depends on -- are you able to get it to me tonight?

MS. JACKSON: No, I will get the initial one for

the earlier problems that we have tomorrow as we discussed over the phone.

MR. CARLON: Okay.

MS. JACKSON: And so I'm asking your availability. I don't want --

MR. CARLON: You're putting me on the spot here. Let me check my calendar.

MS. JACKSON: That's why I'm asking you.

THE REPORTER: Do you want this all on the record?

MS. JACKSON: Yes, please. Unfortunately, yes.

MR. CARLON: Looks like I can get you something by Friday.

MS. JACKSON: Okay. I'll get you our other stuff.

MR. CARLON: Will that be all right?

MS. JACKSON: Yes. I've got mediation all day Thursday. I will get you the other brief and start working on this letter brief tomorrow as we discussed last week.

MR. CARLON: Okay.

MS. JACKSON: And then I'll start on any other stuff and we'll exchange on Friday.

MR. CARLON: Okay.

MS. JACKSON: Okay. Ms. Owens, it was a

pleasure meeting you. Electronic is fine.

MR. VERICK: Electronic.

MR. CARLON: Electronic would be great. And I don't need expedited. Regular and that usually comes with a condensed version; is that right?

(Deposition proceedings concluded at 4:30 p.m.)

---o0o---

STATE OF CALIFORNIA )
) ss.
COUNTY OF HUMBOLDT )

I, Kandice J. Robinson, Certified Shorthand Reporter Number 14349 for the State of California, do hereby certify:

That, prior to being examined, the witness named in the foregoing deposition was first duly sworn to testify to the truth, the whole truth and nothing but the truth;

That said proceedings were taken down by me in shorthand at the time and place herein named and thereafter reduced to typewriting under my direction, and the same is a true, correct and complete transcript of said proceedings.

I further certify that I am not interested in the outcome of the action.

Witness my hand this 22nd, day of September, 2026.

Kandice J. Robinson
__________________________
KANDICE J. ROBINSON
CSR No. 14349
State of California

## $

**$45** [2] - 24:2, 24:14

## '

**'23** [2] - 66:8, 107:10
**'24** [2] - 66:8, 107:10
**'25** [1] - 66:8

## 0

**00633** [1] - 204:25
**00645** [1] - 219:16
**0634** [3] - 206:7, 207:12, 209:14
**0635** [4] - 206:7, 206:9, 207:2, 207:9
**0636** [2] - 206:7, 207:5
**0638** [1] - 211:12
**0639** [1] - 212:6
**0641** [1] - 214:14
**0643** [1] - 215:5
**0646** [1] - 220:20

## 1

**1** [7] - 46:10, 46:11, 169:2, 169:4, 179:9, 180:9, 184:15
**10** [3] - 199:21, 199:22, 200:20
**10-foot** [3] - 55:18, 75:6, 103:21
**10:36** [2] - 193:7, 194:6
**11** [3] - 200:14, 200:15, 200:19
**11-6** [1] - 81:11
**11.6** [1] - 210:11
**11:20** [1] - 62:3
**12** [2] - 201:2, 201:3
**12:02** [5] - 183:10, 183:15, 190:4, 190:19, 191:15
**12:30** [1] - 81:6
**12th** [5] - 148:1, 190:5, 193:5, 194:6, 197:14
**13** [4] - 120:25, 201:14, 201:17, 201:24
**130-pound** [1] - 78:24
**13th** [5] - 121:5, 171:7, 171:19, 217:7, 217:21
**14** [3] - 204:21, 204:22, 205:1
**15** [8] - 46:2, 81:16, 117:12, 117:13, 185:20, 205:24, 205:25, 206:6
**15th** [3] - 171:10, 226:14, 227:9
**16** [4] - 210:14, 210:19, 210:20, 210:21
**16th** [3] - 121:10, 173:2, 175:3
**17** [5] - 202:6, 206:13, 208:24, 211:2, 211:3
**17-year** [1] - 162:16
**1784** [3] - 33:10, 33:17, 34:6
**18** [5] - 83:1, 133:15, 211:23, 211:24, 212:2
**180** [1] - 34:15
**18th** [11] - 97:16, 133:15, 133:17, 136:9, 136:18, 141:2, 141:8, 142:13, 142:14, 143:7, 143:11
**19** [2] - 212:21, 212:22
**1984** [1] - 154:23
**199** [4] - 28:21, 29:10, 30:15, 32:4
**1:03** [1] - 207:18
**1:05** [1] - 206:18
**1:06** [1] - 202:4
**1:10** [1] - 212:9
**1:10:55** [1] - 213:3
**1:23** [3] - 175:21, 178:16, 182:3
**1:41** [3] - 184:18, 185:21, 186:10
**1:52** [1] - 202:25
**1:56** [2] - 185:20, 187:2
**1st** [3] - 141:5, 141:8, 205:5

## 2

**2** [7] - 169:5, 169:6, 169:10, 184:15, 196:3
**2-by-4s** [7] - 53:23, 55:18, 61:22, 75:6, 103:21, 189:9, 189:11
**20** [9] - 117:10, 118:20, 167:6, 184:3, 214:2, 214:3, 214:5, 214:7
**2006** [1] - 184:3
**2014** [1] - 34:9
**2021** [1] - 188:14
**2021-JPG** [1] - 188:3
**2022** [2] - 186:15, 196:2
**2022-03-07** [1] - 187:16
**2022-03-27** [2] - 187:3, 187:21
**2023** [16] - 55:9, 64:9, 64:13, 92:14, 112:23, 143:6, 143:11, 144:19, 151:9, 151:15, 151:20, 153:16, 161:17, 163:7, 165:2, 165:12
**2024** [98] - 33:19, 54:10, 55:9, 55:12, 56:8, 59:23, 60:17, 64:9, 64:13, 64:14, 82:11, 84:8, 84:11, 85:10, 85:17, 86:2, 88:15, 91:24, 92:3, 92:11, 98:10, 99:21, 106:8, 107:25, 108:3, 108:14, 112:20, 120:25, 121:5, 121:10, 121:12, 123:14, 124:1, 124:15, 129:4, 129:8, 129:12, 129:14, 144:19, 145:9, 145:17, 146:19, 147:7, 148:1, 149:24, 150:11, 154:2, 155:4, 156:2, 158:2, 158:9, 158:10, 158:21, 158:24, 161:15, 162:12, 170:4, 171:7, 171:10, 171:19, 173:2, 175:3, 175:21, 176:2, 177:16, 178:16, 180:16, 182:14, 183:10, 183:15, 184:17, 185:17, 190:4, 190:6, 190:19, 193:5, 200:2, 200:25, 201:20, 201:21, 202:3, 205:5, 207:10, 207:13, 207:18, 211:9, 212:9, 212:19, 213:2, 214:12, 214:23, 215:16, 217:1, 221:9, 222:12, 222:25, 223:1
**2025** [12] - 59:23, 61:1, 68:19, 69:10, 69:20, 71:9, 76:23, 84:14, 86:2, 128:20, 129:22, 156:4
**2026** [8] - 10:7, 84:16, 84:17, 133:15, 133:16, 141:5, 141:8, 143:12
**204** [1] - 183:20
**21** [4] - 215:2, 215:4, 218:5, 218:10
**2140** [8] - 34:4, 34:8, 35:19, 35:20, 40:3, 41:11, 105:6, 105:23
**2160** [1] - 35:20
**21st** [2] - 215:16, 217:1
**22** [2] - 217:25, 218:4
**22nd** [1] - 196:2
**23** [5] - 200:2, 219:7, 219:8, 219:16, 221:10
**23rd** [10] - 123:14, 145:9, 145:17, 146:18, 176:2, 180:11, 180:16, 200:25, 201:9, 201:10
**24** [4] - 220:12, 220:13, 220:18, 221:8
**24th** [1] - 82:4
**25** [2] - 221:2, 221:5
**26** [6] - 201:20, 221:8, 221:13, 221:14, 221:15, 221:17
**26th** [1] - 54:10
**27** [1] - 186:15
**299** [19] - 38:6, 39:19, 39:24, 41:1, 41:2, 41:4, 41:15, 42:7, 42:9, 42:12, 42:25, 43:3, 43:11, 43:14, 43:19, 44:2, 46:16, 47:4
**29th** [1] - 154:22
**2:18** [1] - 149:2
**2nd** [18] - 33:19, 86:2, 107:25, 129:4, 129:16, 150:4, 170:4, 207:10, 207:13, 207:18, 210:4, 211:9, 212:9, 212:16, 212:19, 213:2, 214:12, 214:23

## 3

**3** [2] - 170:25, 171:1
**30** [1] - 193:11
**312-14.1** [1] - 197:9
**312-14.2.1** [1] - 194:22
**312-14.2.1.2** [1] - 195:15
**312-14.2.1.3** [1] - 195:18
**36** [1] - 193:17
**37** [3] - 137:10, 142:2, 228:2
**3:32** [1] - 202:19
**3rd** [1] - 198:7

## 4

**4** [7] - 124:1, 124:15, 172:15, 172:16, 172:18, 175:2
**4-by-4** [1] - 61:22
**4-by-6s** [3] - 55:18, 75:6, 103:22
**40240902-113602** [1] - 189:15
**42** [1] - 215:9
**43** [1] - 215:9
**45** [3] - 13:1, 15:16, 228:3
**46** [1] - 228:3
**465** [1] - 130:4
**4:30** [1] - 230:6
**4th** [1] - 201:21

## 5

**5** [7] - 175:6, 175:8, 175:11, 175:14, 175:16, 176:5, 181:22
**50** [1] - 144:4

## 6

**6** [2] - 181:19, 181:20
**610,000** [1] - 130:2
**630** [1] - 202:18
**631** [2] - 202:23, 202:25
**632** [3] - 202:24, 203:1, 203:24
**642** [1] - 215:5
**67** [1] - 83:18
**6th** [2] - 149:15, 202:3

## 7

**7** [2] - 183:2, 184:15
**7.2.2006** [1] - 183:22
**7.20.2006** [1] - 183:21
**7.29.24** [3] - 176:23, 178:25, 179:23
**7/29** [1] - 179:11

**7/29/24** [1] - 179:20
**7:15:35** [1] - 187:16
**7:52** [1] - 200:12
**7:59** [1] - 205:5

## 8

**8** [7] - 10:7, 83:1, 189:24, 189:25, 193:12, 193:16, 193:17
**8-foot** [5] - 53:23, 55:17, 61:23, 75:6, 103:21
**8.4** [3] - 78:9, 81:11, 210:10
**8/8** [1] - 179:13
**80** [1] - 165:20
**8:35** [1] - 180:11
**8:38** [1] - 200:2
**8:46** [3] - 180:12, 181:1, 181:2
**8:49** [1] - 201:10
**8:52** [1] - 180:12
**8th** [13] - 22:5, 22:13, 25:19, 97:25, 102:7, 134:1, 141:1, 147:7, 175:21, 176:10, 177:16, 178:16, 182:13

## 9

**9** [7] - 121:12, 183:10, 192:13, 192:24, 193:1, 193:17, 193:20
**9/2/2024** [1] - 213:19
**9/2/24** [1] - 212:13
**95519** [1] - 34:2
**95524** [1] - 33:11
**99** [1] - 37:16
**9:06** [2] - 213:25, 214:24
**9:07** [1] - 211:20
**9:08** [1] - 207:14
**9:30** [1] - 217:1
**9th** [9] - 123:8, 183:15, 183:25, 184:17, 185:17, 190:4, 190:19, 191:15, 221:20

## A

**a** [362] - 6:2, 6:8, 6:12, 6:20, 7:1, 7:4, 8:3, 8:8, 8:18, 9:2, 9:17, 10:1, 10:11, 11:10, 11:13, 12:6, 12:8, 12:21, 12:23, 13:1, 13:4, 13:7, 13:19, 14:5, 15:2, 15:16, 15:23, 16:4, 16:20, 17:1, 17:9, 17:16, 19:19, 20:23, 22:17, 23:13, 23:19, 24:2, 24:14, 24:17, 25:2, 25:17, 26:5, 26:7, 26:25, 27:5, 28:20, 29:13, 30:14, 30:16, 30:22, 30:25, 32:4, 32:5, 32:9, 32:11, 32:22, 33:3, 34:10, 35:7, 35:9, 35:17, 36:19, 36:25, 37:24, 38:12, 38:18, 39:15, 39:20, 39:25, 40:22, 40:23, 41:6, 41:13, 42:14, 43:19, 44:2, 44:22, 45:9, 45:11, 45:18, 45:19, 45:20, 45:21, 45:23, 45:24, 45:25, 46:25, 47:3, 47:4, 47:17, 47:19, 47:23, 48:3, 48:22, 48:25, 49:2, 49:6, 49:17, 50:16, 50:23, 53:25, 54:10, 54:16, 55:12, 55:13, 57:6, 57:13, 57:23, 59:10, 59:13, 60:3, 61:1, 62:1, 62:2, 62:6, 62:17, 63:24, 65:2, 65:3, 65:22, 65:25, 66:5, 66:17, 70:6, 70:18, 70:19, 70:24, 71:1, 72:2, 72:4, 72:9, 72:12, 72:19, 72:21, 73:13, 73:20, 74:14, 74:25, 75:9, 75:10, 77:6, 78:2, 78:4, 78:14, 78:24, 79:18, 80:6, 81:1, 81:8, 81:15, 82:22, 82:25, 83:9, 83:14, 83:16, 83:21, 83:24, 84:7, 84:22, 85:6, 85:9, 85:17, 85:20, 85:23, 88:23, 88:24, 89:6, 91:4, 91:9, 94:5, 94:8, 94:16, 95:1, 95:21, 96:5, 96:11, 96:14, 96:22, 97:8, 97:21, 98:17, 98:22, 99:14, 99:17, 99:24, 100:14, 102:10, 102:12, 102:14, 102:23, 103:11, 103:12, 104:5, 104:9, 104:23, 104:25, 105:10, 106:23, 107:22, 108:20, 110:21, 112:13, 112:16, 120:25, 121:12, 124:17, 127:20, 128:18, 129:9, 132:10, 132:11, 132:20, 133:15, 134:9, 134:12, 134:16, 134:20, 134:21, 135:7, 135:13, 137:10, 139:2, 139:11, 139:12, 139:14, 139:22, 140:12, 140:25, 142:5, 143:15, 144:1, 144:3, 145:4, 147:9, 148:13, 148:23, 157:1, 157:18, 157:24, 159:3, 159:4, 159:14, 159:22, 160:6, 161:4, 164:20, 164:22, 164:25, 165:14, 165:16, 165:18, 166:19, 168:3, 168:6, 169:8, 171:9, 172:1, 172:22, 173:24, 174:5, 174:9, 174:11, 175:16, 175:17, 176:5, 177:2, 177:20, 177:22, 178:6, 178:9, 178:17, 179:18, 179:21, 180:8, 180:10, 180:25, 181:5, 181:8, 181:10, 181:11, 182:14, 183:12, 183:13, 184:18, 185:13, 185:16, 186:11, 186:14, 188:24, 189:4, 190:5, 190:24, 191:1, 192:13, 192:18, 193:18, 193:19, 194:22, 195:10, 197:1, 197:8, 198:5, 198:11, 199:9, 199:17, 200:21, 200:24, 200:25, 201:9, 201:24, 202:16, 202:18, 203:11, 203:17, 203:18, 203:19, 203:21, 204:6, 205:4, 205:13, 206:2, 206:4, 206:23, 206:25, 207:4, 207:17, 208:10, 208:11, 209:3, 210:16, 210:24, 212:2, 213:21, 214:5, 216:17, 218:4, 218:11, 218:18, 221:19, 223:8, 225:8, 225:18, 226:5, 226:6, 226:8, 229:25, 230:5
**A** [5] - 62:4, 81:5, 110:23, 148:24, 199:10
**a.m** [2] - 193:9, 194:6
**ability** [2] - 31:1, 204:7
**able** [9] - 6:23, 9:15, 53:10, 83:21, 116:19, 145:10, 174:12, 181:11, 228:23
**about** [129] - 36:23, 48:23, 49:23, 51:6, 51:13, 51:23, 52:4, 56:1, 57:16, 60:9, 61:4, 61:16, 61:18, 61:19, 63:5, 64:3, 67:14, 68:9, 76:5, 76:8, 76:16, 79:21, 87:8, 88:1, 89:21, 92:21, 93:24, 94:4, 94:7, 95:1, 95:21, 96:10, 97:8, 102:20, 104:3, 107:14, 107:16, 107:18, 111:2, 111:20, 111:22, 113:1, 113:7, 113:25, 114:4, 117:19, 119:23, 120:25, 121:6, 121:7, 121:21, 124:6, 125:15, 128:1, 128:15, 135:6, 136:14, 136:18, 137:7, 137:14, 137:16, 137:17, 139:2, 141:14, 142:3, 144:12, 144:13, 144:15, 144:16, 145:10, 147:11, 148:3, 148:16, 149:15, 149:22, 149:24, 150:11, 150:12, 153:8, 154:12, 156:16, 161:2, 161:5, 161:16, 163:8, 163:14, 163:15, 163:20, 163:23, 163:24, 164:5, 164:6, 164:8, 164:13, 164:14, 164:17, 164:22, 164:23, 165:4, 165:6, 165:12, 165:15, 166:7, 166:9, 167:1, 169:8, 169:11, 171:19, 177:7, 182:19, 183:12, 184:3, 185:16, 185:20, 190:25, 194:21, 195:1, 195:5, 195:6, 195:11, 205:1, 207:13, 208:15, 209:15, 210:8, 218:18, 220:10, 227:1
**above** [1] - 205:12
**absolutely** [10] - 7:20, 41:24, 71:23, 86:14, 120:1, 120:3, 120:6, 137:9, 137:19, 221:23
**accent** [1] - 162:1
**accept** [2] - 79:17, 182:9
**accepted** [2] - 221:21, 225:21
**access** [1] - 45:16
**accommodate** [3] - 80:12, 80:20, 80:22
**account** [1] - 181:16
**accurate** [3] - 9:9, 35:24, 105:23
**acknowledged** [1] - 80:21
**across** [12] - 35:6, 40:5, 40:10, 45:6, 51:1, 55:13, 55:15, 98:19, 98:21, 166:23, 167:24, 204:19
**act** [2] - 70:6, 223:8
**Act** [5] - 83:10, 84:8, 92:18, 94:9, 160:1
**activity** [1] - 111:18
**actual** [2] - 120:15, 204:14
**actually** [12] - 8:24, 29:9, 29:25, 34:22, 45:15, 47:22, 94:8, 107:6, 132:14, 146:19, 160:18, 195:14
**add** [1] - 219:3

**added** [1] - 46:13
**adding** [2] - 46:15, 193:14
**address** [10] - 33:9, 34:1, 34:3, 90:2, 90:11, 91:18, 91:22, 92:2, 92:12, 213:9
**addressed** [1] - 180:19
**adjacent** [3] - 104:4, 105:23, 106:9
**administrator** [1] - 6:2
**admonishing** [1] - 70:20
**advance** [8] - 12:23, 20:10, 20:13, 20:14, 20:19, 21:10, 26:25
**advice** [1] - 148:6
**advise** [1] - 9:14
**advised** [2] - 159:13, 169:22
**after** [82] - 8:3, 8:24, 9:7, 12:9, 13:2, 13:21, 14:5, 16:6, 17:1, 17:15, 17:22, 18:4, 19:10, 22:5, 22:12, 25:18, 28:3, 28:8, 28:13, 28:15, 28:18, 29:8, 29:23, 30:2, 31:17, 32:3, 41:10, 41:22, 43:4, 43:18, 55:20, 60:6, 61:10, 67:3, 74:17, 82:4, 82:10, 83:5, 88:21, 94:12, 94:13, 97:24, 98:3, 99:22, 101:12, 101:13, 101:15, 102:17, 104:12, 104:23, 106:14, 107:4, 112:20, 114:17, 114:21, 115:20, 117:25, 129:12, 130:12, 133:22, 133:25, 134:17, 136:17, 138:7, 138:22, 140:14, 140:17, 140:22, 142:13, 142:21, 171:4, 188:3, 189:6, 191:11, 192:8, 193:11, 193:17, 223:6, 223:8, 225:8, 225:19
**afterwards** [1] - 170:24
**again** [28] - 7:7, 10:3, 14:10, 20:4, 22:22, 23:1, 23:2, 37:15, 43:16, 59:21, 67:24, 72:7, 94:4, 125:4, 135:19, 138:11, 143:10, 148:22, 157:10, 158:16, 162:14, 173:20, 177:12, 195:19, 201:22, 207:6, 208:21, 209:16
**against** [10] - 81:19, 83:10, 83:15, 84:7, 84:25, 85:11, 86:25, 94:9, 164:20, 220:6
**age** [1] - 83:20
**ago** [6] - 59:25, 83:22, 83:25, 91:10, 128:18, 227:5
**agree** [4] - 67:5, 80:16, 157:13, 225:7
**agreeable** [1] - 199:17
**agreed** [4] - 96:22, 205:13, 223:8, 225:8
**ahead** [4] - 14:5, 29:5, 90:15, 150:16
**ahold** [1] - 24:20
**aide** [1] - 185:5
**air** [3] - 54:13, 152:20, 209:10
**al** [1] - 186:14
**all** [71] - 6:13, 20:14, 21:10, 26:3, 26:4, 30:25, 31:2, 35:5, 52:9, 52:12, 64:5, 64:22, 69:9, 72:8, 74:17, 79:23, 83:3, 84:3, 85:14, 86:6, 89:6, 95:4, 96:16, 97:13, 101:6, 101:7, 103:4, 108:9, 111:5, 112:5, 113:16, 117:18, 117:20, 117:23, 120:2, 120:4, 125:18, 127:15, 128:3, 132:9, 153:21, 154:12, 167:25, 170:10, 172:5, 172:15, 174:21, 174:23, 180:2, 183:1, 185:4, 194:22, 206:4, 206:14, 208:10, 210:7, 210:10, 222:6, 223:19, 225:1, 225:5, 225:6, 226:1, 229:9, 229:16, 229:17
**allegations** [1] - 160:2
**Allison** [4] - 71:25, 72:11, 141:16, 181:21
**allow** [12] - 6:16, 14:6, 27:2, 30:23, 60:2, 70:13, 72:12, 105:4, 129:9, 188:6, 189:13, 222:22
**allowed** [2] - 24:21, 44:13
**almost** [5] - 6:18, 81:6, 83:18, 212:1, 219:13
**alone** [4] - 113:4, 113:10, 113:11, 152:21
**along** [6] - 51:21, 68:12, 73:13, 191:13, 220:23, 221:7
**already** [21] - 22:9, 22:23, 25:5, 28:4, 28:11, 46:2, 46:4, 57:7, 84:20, 92:1, 92:6, 101:23, 131:22, 131:24, 142:2, 167:9, 169:3, 200:18, 223:18, 226:5, 228:16
**also** [17] - 6:25, 7:10, 21:3, 25:24, 54:13, 64:13, 72:21, 89:6, 107:11, 107:22, 155:21, 187:10, 190:22, 191:13, 195:18, 196:24
**Alternatives** [1] - 173:8
**always** [2] - 134:25, 170:13
**am** [20] - 6:10, 6:17, 7:7, 25:22, 46:8, 46:15, 60:16, 78:20, 85:7, 116:5, 137:18, 137:21, 139:7, 148:10, 156:18, 178:19, 190:23, 201:6, 226:3, 227:18
**amazing** [1] - 98:7
**ambiguous** [1] - 7:24
**among** [2] - 194:19, 215:21
**amount** [3] - 48:4, 57:22, 109:25
**an** [97] - 6:2, 8:20, 8:23, 9:8, 13:8, 25:1, 30:5, 36:22, 38:19, 44:6, 44:12, 45:15, 46:15, 47:13, 49:8, 50:4, 58:11, 59:21, 72:12, 72:22, 77:18, 78:9, 79:19, 79:21, 80:19, 91:7, 91:9, 91:12, 97:18, 105:22, 106:13, 106:15, 106:18, 107:8, 107:11, 108:1, 108:19, 108:23, 108:25, 110:4, 112:13, 112:15, 116:11, 118:6, 121:9, 124:11, 127:11, 127:13, 129:10, 131:5, 132:11, 137:11, 141:4, 147:8, 148:1, 149:3, 151:22, 151:25, 152:4, 152:9, 152:11, 155:9, 167:10, 168:19, 169:3, 169:15, 171:6, 175:20, 180:12, 180:13, 182:3, 183:14, 184:21, 190:25, 191:4, 193:3, 193:25, 194:5, 199:25, 205:21, 206:21, 211:5, 211:8, 212:8, 212:24, 214:9, 215:18, 220:18, 225:15, 226:9, 226:10, 226:25, 227:10, 227:25
**And** [1] - 122:9
**and** [876] - 6:8, 6:10, 6:11, 6:13, 6:17, 6:21, 6:22, 7:2, 7:4, 7:16, 7:23, 7:25, 8:3, 8:8, 8:11, 8:13, 8:25, 9:1, 9:3, 9:5, 9:12, 9:21, 9:25, 10:1, 10:4, 10:13, 10:17, 10:19, 10:21, 11:1, 11:3, 11:8, 11:24, 12:2, 12:4, 12:9, 12:21, 12:25, 13:2, 13:4, 14:2, 14:5, 14:20, 15:5, 15:10, 15:22, 16:12, 17:1, 17:9, 17:13, 17:22, 18:2, 18:4, 18:20, 18:25, 19:5, 19:10, 19:17, 19:21, 20:18, 21:3, 21:11, 22:16, 22:20, 23:9, 23:16, 23:22, 24:4, 24:6, 24:23, 25:12, 26:6, 26:20, 26:23, 27:3, 27:7, 27:8, 27:9, 27:15, 27:24, 28:6, 28:15, 28:17, 29:5, 29:18, 30:1, 30:6, 30:18, 31:1, 31:3, 31:6, 31:17, 31:25, 32:7, 32:16, 32:18, 32:20, 32:24, 33:1, 33:3, 33:6, 33:12, 33:17, 33:20, 33:24, 34:3, 34:13, 34:16, 34:20, 34:23, 35:3, 35:4, 35:7, 35:10, 35:13, 35:19, 35:20, 35:21, 35:23, 35:25, 36:2, 36:15, 36:22, 37:20, 37:24, 38:4, 38:5, 38:11, 38:25, 39:21, 39:24, 40:15, 40:20, 40:25, 41:3, 41:7, 41:11, 41:13, 42:7, 42:11, 42:19, 43:7, 43:14, 43:19, 43:23, 44:2, 44:10, 44:21, 44:24, 44:25, 45:6, 45:8, 45:15, 45:19, 45:20, 45:24, 46:1, 46:10, 46:25, 47:3, 47:17, 48:4, 48:21, 48:23, 48:24, 49:1, 49:6, 49:20, 50:12, 50:23, 51:1, 51:6, 51:7, 51:8, 51:11, 51:12, 51:16, 51:21, 52:1, 52:6, 52:10, 52:13, 52:25, 53:9, 53:14, 53:18, 54:3, 54:13, 54:16, 54:18, 54:20, 54:21, 54:23, 55:3, 55:13, 55:15, 55:17, 55:18, 56:16, 57:6, 57:15, 57:23, 58:14, 58:24, 59:4, 60:11, 60:14, 60:15, 60:25, 61:9, 61:22, 61:24, 62:8, 62:17, 62:19, 62:22, 62:24, 63:6, 63:14, 63:15, 63:16, 63:25, 64:2, 64:8, 64:15, 65:3, 65:5, 65:7, 65:14, 65:19, 65:24, 66:1, 66:2, 66:7, 66:11, 66:14, 66:18, 66:23, 67:4, 67:5, 67:8, 67:13, 68:1, 68:5, 68:8, 68:11, 68:13, 68:16, 68:18, 68:23, 68:24, 69:1, 69:2, 69:5, 69:19, 70:10, 71:3, 71:4, 71:13, 71:18, 72:2, 72:3, 72:17, 72:21, 72:22, 73:13, 74:10,

74:11, 74:14, 74:16, 74:19, 74:20, 74:24, 75:4, 75:6, 75:7, 75:21, 76:17, 76:22, 76:23, 77:7, 77:8, 77:12, 77:17, 78:2, 78:9, 78:11, 79:1, 79:9, 79:24, 80:12, 80:21, 80:22, 81:6, 81:10, 81:11, 81:12, 81:15, 81:18, 82:13, 83:17, 83:18, 83:19, 83:22, 84:2, 84:6, 85:2, 85:8, 85:18, 86:5, 87:13, 87:19, 88:10, 89:6, 89:10, 89:12, 89:16, 89:17, 89:23, 90:2, 90:5, 90:9, 91:7, 91:8, 91:12, 91:13, 91:14, 91:15, 91:16, 91:18, 92:4, 92:22, 92:25, 93:6, 93:14, 93:22, 93:25, 94:8, 95:11, 95:13, 95:21, 96:6, 96:8, 96:18, 96:23, 97:3, 97:11, 97:25, 98:3, 98:6, 98:10, 98:17, 98:21, 98:24, 99:1, 99:7, 99:15, 100:2, 100:3, 100:9, 100:15, 100:25, 101:1, 101:2, 101:7, 101:12, 101:23, 102:1, 102:3, 102:9, 103:1, 103:3, 103:14, 103:19, 103:21, 103:22, 104:7, 104:9, 104:13, 104:18, 105:5, 105:6, 105:18, 105:19, 106:1, 106:2, 106:7, 106:8, 106:21, 107:2, 107:4, 107:11, 107:14, 108:2, 108:5, 108:15, 108:19, 108:21, 108:24, 109:3, 109:7, 109:12, 109:20, 111:5, 111:6, 111:7, 111:10, 111:17, 111:19, 112:1, 112:12, 112:13, 113:1, 113:12, 113:13, 113:14, 113:16, 113:19, 113:21, 113:23, 114:2, 114:21, 115:3, 115:4, 115:17, 115:21, 115:22, 116:3, 116:6, 116:7, 116:11, 116:14, 116:15, 116:22, 117:21, 118:2, 118:4, 118:9, 118:10, 118:24, 119:2, 119:4, 119:6, 119:9, 119:14, 120:1, 120:11, 120:14, 120:17, 121:21, 122:3, 123:2, 123:14, 124:2, 124:12, 124:16, 125:2, 125:4, 125:7, 125:8, 125:12, 125:14, 125:17, 125:23, 127:13, 128:1, 128:2, 128:4, 128:7, 128:10, 129:3, 129:4, 129:5, 129:15, 129:17, 129:21, 129:25, 130:4, 130:10, 130:12, 131:2, 131:23, 131:24, 132:21, 132:22, 133:6, 133:7, 133:12, 133:15, 133:23, 133:25, 134:10, 135:5, 135:24, 136:14, 136:17, 137:9, 139:11, 140:20, 141:8, 141:18, 141:22, 142:12, 142:22, 143:1, 143:6, 143:11, 143:18, 143:20, 143:25, 144:3, 144:25, 145:11, 145:12, 146:5, 146:7, 146:8, 146:18, 146:20, 147:8, 147:13, 148:2, 148:16, 149:4, 150:16, 151:19, 152:3, 152:21, 153:6, 153:7, 153:9, 153:10, 153:11, 153:13, 153:25, 154:7, 154:17, 154:23, 155:4, 155:6, 155:8, 155:9, 155:10, 155:21, 156:8, 156:11, 157:1, 157:8, 157:20, 157:23, 158:10, 158:12, 158:21, 158:23, 158:24, 159:22, 159:25, 160:1, 160:2, 160:8, 160:20, 161:15, 161:18, 161:19, 161:20, 162:12, 162:14, 162:16, 163:8, 163:12, 163:13, 163:14, 164:8, 164:9, 164:10, 164:22, 165:15, 165:19, 166:23, 166:25, 168:17, 168:21, 168:22, 169:6, 169:15, 169:16, 170:1, 170:2, 170:6, 170:14, 170:16, 171:3, 171:4, 171:6, 171:9, 171:13, 172:13, 172:14, 172:15, 173:2, 173:5, 173:7, 173:11, 173:17, 173:23, 174:8, 174:16, 174:20, 175:17, 175:18, 175:22, 176:1, 176:6, 176:10, 176:20, 177:18, 177:19, 178:12, 180:1, 180:12, 180:16, 180:19, 180:20, 180:22, 180:25, 181:7, 181:13, 181:14, 181:16, 182:3, 182:4, 182:9, 182:13, 183:4, 183:6, 183:8, 183:17, 183:20, 184:14, 184:15, 184:17, 184:21, 185:4, 185:8, 185:16, 185:24, 186:7, 186:13, 186:17, 186:18, 187:5, 188:7, 189:1, 189:4, 189:5, 189:6, 189:9, 189:17, 189:19, 190:5, 190:16, 191:1, 191:3, 191:17, 191:22, 192:17, 193:5, 193:7, 194:14, 194:15, 194:24, 195:1, 195:10, 195:18, 196:1, 196:17, 196:24, 197:7, 197:14, 198:5, 198:7, 198:15, 200:2, 200:5, 200:8, 201:10, 201:15, 201:20, 201:22, 202:1, 202:3, 202:6, 202:17, 202:21, 202:24, 202:25, 203:3, 203:9, 203:21, 203:24, 204:2, 204:3, 204:17, 205:4, 205:15, 205:17, 205:20, 206:7, 206:10, 206:12, 206:19, 207:2, 207:5, 207:9, 207:10, 207:12, 207:16, 208:8, 208:14, 208:22, 209:10, 210:3, 210:4, 210:6, 210:11, 211:12, 211:14, 211:17, 211:20, 211:21, 212:1, 212:5, 212:8, 212:12, 212:15, 212:18, 213:7, 213:9, 213:18, 213:24, 213:25, 214:2, 214:14, 214:16, 214:19, 214:23, 215:5, 215:9, 215:15, 215:18, 215:21, 215:24, 216:4, 216:22, 217:3, 217:6, 217:10, 217:13, 217:14, 217:19, 218:24, 219:12, 219:21, 220:8, 220:9, 220:11, 220:14, 220:20, 221:2, 221:10, 221:17, 221:19, 222:17, 222:20, 223:6, 223:8, 224:9, 224:12, 224:24, 225:2, 225:3, 225:6, 225:7, 225:13, 225:25, 226:1, 226:3, 226:6, 226:7, 226:9, 226:17, 226:19, 226:25, 227:1, 227:2, 227:9, 227:20, 227:24, 227:25, 228:12, 228:15, 228:16, 228:17, 229:4, 229:18, 229:22, 229:23, 230:3, 230:4

**and..** [1] - 207:4

**and/or** [1] - 49:3

**Andrew** [1] - 185:14

**another** [11] - 30:17, 46:8, 78:1, 104:10, 119:10, 123:13, 125:6, 197:7, 207:6, 207:16, 212:15

**answer** [106] - 6:11, 6:17, 6:20, 7:2, 8:3, 8:19, 8:20, 13:8, 13:25, 14:8, 14:18, 16:2, 16:16, 18:2, 22:20, 26:2, 26:13, 27:4, 27:18, 27:21, 28:9, 29:21, 29:25, 32:14, 40:2, 43:10, 44:4, 48:13, 50:4, 52:3, 52:20, 57:25, 58:5, 59:2, 62:14, 63:3, 63:11, 65:10, 66:21, 67:19, 67:24, 69:4, 69:7, 71:19, 72:20, 76:21, 77:18, 77:21, 79:18, 81:23, 85:16, 88:7, 95:8, 95:14, 96:18, 109:11, 109:23, 110:7, 123:3, 125:2, 125:14, 126:9, 126:14, 129:10, 130:5, 130:19, 130:25, 132:12, 133:2, 133:12, 134:13, 134:21, 137:3, 137:13, 138:17, 138:19, 139:6, 140:1, 140:2, 140:6, 141:12, 142:4, 145:2, 145:3, 146:13, 148:16, 150:17, 155:24, 163:25, 164:1, 164:3, 166:6, 168:10, 168:15, 170:22, 184:11, 187:6, 191:4, 191:20, 192:9, 192:16, 196:13, 208:13, 218:13, 224:15

**answered** [35] - 22:16, 28:6, 28:11, 44:25, 57:2, 64:15, 66:7, 66:14, 68:2, 69:2, 71:13, 74:19, 75:4, 77:17, 91:14, 92:4, 92:25, 93:14,

105:14, 108:15, 108:21, 108:24, 109:3, 109:7, 109:12, 118:4, 125:7, 125:8, 128:7, 128:10, 133:6, 135:24, 152:3, 166:1, 177:7

**answering** [2] - 30:24, 130:22

**answers** [5] - 6:13, 9:22, 20:23, 70:22, 84:21

**any** [53] - 7:20, 9:15, 9:16, 14:6, 25:16, 49:24, 53:7, 55:22, 57:14, 58:2, 60:14, 67:10, 74:23, 87:25, 89:18, 89:22, 103:17, 111:17, 116:9, 116:13, 124:8, 126:6, 126:21, 136:3, 136:15, 137:22, 138:18, 139:20, 139:21, 140:24, 144:18, 148:12, 149:19, 149:20, 150:21, 151:6, 153:2, 156:11, 160:18, 164:9, 164:10, 179:22, 181:8, 189:7, 191:16, 198:2, 204:7, 204:9, 223:11, 223:13, 223:16, 224:1, 229:22

**Any** [1] - 181:7

**anybody** [5] - 64:23, 111:22, 120:21, 154:18, 168:23

**anymore** [4] - 68:22, 69:9, 101:8, 101:25

**anyone** [6] - 33:12, 68:4, 94:15, 163:4, 186:10, 223:20

**anything** [25] - 7:12, 26:20, 32:9, 36:5, 38:13, 39:5, 39:6, 66:17, 83:23, 87:3, 89:17, 94:19, 101:10, 114:5, 120:3, 137:22, 143:22, 153:1, 154:10, 198:9, 201:6, 209:1, 218:12, 223:21, 224:3

**anytime** [1] - 118:9

**anywhere** [1] - 195:2

**apologize** [7] - 39:2, 126:18, 126:19, 167:1, 169:1, 183:7, 201:22

**appointment** [1] - 11:7

**appreciate** [6] - 27:1, 70:13, 70:15, 71:4, 138:15, 147:2

**appreciated** [1] - 70:7

**approach** [1] - 197:7

**appropriate** [2] - 135:1, 141:18

**approximate** [1] - 226:10

**approximately** [27] - 12:7, 13:1, 23:7, 23:17, 34:9, 34:14, 61:6, 64:4, 84:5, 84:8, 84:9, 91:11, 97:15, 99:7, 101:19, 112:18, 117:19, 143:7, 143:9, 143:13, 143:24, 151:9, 152:17, 153:18, 153:20, 158:1, 163:7

**approximation** [2] - 112:14, 112:15

**April** [4] - 129:5, 129:22, 129:25, 130:8

**Arcata** [2] - 90:7, 154:25

**are** [93] - 7:22, 8:11, 8:13, 9:12, 20:18, 21:11, 23:8, 25:20, 26:6, 27:7, 27:14, 27:19, 30:22, 34:25, 35:20, 36:7, 36:11, 37:15, 43:4, 44:8, 44:14, 44:15, 49:22, 50:3, 50:15, 67:23, 71:20, 77:14, 78:1, 78:8, 78:11, 79:11, 80:1, 80:4, 80:12, 80:18, 81:7, 84:20, 103:24, 105:16, 112:4, 112:7, 115:18, 120:1, 120:4, 128:22, 137:12, 138:2, 141:17, 142:3, 143:10, 144:6, 144:22, 148:8, 163:6, 164:13, 169:6, 169:11, 174:12, 174:16, 175:24, 176:4, 184:4, 187:2, 187:14, 189:4, 189:5, 189:18, 190:2, 191:25, 192:24, 193:16, 201:19, 201:20, 204:5, 219:13, 221:17, 221:21, 221:24, 222:2, 222:3, 222:22, 225:7, 225:8, 225:23, 225:25, 226:5, 227:6, 228:16, 228:21, 228:23

**area** [7] - 38:21, 40:19, 47:4, 47:13, 105:1, 155:18, 155:20

**areas** [2] - 32:21, 183:8

**aren't** [1] - 31:3

**argue** [3] - 196:1, 196:10, 196:25

**argumentative** [10] - 25:25, 26:11, 26:23, 48:6, 48:11, 62:11, 65:7, 69:1, 165:25, 208:19

**Argumentative** [1] - 37:11

**around** [23] - 18:4, 35:21, 38:10, 38:11, 41:12, 45:9, 46:23, 47:1, 53:19, 99:21, 121:9, 123:20, 124:1, 124:13, 124:15, 127:15, 140:13, 140:18, 150:3, 191:15, 208:24, 222:12, 222:24

**arranged** [1] - 147:9

**arrangements** [1] - 135:17

**arrow** [5] - 38:19, 39:7, 40:20, 42:6, 46:15

**article** [1] - 106:25

**as** [101] - 6:2, 7:22, 9:9, 9:24, 17:6, 21:16, 21:21, 21:24, 25:16, 35:24, 36:12, 36:16, 37:24, 38:22, 39:17, 43:20, 46:16, 49:3, 51:13, 51:25, 52:1, 52:17, 54:20, 58:4, 58:10, 59:1, 62:24, 66:17, 67:13, 69:20, 73:4, 75:14, 75:24, 76:9, 77:19, 79:25, 80:2, 84:24, 85:17, 86:18, 89:1, 89:18, 91:12, 94:3, 96:14, 105:17, 110:4, 110:16, 116:15, 122:10, 122:12, 123:5, 125:13, 125:14, 126:14, 137:13, 142:10, 145:2, 145:20, 146:10, 148:6, 154:22, 155:20, 155:21, 159:4, 159:7, 159:14, 161:8, 163:17, 167:4, 170:24, 171:16, 176:3, 181:22, 182:4, 183:8, 197:19, 197:20, 207:20, 209:23, 210:19, 210:20, 219:15, 221:10, 223:8, 224:8, 224:9, 224:13, 224:20, 226:9, 227:13, 228:2, 228:3, 229:1, 229:19

**ask** [45] - 6:16, 7:5, 13:7, 13:16, 30:1, 32:21, 35:15, 36:23, 42:14, 43:16, 46:8, 53:2, 57:13, 60:16, 66:3, 69:25, 70:6, 70:11, 84:23, 94:3, 95:11, 95:13, 99:9, 102:14, 108:12, 116:3, 132:18, 134:18, 134:25, 143:1, 170:22, 174:21, 175:17, 175:18, 177:12, 180:7, 183:6, 183:13, 189:3, 190:24, 192:22, 208:21, 210:7, 218:18

**asked** [56] - 7:11, 7:14, 8:3, 22:16, 28:6, 32:3, 41:14, 44:25, 53:13, 57:10, 64:15, 66:7, 66:14, 68:1, 69:2, 71:13, 74:19, 75:4, 77:17, 79:13, 91:14, 92:4, 92:25, 93:14, 95:14, 102:10, 105:14, 106:23, 108:15, 108:21, 108:24, 109:3, 109:7, 109:12, 112:1, 118:4, 124:24, 125:3, 125:7, 125:8, 128:7, 128:10, 130:3, 135:24, 139:22, 145:2, 147:5, 152:3, 154:12, 163:20, 164:22, 166:1, 166:7, 167:9, 177:24, 187:4

**asking** [91] - 7:22, 8:4, 17:6, 29:6, 30:22, 36:7, 36:8, 36:11, 36:13, 36:19, 37:15, 41:6, 41:8, 41:10, 43:13, 55:4, 60:16, 67:23, 70:3, 70:19, 72:8, 72:11, 72:21, 83:20, 83:23, 84:20, 84:22, 87:5, 93:5, 100:5, 108:12, 108:23, 109:17, 109:22, 109:25, 110:3, 110:4, 111:23, 112:4, 112:7, 124:10, 128:22, 128:24, 130:5, 130:6, 131:25, 132:17, 132:24, 133:3, 133:24, 136:14, 136:16, 137:16, 138:5, 141:13, 141:15, 142:10, 142:24, 144:6, 144:10, 149:22, 149:23, 150:23, 155:21, 157:15, 163:21, 165:11, 166:9, 174:23, 177:2, 180:5, 184:4, 184:8, 186:22, 186:24, 186:25, 187:20, 188:2, 188:22, 190:25, 192:3, 198:22, 208:15, 209:20, 209:22, 228:22, 229:4, 229:8

**asks** [2] - 14:5, 108:6

**assert** [1] - 139:4

**asserting** [4] - 137:12, 142:11, 142:12, 204:5

**assess** [1] - 116:14

**assessing** [1] - 196:3

**assistance** [1] - 55:5

**assistant** [2] - 183:8, 201:15

**associate** [1] - 65:14

**associated** [1] - 187:2
**assumes** [3] - 79:15, 126:6, 191:16
**assuming** [1] - 190:21
**at** [213] - 6:2, 6:14, 6:18, 7:12, 10:6, 15:5, 15:18, 15:22, 15:23, 16:12, 18:2, 20:1, 20:6, 20:9, 20:18, 21:6, 24:24, 25:18, 28:18, 28:21, 29:13, 30:2, 30:12, 30:13, 30:14, 30:16, 30:17, 31:3, 31:17, 32:4, 33:12, 33:17, 34:6, 34:10, 34:16, 35:5, 35:25, 36:17, 37:14, 40:3, 41:10, 42:15, 42:16, 43:17, 44:20, 47:4, 48:3, 53:11, 53:18, 58:21, 59:19, 60:13, 62:6, 62:17, 65:3, 65:22, 70:1, 73:3, 74:5, 74:24, 75:22, 77:2, 77:16, 78:7, 78:15, 78:19, 78:22, 78:23, 80:19, 81:13, 86:17, 99:9, 99:20, 104:23, 105:11, 106:23, 107:24, 112:5, 113:16, 113:17, 113:19, 113:23, 113:25, 116:9, 116:13, 119:6, 120:21, 120:22, 121:1, 121:9, 123:17, 123:20, 123:23, 124:1, 124:13, 125:7, 130:13, 133:7, 136:19, 142:2, 147:13, 147:23, 149:15, 149:23, 150:3, 150:11, 151:2, 151:5, 152:14, 152:22, 154:1, 154:7, 154:16, 154:18, 159:3, 159:19, 161:19, 162:13, 166:19, 167:20, 168:4, 168:18, 170:12, 170:13, 171:10, 175:16, 175:21, 176:4, 177:1, 177:4, 177:6, 177:8, 177:9, 177:15, 177:22, 178:3, 178:4, 178:16, 180:3, 180:7, 180:11, 180:25, 181:19, 182:3, 182:11, 183:6, 183:10, 183:15, 184:3, 184:16, 184:18, 186:13, 186:20, 186:24, 187:16, 188:18, 189:7, 190:4, 190:19, 191:10, 191:14, 191:15, 191:17, 193:7, 193:16, 194:6, 200:2, 201:10, 201:12, 201:15, 202:3, 202:24, 202:25, 204:13, 204:25, 205:17, 206:4, 206:9, 206:18, 207:12, 207:13, 207:18, 208:3, 208:23, 209:9, 209:10, 210:14, 211:2, 211:12, 211:20, 212:2, 212:5, 212:9, 213:2, 213:12, 213:24, 214:24, 215:5, 217:1, 219:19, 220:18, 222:12, 223:20, 223:24, 225:15, 226:4, 227:6, 230:6
**attached** [6] - 182:6, 187:5, 187:10, 218:21, 218:22
**attachment** [9] - 176:12, 178:15, 178:24, 179:23, 180:9, 194:8, 194:12, 200:8, 202:6
**Attachment** [2] - 179:9, 183:20
**attachments** [10] - 186:7, 186:9, 186:13, 186:17, 186:23, 186:25, 187:14, 187:24, 189:18, 189:19
**attempt** [1] - 149:5
**attempts** [1] - 150:12
**attend** [3] - 10:8, 126:21, 126:23
**attention** [1] - 175:19
**attorney** [23] - 7:21, 123:24, 136:10, 136:21, 136:24, 137:12, 137:25, 138:3, 138:18, 139:5, 141:9, 142:11, 147:14, 147:16, 147:17, 147:19, 147:24, 148:7, 170:6, 170:11, 170:12, 221:21
**attorney-at-law** [1] - 170:12
**attorney-client** [8] - 136:21, 136:24, 137:12, 138:3, 138:18, 139:5, 141:9, 142:11
**attorneys** [1] - 7:22
**audio** [2] - 174:19, 174:25
**August** [37] - 54:10, 107:25, 123:14, 130:1, 130:11, 145:9, 145:17, 146:18, 147:7, 148:1, 150:3, 154:22, 170:4, 175:20, 176:2, 176:10, 177:15, 178:16, 180:11, 180:16, 182:13, 183:10, 183:15, 183:25, 190:4, 190:5, 190:19, 191:15, 193:5, 194:6, 197:14, 200:2, 200:25, 201:9, 201:10, 205:4, 221:8
**august** [1] - 130:12
**availability** [1] - 229:5
**available** [4] - 13:5, 228:17, 228:19, 228:22
**avoid** [2] - 70:5, 81:12
**aware** [15] - 68:21, 74:16, 75:13, 75:21, 77:11, 77:12, 77:22, 81:11, 101:12, 115:18, 195:25, 221:21, 225:7
**away** [2] - 88:12, 204:19

## B

**baby** [1] - 203:18
**back** [83] - 8:25, 9:3, 10:6, 14:12, 17:3, 23:2, 23:4, 26:3, 26:4, 26:7, 28:2, 31:18, 32:4, 32:20, 43:17, 43:21, 44:20, 45:4, 45:5, 45:13, 45:21, 48:15, 48:16, 53:13, 63:9, 67:21, 67:22, 76:14, 76:19, 81:7, 90:5, 91:12, 93:22, 95:16, 96:19, 97:4, 98:10, 100:15, 100:16, 100:25, 104:14, 107:17, 110:24, 125:5, 126:3, 126:4, 127:24, 140:4, 144:23, 145:5, 147:2, 147:3, 148:25, 149:2, 154:23, 158:23, 166:13, 166:15, 166:25, 168:14, 168:15, 175:6, 175:10, 176:4, 176:5, 177:5, 177:6, 177:9, 177:15, 182:13, 183:9, 183:11, 183:12, 183:13, 184:9, 184:17, 189:1, 199:11, 199:13, 200:21, 201:20, 201:22, 203:24
**backseat** [2] - 159:4, 159:8
**backtrack** [1] - 15:14
**bad** [3] - 74:14, 217:17, 217:23
**badgered** [1] - 49:20
**badgering** [6] - 23:12, 57:6, 133:8, 178:18, 178:19, 191:4
**bank** [2] - 113:25, 114:3
**banks** [1] - 217:23
**bantering** [1] - 8:25
**barbecuing** [1] - 51:7
**Barrel** [1] - 31:25
**base** [1] - 207:21
**basis** [2] - 141:24, 142:9
**Bayside** [4] - 33:10, 33:18, 209:4
**be** [98] - 6:21, 7:7, 7:23, 9:5, 9:15, 9:17, 9:22, 10:8, 27:12, 29:6, 35:24, 36:1, 36:17, 37:1, 37:22, 38:7, 41:21, 43:22, 45:4, 47:10, 49:9, 50:24, 51:6, 52:13, 53:7, 53:10, 53:14, 60:3, 60:24, 62:7, 65:4, 66:25, 69:8, 72:12, 73:25, 74:18, 76:20, 80:5, 81:11, 83:20, 83:22, 84:2, 85:12, 90:16, 90:22, 93:1, 93:8, 95:4, 95:11, 96:5, 96:22, 108:20, 110:12, 115:13, 116:22, 117:5, 117:18, 117:23, 125:23, 133:5, 133:23, 137:10, 137:21, 139:21, 140:25, 141:6, 144:20, 145:10, 148:15, 152:1, 157:6, 160:7, 163:16, 163:23, 163:24, 172:15, 176:8, 179:15, 182:14, 182:24, 183:1, 190:11, 199:12, 205:13, 210:13, 210:22, 221:13, 222:11, 222:21, 223:21, 224:3, 225:8, 226:5, 226:6, 228:17, 229:16, 230:3
**beat** [2] - 14:5, 208:10
**beautiful** [1] - 12:19
**became** [1] - 48:3
**because** [90] - 6:7, 6:17, 6:19, 6:25, 7:3, 7:20, 7:25, 8:15, 13:5, 17:12, 21:8, 24:7, 26:19, 30:13, 33:25, 43:15, 45:8, 45:10, 48:23, 52:25, 56:20, 66:24, 69:8, 70:7, 72:12, 72:16, 74:14, 76:20, 78:20, 78:25, 79:5, 85:14, 86:6, 88:6, 90:17, 95:12, 100:8, 100:16, 100:17, 101:4, 101:11, 101:22, 108:6, 109:4, 110:2, 110:12, 114:1, 117:20, 123:4, 126:13, 127:14, 132:9, 133:23, 135:17, 137:10, 138:17, 140:10, 140:14, 141:17, 153:12, 157:15, 159:5, 159:21, 164:1, 164:8, 167:4, 168:10, 172:13, 175:19, 179:25, 180:9, 181:9, 182:9,

183:7, 188:20, 189:12, 190:8, 192:1, 204:11, 205:12, 208:2, 208:12, 210:15, 210:17, 218:4, 218:14, 225:24, 226:13, 228:2
**becoming** [1] - 24:24
**been** [57] - 23:23, 24:6, 24:14, 24:15, 26:14, 31:12, 35:1, 49:17, 51:24, 52:5, 53:10, 59:10, 59:20, 60:8, 63:15, 83:17, 86:25, 87:9, 88:13, 88:14, 88:15, 90:11, 90:13, 92:14, 92:15, 98:5, 106:2, 107:14, 116:18, 134:14, 139:3, 139:19, 139:23, 140:24, 151:19, 154:2, 158:6, 161:17, 161:18, 163:2, 164:10, 167:13, 167:15, 171:21, 172:4, 172:22, 173:24, 174:5, 174:8, 179:12, 208:24, 216:12, 218:2, 225:13, 225:21, 225:23, 228:7
**before** [69] - 6:5, 6:17, 12:4, 12:15, 17:12, 27:4, 30:24, 55:20, 60:5, 61:10, 64:2, 64:3, 64:6, 70:22, 81:9, 82:4, 82:9, 83:5, 86:12, 90:13, 92:11, 92:19, 94:11, 94:13, 97:13, 101:15, 101:16, 101:17, 101:22, 112:20, 112:25, 114:3, 114:17, 114:20, 114:24, 115:22, 121:5, 125:25, 129:10, 132:11, 138:7, 138:22, 140:14, 140:21, 140:22, 141:1, 142:13, 142:21, 143:6, 149:17, 150:1, 150:17, 156:6, 172:6, 177:22, 177:24, 195:10, 197:18, 199:6, 219:19, 221:18, 222:8, 222:13, 222:14, 223:2, 223:3, 223:7, 227:1
**began** [1] - 142:15
**begin** [2] - 71:19, 173:10
**behalf** [2] - 17:10, 221:22
**behind** [1] - 45:8
**being** [30] - 68:7, 83:8, 83:13, 83:21, 85:15, 94:15, 94:16, 94:20, 94:21, 95:1, 95:21, 96:11, 97:8, 111:17, 119:21, 123:8, 124:12, 125:23, 159:18, 163:15, 164:25, 165:22, 168:23, 191:23, 196:4, 208:19, 208:20, 209:23, 220:17
**belief** [1] - 188:24
**believe** [46] - 24:7, 28:22, 35:3, 36:2, 44:24, 53:17, 56:22, 73:7, 90:20, 91:6, 92:1, 92:13, 93:18, 94:5, 99:23, 101:1, 117:5, 118:2, 118:14, 121:17, 151:14, 152:1, 154:1, 154:4, 158:5, 158:14, 158:18, 161:23, 162:2, 162:14, 162:20, 163:3, 165:11, 167:8, 179:15, 179:18, 182:18, 183:4, 188:8, 188:18, 188:22, 202:18, 207:4, 212:17, 214:18, 228:3
**believed** [2] - 143:2, 225:24
**below** [2] - 187:19, 189:16
**bends** [1] - 41:12
**bent** [1] - 46:23
**best** [18] - 9:24, 10:1, 37:6, 37:19, 56:25, 57:10, 60:23, 60:24, 62:7, 65:4, 80:5, 81:14, 82:8, 89:19, 91:8, 92:24, 112:16, 112:17
**better** [2] - 81:16, 181:11
**between** [37] - 10:1, 20:22, 29:23, 30:18, 31:5, 56:8, 57:24, 58:24, 82:9, 85:18, 91:7, 92:3, 92:22, 93:6, 93:22, 108:3, 117:12, 117:15, 130:12, 141:7, 143:6, 143:11, 143:25, 146:5, 147:9, 148:2, 151:19, 155:9, 158:9, 158:20, 158:24, 162:12, 163:7, 169:15, 171:6, 224:23
**big** [8] - 39:20, 40:23, 40:25, 43:19, 45:20, 55:13, 74:5, 114:1
**Bill** [5] - 89:15, 90:21, 94:25, 153:25, 163:1
**bill** [3] - 69:25, 70:9, 90:6
**Billy** [16] - 32:16, 203:7, 203:11, 206:10, 206:12, 206:21, 207:6, 207:17, 210:1, 211:9, 212:8, 213:2, 213:21, 214:9, 214:20
**bird** [1] - 154:12
**bit** [2] - 81:15, 132:10
**blank** [2] - 190:9, 202:16
**bliss** [1] - 11:22
**blocked** [1] - 217:13
**Blue** [5] - 33:24, 38:2, 39:19, 65:23, 217:10
**blue** [2] - 35:16, 164:10
**BMP** [1] - 206:20
**BMPs** [1] - 209:18
**board** [89] - 53:15, 53:20, 53:22, 54:1, 54:3, 54:6, 65:16, 67:12, 68:15, 71:10, 73:2, 73:8, 73:13, 73:20, 74:1, 74:11, 74:18, 74:24, 75:5, 75:9, 76:16, 77:2, 77:3, 77:7, 77:11, 77:15, 82:23, 83:6, 99:5, 100:3, 101:1, 102:2, 103:2, 103:4, 107:23, 111:3, 111:19, 117:21, 118:10, 119:5, 119:7, 119:12, 119:16, 119:20, 119:22, 120:21, 120:23, 121:13, 121:14, 121:19, 121:21, 122:3, 123:9, 125:16, 125:25, 126:21, 126:24, 127:1, 157:8, 157:20, 157:23, 159:15, 159:22, 161:14, 162:13, 169:22, 176:1, 176:23, 178:25, 179:9, 179:19, 179:23, 179:24, 179:25, 180:1, 182:20, 184:23, 184:25, 186:23, 197:18, 197:25, 198:9, 198:12, 198:19, 199:6, 199:19, 223:3, 225:5
**Board** [1] - 54:7
**board's** [4] - 77:2, 169:23, 182:6, 196:18
**boards** [2] - 61:23, 191:22
**boon** [5] - 31:21, 31:23, 31:25, 32:6, 129:20
**border** [1] - 35:5
**bordered** [1] - 34:20
**both** [15] - 36:17, 50:25, 51:2, 51:10, 65:15, 80:16, 114:19, 117:16, 155:10, 164:8, 165:17, 166:21, 166:22, 175:17, 215:8
**bottom** [13] - 38:20, 39:8, 170:13, 180:11, 180:13, 186:20, 186:24, 202:24, 205:1, 205:6, 211:12, 212:5, 215:6
**Boulevard** [8] - 55:14, 55:15, 82:5, 104:4, 104:20, 112:21, 217:11, 217:22
**breaching** [1] - 78:9
**break** [11] - 30:2, 62:1, 62:2, 78:14, 80:6, 80:9, 110:21, 112:8, 126:13, 148:23, 199:9
**breaking** [1] - 55:1
**breath** [1] - 208:11
**brief** [8] - 182:14, 226:5, 226:6, 226:8, 228:18, 228:20, 229:18, 229:19
**briefly** [1] - 81:9
**briefs** [1] - 142:3
**bring** [2] - 221:24, 227:21
**broke** [1] - 81:9
**broken** [3] - 52:5, 53:24, 61:24
**Brookings** [5] - 11:22, 12:2, 15:14, 23:7, 26:6
**brother** [11] - 10:18, 10:21, 10:24, 13:5, 27:25, 28:24, 29:4, 29:9, 31:15, 50:13, 168:22
**brother's** [2] - 11:19, 12:10
**Building** [1] - 54:21
**building** [2] - 54:23, 171:11
**bullied** [1] - 43:15
**bunch** [4] - 73:21, 74:15, 75:9, 77:6
**business** [2] - 130:18, 208:4
**but** [98] - 8:5, 9:6, 9:14, 9:22, 10:18, 24:2, 24:13, 30:23, 31:14, 35:25, 36:15, 36:17, 37:22, 42:4, 57:22, 58:11, 60:8, 61:13, 65:13, 68:20, 70:12, 70:24, 75:8, 75:13, 79:16, 80:19, 81:9, 81:14, 88:4, 89:15, 90:3, 94:6, 98:21, 100:12, 102:17, 114:6, 115:13, 116:25, 118:24, 119:11, 121:18, 121:24, 121:25, 122:22, 123:17, 126:19, 133:11, 134:15, 134:25, 137:25, 140:12, 142:8, 142:25, 145:1, 152:12, 155:11, 156:14, 157:11, 159:12, 162:5, 162:19, 163:2, 164:5, 170:4, 172:6, 172:24, 174:1, 174:10, 174:16, 175:24, 176:15, 176:17, 179:15, 181:10, 184:22,

189:15, 189:21, 192:14, 194:11, 194:24, 198:18, 200:24, 201:13, 202:23, 204:13, 205:21, 209:25, 216:19, 217:20, 217:22, 218:6, 218:23, 222:10, 222:22, 225:4, 227:3, 228:1
**BY** [280] - 10:23, 11:12, 13:18, 13:24, 14:14, 14:17, 14:22, 15:4, 15:9, 15:13, 15:17, 15:21, 16:1, 16:11, 16:15, 16:21, 16:25, 17:14, 17:21, 18:1, 18:9, 18:14, 18:17, 18:24, 19:4, 19:9, 19:14, 19:25, 20:5, 20:11, 21:1, 21:4, 21:15, 21:20, 21:23, 22:4, 22:11, 22:19, 22:25, 23:6, 23:10, 23:15, 23:21, 24:1, 24:5, 24:12, 25:14, 26:1, 26:12, 26:17, 27:17, 28:1, 28:7, 28:12, 28:23, 29:2, 29:7, 29:14, 29:19, 29:24, 30:7, 30:11, 31:22, 32:17, 37:8, 37:12, 37:18, 39:4, 39:10, 39:14, 39:22, 40:8, 40:18, 40:24, 41:9, 41:20, 42:2, 42:13, 42:24, 43:2, 43:8, 43:24, 44:19, 45:2, 46:7, 46:19, 48:2, 48:7, 48:12, 48:18, 49:12, 49:21, 50:5, 50:8, 52:2, 52:19, 57:21, 58:8, 58:13, 59:8, 60:22, 62:5, 62:13, 63:2, 63:10, 64:18, 65:9, 66:10, 66:16, 66:20, 68:3, 69:3, 69:6, 69:14, 69:18, 71:8, 71:15, 72:25, 73:6, 73:11, 73:17, 73:23, 74:3, 74:7, 74:22, 75:2, 75:12, 75:20, 76:1, 76:6, 76:12, 76:18, 77:20, 81:17, 81:22, 82:15, 85:4, 87:24, 89:2, 91:17, 92:7, 93:4, 93:15, 95:7, 95:18, 97:6, 98:15, 106:6, 106:12, 108:11, 108:18, 108:22, 109:1, 109:5, 109:10, 109:24, 110:8, 110:25, 113:18, 118:5, 122:6, 122:14, 123:6, 123:12, 124:21, 125:9, 126:8, 126:20, 127:18, 127:22, 128:8, 128:13, 129:2, 130:24, 131:20, 132:5, 132:13, 133:4, 133:10, 133:21, 135:4, 135:21, 136:1, 136:25, 137:4, 138:6, 138:20, 139:9, 139:18, 139:25, 140:5, 141:11, 143:5, 144:9, 145:7, 145:16, 145:22, 146:4, 146:12, 146:23, 147:4, 147:21, 149:1, 149:11, 150:8, 150:20, 151:1, 151:13, 152:5, 155:23, 156:21, 157:16, 158:17, 159:9, 160:9, 160:23, 161:10, 164:12, 166:5, 166:16, 167:14, 168:16, 169:9, 171:2, 171:17, 171:24, 172:17, 173:19, 175:15, 176:9, 177:14, 178:11, 178:23, 180:6, 181:25, 183:3, 184:13, 185:3, 187:12, 190:1, 190:14, 191:6, 191:18, 191:24, 192:12, 192:23, 193:2, 193:24, 194:20, 195:9, 195:22, 196:8, 196:16, 196:21, 197:4, 197:13, 197:22, 199:20, 199:24, 200:16, 201:8, 201:18, 204:24, 206:1, 208:1, 208:18, 211:1, 211:4, 211:25, 212:23, 214:4, 215:3, 219:14, 220:16, 221:6, 221:16, 223:25, 224:10, 224:14, 224:22
**by** [56] - 7:24, 8:14, 11:4, 19:20, 20:17, 27:12, 34:17, 34:20, 53:15, 57:12, 59:13, 62:8, 64:22, 65:5, 67:12, 68:13, 68:21, 73:2, 73:25, 74:18, 77:3, 83:9, 83:14, 85:10, 88:24, 94:6, 94:15, 94:21, 97:18, 102:23, 106:2, 121:14, 121:16, 123:9, 124:4, 125:24, 130:14, 136:10, 140:13, 143:7, 153:14, 154:10, 159:8, 176:19, 183:8, 185:14, 187:9, 189:17, 189:21, 207:16, 207:17, 210:7, 220:24, 229:13

## C

**Cairns** [1] - 185:14
**calendar** [4] - 11:10, 11:13, 11:14, 229:7
**California** [3] - 33:8, 33:10, 54:8
**Californians** [1] - 173:7
**call** [16] - 33:24, 46:10, 49:16, 49:22, 56:3, 78:8, 92:18, 102:6, 115:22, 116:3, 117:3, 147:9, 147:11, 182:14, 204:2
**called** [5] - 85:6, 85:23, 89:8, 102:5, 102:8
**calling** [2] - 90:15, 116:20
**calls** [3] - 24:16, 117:16, 160:4
**came** [31] - 53:23, 55:15, 58:3, 58:9, 58:14, 58:17, 61:24, 68:5, 98:17, 98:19, 103:22, 112:17, 113:7, 113:13, 114:17, 114:20, 114:22, 114:24, 114:25, 115:16, 115:23, 128:19, 158:23, 164:8, 167:25, 168:20, 191:23, 193:17, 199:7, 217:10, 217:22
**camp** [2] - 14:3, 19:21
**camped** [2] - 12:21, 14:15
**campground** [12] - 12:5, 12:6, 12:7, 12:17, 13:21, 15:22, 20:6, 23:17, 25:18, 29:12, 30:15, 30:17
**Campground** [6] - 12:13, 28:21, 29:10, 29:16, 31:18, 32:3
**campgrounds** [3] - 21:11, 30:19, 30:20
**camping** [3] - 10:19, 27:13, 32:7
**campsite** [3] - 12:22, 12:23, 12:25
**Can** [1] - 104:14
**can** [96] - 7:23, 14:11, 20:16, 20:22, 22:20, 24:19, 25:12, 27:9, 29:6, 29:21, 30:1, 31:25, 35:15, 35:23, 36:1, 36:9, 36:15, 36:21, 36:22, 36:25, 37:6, 37:20, 38:3, 38:4, 38:5, 39:5, 39:23, 39:24, 41:2, 45:15, 47:17, 47:19, 49:19, 49:24, 57:19, 57:22, 58:5, 59:2, 62:1, 62:3, 63:5, 63:8, 63:13, 64:5, 66:11, 67:15, 68:7, 68:10, 70:5, 76:21, 78:15, 80:14, 80:15, 81:4, 81:12, 82:8, 84:3, 105:15, 110:6, 122:16, 122:20, 132:11, 132:16, 133:5, 133:6, 133:12, 134:24, 138:16, 138:19, 139:6, 141:3, 141:22, 142:5, 142:17, 148:16, 150:17, 151:22, 164:2, 166:13, 168:9, 168:12, 181:8, 189:1, 191:20, 192:4, 192:19, 199:9, 199:16, 208:7, 208:21, 226:6, 226:8, 228:1, 229:12
**can't** [21] - 37:6, 65:20, 77:18, 89:15, 109:6, 109:11, 109:23, 109:25, 118:7, 119:9, 122:19, 122:23, 142:7, 151:25, 152:4, 152:9, 152:11, 153:13, 161:25, 174:18
**cancelled** [3] - 23:22, 24:13, 148:4
**cancelling** [1] - 25:17
**cancer** [1] - 10:19
**cannot** [9] - 79:18, 108:19, 108:25, 110:4, 117:4, 122:18, 122:21, 166:6, 192:21
**capacity** [1] - 155:2
**cape** [1] - 14:19
**Cape** [2] - 15:5, 16:6
**care** [1] - 96:18
**careful** [1] - 133:23
**carefully** [3] - 6:10, 7:11, 88:6
**CARLON** [377] - 10:22, 11:8, 13:7, 13:11, 13:14, 13:16, 13:23, 14:4, 14:16, 14:21, 15:2, 15:7, 15:11, 15:15, 15:19, 15:24, 16:9, 16:13, 16:19, 17:19, 17:25, 18:6, 18:12, 18:16, 18:21, 19:2, 19:7, 19:12, 19:22, 20:3, 20:7, 20:20, 20:24, 21:3, 21:13, 21:17, 21:22, 22:1, 22:8, 22:16, 22:18, 23:9, 23:12, 23:18, 23:24, 24:3, 24:10, 24:16, 24:18, 24:21, 24:25, 25:5, 25:10, 25:13, 25:20, 25:24, 26:8, 26:10, 26:22, 27:1, 27:4, 27:15, 28:10, 29:1, 29:5, 29:11, 29:17, 29:21, 30:5, 30:10, 36:6, 36:9, 36:11, 36:19, 36:25, 37:3, 37:11, 37:15, 38:15, 38:18, 39:3, 39:9, 39:13, 39:17, 40:6, 40:17, 40:21, 41:5, 41:16, 42:1, 42:8, 42:10, 42:17, 42:21,

43:1, 43:6, 43:20, 44:3, 44:6, 44:11, 44:15, 44:17, 44:24, 45:25, 46:12, 47:5, 47:10, 47:17, 47:21, 47:23, 48:6, 48:11, 48:14, 49:18, 50:3, 51:25, 57:2, 57:5, 57:20, 58:4, 58:10, 59:1, 60:18, 62:9, 62:11, 64:15, 65:6, 66:7, 66:14, 67:23, 68:1, 69:1, 69:13, 70:18, 71:1, 71:5, 71:13, 71:22, 71:25, 72:5, 72:8, 72:11, 72:16, 73:4, 74:2, 74:5, 75:15, 75:18, 75:24, 76:3, 77:17, 77:24, 78:4, 78:13, 78:15, 78:18, 78:22, 79:1, 79:4, 79:9, 79:13, 79:15, 79:21, 79:25, 80:2, 80:7, 80:13, 80:17, 80:21, 80:25, 81:2, 81:4, 85:1, 87:22, 89:1, 91:14, 92:4, 93:3, 93:12, 93:14, 98:11, 106:4, 106:10, 108:15, 108:21, 108:24, 109:3, 109:7, 109:12, 109:15, 109:17, 110:5, 110:22, 118:4, 122:4, 122:11, 122:16, 122:19, 122:22, 122:25, 123:10, 124:19, 125:6, 126:5, 126:17, 127:16, 127:20, 128:7, 128:10, 128:22, 130:21, 131:6, 131:12, 131:15, 131:19, 132:2, 132:9, 133:1, 133:7, 133:19, 134:12, 134:15, 134:20, 134:23, 135:2, 135:20, 135:24, 136:23, 137:2, 137:8, 137:16, 137:19, 138:2, 138:11, 138:16, 139:4, 139:14, 139:17, 141:9, 141:13, 141:16, 141:20, 141:24, 142:5, 142:8, 142:15, 142:18, 142:22, 142:24, 143:3, 144:6, 145:14, 145:20, 145:24, 146:10, 146:22, 146:25, 147:20, 148:8, 148:11, 148:15, 149:9, 150:7, 150:16, 150:25, 151:11, 152:3, 155:20, 156:13, 156:18, 157:10, 157:14, 158:15, 159:7, 160:4, 161:2, 161:8, 163:25, 165:25, 166:3, 166:9, 166:13, 167:13, 168:8, 168:12, 169:3, 171:22, 173:13, 175:7, 175:10, 175:23, 176:25, 177:6, 177:11, 177:20, 178:2, 178:5, 178:9, 178:17, 180:3, 181:21, 181:24, 184:4, 184:7, 185:1, 187:4, 190:13, 190:21, 190:24, 191:3, 191:16, 191:20, 192:2, 192:4, 192:10, 192:19, 192:22, 193:16, 193:18, 193:21, 194:19, 195:4, 195:8, 195:20, 196:6, 196:11, 196:14, 196:19, 197:2, 197:10, 197:20, 199:12, 199:16, 199:19, 199:23, 201:4, 201:7, 207:25, 208:7, 208:10, 208:17, 210:19, 218:11, 218:16, 218:20, 219:1, 219:6, 219:10, 223:22, 223:24, 224:8, 224:13, 224:20, 226:11, 226:18, 226:20, 226:22, 226:25, 227:8, 227:12, 227:15, 227:19, 227:23, 228:5, 228:8, 228:11, 228:14, 228:19, 228:21, 228:23, 229:3, 229:6, 229:12, 229:16, 229:21, 229:24, 230:3

**carlon** [2] - 134:25, 187:14

**Carlon** [75] - 8:14, 17:9, 70:23, 122:20, 122:24, 123:15, 123:24, 124:2, 124:12, 134:2, 134:22, 136:5, 136:9, 136:15, 136:18, 137:6, 139:1, 139:13, 141:5, 143:8, 143:14, 143:25, 145:9, 146:6, 147:8, 147:13, 147:16, 147:23, 148:2, 148:6, 149:3, 149:4, 149:15, 149:24, 150:12, 151:2, 151:5, 155:10, 162:22, 175:21, 176:6, 177:18, 180:20, 180:25, 181:17, 182:4, 182:13, 183:14, 183:25, 186:1, 186:14, 190:4, 190:20, 193:3, 193:12, 194:5, 194:15, 195:13, 198:16, 200:2, 201:25, 202:19, 202:21, 204:17, 205:12, 207:9, 210:4, 211:21, 212:19, 213:25, 214:20, 219:22, 224:6, 224:12, 224:25

**Cascade** [5] - 18:13, 28:3, 28:8, 28:13

**cascade** [1] - 18:23

**case** [7] - 62:22, 66:18, 96:11, 96:15, 96:22, 97:9, 223:9

**CAT** [3] - 211:12, 212:5, 219:16

**catch** [1] - 210:25

**CATS** [69] - 62:8, 62:17, 62:24, 65:2, 65:5, 65:14, 67:4, 67:12, 81:19, 82:11, 83:5, 83:9, 83:14, 84:6, 85:10, 85:18, 88:25, 89:4, 92:17, 94:4, 94:8, 94:16, 94:21, 96:11, 96:14, 96:22, 97:9, 99:5, 100:3, 101:2, 101:13, 102:3, 106:14, 147:18, 148:3, 153:25, 160:2, 160:20, 162:17, 162:19, 162:23, 162:25, 163:4, 163:9, 163:11, 164:13, 164:20, 164:25, 165:4, 165:7, 165:12, 167:17, 167:21, 168:1, 171:7, 173:21, 202:18, 202:23, 204:25, 205:10, 205:13, 206:6, 210:24, 212:12, 214:14, 215:5, 220:20

**CATS'** [1] - 84:25

**CATS's** [4] - 137:25, 147:17, 147:23, 148:7

**caused** [1] - 82:5

**CC** [2] - 170:9, 215:22

**CC'd** [3] - 149:4, 170:6, 170:11

**CC'ing** [1] - 124:11

**central** [2] - 84:25, 85:6

**certain** [9] - 36:14, 48:3, 62:6, 62:17, 65:3, 68:22, 116:17, 137:11, 159:3

**certainly** [5] - 49:19, 81:13, 110:19, 133:14, 148:23

**certifications** [1] - 207:1

**cetera** [3] - 196:3, 196:4

**chain** [2] - 155:9, 169:15

**challenge** [14] - 62:23, 65:13, 67:4, 67:12, 68:12, 68:25, 69:11, 69:20, 71:11, 73:1, 124:17, 159:15, 160:1, 197:19

**challenged** [3] - 37:17, 38:12, 68:11

**challenging** [3] - 62:24, 195:15, 199:5

**chance** [6] - 177:22, 181:8, 206:2, 212:3, 214:5

**change** [2] - 9:15, 9:16

**changed** [5] - 90:1, 90:2, 119:10, 138:1, 161:19

**changes** [3] - 9:13, 89:22, 89:25

**cheap** [1] - 26:5

**check** [5] - 22:6, 22:13, 111:19, 118:8, 229:7

**chose** [2] - 227:20, 227:21

**Chris** [3] - 97:19, 184:23, 186:9

**Cindy** [20] - 50:10, 50:12, 50:16, 51:8, 51:12, 96:10, 96:13, 96:21, 102:14, 113:21, 160:13, 163:9, 163:11, 164:7, 168:20, 188:8, 188:12, 188:18, 189:3, 215:24

**circle** [2] - 40:20, 105:23

**circled** [1] - 201:5

**citizen** [1] - 102:4

**citizens** [7] - 49:14, 49:16, 49:22, 52:7, 52:14, 58:3, 128:15

**City** [1] - 154:24

**city** [1] - 39:15

**civil** [1] - 81:11

**civility** [3] - 70:7, 78:9, 81:12

**clarification** [5] - 8:4, 14:9, 108:4, 128:21, 195:5

**clarify** [2] - 42:22, 157:14

**clarifying** [2] - 36:20, 187:6

**clary** [3] - 149:4, 207:10, 224:24

**Clary** [78] - 55:9, 55:19, 55:22, 57:14, 58:2, 58:24, 62:8, 62:17, 62:23, 64:8, 65:2, 65:5, 65:14, 66:11, 67:4, 83:5, 83:9, 84:6, 85:10, 91:22, 92:2, 92:12, 92:19, 92:22, 94:8, 106:13, 106:21, 107:2, 112:3, 112:9, 113:3, 113:21, 117:2, 118:3, 119:2, 120:15, 120:24, 121:7, 121:12, 123:8, 123:14,

123:18, 124:2, 124:11, 134:6, 134:8, 135:5, 147:18, 155:10, 160:3, 160:21, 171:7, 171:18, 171:21, 173:7, 173:21, 173:22, 175:3, 175:22, 176:6, 177:19, 180:20, 182:4, 185:24, 186:14, 200:1, 201:25, 202:20, 207:13, 210:4, 211:20, 212:18, 213:25, 214:19, 215:15, 217:1, 219:22, 224:19
**Clary's** [4] - 123:24, 147:14, 147:16, 147:18
**clean** [5] - 75:6, 75:8, 77:8, 77:12, 83:15
**Clean** [5] - 83:10, 84:7, 92:17, 94:8, 160:1
**cleaning** [1] - 106:2
**clear** [21] - 7:4, 7:8, 9:23, 38:23, 41:22, 45:10, 47:8, 47:10, 72:2, 72:13, 72:18, 110:15, 117:18, 125:13, 137:22, 139:10, 142:25, 189:16, 199:12, 210:22, 225:9
**cleared** [3] - 77:9, 77:15, 77:19
**clearing** [1] - 126:17
**clerk** [2] - 198:11, 198:18
**client** [11] - 13:10, 80:4, 136:21, 136:24, 137:12, 138:3, 138:18, 139:5, 141:6, 141:9, 142:11
**client's** [1] - 14:8
**Cliff** [9] - 113:14, 113:19, 115:17, 169:11, 169:16, 169:17, 169:21
**clinics** [1] - 11:23
**closed** [1] - 38:19
**closing** [1] - 220:9
**closure** [1] - 127:12
**coach** [3] - 27:8, 122:21, 180:3
**coaching** [3] - 57:11, 59:5, 122:22
**Coast** [6] - 106:14, 106:16, 106:19, 106:25, 107:9, 107:15
**coast** [2] - 14:24, 15:1
**cocounsel** [1] - 71:4
**code** [1] - 210:11
**codes** [1] - 194:16
**coho** [3] - 43:22, 165:18, 188:3
**colloquy** [1] - 142:5
**colors** [1] - 96:24
**come** [15] - 26:3, 30:8, 31:18, 57:14, 59:25, 111:19, 116:3, 116:12, 116:14, 137:24, 160:8, 163:17, 164:18, 187:24, 199:13
**comes** [3] - 45:9, 104:5, 230:4
**comfortable** [1] - 7:16
**coming** [14] - 48:4, 49:3, 52:8, 52:10, 63:25, 69:22, 115:2, 115:5, 115:6, 115:15, 115:23, 116:1, 116:8, 116:16
**comment** [1] - 9:16
**commissions** [1] - 127:3
**communication** [4] - 117:17, 138:12, 150:19, 150:21
**communications** [1] - 51:12
**community** [3] - 67:5, 76:11, 215:25
**companion** [2] - 32:12, 32:22
**compel** [2] - 137:10, 226:2
**complaint** [15] - 54:11, 54:16, 63:24, 73:13, 75:13, 75:21, 75:25, 76:15, 76:19, 76:21, 77:1, 185:16, 220:4, 220:9, 220:23
**complaints** [14] - 48:23, 51:22, 52:15, 53:12, 53:18, 53:20, 54:20, 55:3, 68:17, 73:8, 76:4, 76:7, 76:17, 128:6
**complete** [3] - 9:22, 31:3, 202:16
**completely** [2] - 71:10, 165:23
**compliance** [5] - 68:24, 124:25, 128:16
**comply** [2] - 124:23, 125:21
**complying** [1] - 125:22
**computer** [13] - 100:13, 100:17, 100:21, 100:22, 101:4, 101:11, 101:22, 222:5, 222:6, 223:17, 224:7, 225:10, 225:11
**concern** [2] - 179:5, 220:10
**concerned** [13] - 49:14, 49:16, 49:22, 51:22, 52:7, 52:14, 58:3, 66:1, 88:24, 102:4, 122:10, 128:14
**concerning** [11] - 83:14, 117:2, 143:18, 144:2, 151:19, 154:15, 155:5, 167:20, 171:21, 176:24, 222:16
**concerns** [5] - 51:11, 51:13, 59:6, 61:20, 61:21
**conclude** [1] - 145:4
**concluded** [3] - 111:3, 114:6, 230:6
**condensed** [1] - 230:5
**condescends** [1] - 192:7
**conditional** [37] - 51:23, 52:4, 52:24, 53:6, 53:14, 53:19, 54:24, 55:2, 55:5, 62:24, 65:13, 68:11, 68:18, 69:21, 71:11, 124:18, 125:16, 126:1, 127:4, 127:13, 128:16, 145:11, 145:18, 146:6, 148:3, 149:6, 149:16, 149:25, 150:6, 150:13, 159:16, 184:1, 195:15, 198:2, 198:13, 199:6, 223:3
**conducted** [1] - 124:13
**confer** [5] - 227:1, 227:2, 227:25, 228:12, 228:15
**conferring** [1] - 228:17
**confine** [1] - 27:8
**conflating** [1] - 158:16
**confused** [3] - 20:16, 177:13, 177:24
**confusing** [3] - 63:13, 171:22, 177:3
**conjecturing** [1] - 164:4
**consequently** [1] - 129:21
**consider** [1] - 197:1
**considered** [1] - 204:12
**construction** [2] - 124:4, 204:14
**Construction** [65] - 34:17, 35:5, 40:14, 40:16, 43:18, 43:19, 43:23, 44:1, 44:22, 45:7, 48:5, 48:22, 49:4, 51:24, 52:16, 52:24, 53:5, 53:21, 54:4, 54:14, 54:22, 61:4, 62:8, 62:23, 66:1, 69:12, 69:23, 74:12, 74:13, 76:8, 77:15, 81:20, 83:10, 83:15, 84:7, 85:11, 85:18, 88:2, 94:9, 95:5, 103:3, 103:20, 103:22, 104:11, 105:20, 113:1, 117:2, 118:1, 121:7, 126:25, 143:9, 145:11, 153:5, 156:6, 165:18, 185:17, 195:1, 195:2, 195:11, 205:11, 209:10, 209:16, 220:6, 224:12, 224:18
**Construction's** [2] - 38:22, 55:16
**consultations** [1] - 137:17
**consulting** [1] - 148:3
**contact** [18] - 50:23, 53:25, 54:3, 55:8, 55:25, 56:7, 64:8, 64:25, 66:12, 66:23, 98:3, 134:1, 134:4, 134:6, 135:23, 136:5, 139:20, 171:21
**contacted** [16] - 54:13, 64:8, 66:12, 66:13, 66:22, 66:23, 74:24, 83:9, 83:14, 94:15, 94:21, 94:23, 94:24, 95:21, 111:2, 139:12
**contacting** [2] - 124:6, 150:12
**context** [4] - 96:1, 96:3, 114:11, 181:9
**continuation** [2] - 201:9, 226:2
**continue** [9] - 14:2, 14:23, 17:2, 17:22, 18:5, 24:19, 29:15, 44:17, 70:13
**continued** [3] - 29:9, 185:16, 225:9
**continues** [2] - 17:13, 70:9
**continuing** [2] - 149:14, 199:14
**continuously** [1] - 27:7
**control** [1] - 54:24
**convenient** [1] - 61:25
**conversation** [6] - 37:24, 111:21, 142:19, 144:14, 163:20, 163:23
**conversational** [1] - 6:19
**conversations** [21] - 60:25, 61:3, 61:6, 61:8, 61:9, 61:14, 61:16, 61:19, 96:1, 96:4, 103:15, 136:15, 143:8, 143:13, 160:24, 162:6, 163:8, 163:14, 164:23, 165:3, 166:18
**conversed** [1] - 163:11
**convoluted** [1] - 119:11
**Cook** [1] - 97:19
**cooperate** [1] - 71:5
**copied** [1] - 183:7
**copy** [5] - 47:17, 47:19, 47:24, 183:25, 218:16
**corner** [2] - 43:12, 45:9
**correct** [242] - 13:19, 19:15, 21:12, 23:8, 24:2, 31:15, 34:11, 34:18, 34:21, 44:23, 45:3, 46:23, 47:1, 47:2, 48:5, 48:8, 52:8, 52:11, 54:1, 54:4, 54:18, 55:6, 63:21, 64:1, 68:13, 68:14, 71:12, 73:3, 75:23, 83:2, 87:20,

88:11, 89:7, 89:25, 95:22, 95:23, 97:16, 97:19, 98:1, 98:2, 98:18, 98:22, 98:23, 98:25, 99:12, 99:13, 99:18, 99:19, 100:3, 102:18, 104:11, 104:12, 105:25, 106:21, 107:5, 107:12, 115:21, 120:10, 120:13, 120:16, 120:19, 121:22, 122:3, 122:10, 123:18, 123:21, 123:24, 127:15, 129:12, 130:8, 130:9, 132:14, 136:10, 147:14, 154:3, 154:25, 155:1, 155:5, 156:24, 157:2, 157:3, 157:9, 157:18, 157:19, 157:21, 157:22, 157:24, 158:7, 158:8, 158:13, 158:21, 158:24, 159:1, 159:2, 162:18, 162:19, 169:24, 170:4, 170:7, 171:7, 171:11, 172:7, 172:23, 173:3, 173:4, 173:5, 173:8, 173:9, 173:21, 173:22, 174:24, 175:4, 175:22, 176:4, 176:7, 176:8, 176:10, 176:16, 176:18, 176:21, 176:22, 177:19, 180:17, 180:18, 180:20, 180:23, 180:24, 181:1, 181:14, 181:17, 182:7, 182:11, 182:15, 183:15, 183:18, 183:19, 184:19, 184:20, 185:9, 185:11, 185:18, 185:22, 185:23, 185:24, 186:1, 186:3, 186:5, 186:7, 186:15, 187:3, 187:16, 188:25, 193:5, 193:13, 194:6, 194:12, 194:17, 195:1, 195:11, 195:16, 195:17, 195:24, 196:5, 196:18, 196:22, 197:1, 197:5, 197:9, 198:20, 200:3, 200:4, 200:20, 202:1, 202:4, 203:4, 203:5, 203:10, 204:1, 204:15, 204:16, 204:19, 204:20, 204:25, 205:2, 205:5, 205:13, 205:15, 205:16, 205:18, 205:22, 206:7, 206:8, 206:10, 206:19, 207:3, 207:8, 207:10, 207:11, 207:14, 207:18, 209:4, 209:5, 209:17, 210:1, 210:4, 211:10, 211:12, 211:15, 211:18, 211:21, 212:6, 212:10, 212:13, 212:16, 212:19, 213:5, 213:7, 213:19, 213:22, 213:25, 214:14, 214:17, 215:16, 215:19, 215:20, 215:22, 215:25, 216:4, 216:6, 216:8, 216:20, 217:23, 217:24, 219:25, 220:2, 220:6, 220:9, 220:20, 221:10, 223:9, 225:16
corrected [2] - 169:8, 175:12
correctly [3] - 89:24, 99:22, 115:11
correspond [1] - 161:20
corresponding [3] - 123:17, 123:20, 123:23
cost [1] - 27:23
could [41] - 31:12, 45:22, 47:25, 62:18, 68:23, 70:12, 90:18, 100:13, 100:15, 100:22, 101:10, 105:21, 116:24, 138:14, 142:25, 145:2, 149:5, 152:1, 159:5, 159:14, 160:19, 161:17, 161:18, 165:7, 170:18, 173:14, 182:25, 184:9, 192:15, 195:24, 196:1, 196:10, 196:24, 200:17, 203:15, 209:3, 209:9, 223:21, 224:3, 227:4
couldn't [3] - 68:22, 100:9, 100:17
counsel [24] - 8:18, 27:1, 29:5, 38:16, 44:10, 46:13, 47:6, 47:8, 61:25, 71:4, 72:18, 79:4, 80:16, 133:16, 134:12, 163:25, 190:21, 192:19, 195:4, 225:19, 225:20, 226:15, 226:25, 227:2
Counsel [16] - 13:16, 25:21, 36:19, 43:1, 48:14, 70:19, 78:2, 109:8, 109:9, 110:7, 122:17, 131:7, 148:9, 167:13, 173:13, 185:1
counsel's [1] - 38:23
counseling [5] - 59:4, 78:11, 79:11, 80:1, 80:4
counsels [1] - 226:7
count [2] - 132:11, 150:16
County [10] - 11:1, 11:18, 31:18, 52:15, 53:15, 54:21, 73:2, 150:1, 169:24, 184:1
county [47] - 51:23, 52:1, 62:20, 62:25, 63:24, 65:16, 65:22, 68:13, 68:21, 68:24, 69:9, 69:10, 69:20, 71:9, 75:14, 75:22, 75:25, 76:7, 76:20, 76:22, 76:23, 99:5, 101:2, 102:3, 106:3, 115:2, 115:4, 115:6, 115:19, 115:23, 117:21, 118:11, 118:25, 119:14, 119:18, 119:19, 119:24, 120:2, 120:5, 120:9, 124:18, 125:24, 149:17, 150:13, 194:15, 225:5
County's [1] - 165:20
county's [1] - 149:6
couple [23] - 10:11, 13:19, 15:8, 15:23, 16:20, 17:1, 17:16, 19:19, 25:17, 28:20, 30:25, 88:14, 91:10, 103:11, 103:12, 143:15, 143:16, 144:1, 144:3, 165:14, 166:19, 168:3, 175:18
Course [8] - 33:10, 33:18, 34:7, 130:13, 132:19, 132:21, 209:4, 209:7
course [2] - 81:10, 104:2
court [18] - 6:9, 6:12, 6:22, 7:1, 9:1, 9:13, 30:25, 47:25, 80:11, 80:20, 80:22, 95:13, 96:19, 127:23, 140:10, 169:7, 172:14, 215:12
Court [6] - 108:5, 109:22, 225:19, 226:2, 226:4, 226:9
courts [1] - 196:2
cow [1] - 202:1
Cracker [1] - 31:25
crap [2] - 39:21, 39:23
crashing [1] - 53:23
crater [2] - 19:13, 28:14
Crater [9] - 28:15, 28:18, 29:3, 29:8, 29:15, 30:2, 30:8, 30:18, 31:5
creek [27] - 35:8, 35:22, 43:22, 51:15, 53:23, 55:18, 56:2, 60:13, 62:18, 63:22, 63:23, 67:15, 68:7, 68:10, 75:7, 87:1, 114:3, 152:20, 153:6, 153:8, 163:15, 163:16, 163:17, 165:19, 191:22
Creek [59] - 28:21, 29:10, 29:16, 30:15, 30:18, 31:6, 31:18, 32:3, 40:5, 40:12, 40:15, 41:12, 41:14, 44:21, 45:5, 45:6, 45:21, 46:22, 59:6, 61:17, 61:18, 61:22, 61:23, 98:24, 99:12, 99:20, 103:16, 103:21, 103:23, 104:5, 105:7, 105:13, 105:22, 106:9, 107:19, 111:17, 111:18, 113:17, 122:2, 144:18, 155:5, 155:18, 156:2, 156:6, 156:7, 164:8, 165:18, 174:2, 182:11, 188:3, 188:16, 188:17, 190:11, 191:10, 200:10, 217:6, 217:19, 217:21, 217:22
crew [1] - 63:24
Cross [9] - 57:4, 71:21, 79:7, 132:4, 132:8, 166:4, 178:1, 187:8, 191:5
Cross-talk [9] - 57:4, 71:21, 79:7, 132:4, 132:8, 166:4, 178:1, 187:8, 191:5
culvert [16] - 104:5, 104:10, 104:13, 104:18, 104:22, 104:25, 105:10, 105:17, 105:18, 105:19, 106:2, 106:8, 155:19, 155:21
culverts [1] - 105:16
CUP [9] - 125:21, 125:22, 183:15, 183:18, 183:24, 184:7, 190:10, 195:10, 197:19
CUP0027M [1] - 183:20
CUP027M [1] - 183:22
current [6] - 57:16, 82:12, 104:2, 124:4, 183:14, 223:9
currently [4] - 33:6, 33:7, 132:19, 149:17
cut [1] - 185:1
cutoff [1] - 142:10
cyclone [1] - 191:23

## D

damage [3] - 85:8, 85:15, 102:11
Dan [12] - 65:17, 65:18, 102:2, 119:14, 119:18, 120:12, 175:22, 176:6, 177:19, 182:4, 216:19, 225:6
dark [1] - 181:8
date [46] - 10:7, 11:6, 83:18, 101:18,

112:12, 112:13, 116:15, 116:23, 135:15, 136:10, 136:17, 137:1, 137:6, 137:14, 137:23, 138:5, 142:10, 142:21, 143:12, 144:11, 146:18, 170:5, 174:19, 176:13, 176:21, 178:16, 179:24, 184:19, 190:22, 191:17, 197:24, 198:1, 198:2, 198:5, 198:6, 199:17, 200:6, 200:9, 200:12, 202:19, 213:22, 213:24, 217:7, 217:15, 221:19
**dated** [10] - 54:10, 171:7, 171:19, 173:2, 174:16, 175:20, 184:16, 186:14, 193:5, 200:2
**dates** [14] - 9:24, 84:2, 94:18, 94:20, 98:13, 133:25, 136:17, 143:10, 143:25, 149:21, 149:22, 151:15, 176:4, 183:4
**Dave** [2] - 113:22, 168:22
**David** [1] - 160:15
**day** [9] - 11:5, 11:16, 117:25, 140:22, 143:6, 153:13, 222:20, 229:17
**Day** [1] - 154:24
**days** [6] - 13:4, 19:5, 26:5, 28:20, 190:15, 209:2
**deal** [2] - 79:24, 159:23
**dealing** [1] - 159:21
**dealt** [2] - 153:4, 198:2
**dear** [1] - 127:14
**debris** [1] - 106:8
**December** [15] - 33:19, 86:2, 88:15, 129:4, 129:7, 129:8, 129:12, 129:14, 129:16, 130:12, 130:13, 131:23, 198:5, 198:7, 222:12
**Deception** [5] - 16:10, 16:12, 17:1, 17:15, 18:5
**deception** [1] - 28:2
**decide** [1] - 226:9
**decided** [3] - 62:7, 62:16, 65:4
**declaration** [17] - 85:19, 85:21, 85:23, 86:10, 86:18, 86:24, 87:2, 87:6, 87:13, 87:15, 88:23, 89:6, 89:10, 89:19, 90:12, 94:6, 140:17
**declarations** [1] - 87:10
**deep** [1] - 208:11
**Defendant's** [5] - 210:14, 212:2, 219:15, 220:18, 221:10
**defendants** [1] - 215:4
**delete** [2] - 101:9, 222:7
**deleted** [5] - 101:7, 101:10, 101:12, 101:20, 222:6
**deleting** [7] - 101:21, 222:8, 222:9, 222:11, 222:16, 222:23
**delivered** [4] - 90:6, 90:8, 90:9, 90:20
**denied** [1] - 53:15
**denoting** [2] - 45:23, 45:24
**Department** [5] - 54:21, 219:24, 220:5, 220:24, 221:9
**department** [3] - 54:23, 68:16, 128:5
**depends** [2] - 144:4, 228:23
**depict** [2] - 103:19, 133:24
**depicts** [1] - 213:13
**deposition** [20] - 6:18, 8:8, 8:18, 10:7, 25:19, 27:12, 134:1, 135:7, 136:19, 139:2, 139:22, 141:1, 219:1, 225:14, 225:20, 226:2, 226:4, 227:1, 227:4, 227:16
**Deposition** [1] - 230:6
**depositions** [1] - 140:7
**describe** [1] - 187:21
**described** [2] - 61:10, 61:11
**details** [8] - 103:25, 108:10, 108:12, 126:12, 137:16, 137:22, 149:20, 159:12
**determine** [1] - 226:4
**devastating** [1] - 103:4
**devastation** [2] - 190:11, 191:9
**deviating** [3] - 160:19, 161:5, 161:6
**Dexter** [2] - 10:25, 11:3
**diagram** [3] - 37:1, 37:4, 38:21
**did** [316] - 10:14, 11:5, 11:16, 11:18, 11:21, 12:2, 12:4, 12:9, 12:12, 13:3, 13:22, 14:2, 15:5, 15:10, 15:14, 16:6, 16:12, 16:22, 17:2, 17:22, 18:3, 18:4, 18:5, 18:8, 18:10, 18:20, 18:25, 19:5, 19:10, 19:17, 19:21, 20:1, 20:6, 20:9, 21:7, 21:16, 21:21, 21:24, 22:5, 22:13, 25:15, 26:20, 28:3, 28:8, 28:13, 28:17, 28:24, 29:4, 29:8, 29:15, 30:8, 31:14, 31:18, 31:19, 32:11, 32:21, 33:22, 34:5, 34:8, 34:13, 42:16, 42:23, 45:17, 48:19, 49:1, 49:6, 49:8, 50:1, 51:16, 51:19, 52:14, 52:23, 53:2, 53:4, 53:6, 53:25, 54:3, 54:5, 55:7, 55:8, 55:19, 55:22, 56:3, 56:5, 56:10, 56:24, 57:14, 59:25, 60:11, 60:14, 61:3, 61:9, 61:18, 62:20, 64:4, 65:15, 65:21, 65:24, 66:2, 66:3, 66:4, 67:5, 75:14, 76:7, 76:23, 81:18, 82:11, 83:4, 84:23, 84:24, 85:9, 85:16, 85:21, 86:1, 86:12, 86:15, 86:18, 87:13, 87:14, 89:10, 89:19, 90:5, 90:10, 90:19, 90:23, 91:18, 91:19, 91:21, 92:2, 92:8, 92:18, 95:22, 96:10, 96:24, 97:13, 98:3, 98:6, 99:1, 99:2, 99:4, 99:6, 100:4, 100:6, 100:12, 100:22, 101:2, 101:3, 101:4, 101:9, 102:5, 102:6, 102:7, 102:9, 102:12, 102:13, 102:14, 103:5, 103:8, 103:14, 103:17, 105:2, 106:11, 106:13, 106:15, 106:18, 106:25, 107:3, 108:1, 111:7, 113:12, 113:23, 114:8, 114:14, 114:25, 115:4, 115:5, 115:9, 115:24, 116:1, 116:3, 116:15, 116:17, 116:18, 118:16, 118:18, 118:20, 118:22, 119:6, 121:3, 125:21, 126:21, 126:23, 126:24, 127:3, 127:6, 127:8, 128:4, 128:9, 129:8, 129:13, 129:24, 130:16, 130:25, 133:16, 134:1, 134:4, 134:6, 134:8, 134:10, 135:9, 135:14, 136:8, 136:10, 136:12, 140:9, 140:17, 143:1, 143:8, 143:13, 143:24, 146:8, 147:20, 147:22, 152:14, 154:4, 156:1, 156:11, 157:4, 157:13, 161:20, 162:19, 162:22, 162:24, 164:17, 165:15, 166:2, 166:3, 166:7, 166:18, 166:25, 167:20, 170:9, 171:14, 172:19, 173:12, 173:23, 180:9, 181:11, 182:1, 182:9, 182:17, 182:18, 182:21, 183:21, 188:10, 188:11, 188:12, 190:16, 190:17, 190:20, 191:14, 194:8, 197:14, 197:17, 198:8, 198:9, 200:18, 201:4, 201:13, 202:7, 203:21, 207:24, 209:3, 212:24, 217:14, 217:21, 221:24, 222:7, 222:9, 223:11, 223:16, 223:17, 223:20, 224:1, 224:6, 224:11, 224:17, 226:14, 226:18, 226:20, 226:23, 227:2, 228:5, 228:9
**didn't** [45] - 10:8, 29:13, 30:16, 31:14, 58:6, 62:22, 63:23, 65:12, 90:17, 92:5, 97:22, 101:7, 101:24, 107:2, 108:12, 114:13, 124:8, 136:3, 145:13, 146:20, 147:18, 147:19, 159:22, 161:9, 164:15, 166:11, 168:2, 170:2, 170:12, 179:6, 187:23, 194:23, 198:7, 198:21, 198:24, 198:25, 205:7, 210:25, 218:18, 223:18, 227:24
**differ** [1] - 77:5
**difference** [4] - 9:25, 57:24, 93:6, 224:23
**differences** [1] - 20:22
**different** [10] - 32:21, 61:1, 75:10, 106:23, 183:4, 186:11, 201:6, 201:16, 221:19, 226:6
**difficult** [3] - 6:15, 26:14, 29:6
**difficulty** [1] - 26:7
**diligence** [1] - 111:5
**direct** [3] - 141:20, 175:18, 200:10
**directed** [2] - 8:14, 155:22
**directing** [2] - 141:19, 142:4
**direction** [7] - 36:12, 38:5, 38:6, 38:14, 39:7, 39:12, 39:16
**directions** [3] - 36:14, 89:18, 159:16
**directly** [4] - 11:19, 155:18, 165:19, 204:19
**director** [1] - 159:17

**dirt** [1] - 206:19
**disagree** [2] - 68:7, 68:9
**disagreed** [2] - 67:11, 68:5
**disagreement** [1] - 92:18
**Disappointment** [3] - 14:19, 15:6, 16:6
**discharges** [1] - 205:10
**discuss** [12] - 48:19, 51:13, 51:16, 51:19, 65:24, 98:6, 102:9, 103:14, 113:12, 114:8, 114:14, 115:1
**discussed** [11] - 58:21, 58:23, 98:7, 111:15, 111:16, 113:23, 143:22, 144:17, 152:19, 229:2, 229:19
**discussing** [1] - 114:2
**discussions** [1] - 114:12
**disrespectful** [1] - 109:22
**distance** [3] - 39:18, 43:20, 104:9
**district** [3] - 55:4, 196:2
**do** [290] - 6:23, 7:2, 8:15, 8:20, 9:3, 9:9, 9:17, 9:23, 9:25, 10:3, 11:24, 12:12, 13:3, 13:9, 14:7, 16:7, 18:10, 19:10, 23:1, 31:14, 33:6, 33:12, 33:24, 35:3, 36:10, 37:4, 37:7, 40:4, 41:22, 42:5, 42:15, 44:9, 50:18, 50:20, 54:10, 55:12, 56:7, 56:9, 56:22, 58:1, 58:21, 59:9, 59:12, 60:5, 60:11, 61:13, 62:19, 64:7, 64:16, 66:12, 67:2, 68:22, 70:3, 70:11, 73:14, 74:23, 79:9, 79:23, 80:24, 81:13, 82:19, 82:22, 83:8, 83:13, 84:10, 84:13, 84:16, 86:3, 86:21, 86:24, 87:2, 87:25, 88:24, 89:4, 89:11, 89:18, 90:3, 90:15, 90:24, 91:3, 91:6, 91:15, 92:21, 93:5, 93:8, 93:10, 93:18, 93:21, 93:25, 94:4, 94:7, 94:11, 94:15, 94:20, 95:1, 95:8, 96:13, 96:21, 97:8, 99:7, 99:11, 99:23, 100:16, 101:19, 102:23, 103:1, 105:7, 105:8, 107:8, 107:20, 108:2, 108:17, 109:20, 111:1, 111:7, 111:10, 111:14, 112:3, 112:8, 112:11, 112:16, 112:19, 112:23, 112:25, 113:3, 117:1, 118:2, 118:11, 118:14, 120:24, 121:9, 121:12, 121:16, 121:19, 122:2, 123:7, 123:13, 124:1, 124:6, 124:10, 128:14, 128:19, 129:1, 129:11, 132:11, 134:14, 135:5, 135:11, 135:18, 135:22, 136:2, 136:4, 136:17, 137:1, 137:5, 139:1, 143:22, 144:5, 144:12, 144:14, 144:17, 144:21, 146:1, 146:5, 149:3, 149:12, 149:14, 150:3, 150:11, 151:2, 151:5, 151:14, 151:18, 152:1, 152:6, 152:8, 152:10, 153:1, 153:4, 153:15, 154:4, 154:14, 156:15, 156:17, 157:11, 158:1, 158:18, 159:3, 159:10, 160:18, 160:24, 161:11, 161:14, 161:22, 162:2, 162:5, 162:8, 165:11, 167:8, 167:10, 170:1, 170:2, 171:4, 171:25, 172:11, 172:23, 174:3, 174:10, 176:12, 178:15, 178:20, 178:25, 179:18, 179:22, 182:19, 183:10, 185:5, 185:13, 185:15, 188:3, 188:6, 188:13, 188:15, 188:17, 188:19, 188:22, 189:1, 189:6, 189:7, 189:10, 189:11, 189:19, 189:22, 190:8, 191:25, 192:14, 194:11, 195:19, 197:17, 197:23, 198:18, 200:6, 200:8, 200:11, 200:24, 201:11, 202:11, 202:13, 202:15, 203:1, 204:2, 204:9, 206:22, 206:24, 206:25, 208:8, 208:25, 209:22, 209:25, 211:5, 213:1, 213:12, 215:12, 215:24, 216:10, 216:17, 216:19, 216:22, 216:24, 216:25, 217:7, 217:15, 218:8, 219:12, 219:21, 220:17, 223:11, 223:16, 223:24, 226:9, 227:2, 227:20, 228:17, 229:9
**Do** [1] - 46:16
**dock** [2] - 31:23, 31:25
**docked** [1] - 31:21
**docking** [2] - 32:6, 129:20
**doctor** [4] - 10:20, 11:7, 11:23, 11:24
**document** [8] - 85:24, 181:9, 196:6, 196:11, 196:19, 197:2, 197:10, 227:24
**documentation** [2] - 74:23, 223:13
**documents** [12] - 86:9, 187:5, 221:24, 222:2, 222:16, 223:17, 225:10, 225:13, 225:23, 226:3, 227:13, 227:22
**does** [21] - 7:5, 7:6, 8:19, 10:21, 10:24, 11:23, 13:13, 31:23, 35:5, 50:16, 56:21, 179:4, 187:18, 187:21, 194:21, 194:24, 203:14, 203:17, 204:5
**doesn't** [12] - 13:7, 37:21, 38:11, 57:5, 79:17, 110:5, 123:1, 127:9, 164:2, 194:25, 195:2, 227:14
**dog** [2] - 11:25, 12:9
**dog's** [2] - 10:20, 11:6
**dogs** [3] - 23:14, 32:18, 33:3
**doing** [14] - 25:8, 25:11, 27:7, 44:8, 67:8, 72:8, 78:1, 124:3, 124:7, 134:25, 137:15, 148:17, 150:4, 191:1
**don't** [325] - 7:12, 7:14, 7:24, 7:25, 8:19, 11:8, 11:9, 11:10, 11:17, 13:8, 17:13, 21:6, 22:3, 23:25, 24:11, 28:16, 29:22, 29:25, 30:4, 30:14, 31:7, 31:9, 31:11, 31:13, 31:24, 35:15, 36:3, 36:6, 36:20, 37:9, 41:3, 41:5, 41:17, 41:19, 43:12, 47:15, 49:9, 49:10, 49:13, 49:14, 49:18, 49:19, 50:13, 52:21, 54:5, 54:9, 54:12, 55:10, 55:21, 56:4, 56:6, 57:7, 57:20, 58:11, 58:16, 59:10, 59:24, 60:7, 60:20, 61:12, 63:4, 63:5, 64:5, 64:10, 64:16, 64:24, 66:5, 66:8, 66:9, 66:15, 66:17, 66:22, 67:9, 67:10, 68:6, 68:20, 70:11, 73:18, 75:11, 76:15, 78:6, 81:24, 82:1, 82:3, 82:7, 82:17, 82:20, 82:25, 83:7, 83:12, 83:22, 84:9, 84:12, 84:15, 84:17, 85:7, 85:23, 86:4, 86:9, 86:16, 86:20, 86:21, 87:3, 87:8, 88:4, 88:7, 88:8, 88:9, 88:10, 88:20, 88:22, 89:8, 90:1, 93:3, 93:8, 94:14, 94:18, 94:20, 94:25, 95:19, 95:20, 95:21, 95:25, 96:3, 96:6, 96:8, 96:12, 96:20, 97:5, 98:12, 100:8, 101:3, 101:15, 101:17, 102:19, 107:6, 108:8, 108:9, 108:16, 109:4, 110:2, 110:6, 111:9, 111:23, 112:1, 112:13, 112:15, 112:22, 112:24, 113:2, 113:5, 113:22, 114:9, 114:10, 114:12, 114:15, 115:25, 116:2, 116:24, 118:19, 118:21, 119:8, 119:21, 119:25, 120:8, 121:8, 121:11, 121:25, 123:16, 123:19, 124:5, 124:8, 124:14, 126:2, 126:15, 127:7, 127:9, 128:11, 128:12, 128:18, 128:25, 133:13, 135:10, 135:11, 135:17, 135:20, 136:7, 136:13, 136:22, 137:3, 137:11, 137:22, 138:17, 138:23, 138:24, 138:25, 139:7, 139:10, 140:7, 140:14, 140:20, 140:21, 142:1, 142:8, 144:1, 144:11, 145:6, 146:3, 146:14, 146:15, 146:17, 147:6, 147:12, 148:12, 148:13, 149:18, 149:19, 149:20, 150:2, 150:10, 150:15, 150:21, 150:22, 150:24, 151:21, 153:3, 154:6, 155:6, 155:11, 159:11, 159:12, 159:18, 160:17, 161:1, 161:19, 162:7, 162:25, 164:1, 164:15, 164:25, 165:7, 165:8, 167:7, 167:24, 168:23, 169:17, 171:23, 172:2, 172:10, 172:11, 172:24, 174:1, 174:10,

175:7, 176:15, 176:18, 176:20, 178:21, 179:6, 181:2, 181:12, 185:15, 186:9, 186:11, 189:15, 189:17, 190:13, 191:8, 191:9, 192:2, 192:4, 192:5, 192:6, 192:10, 192:11, 194:10, 197:16, 198:17, 198:21, 198:23, 199:1, 199:3, 199:4, 199:8, 200:7, 200:13, 200:23, 202:8, 202:10, 202:12, 203:15, 204:7, 206:25, 210:22, 216:9, 216:12, 216:16, 216:23, 218:23, 219:3, 219:23, 220:14, 222:10, 227:3, 228:13, 228:14, 229:5, 230:4

**done** [24] - 24:25, 25:20, 25:22, 39:3, 70:19, 71:22, 72:13, 72:21, 73:15, 85:15, 102:11, 121:16, 121:18, 137:11, 143:4, 148:8, 178:12, 178:14, 182:25, 189:13, 199:2, 212:1, 219:13, 221:12

**dotted** [3] - 46:9, 46:15

**down** [38] - 6:13, 6:23, 17:3, 25:2, 30:2, 38:20, 39:7, 55:12, 55:15, 55:17, 62:8, 65:5, 78:22, 88:18, 107:17, 112:8, 113:17, 118:9, 123:2, 124:17, 125:15, 125:17, 125:19, 125:20, 126:13, 145:12, 146:7, 146:11, 146:21, 149:6, 150:13, 167:13, 172:15, 191:23, 193:12, 205:2, 213:14, 218:1

**Dr** [1] - 11:22

**draft** [1] - 228:18

**Dragaloski** [14] - 74:12, 77:7, 102:24, 103:6, 107:17, 108:13, 110:1, 111:2, 113:1, 119:8, 119:9, 120:18, 169:22, 225:6

**drainage** [2] - 61:22, 65:25

**draining** [1] - 156:5

**draw** [1] - 35:9

**drawing** [3] - 38:23, 46:13, 202:16

**drawn** [1] - 36:25

**drew** [3] - 38:16, 47:6, 47:8

**drinking** [1] - 165:20

**drive** [5] - 10:14, 11:19, 12:9, 45:19, 223:20

**Drive** [20] - 33:22, 34:3, 34:4, 34:21, 34:24, 40:3, 45:8, 45:11, 45:13, 45:17, 57:16, 82:6, 94:12, 104:3, 105:5, 105:11, 130:13, 132:19, 209:5, 209:7

**driveway** [1] - 45:24

**driving** [1] - 26:6

**drone** [20] - 150:5, 203:3, 203:6, 203:11, 203:15, 203:17, 203:19, 204:10, 207:6, 207:17, 207:21, 208:25, 209:2, 209:7, 209:8, 211:17, 212:15, 213:21, 214:16, 214:21

**drones** [4] - 124:4, 124:5, 124:6, 124:8

**drove** [3] - 10:15, 11:1, 114:1

**dry** [1] - 158:7

**duces** [1] - 225:18

**due** [2] - 111:4, 210:10

**duplicate** [4] - 210:16, 210:17, 210:24

**during** [19] - 8:17, 60:25, 92:14, 99:14, 99:20, 103:14, 106:7, 111:10, 124:16, 144:19, 152:19, 153:2, 153:13, 154:2, 154:10, 154:17, 156:2, 158:4, 158:6

**dying** [1] - 10:19

# E

**each** [8] - 20:17, 118:24, 119:2, 119:4, 189:19, 226:17, 226:19, 228:6

**eagle** [1] - 140:12

**earlier** [9] - 41:7, 47:7, 47:9, 61:11, 72:1, 73:12, 81:16, 92:15, 229:1

**easement** [2] - 113:25, 114:3

**easier** [8] - 6:8, 60:3, 129:9, 132:10, 133:5, 138:5, 138:21

**easily** [1] - 8:1

**East** [2] - 37:16, 37:17

**east** [9] - 18:19, 35:25, 36:2, 36:16, 36:22, 37:10, 37:22, 38:11, 41:3

**easy** [3] - 36:19, 126:14, 172:13

**economy** [1] - 225:25

**either** [2] - 77:21, 79:16

**electronic** [5] - 222:23, 225:15, 230:1, 230:2, 230:3

**elk** [5] - 213:14, 213:17, 213:18, 213:22, 214:8

**ellipse** [1] - 38:19

**else** [30] - 31:19, 50:9, 50:11, 50:14, 64:23, 66:13, 68:4, 76:10, 87:14, 87:17, 113:4, 113:6, 113:10, 114:5, 119:4, 120:21, 143:22, 152:22, 154:18, 160:12, 160:14, 160:16, 161:18, 163:4, 168:21, 168:23, 186:10, 209:1, 210:17, 218:15

**email** [91] - 50:24, 51:4, 51:9, 56:5, 89:17, 89:19, 90:24, 91:4, 91:5, 91:18, 91:21, 92:2, 92:12, 99:2, 108:1, 111:8, 116:11, 116:15, 116:18, 116:25, 117:23, 121:5, 121:9, 121:13, 123:13, 123:18, 124:11, 141:4, 144:10, 144:12, 147:8, 148:2, 149:3, 149:10, 149:14, 155:9, 166:25, 169:11, 169:15, 171:6, 171:18, 171:20, 172:4, 172:9, 172:23, 172:25, 173:20, 175:3, 175:20, 175:25, 176:5, 179:23, 180:11, 180:14, 180:19, 181:16, 181:21, 182:3, 183:14, 184:21, 185:21, 186:10, 186:12, 186:20, 186:24, 187:5, 187:25, 189:21, 190:25, 193:3, 193:11, 194:5, 194:11, 195:6, 195:7, 198:11, 200:1, 201:9, 202:24, 211:8, 212:8, 213:1, 213:9, 214:9, 215:18, 217:4, 218:17, 218:19

**emailed** [23] - 56:22, 89:11, 89:12, 89:14, 91:7, 91:12, 92:21, 93:22, 107:21, 107:24, 108:13, 110:1, 110:11, 116:6, 116:7, 121:21, 122:10, 144:5, 151:18, 154:5, 172:6, 198:14, 198:15

**emailing** [12] - 91:9, 107:20, 120:24, 123:7, 124:2, 146:5, 146:15, 149:24, 150:3, 150:12, 198:18, 199:1

**emails** [31] - 64:11, 90:23, 108:2, 108:9, 117:1, 117:16, 117:19, 117:24, 121:23, 143:25, 145:9, 145:18, 145:21, 145:25, 148:13, 148:16, 149:19, 149:21, 151:19, 155:5, 155:8, 155:12, 161:11, 161:22, 161:24, 162:2, 177:11, 190:3, 199:2, 201:16

**embankment** [1] - 114:2

**end** [13] - 53:9, 71:1, 73:3, 74:5, 74:24, 75:22, 77:2, 77:16, 81:13, 104:23, 105:22, 144:19, 222:20

**ended** [1] - 159:18

**ending** [1] - 184:18

**engaged** [1] - 147:8

**enough** [3] - 114:3, 120:6, 215:12

**enter** [2] - 25:12, 104:21

**entering** [1] - 27:9

**entire** [3] - 6:22, 195:5, 195:7

**entirely** [3] - 25:3, 25:9, 40:6

**entitled** [9] - 9:21, 9:24, 56:25, 82:8, 91:8, 92:24, 183:17, 211:14, 212:12

**environmentally** [1] - 188:24

**essentially** [1] - 181:9

**established** [2] - 184:3, 184:7

**estimate** [40] - 9:24, 10:1, 17:16, 56:25, 57:10, 57:19, 57:22, 57:25, 58:1, 58:12, 59:21, 60:23, 66:25, 82:8, 82:9, 83:16, 91:8, 91:9, 91:12, 92:24, 93:5, 108:13, 108:19, 108:23, 108:25, 109:6, 109:25, 110:4, 112:16, 112:17, 117:4, 118:6, 151:22, 151:25, 152:4, 152:9, 152:11, 167:10, 190:12

**estimating** [5] - 57:17, 57:23, 66:25, 93:2, 93:7

**et** [4] - 186:14, 196:3, 196:4

**Ethan** [2] - 216:13, 216:14

**Eugene** [4] - 11:4, 11:19, 12:10, 18:4

**euphemism** [1] - 57:23

**evade** [1] - 140:19

**even** [15] - 8:20, 54:5,

55:3, 75:11, 85:23, 109:6, 109:11, 114:13, 123:1, 126:2, 129:17, 137:24, 178:7, 210:14, 223:2
**event** [12] - 56:8, 56:12, 56:16, 56:23, 58:22, 60:17, 61:10, 82:5, 82:10, 112:21, 113:24
**events** [3] - 11:15, 83:19, 118:8
**ever** [34] - 6:5, 51:16, 51:19, 57:14, 58:14, 59:13, 61:3, 82:22, 83:8, 83:13, 84:24, 85:6, 90:13, 93:21, 96:10, 99:2, 100:12, 103:5, 103:8, 108:6, 126:24, 127:3, 127:6, 127:8, 139:1, 146:5, 146:15, 151:2, 151:5, 152:14, 161:25, 167:15, 167:20
**every** [10] - 6:18, 47:19, 119:13, 149:5, 182:24, 189:19, 192:6, 226:17, 226:19
**everybody** [6] - 101:24, 102:1, 119:15, 119:18, 162:20, 198:14
**everything** [23] - 38:11, 51:2, 53:22, 63:20, 65:15, 77:8, 84:1, 89:23, 95:3, 101:24, 120:2, 159:23, 170:23, 171:15, 192:8, 192:17, 199:2, 217:11, 217:12, 224:6, 224:9, 224:11, 224:17
**evidence** [2] - 165:6, 196:4
**exact** [4] - 87:3, 87:5, 94:18, 94:20
**exactly** [7] - 95:23, 95:24, 95:25, 163:21, 165:8, 178:9, 189:2
**except** [1] - 68:9
**exchange** [2] - 147:8, 229:23
**exchanged** [3] - 145:18, 155:5, 162:2
**exchanging** [1] - 161:11
**excuse** [5] - 28:2, 66:3, 82:6, 106:18, 169:6
**exercised** [1] - 196:5
**exhibit** [6] - 46:10, 47:11, 47:18, 47:20, 104:14, 175:17
**Exhibit** [47] - 46:10, 46:11, 105:1, 169:2, 169:3, 169:5, 169:6, 169:10, 170:25, 171:1, 172:16, 172:18, 175:2, 175:14, 175:16, 176:5, 181:20, 181:22, 183:2, 189:25, 193:1, 193:12, 199:22, 200:15, 201:3, 201:17, 204:22, 205:25, 206:6, 211:3, 211:24, 212:2, 212:22, 214:3, 214:5, 214:7, 215:2, 215:4, 219:8, 219:16, 220:13, 220:18, 221:5, 221:8, 221:10, 221:15
**exhibits** [3] - 219:12, 221:3, 221:12
**existed** [1] - 225:14
**expecting** [3] - 50:4, 80:11, 80:20
**expedited** [1] - 230:4
**expertise** [1] - 106:5
**explain** [7] - 6:7, 20:22, 21:2, 21:5, 62:16, 65:12, 66:11
**explained** [1] - 148:2
**eye** [3] - 10:20, 11:6, 11:22

## F

**face** [5] - 44:21, 151:10, 166:20
**facilities** [1] - 184:2
**facility** [5] - 52:8, 52:10, 145:12, 146:7, 146:21
**fact** [7] - 9:17, 98:7, 159:13, 165:16, 205:12, 218:22
**factor** [1] - 83:21
**facts** [2] - 79:15, 126:6
**fair** [1] - 70:18
**fairly** [1] - 85:24
**familiar** [2] - 107:21, 127:10
**fantastic** [1] - 47:21
**far** [5] - 14:25, 38:23, 52:14, 52:18, 52:22
**Farley** [1] - 48:21
**Farzad** [1] - 161:11
**faster** [1] - 134:21
**fault** [1] - 173:16
**fee** [1] - 12:7
**feeders** [1] - 154:12
**feel** [1] - 7:24
**fees** [2] - 24:4, 226:1
**fence** [5] - 35:6, 53:24, 55:17, 61:24, 191:23
**few** [9] - 13:4, 30:14, 49:17, 144:1, 144:3, 153:17, 153:18, 183:13, 192:13
**field** [7] - 39:16, 39:20, 40:23, 40:25, 43:19, 44:2, 174:6
**fifteen** [1] - 117:19
**fifth** [1] - 55:4
**figure** [2] - 38:3, 208:23
**figured** [1] - 85:12
**file** [2] - 184:1, 189:17
**filed** [15] - 60:6, 81:19, 84:7, 85:10, 86:12, 94:8, 101:13, 101:14, 101:17, 101:18, 106:15, 107:4, 107:7, 225:21
**files** [3] - 47:24, 189:7, 223:12
**filing** [2] - 83:9, 83:14
**film** [2] - 160:8, 179:11
**filming** [1] - 118:1
**films** [1] - 160:7
**final** [4] - 77:9, 218:21, 221:1, 221:2
**find** [8] - 84:23, 84:24, 85:9, 85:16, 98:5, 116:1, 116:19, 199:16
**finding** [2] - 84:2, 94:4
**fine** [12] - 72:5, 79:25, 81:1, 81:3, 84:3, 142:13, 164:3, 189:23, 226:21, 227:3, 230:1
**finger** [2] - 78:19, 78:23
**finish** [17] - 6:16, 27:2, 29:5, 30:24, 36:9, 39:1, 60:2, 72:18, 105:4, 129:10, 163:25, 188:6, 189:14, 217:12, 222:9, 222:19, 222:22
**finished** [5] - 6:11, 27:14, 27:19, 70:2, 70:16
**first** [36] - 11:21, 14:15, 30:25, 55:8, 55:25, 64:7, 81:18, 84:5, 84:6, 88:19, 92:9, 97:25, 105:14, 117:3, 117:18, 136:17, 137:5, 144:5, 144:10, 144:11, 144:12, 144:14, 153:21, 171:25, 172:4, 173:14, 177:1, 177:8, 181:3, 187:15, 194:22, 201:24, 202:24, 206:3, 220:17
**fish** [4] - 65:19, 163:15, 163:16, 164:8
**five** [13] - 12:8, 91:1, 93:16, 93:17, 93:25, 94:2, 117:6, 118:22, 152:2, 152:8, 153:20
**fixed** [1] - 68:8
**flagged** [1] - 72:17
**flew** [2] - 124:10, 209:2
**flip** [2] - 202:17, 202:23
**flood** [4] - 55:13, 60:17, 112:21, 217:22
**flooded** [1] - 217:10
**flooding** [9] - 56:8, 56:12, 56:16, 56:23, 61:10, 82:5, 82:11, 217:15, 217:19
**Flooding** [1] - 217:7
**Florence** [5] - 12:18, 13:21, 15:23, 23:16, 25:18
**fly** [7] - 10:14, 124:5, 124:8, 207:21, 208:25, 209:7, 209:8
**flying** [4] - 96:24, 124:4, 124:7, 203:7
**follow** [1] - 161:4
**follow-up** [1] - 161:4
**following** [1] - 129:5
**footage** [4] - 98:8, 102:11, 211:17, 214:17
**for** [208] - 6:8, 8:4, 9:16, 9:23, 10:11, 11:24, 12:13, 12:23, 13:2, 15:22, 15:23, 17:5, 20:10, 20:13, 20:14, 20:17, 21:9, 21:10, 22:5, 22:13, 23:17, 24:16, 25:19, 26:7, 26:14, 30:19, 30:25, 31:6, 32:4, 32:12, 32:22, 34:1, 34:13, 35:9, 35:15, 36:11, 36:14, 37:13, 37:14, 37:24, 38:15, 39:11, 40:3, 41:11, 42:17, 43:10, 46:1, 46:11, 46:12, 46:14, 47:24, 48:22, 52:24, 53:2, 53:6, 53:14, 53:15, 54:7, 57:6, 57:10, 59:6, 63:13, 67:4, 67:19, 68:9, 69:25, 70:1, 70:11, 70:20, 72:14, 75:11, 75:19, 80:8, 80:18, 81:9, 83:10, 83:15, 84:7, 85:19, 85:21, 86:3, 86:24, 86:25, 87:1, 87:5, 87:9, 87:10, 87:14, 87:17, 87:18, 88:4, 89:9, 89:15, 90:18, 90:19, 96:18, 97:2, 97:25, 100:3, 102:7, 103:4, 106:3, 108:23, 109:13, 110:7, 110:10, 111:4, 111:23, 112:1, 126:14, 129:5, 130:1, 132:16, 133:25, 136:16, 137:12, 138:21, 139:3, 139:23, 140:8, 140:24, 140:25, 141:24, 142:9, 144:10, 145:11, 145:12, 146:7, 148:4, 148:19, 149:16, 154:24, 156:8, 157:4, 160:4, 162:15, 169:5, 170:16, 171:1, 171:3, 172:1, 172:4, 172:5, 172:12, 172:13, 172:16, 173:7, 175:14, 180:5, 181:10, 181:20, 183:2, 184:2, 189:25, 190:16, 191:13, 193:1, 194:16, 194:22, 195:16, 196:6, 196:11, 196:19, 196:25,

197:3, 197:8, 197:10, 199:7, 199:22, 200:15, 201:3, 201:5, 201:17, 204:17, 204:22, 205:10, 205:13, 205:25, 208:24, 211:2, 211:3, 211:24, 212:22, 214:3, 215:2, 219:8, 219:9, 219:11, 220:10, 220:13, 221:5, 221:14, 221:15, 223:13, 223:16, 225:10, 225:20, 225:25, 226:2, 226:4, 226:9, 226:10, 226:13, 228:19, 228:25
**Ford** [6] - 65:23, 113:13, 115:17, 115:22, 159:16, 170:17
**foreclosure** [1] - 34:10
**forget** [4] - 6:19, 8:24, 84:3, 180:2
**form** [6] - 49:2, 79:5, 79:21, 79:25, 80:2, 199:5
**formal** [2] - 8:8, 159:14
**formally** [1] - 68:15
**format** [1] - 225:15
**formulate** [1] - 72:22
**forth** [7] - 8:25, 91:13, 93:22, 125:24, 166:25, 189:1, 194:16
**forty** [1] - 12:8
**forty-five** [1] - 12:8
**forward** [8] - 75:14, 159:25, 165:7, 173:10, 173:20, 187:3, 187:13, 189:8
**forwarded** [10] - 155:8, 185:21, 185:24, 207:9, 207:12, 211:20, 212:18, 213:24, 214:19, 215:15
**forwarding** [2] - 121:13, 216:25
**found** [11] - 12:21, 64:3, 73:25, 74:17, 74:24, 84:6, 84:10, 84:13, 84:16, 94:7, 221:20
**foundation** [1] - 126:7
**four** [1] - 23:17
**Fourth** [4] - 12:14, 12:15, 13:2, 13:3
**fray** [1] - 145:1
**Freddie** [1] - 32:5
**Free** [12] - 65:17, 65:18, 102:2, 119:14, 119:18, 120:12, 175:22, 176:6, 177:19, 182:5, 216:19, 225:6
**freezing** [1] - 101:11
**frequency** [1] - 208:3
**frequently** [3] - 90:24, 91:4
**fresh** [1] - 206:19
**Fresh** [1] - 212:12
**Friday** [7] - 107:25, 180:11, 180:16, 183:10, 183:15, 229:13, 229:23
**friend** [3] - 162:16, 182:10, 206:12
**friends** [1] - 97:14
**From** [1] - 179:7
**from** [156] - 11:1, 11:18, 11:23, 23:8, 25:17, 29:3, 29:8, 29:15, 30:8, 31:17, 35:6, 38:23, 40:5, 40:10, 41:14, 45:6, 45:16, 45:23, 48:4, 49:3, 51:2, 52:8, 52:10, 53:5, 55:14, 56:12, 56:16, 56:22, 60:15, 60:16, 62:23, 63:25, 67:6, 67:7, 67:8, 69:22, 70:11, 75:9, 75:10, 82:23, 83:5, 83:6, 83:25, 85:25, 86:1, 88:2, 88:12, 88:15, 91:9, 91:24, 94:12, 94:21, 95:5, 98:8, 98:14, 101:7, 103:20, 103:22, 104:5, 108:1, 108:13, 117:2, 118:1, 119:10, 119:14, 119:23, 122:2, 125:24, 131:9, 132:1, 132:24, 141:5, 144:18, 148:6, 149:3, 151:8, 151:15, 151:20, 153:16, 155:19, 156:2, 156:5, 160:20, 161:14, 162:9, 163:4, 165:2, 165:12, 165:17, 166:17, 169:15, 170:16, 171:7, 172:10, 173:7, 173:11, 173:20, 173:21, 173:22, 173:25, 175:1, 175:20, 176:6, 177:19, 180:14, 180:15, 180:22, 180:25, 181:5, 181:16, 184:16, 189:7, 189:10, 189:11, 190:5, 190:25, 191:23, 193:3, 193:12, 194:5, 194:8, 200:1, 200:11, 200:20, 200:21, 200:25, 201:19, 201:20, 201:21, 201:25, 203:7, 203:11, 204:19, 206:10, 207:6, 207:8, 209:7, 209:8, 210:17, 211:9, 213:1, 213:5, 214:9, 215:18, 216:22, 218:3, 218:4, 218:10, 219:24, 220:23, 221:9, 225:10
**front** [9] - 11:11, 45:12, 45:16, 74:13, 180:7, 184:15, 201:19, 201:21, 209:13
**frustrated** [4] - 48:3, 48:9, 66:24, 133:11
**frustration** [2] - 48:19, 49:3
**frying** [1] - 222:6
**full** [1] - 9:21
**fully** [5] - 8:6, 9:5, 21:14, 22:23, 68:24
**funny** [2] - 30:12, 155:6

## G

**G** [12] - 206:10, 206:12, 206:21, 207:6, 207:17, 210:1, 211:9, 212:8, 213:2, 213:21, 214:9, 214:20
**gas** [2] - 26:4, 27:24
**gate** [2] - 45:18, 45:19
**gathering** [1] - 205:15
**gave** [21] - 72:1, 73:20, 89:17, 90:21, 91:21, 92:11, 100:14, 100:15, 100:25, 107:8, 107:11, 107:15, 129:4, 157:18, 162:20, 162:23, 162:25, 196:24, 197:7, 219:21
**gene** [1] - 67:14
**Gene** [1] - 34:23
**general** [6] - 86:22, 96:1, 96:3, 114:11, 120:7, 135:11
**generally** [2] - 8:17, 114:25
**gentleman** [1] - 81:8
**gently** [1] - 42:17
**geographical** [1] - 40:1
**geographically** [2] - 37:17, 38:12
**get** [61] - 17:12, 23:14, 24:19, 25:7, 28:2, 29:4, 32:20, 45:10, 45:17, 45:18, 46:3, 47:17, 47:19, 49:1, 52:14, 53:5, 55:5, 56:21, 63:15, 68:8, 72:4, 77:18, 78:6, 79:16, 81:18, 82:11, 83:2, 83:4, 89:10, 91:16, 95:20, 95:22, 107:17, 115:20, 123:3, 125:13, 127:11, 131:2, 133:5, 136:22, 139:10, 140:8, 145:10, 146:6, 160:7, 170:19, 172:14, 181:8, 181:11, 191:4, 192:13, 195:5, 195:13, 208:14, 222:21, 228:21, 228:24, 228:25, 229:12, 229:14, 229:18
**gets** [2] - 30:22, 117:11
**getting** [19] - 52:18, 52:21, 83:13, 101:23, 133:11, 138:2, 138:4, 138:11, 138:13, 144:25, 148:3, 148:6, 149:3, 194:11, 200:24, 200:25, 201:6, 213:1, 216:22
**gilmer** [2] - 162:10, 162:11
**Gilmer** [32] - 32:25, 33:1, 33:2, 33:3, 33:16, 33:18, 33:20, 34:5, 58:9, 121:17, 129:19, 130:14, 130:17, 132:19, 132:21, 133:5, 154:20, 154:21, 154:24, 155:4, 155:6, 155:9, 155:17, 155:22, 156:1, 156:22, 156:23, 162:16, 182:11, 203:9, 206:12, 208:23
**Gilmore** [1] - 33:1
**Gilmore's** [1] - 162:8
**give** [40] - 11:7, 33:9, 35:9, 72:20, 72:22, 79:18, 91:18, 91:19, 91:21, 92:2, 92:5, 92:8, 99:1, 99:4, 106:13, 106:15, 106:18, 108:19, 108:25, 110:4, 132:10, 134:12, 134:21, 136:3, 151:22, 151:25, 152:4, 152:9, 152:11, 162:19, 162:22, 162:24, 177:20, 178:6, 178:9, 178:17, 190:2, 190:24, 201:4
**given** [1] - 86:6
**gives** [1] - 205:21
**giving** [3] - 96:13, 122:3, 219:21
**glamping** [2] - 12:5, 32:1
**Glendale** [43] - 33:22, 34:3, 34:4, 34:20, 34:24, 35:20, 38:10, 40:3, 40:12, 43:23, 43:25, 45:8, 45:11, 45:13, 45:17, 45:23, 55:14, 55:15, 57:16, 82:5, 82:6, 85:25, 86:1, 86:17, 86:19, 88:12, 94:12, 104:3, 104:4, 104:6, 104:20, 105:5, 105:11, 105:25, 106:1, 112:21, 152:14, 155:19, 217:11, 217:22, 222:8
**Glenwood** [1] - 37:17
**go** [60] - 10:6, 10:19, 11:21, 13:22, 14:5, 18:4, 26:4, 28:3,

28:8, 28:13, 29:5, 38:3, 41:15, 56:20, 62:3, 75:14, 76:19, 80:15, 81:4, 102:7, 102:22, 104:14, 110:22, 118:9, 126:24, 127:3, 129:9, 132:10, 134:20, 148:21, 150:16, 154:23, 159:25, 164:25, 173:20, 175:6, 175:10, 176:3, 176:15, 177:9, 177:24, 180:13, 189:1, 189:23, 192:17, 198:7, 198:8, 198:21, 199:21, 200:14, 204:23, 205:6, 205:8, 208:21, 208:22, 209:9, 217:25, 219:12, 223:17
**goal** [1] - 125:1
**God** [1] - 78:7
**goes** [8] - 39:19, 72:2, 81:15, 104:6, 105:1, 105:13, 194:14, 200:17
**going** [71] - 8:4, 9:22, 10:16, 15:2, 25:7, 27:11, 30:1, 30:5, 30:21, 35:9, 35:19, 37:20, 38:24, 42:14, 42:21, 43:16, 46:8, 46:10, 46:12, 49:22, 63:14, 69:9, 70:10, 78:8, 80:5, 80:7, 80:12, 84:1, 84:23, 90:16, 94:3, 95:12, 102:22, 105:3, 105:23, 111:5, 131:2, 132:18, 133:23, 135:16, 137:21, 139:4, 139:15, 140:13, 140:25, 141:20, 160:7, 160:20, 170:25, 172:18, 175:18, 176:15, 180:3, 180:7, 183:6, 186:9, 199:12, 208:13, 208:14, 210:15, 210:18, 218:3, 218:6, 221:17, 225:24, 226:5, 227:15, 228:21
**Golf** [8] - 33:10, 33:17, 34:6, 130:13, 132:19, 132:21, 209:4, 209:7
**golf** [1] - 104:2
**gone** [2] - 160:8, 225:3
**good** [5] - 20:23, 64:12, 206:12, 215:1, 223:1
**got** [27] - 9:2, 9:13, 35:19, 64:11, 74:5, 81:8, 100:2, 101:2, 102:10, 119:11, 120:7, 122:9, 130:4, 133:17, 134:9, 135:7, 135:13, 142:16, 142:22, 143:12, 165:16, 180:25, 181:5, 218:5, 219:7, 229:17
**gotten** [4] - 172:9, 175:7, 218:10, 223:19
**gov.USCourts.cand** [1] - 194:9
**Grady** [1] - 184:25
**grateful** [1] - 183:1
**gravel** [1] - 53:5
**Gravel** [1] - 41:17
**great** [3] - 7:23, 164:10, 230:3
**greatly** [5] - 70:13, 70:15, 71:4, 138:14, 147:2
**grip** [1] - 72:4
**Ground** [1] - 170:6
**ground** [1] - 170:15
**grounds** [3] - 38:24, 194:16, 194:22
**group** [38] - 49:2, 49:6, 50:1, 52:14, 52:23, 53:2, 53:4, 53:13, 55:7, 58:3, 58:6, 64:2, 64:3, 64:4, 64:17, 67:5, 75:22, 76:10, 102:4, 121:2, 124:17, 125:20, 125:24, 128:15, 149:5, 151:6, 154:15, 159:5, 159:15, 159:18, 159:24, 160:25, 168:3, 168:17, 172:10, 197:15, 215:25, 216:11
**group's** [2] - 68:25, 71:10
**grouped** [1] - 183:8
**guarantee** [1] - 145:3
**guess** [41] - 7:12, 11:8, 36:12, 37:15, 41:4, 41:5, 41:6, 41:7, 41:8, 49:10, 49:18, 54:19, 57:6, 57:7, 57:8, 57:10, 57:20, 71:14, 71:16, 76:25, 85:12, 85:19, 85:20, 88:8, 93:3, 94:23, 96:16, 97:17, 97:20, 129:10, 135:20, 168:2, 180:4, 180:5, 184:2, 190:12, 190:13, 192:2, 192:11, 228:1
**guessing** [14] - 31:3, 43:5, 49:9, 57:17, 57:23, 59:9, 59:10, 67:1, 93:1, 93:6, 93:8, 135:19, 191:25, 192:1
**guesstimate** [5] - 58:12, 59:7, 59:22, 60:24, 108:20
**guy** [1] - 184:24
**guys** [1] - 115:19
**Gypsy** [1] - 32:16

## H

**had** [110] - 10:9, 21:8, 24:13, 25:17, 26:3, 26:19, 30:18, 48:25, 50:23, 51:23, 52:5, 61:3, 61:7, 61:13, 62:19, 64:5, 64:8, 64:17, 65:25, 67:3, 67:11, 73:25, 74:14, 75:5, 75:9, 77:6, 77:8, 77:12, 82:24, 83:1, 83:2, 83:16, 84:7, 86:4, 86:6, 89:3, 90:2, 90:13, 92:1, 92:6, 94:8, 98:5, 99:15, 100:9, 100:16, 102:10, 107:19, 114:12, 114:16, 117:1, 121:6, 121:13, 121:18, 124:17, 127:11, 128:25, 135:17, 135:22, 139:23, 153:14, 155:17, 156:22, 159:4, 162:1, 163:8, 164:8, 164:9, 164:10, 164:20, 164:23, 165:3, 168:2, 170:2, 171:20, 172:1, 179:19, 182:3, 183:7, 184:18, 185:17, 186:17, 187:4, 193:25, 195:10, 198:16, 203:12, 205:13, 206:2, 207:22, 209:3, 211:5, 212:2, 214:5, 214:20, 218:10, 218:11, 220:5, 220:18, 223:18, 224:6, 224:17, 225:3, 225:10, 226:25, 227:16, 227:19, 227:25
**hadn't** [1] - 139:2
**half** [3] - 80:19, 81:1, 195:10
**half-hour** [1] - 195:10
**Hall** [2] - 217:6, 217:19
**hallucinating** [1] - 70:8
**hand** [7] - 47:25, 105:6, 201:14, 205:1, 212:5, 224:6, 224:17
**handed** [2] - 89:11, 224:5
**handle** [1] - 224:11
**happen** [1] - 225:25
**happened** [4] - 81:13, 86:17, 90:21, 96:6
**happening** [2] - 86:19, 116:24
**happens** [5] - 6:17, 8:17, 8:25, 37:19, 72:6
**happy** [2] - 142:25, 182:14
**hard** [4] - 17:8, 70:19, 70:24, 223:20
**hardly** [1] - 153:13
**has** [19] - 11:14, 25:5, 35:1, 36:17, 46:13, 57:9, 59:20, 78:17, 105:5, 106:2, 134:14, 163:17, 170:24, 172:14, 177:22, 203:18, 203:19, 207:1, 208:25
**hasn't** [2] - 163:17, 164:10
**have** [253] - 6:5, 7:11, 7:14, 7:20, 8:19, 9:8, 13:8, 20:17, 22:20, 23:14, 23:23, 23:25, 24:6, 24:14, 24:15, 25:17, 26:3, 26:14, 27:25, 29:13, 30:16, 30:21, 31:12, 31:24, 32:2, 32:11, 32:22, 33:17, 33:20, 33:25, 35:15, 36:15, 36:20, 36:22, 36:25, 37:21, 37:24, 41:14, 42:6, 42:7, 42:25, 43:3, 43:13, 43:25, 44:1, 44:2, 45:10, 45:20, 46:4, 46:14, 46:16, 47:23, 49:6, 49:8, 50:16, 50:23, 53:7, 53:10, 56:13, 56:15, 56:17, 56:24, 57:6, 57:10, 59:12, 59:17, 59:18, 60:19, 60:20, 61:2, 61:3, 61:6, 61:18, 69:8, 69:17, 70:10, 72:2, 74:23, 75:15, 76:4, 78:8, 80:12, 81:7, 84:1, 86:25, 87:10, 87:20, 87:25, 88:13, 88:15, 90:11, 90:18, 91:6, 91:9, 91:12, 92:5, 92:8, 92:10, 92:14, 92:15, 92:16, 92:23, 93:21, 94:23, 98:12, 98:13, 99:2, 99:9, 105:5, 105:21, 106:5, 106:22, 106:23, 107:14, 108:8, 109:18, 111:13, 112:15, 112:16, 115:21, 116:5, 116:18, 116:25, 117:14, 118:7, 118:15, 120:11, 120:14, 120:17, 120:20, 121:8, 121:23, 126:10, 126:11, 133:16, 133:17, 135:14, 135:16, 136:5, 137:3, 137:11, 137:23, 137:24, 139:11, 139:19, 139:20, 139:22, 140:7, 140:24, 140:25, 141:20, 142:1, 142:5, 142:18, 143:8, 143:13, 143:24, 147:9, 147:12, 147:15, 148:13, 148:17, 150:21, 151:9, 153:12, 154:2, 154:21, 155:11, 158:6, 159:22,

160:5, 160:6, 161:17, 161:18, 162:1, 162:4, 163:2, 163:4, 163:8, 163:10, 164:5, 165:3, 166:18, 167:9, 167:10, 167:15, 169:3, 169:7, 170:3, 170:13, 171:9, 172:2, 172:3, 172:4, 172:6, 172:9, 172:22, 173:24, 174:5, 174:8, 174:24, 175:7, 176:3, 179:12, 179:22, 182:14, 183:4, 189:3, 191:22, 192:13, 193:25, 198:15, 203:17, 204:7, 204:9, 206:2, 207:20, 208:9, 211:5, 212:2, 212:24, 214:5, 216:12, 218:2, 219:12, 220:17, 221:18, 222:24, 223:20, 224:1, 225:21, 225:22, 225:23, 226:7, 226:8, 226:9, 226:16, 227:4, 227:23, 228:3, 228:6, 228:14, 229:1

**haven't** [3] - 164:10, 219:19, 220:15

**having** [6] - 88:24, 111:16, 121:16, 160:24, 162:5, 192:16

**he** [90] - 34:6, 51:1, 52:22, 59:20, 59:25, 60:12, 66:1, 72:6, 74:12, 90:2, 90:15, 90:17, 90:21, 98:5, 98:7, 98:19, 98:21, 99:1, 99:6, 99:15, 100:10, 100:14, 100:16, 101:2, 102:10, 102:12, 102:13, 103:2, 111:10, 137:24, 137:25, 152:21, 152:23, 152:24, 153:24, 153:25, 154:12, 156:5, 159:5, 159:11, 162:1, 167:20, 167:24, 168:2, 170:2, 181:7, 182:14, 183:8, 190:15, 194:8, 194:23, 195:14, 195:18, 195:23, 195:25, 196:1, 196:9, 196:17, 196:24, 197:7, 203:12, 203:17, 203:18, 203:19, 205:17, 206:19, 207:1, 207:20, 207:22, 207:24, 208:3, 209:2, 209:3, 209:7, 209:9, 211:14, 211:17, 212:12, 216:10, 216:12

**he's** [6] - 60:8, 123:2, 132:14, 206:15, 206:23, 206:25

**head** [4] - 7:3, 7:5, 7:6, 17:3

**health** [1] - 220:11

**hear** [3] - 6:22, 31:1, 114:14

**heard** [2] - 32:2, 33:25

**hearing** [3] - 197:18, 197:21, 197:24

**hearings** [2] - 125:17, 126:22

**heated** [1] - 81:9

**Heather** [2] - 216:2, 216:3

**hello** [1] - 169:18

**help** [7] - 55:11, 88:7, 132:14, 159:15, 175:25, 182:5, 215:12

**helped** [1] - 75:8

**helpful** [1] - 148:15

**her** [115] - 6:14, 22:20, 22:21, 26:22, 27:2, 27:4, 27:6, 27:15, 29:17, 36:11, 37:15, 40:6, 41:25, 42:10, 42:16, 43:6, 45:24, 50:21, 50:22, 51:9, 56:1, 56:3, 56:5, 56:8, 56:9, 56:10, 56:13, 56:22, 57:6, 57:7, 57:8, 57:9, 57:10, 64:17, 65:8, 66:13, 66:19, 66:22, 67:23, 72:19, 76:10, 80:12, 87:22, 92:5, 92:9, 96:23, 97:20, 97:23, 102:17, 106:22, 106:23, 112:11, 114:9, 114:17, 114:20, 114:21, 115:3, 115:10, 115:11, 115:23, 117:20, 121:9, 121:13, 121:21, 122:4, 122:19, 127:16, 128:24, 134:12, 134:15, 134:21, 137:12, 141:13, 141:19, 141:21, 142:4, 145:15, 145:24, 148:16, 163:17, 163:25, 164:6, 164:14, 168:22, 171:9, 172:1, 172:4, 172:6, 172:9, 173:10, 173:12, 173:23, 177:2, 177:12, 177:20, 177:21, 178:6, 178:9, 178:17, 184:4, 184:8, 184:9, 187:4, 187:6, 188:20, 190:24, 191:3, 191:4, 216:9, 218:18, 225:19

**here** [47] - 10:8, 26:3, 36:22, 37:1, 38:9, 39:6, 41:22, 42:9, 42:12, 43:11, 43:15, 45:12, 45:19, 45:20, 46:9, 47:3, 47:13, 49:17, 71:6, 78:18, 80:23, 99:15, 102:23, 104:16, 104:20, 104:21, 105:4, 105:10, 105:18, 110:15, 122:15, 132:16, 133:23, 139:16, 170:10, 174:8, 179:16, 192:13, 195:3, 214:2, 219:9, 221:14, 226:12, 228:12, 229:6

**herons** [1] - 164:11

**Hi** [1] - 194:14

**Highway** [1] - 28:21

**highway** [1] - 39:15

**him** [66] - 51:4, 59:18, 64:22, 65:21, 65:22, 90:18, 90:19, 91:16, 91:19, 91:21, 100:15, 100:16, 100:25, 102:5, 102:7, 102:8, 102:10, 103:1, 103:8, 103:17, 107:18, 107:19, 107:20, 107:21, 107:22, 107:24, 108:3, 111:4, 111:20, 136:10, 136:12, 136:18, 137:7, 139:22, 144:5, 145:10, 146:15, 146:19, 148:6, 150:3, 151:10, 151:15, 154:1, 161:18, 161:20, 161:25, 162:3, 162:6, 165:3, 167:4, 181:5, 181:11, 182:17, 183:21, 190:5, 190:8, 190:10, 190:17, 200:25, 201:10, 201:11, 205:4, 205:9, 205:20, 206:13

**hire** [2] - 136:10, 136:12

**his** [24] - 50:13, 50:18, 55:4, 90:6, 90:10, 90:11, 90:20, 111:4, 111:10, 113:14, 126:17, 129:20, 141:6, 159:5, 159:14, 162:1, 167:15, 200:19, 203:15, 207:23, 208:25, 209:2, 209:7, 209:8

**hmm** [9] - 6:4, 7:3, 11:2, 13:20, 97:20, 168:5, 179:1, 205:3, 219:17

**hold** [1] - 110:18

**home** [16] - 30:8, 41:10, 88:19, 88:21, 129:21, 132:20, 152:14, 152:22, 154:7, 154:18, 167:15, 167:16, 167:20, 207:20, 207:22, 207:23

**honestly** [4] - 82:17, 83:12, 108:17, 222:20

**Honeyman** [1] - 12:13

**Hooven** [7] - 34:23, 35:6, 67:15, 104:13, 104:16, 104:24, 105:19

**hooven** [2] - 35:1, 68:4

**hope** [2] - 81:15, 205:22

**hoping** [2] - 192:14, 226:7

**horseshoe** [3] - 35:8, 35:17, 46:25

**hotel** [1] - 12:4

**hour** [4] - 80:19, 81:1, 195:10, 205:21

**hours** [4] - 23:8, 46:3, 69:11, 132:16

**house** [42] - 41:14, 45:20, 45:24, 112:17, 113:8, 113:16, 113:20, 114:18, 114:21, 114:22, 114:24, 114:25, 115:3, 115:5, 115:6, 115:15, 115:16, 116:4, 116:8, 116:9, 116:12, 129:5, 129:7, 129:8, 129:12, 130:16, 131:1, 131:10, 131:25, 132:1, 132:25, 151:3, 168:4, 170:16, 203:7, 203:8, 203:11, 207:8, 208:3, 209:8, 209:9, 209:10

**how** [103] - 7:17, 12:25, 14:25, 15:5, 16:18, 17:16, 19:5, 19:17, 23:22, 24:6, 28:17, 29:22, 31:6, 33:17, 33:20, 34:8, 34:13, 38:23, 45:17, 47:22, 56:7, 56:9, 56:10, 56:15, 56:22, 57:14, 59:20, 59:25, 60:14, 60:19, 61:6, 64:25, 65:21, 66:11, 66:17, 68:7, 76:7, 80:18, 80:25, 87:10, 89:10, 90:10, 91:6, 91:12, 92:8, 92:21, 97:24, 98:3, 102:20, 103:1, 103:10, 108:2, 108:13, 109:19, 110:6, 111:2, 116:1, 117:1, 118:2, 118:7, 118:12, 118:14, 120:4, 120:8, 120:11, 120:15, 120:17, 120:20, 121:5, 143:7, 143:13, 143:24, 145:10, 146:6, 147:15, 151:9, 151:14, 151:18,

152:17, 153:15, 153:18, 154:4, 154:21, 161:20, 162:2, 163:7, 163:10, 165:3, 165:11, 166:7, 166:17, 166:25, 167:8, 167:23, 171:19, 197:19, 199:1, 199:2, 206:13, 208:8, 208:23, 222:14, 222:20
**how's** [1] - 93:20
**however** [2] - 9:23, 63:23
**huh** [3] - 7:3, 97:22, 113:9
**human** [1] - 32:22
**Humboldt** [11] - 11:1, 11:18, 31:18, 52:15, 53:16, 54:21, 73:2, 150:1, 165:20, 169:24, 184:2
**husband** [4] - 50:16, 50:21, 154:23, 208:8
**husband's** [1] - 50:22
**hysterical** [1] - 78:6

## I

**I** [913] - 6:10, 6:11, 6:15, 6:17, 6:20, 7:4, 7:5, 7:7, 7:11, 7:14, 7:15, 7:16, 7:20, 7:24, 7:25, 9:6, 9:14, 9:15, 9:23, 10:6, 10:9, 10:11, 10:15, 11:10, 11:14, 11:17, 11:24, 12:5, 12:23, 13:4, 13:5, 15:16, 16:10, 17:7, 17:13, 18:3, 18:8, 18:13, 20:9, 20:14, 21:6, 21:7, 21:8, 21:9, 22:3, 22:9, 22:23, 23:14, 23:25, 24:7, 24:11, 24:19, 24:25, 25:22, 26:3, 26:19, 27:1, 27:3, 27:8, 28:4, 28:11, 28:16, 28:20, 28:21, 29:4, 29:6, 29:12, 29:22, 29:25, 30:4, 30:13, 30:14, 30:15, 30:21, 31:2, 31:7, 31:9, 31:11, 31:13, 31:21, 32:2, 32:3, 33:25, 35:3, 35:15, 36:3, 36:6, 36:9, 36:15, 36:22, 36:23, 36:25, 37:6, 37:16, 37:20, 37:24, 38:8, 39:1, 39:3, 40:19, 41:3, 41:4, 41:14, 41:17, 41:21, 42:3, 42:6, 42:16, 42:22, 42:25, 43:9, 43:12, 44:24, 45:10, 45:18, 46:8, 46:14, 46:15, 46:21, 47:6, 47:8, 47:10, 47:15, 47:23, 48:25, 49:9, 49:14, 49:23, 50:13, 50:15, 50:17, 50:21, 51:5, 52:21, 53:4, 53:17, 53:22, 54:5, 54:9, 54:12, 54:19, 54:20, 55:10, 55:21, 56:4, 56:6, 56:10, 56:13, 56:14, 56:17, 56:24, 57:10, 57:15, 57:25, 58:11, 58:16, 58:18, 58:20, 59:10, 59:17, 59:24, 60:7, 60:15, 60:16, 60:19, 60:20, 61:2, 61:11, 61:12, 63:4, 63:5, 63:13, 64:3, 64:5, 64:6, 64:10, 64:16, 64:22, 64:24, 65:15, 65:19, 65:20, 65:22, 65:25, 66:5, 66:8, 66:15, 66:22, 66:23, 67:1, 67:2, 67:9, 67:14, 67:19, 68:6, 68:7, 68:20, 69:17, 69:25, 70:4, 70:6, 70:11, 70:12, 70:13, 70:15, 70:23, 71:3, 71:14, 71:17, 71:18, 72:10, 72:17, 73:7, 74:9, 75:5, 75:8, 75:10, 75:15, 75:18, 76:4, 76:15, 76:20, 76:25, 77:5, 77:18, 78:20, 78:25, 79:4, 79:9, 80:4, 80:17, 80:19, 80:21, 81:8, 81:9, 81:10, 81:13, 81:14, 81:24, 82:1, 82:3, 82:7, 82:17, 82:18, 82:20, 82:25, 83:3, 83:7, 83:12, 83:16, 83:17, 83:22, 83:25, 84:1, 84:2, 84:9, 84:12, 84:15, 84:17, 85:7, 85:8, 85:12, 85:19, 85:20, 85:23, 85:24, 85:25, 86:4, 86:6, 86:9, 86:16, 86:20, 87:3, 87:8, 87:12, 87:19, 88:4, 88:8, 88:9, 88:12, 88:20, 88:22, 89:8, 89:12, 89:15, 89:23, 90:1, 90:2, 90:6, 90:9, 90:18, 90:19, 90:21, 91:4, 91:5, 91:9, 92:1, 92:5, 92:10, 92:13, 92:16, 92:23, 93:1, 93:8, 93:23, 94:5, 94:13, 94:14, 94:18, 94:20, 94:23, 94:25, 95:4, 95:11, 95:14, 95:19, 95:22, 95:23, 95:25, 96:5, 96:12, 96:16, 96:20, 96:24, 97:5, 97:12, 97:13, 97:17, 97:20, 97:22, 98:8, 98:12, 99:15, 99:22, 100:4, 100:6, 100:8, 100:9, 100:14, 100:15, 100:17, 100:20, 101:1, 101:3, 101:4, 101:6, 101:7, 101:10, 101:15, 101:16, 101:17, 101:21, 101:22, 101:24, 102:8, 102:10, 102:19, 103:13, 104:17, 105:2, 105:14, 106:5, 106:18, 106:22, 107:6, 107:21, 107:22, 108:1, 108:8, 108:9, 108:12, 108:16, 108:17, 108:25, 109:4, 109:17, 109:23, 110:2, 110:6, 110:14, 110:17, 110:20, 111:4, 111:8, 111:13, 111:22, 111:23, 111:25, 112:1, 112:13, 112:15, 112:19, 112:22, 112:24, 113:2, 113:5, 113:11, 113:14, 113:22, 113:25, 114:3, 114:9, 114:10, 114:12, 114:13, 114:15, 115:3, 115:11, 115:13, 115:17, 115:20, 115:21, 115:25, 116:2, 116:5, 116:9, 116:24, 117:4, 117:14, 117:20, 117:25, 118:7, 118:8, 118:9, 118:11, 118:15, 118:19, 118:21, 119:8, 119:9, 119:10, 119:11, 119:21, 119:25, 121:3, 121:8, 121:11, 121:17, 121:25, 122:20, 123:16, 123:19, 124:5, 124:8, 124:14, 124:24, 125:3, 125:12, 126:2, 126:10, 126:11, 126:13, 126:19, 126:23, 127:1, 127:7, 127:9, 127:12, 127:25, 128:11, 128:12, 128:18, 128:25, 129:4, 129:5, 129:8, 129:10, 129:13, 129:18, 129:19, 129:20, 129:25, 130:3, 132:3, 132:9, 132:11, 132:14, 133:2, 133:5, 133:8, 133:11, 133:13, 133:24, 134:9, 135:7, 135:10, 135:13, 135:15, 135:16, 135:17, 136:12, 136:13, 137:18, 137:22, 138:2, 138:14, 138:17, 138:23, 138:25, 139:7, 139:17, 140:14, 140:17, 140:20, 140:21, 141:3, 141:4, 141:20, 142:1, 142:8, 142:12, 142:14, 142:15, 142:18, 142:20, 144:1, 144:11, 144:20, 144:22, 144:25, 145:2, 145:3, 145:6, 146:3, 146:14, 146:17, 147:2, 147:5, 147:6, 147:12, 147:15, 147:22, 148:10, 148:12, 148:13, 148:17, 148:20, 149:18, 149:20, 150:2, 150:10, 150:15, 150:17, 150:22, 151:21, 151:25, 152:4, 152:9, 152:11, 152:24, 152:25, 153:3, 153:25, 154:1, 154:6, 154:12, 154:16, 154:23, 155:6, 155:11, 156:10, 156:14, 156:18, 156:19, 157:11, 157:13, 157:14, 158:5, 158:14, 159:11, 159:12, 159:18, 159:21, 159:22, 160:6, 160:17, 161:1, 161:8, 161:19, 161:22, 161:25, 162:4, 162:7, 162:14, 162:20, 162:23, 162:25, 163:3, 163:6, 163:10, 164:9, 164:15, 164:22, 164:25, 165:7, 165:8, 165:16, 165:21, 165:23, 166:7, 166:11, 166:12, 167:1, 167:4, 167:9, 167:24, 168:2, 168:22, 168:23, 169:1, 169:17, 170:3, 170:12, 170:19, 170:22, 170:23, 171:23, 172:2, 172:3, 172:5, 172:10, 172:11, 172:12, 172:13, 172:24, 174:4, 174:11, 174:17, 174:21, 174:24, 175:7, 175:16, 176:3, 176:4, 176:25, 177:4, 177:23, 178:2, 178:19, 178:21, 179:6, 179:24, 180:1, 180:2, 180:9, 181:2, 181:4, 181:12, 181:24, 182:18, 182:21, 183:4, 183:6, 183:7, 183:13, 184:2, 184:11, 185:1, 185:15, 186:9, 186:11, 186:13, 186:21, 187:5, 187:19, 187:23, 188:8, 188:11, 188:12, 188:18,

189:6, 189:12, 189:15, 189:21, 190:10, 190:11, 190:23, 191:8, 191:10, 192:4, 192:6, 192:17, 192:21, 193:17, 193:20, 193:21, 194:10, 195:4, 195:8, 195:20, 197:2, 197:16, 198:7, 198:14, 198:17, 198:21, 198:23, 198:25, 199:1, 199:4, 199:8, 200:7, 200:13, 200:18, 200:23, 201:5, 201:6, 201:7, 201:13, 201:14, 201:22, 202:8, 202:10, 202:12, 202:17, 203:15, 204:7, 204:11, 205:7, 205:21, 206:16, 206:25, 207:4, 207:12, 208:2, 208:16, 209:3, 210:11, 210:16, 210:20, 210:21, 210:25, 212:17, 213:14, 214:18, 215:12, 216:9, 216:12, 216:16, 216:23, 217:16, 218:9, 218:12, 218:18, 218:23, 218:24, 219:9, 219:23, 220:14, 221:19, 221:20, 222:8, 222:10, 222:20, 222:21, 223:18, 225:1, 225:23, 225:24, 225:25, 226:3, 226:11, 226:13, 226:22, 227:3, 227:18, 228:3, 228:5, 228:14, 228:25, 229:5, 229:12, 230:3

**i** [25] - 38:17, 41:19, 44:17, 46:3, 49:9, 80:15, 88:8, 115:24, 126:16, 126:18, 137:21, 143:1, 146:1, 148:21, 150:24, 164:3, 167:7, 169:3, 175:10, 175:12, 177:12, 209:9, 227:25, 229:18

**I'd** [2] - 101:23, 190:24

**I'll** [14] - 10:4, 57:13, 112:8, 125:6, 136:23, 139:11, 160:8, 175:17, 190:2, 201:14, 208:21, 228:18, 229:14, 229:22

**i'll** [1] - 59:12

**i'm** [1] - 109:25

**I'm** [227] - 6:20, 7:7, 8:4, 9:1, 9:21, 9:22, 9:24, 11:6, 15:2, 17:6, 17:7, 17:10, 20:16, 20:23, 25:7, 25:10, 30:1, 30:5, 30:13, 30:21, 32:20, 35:9, 35:19, 36:8, 36:13, 36:19, 37:17, 37:20, 38:12, 38:15, 38:24, 39:3, 39:25, 40:2, 41:10, 42:14, 42:16, 43:13, 43:16, 44:6, 44:11, 44:12, 46:12, 47:5, 49:17, 49:23, 56:16, 56:25, 57:15, 57:17, 59:6, 59:10, 60:15, 60:18, 63:12, 65:20, 66:24, 67:2, 67:23, 70:1, 70:3, 70:8, 70:10, 70:24, 75:10, 78:8, 78:13, 78:20, 80:22, 82:8, 82:20, 83:17, 83:20, 83:23, 84:18, 84:23, 87:5, 88:4, 88:18, 90:1, 90:11, 91:8, 92:24, 93:5, 94:2, 94:3, 95:12, 96:24, 100:5, 100:19, 102:22, 105:3, 105:23, 106:11, 108:5, 108:12, 108:23, 109:9, 110:3, 110:14, 116:17, 120:3, 120:6, 120:22, 121:17, 122:22, 123:4, 124:10, 125:13, 126:12, 127:20, 128:22, 128:24, 130:5, 130:6, 130:22, 131:2, 131:4, 131:8, 131:25, 132:18, 132:24, 133:23, 133:24, 134:15, 135:2, 135:19, 136:14, 136:16, 136:20, 137:21, 138:4, 138:5, 138:13, 138:21, 139:4, 139:10, 139:15, 140:13, 140:18, 140:19, 140:20, 141:13, 141:15, 141:20, 142:8, 142:10, 142:25, 144:6, 144:10, 149:22, 149:23, 150:23, 155:15, 156:16, 163:21, 165:8, 165:10, 168:8, 168:10, 168:24, 169:1, 169:7, 170:21, 170:25, 172:18, 173:24, 174:23, 175:9, 175:18, 176:15, 176:25, 178:4, 178:14, 178:19, 179:15, 180:3, 180:7, 183:5, 184:8, 186:22, 186:24, 187:20, 188:2, 188:22, 189:13, 191:21, 192:1, 192:14, 193:14, 198:14, 198:22, 199:19, 201:14, 202:16, 203:13, 206:13, 208:13, 208:14, 208:22, 209:20, 209:22, 210:15, 210:18, 210:21, 215:4, 218:3, 218:6, 219:5, 220:12, 226:7, 226:11, 228:22, 229:4, 229:8

**I've** [4] - 8:3, 64:11, 199:2, 229:17

**idea** [37] - 23:25, 56:17, 56:24, 61:2, 69:17, 75:16, 76:4, 87:20, 87:25, 91:9, 92:10, 92:16, 92:23, 111:13, 117:14, 118:7, 118:15, 120:7, 120:11, 120:14, 120:15, 120:17, 120:20, 121:8, 126:10, 126:11, 147:12, 147:15, 162:4, 167:9, 170:3, 172:2, 172:3, 179:22, 204:9, 226:9

**identification** [24] - 46:11, 169:5, 171:1, 172:16, 175:14, 181:20, 183:2, 189:25, 193:1, 199:22, 200:15, 201:3, 201:17, 204:22, 205:25, 211:3, 211:24, 212:22, 214:3, 215:2, 219:8, 220:13, 221:5, 221:15

**identify** [2] - 36:14, 174:12

**identifying** [2] - 39:24, 186:18

**If** [1] - 72:6

**if** [151] - 6:14, 6:19, 7:4, 7:14, 8:3, 8:25, 9:13, 9:14, 10:3, 11:8, 13:7, 17:12, 22:6, 22:13, 22:17, 23:22, 24:13, 24:19, 25:16, 27:1, 29:3, 30:17, 31:24, 35:25, 36:16, 37:22, 38:13, 39:5, 39:6, 39:23, 42:21, 43:17, 45:11, 45:22, 49:18, 51:7, 57:14, 58:5, 59:2, 60:14, 62:22, 63:7, 66:22, 66:23, 68:20, 70:9, 70:12, 70:15, 71:4, 72:22, 76:25, 77:22, 78:24, 79:16, 80:13, 82:18, 82:25, 83:16, 84:1, 84:24, 85:23, 86:21, 88:7, 89:22, 89:23, 90:1, 90:17, 95:4, 95:12, 95:23, 96:22, 96:24, 97:17, 97:22, 98:5, 99:22, 101:15, 102:10, 105:21, 108:1, 108:8, 111:23, 113:5, 115:11, 116:18, 118:9, 121:23, 123:3, 123:22, 123:25, 125:12, 125:20, 128:22, 129:9, 131:2, 133:5, 133:11, 134:21, 134:24, 138:14, 138:16, 138:19, 139:1, 139:6, 140:17, 140:18, 140:21, 142:12, 142:13, 144:6, 145:1, 145:24, 148:15, 153:1, 154:10, 155:11, 155:22, 157:15, 159:11, 162:1, 162:25, 164:9, 165:6, 170:18, 174:4, 174:13, 174:18, 177:12, 182:24, 182:25, 187:4, 191:20, 192:4, 192:10, 192:15, 193:14, 197:14, 203:15, 205:5, 206:9, 208:14, 208:24, 218:24, 220:14, 220:15, 223:21, 224:1

**ill** [1] - 138:16

**impaired** [2] - 100:19, 100:21

**implying** [1] - 79:6

**important** [8] - 6:9, 6:25, 7:10, 9:5, 30:23, 47:11, 72:16, 218:24

**impossible** [1] - 6:15

**improper** [9] - 13:15, 14:8, 17:5, 25:9, 71:24, 78:5, 79:12, 79:19, 191:2

**in** [214] - 9:6, 10:13, 11:10, 12:2, 12:23, 13:21, 14:3, 14:7, 15:14, 15:23, 17:2, 17:8, 17:16, 18:3, 18:8, 20:10, 20:12, 20:14, 20:19, 21:9, 21:10, 23:16, 26:5, 26:24, 26:25, 28:17, 29:23, 30:24, 31:5, 32:7, 33:8, 38:12, 38:13, 39:6, 39:11, 39:16, 39:20, 40:19, 41:10, 44:9, 45:20, 45:24, 48:22, 49:24, 49:25, 50:24, 51:2, 53:23, 55:12, 55:18, 56:8, 59:23, 61:1, 61:23, 62:7, 64:13, 64:25, 65:4, 65:7, 65:23, 66:18, 66:23, 68:18, 69:10, 69:19, 70:24, 71:9, 73:22, 74:18, 75:7, 75:25, 76:10, 76:23, 81:10, 82:10, 83:2, 84:8, 84:11, 84:13, 84:16, 84:25, 85:10, 85:17, 86:18, 86:19, 87:2, 87:7, 87:20, 87:25,

88:7, 88:9, 89:17, 90:6, 94:16, 94:22, 96:11, 96:14, 96:22, 97:9, 98:10, 98:16, 103:3, 107:10, 111:7, 111:18, 111:21, 112:4, 112:5, 112:11, 112:23, 113:5, 115:21, 115:22, 117:23, 117:25, 119:19, 119:23, 125:14, 125:24, 127:19, 128:15, 128:19, 129:8, 129:11, 129:13, 129:19, 129:21, 129:25, 130:8, 130:10, 131:22, 131:23, 131:25, 132:3, 132:6, 132:20, 132:24, 139:2, 139:19, 139:22, 143:16, 144:20, 146:1, 147:8, 148:1, 149:5, 150:5, 155:2, 155:4, 155:9, 155:18, 160:1, 160:19, 161:15, 163:15, 163:16, 169:8, 171:21, 172:10, 175:3, 179:13, 179:23, 179:25, 182:13, 182:25, 183:8, 183:17, 186:10, 186:11, 187:13, 188:14, 188:16, 188:17, 189:7, 189:16, 189:18, 193:12, 194:24, 196:3, 196:5, 196:9, 197:14, 198:5, 198:6, 199:5, 200:5, 204:13, 205:12, 207:22, 209:4, 209:9, 213:17, 214:21, 215:21, 218:5, 218:17, 218:21, 220:4, 221:24, 222:2, 222:5, 223:9, 223:14, 224:18, 225:9, 225:10, 225:13, 225:14

**inches** [1] - 205:1

**included** [1] - 64:6

**including** [3] - 7:21, 151:11, 184:22

**inconvenience** [1] - 27:23

**inconvenienced** [1] - 27:12

**incorrect** [1] - 195:20

**incorrectly** [1] - 155:25

**incredible** [1] - 79:4

**independent** [2] - 223:11, 227:11

**indication** [2] - 175:2, 175:5

**individual** [2] - 102:22, 114:12

**individuals** [1] - 184:22

**Industrial** [5] - 54:7, 219:24, 220:5, 220:24, 221:9

**industrial** [1] - 206:21

**information** [5] - 86:6, 141:25, 142:9, 186:18, 197:19

**informed** [1] - 225:23

**informing** [2] - 141:5, 171:9

**initial** [2] - 73:24, 228:25

**initially** [3] - 132:23, 169:21, 182:3

**inquire** [4] - 21:16, 21:21, 21:24, 25:16

**inspection** [1] - 224:1

**instance** [1] - 196:25

**instead** [1] - 65:14

**instruct** [1] - 57:8

**instructed** [3] - 57:7, 57:9, 134:15

**instruction** [1] - 71:25

**instructions** [1] - 136:3

**insulting** [7] - 78:8, 79:1, 79:3, 131:3, 131:4, 131:5, 208:20

**interchanged** [1] - 33:25

**interest** [2] - 62:7, 65:4

**interested** [3] - 127:19, 127:25, 128:1

**internet** [2] - 21:19, 22:6

**interpose** [4] - 15:2, 24:21, 30:5, 125:6

**interposed** [2] - 25:1

**interposing** [2] - 44:12, 131:17

**interrupt** [8] - 13:9, 14:7, 17:5, 26:20, 27:4, 70:21, 80:24, 164:2

**interrupted** [1] - 79:10

**interrupting** [6] - 27:6, 27:7, 27:13, 70:5, 70:20, 191:3

**interview** [6] - 106:13, 106:15, 106:19, 107:8, 107:11, 107:15

**intimidating** [1] - 78:25

**into** [27] - 25:7, 43:15, 55:14, 55:15, 61:22, 74:11, 103:21, 103:23, 104:10, 105:13, 106:9, 111:16, 129:18, 130:16, 131:1, 131:15, 138:2, 138:4, 138:11, 138:13, 156:6, 165:18, 165:19, 174:2, 174:5, 199:21, 200:10

**intricate** [1] - 126:12

**investigated** [1] - 74:17

**investigation** [5] - 74:25, 75:23, 77:3, 77:16, 111:3

**investigator** [1] - 97:18

**involved** [4] - 81:18, 82:11, 83:4, 94:22

**involving** [2] - 165:4, 165:12

**iPhone** [2] - 173:11, 180:22

**irrelevant** [12] - 25:3, 25:4, 26:23, 30:6, 69:5, 69:16, 69:24, 73:9, 73:19, 74:20, 75:1, 160:22

**is** [315] - 6:9, 6:11, 6:12, 6:21, 6:23, 7:1, 7:8, 7:17, 8:8, 8:15, 8:18, 8:23, 8:24, 9:7, 9:9, 9:19, 10:19, 11:3, 12:17, 14:20, 16:4, 17:9, 18:15, 18:18, 20:23, 23:7, 25:3, 25:4, 25:8, 25:15, 27:6, 27:7, 30:23, 32:6, 34:1, 35:4, 35:13, 35:20, 35:21, 35:22, 35:23, 36:2, 36:4, 36:12, 37:6, 37:9, 37:19, 38:2, 38:4, 38:11, 38:13, 39:6, 39:7, 39:11, 39:15, 39:16, 40:4, 40:5, 40:12, 41:1, 41:3, 41:6, 41:11, 41:13, 41:15, 41:18, 42:4, 42:9, 42:12, 43:11, 44:8, 44:13, 44:20, 45:5, 45:6, 45:8, 45:11, 45:12, 45:15, 45:16, 45:20, 45:21, 46:9, 46:15, 47:3, 47:4, 47:11, 47:13, 48:5, 48:8, 50:21, 50:22, 52:18, 54:6, 55:4, 56:10, 56:21, 58:23, 60:23, 63:13, 64:5, 65:2, 65:18, 68:4, 70:4, 70:7, 71:23, 72:3, 72:5, 72:6, 72:8, 72:13, 72:16, 72:18, 72:21, 73:15, 76:20, 78:2, 78:4, 78:5, 78:24, 79:12, 79:19, 79:21, 80:8, 80:11, 80:19, 80:20, 81:1, 81:6, 83:19, 83:23, 84:22, 85:6, 85:20, 89:3, 89:6, 89:9, 89:22, 91:4, 97:21, 100:21, 104:4, 104:5, 104:16, 104:20, 104:22, 104:23, 104:25, 105:2, 105:10, 105:17, 105:18, 105:19, 105:23, 105:24, 109:2, 109:21, 112:17, 114:10, 117:16, 124:25, 125:14, 131:5, 131:12, 134:25, 137:9, 137:19, 137:23, 138:9, 139:14, 139:15, 141:14, 141:24, 143:11, 143:20, 144:3, 144:4, 146:22, 148:19, 153:22, 153:24, 154:12, 163:23, 164:4, 165:18, 165:19, 168:6, 169:1, 169:15, 170:11, 171:3, 171:6, 171:9, 171:19, 172:13, 172:25, 173:2, 173:5, 175:23, 176:2, 176:5, 176:23, 179:2, 180:8, 180:10, 180:13, 181:2, 181:9, 181:21, 182:9, 184:11, 184:12, 184:16, 184:17, 184:19, 185:4, 185:5, 185:14, 185:22, 186:10, 187:7, 187:19, 187:25, 189:6, 189:23, 190:3, 191:2, 192:13, 193:3, 193:7, 193:11, 193:18, 194:5, 195:1, 196:4, 198:24, 199:14, 199:25, 200:5, 200:19, 201:9, 201:10, 202:18, 202:24, 204:2, 204:6, 204:14, 204:25, 206:6, 206:12, 206:21, 207:2, 207:5, 207:6, 208:2, 208:4, 208:5, 209:16, 210:16, 211:2, 211:8, 212:8, 213:5, 214:2, 214:7, 214:14, 214:16, 215:5, 215:18, 215:24, 216:2, 216:10, 217:3, 217:9, 217:19, 217:20, 217:21, 218:4, 218:21, 219:11, 219:24, 220:2, 220:4, 220:20, 221:1, 221:2, 221:9, 221:14, 222:19, 227:19, 230:1, 230:5

**isn't** [46] - 26:4, 43:18, 44:1, 44:5, 51:21, 53:12, 53:13, 53:18, 54:13, 62:6, 67:3, 68:14, 68:15, 68:23, 69:19, 73:24, 76:24, 77:1, 104:1, 104:22, 105:10, 106:1, 106:7, 107:24, 124:15, 145:8, 145:17, 147:7, 147:22, 148:1, 148:5, 155:8, 155:13, 155:17, 159:13, 159:24, 174:24, 179:25, 190:3, 196:9, 203:21, 204:3, 213:16, 214:9,

217:9, 220:22
**issue** [7] - 25:6, 72:17, 126:1, 127:11, 127:13, 199:6, 226:6
**issued** [1] - 51:24
**issues** [4] - 160:20, 160:21, 164:17, 224:12
**it** [558] - 6:8, 6:9, 6:14, 6:15, 6:17, 6:21, 6:23, 8:1, 8:3, 8:19, 8:20, 9:1, 9:3, 9:9, 9:17, 9:19, 10:4, 10:9, 13:13, 14:11, 23:13, 24:2, 24:7, 24:13, 25:4, 25:7, 25:9, 25:15, 27:1, 27:24, 29:6, 30:22, 30:23, 31:3, 31:8, 31:10, 31:12, 33:1, 33:3, 33:25, 34:16, 35:4, 35:24, 36:4, 36:16, 37:19, 37:21, 38:3, 38:10, 38:20, 40:4, 41:6, 42:22, 43:12, 43:15, 43:18, 43:21, 44:5, 44:10, 44:20, 45:8, 45:21, 47:11, 47:22, 48:15, 49:7, 49:8, 49:16, 49:22, 49:23, 49:24, 51:16, 51:21, 52:10, 52:13, 53:12, 53:13, 53:18, 54:13, 54:18, 55:9, 55:15, 55:17, 56:1, 57:11, 60:1, 60:5, 61:9, 62:6, 62:7, 62:19, 63:5, 63:6, 63:7, 63:13, 63:21, 63:22, 64:8, 64:13, 65:4, 65:19, 67:3, 68:8, 68:15, 68:23, 69:19, 70:14, 70:15, 70:22, 71:4, 72:10, 72:13, 72:21, 73:3, 73:14, 73:24, 74:11, 77:1, 79:24, 80:5, 80:8, 80:19, 80:21, 80:22, 81:6, 81:10, 82:4, 82:9, 83:16, 84:10, 84:17, 86:4, 86:5, 86:6, 86:12, 86:13, 86:15, 86:16, 86:25, 87:14, 87:17, 87:20, 87:21, 87:25, 88:7, 88:9, 88:10, 88:12, 88:13, 88:15, 88:18, 88:21, 89:3, 89:6, 89:8, 89:9, 89:10, 89:11, 89:12, 89:14, 90:2, 90:3, 90:5, 90:6, 90:8, 90:9, 90:17, 90:18, 90:19, 90:20, 90:21, 91:16, 91:19, 91:21, 92:1, 92:5, 92:6, 92:8, 92:11, 92:15, 92:18, 93:10, 93:16, 93:18, 93:25, 94:11, 94:13, 94:18, 95:3, 95:14, 96:8, 96:19, 99:2, 99:11, 99:22, 99:23, 100:9, 100:10, 100:13, 100:15, 100:17, 100:22, 100:23, 100:25, 101:1, 101:2, 101:7, 101:8, 101:9, 101:10, 101:12, 101:15, 101:16, 101:17, 101:18, 101:20, 101:23, 101:24, 101:25, 102:1, 104:1, 104:4, 104:6, 104:7, 104:9, 104:10, 104:12, 104:25, 105:5, 105:7, 105:10, 105:24, 106:1, 106:7, 107:2, 107:3, 107:10, 107:21, 107:24, 108:20, 109:19, 109:20, 110:12, 111:8, 112:20, 112:23, 112:25, 115:7, 115:11, 115:13, 116:25, 117:5, 117:11, 118:9, 118:10, 119:9, 119:11, 121:17, 121:25, 123:2, 124:15, 125:23, 126:3, 126:13, 126:18, 127:23, 128:9, 128:11, 128:18, 128:23, 128:25, 129:1, 129:3, 129:5, 129:9, 129:24, 129:25, 130:1, 130:8, 130:10, 132:14, 132:25, 133:5, 134:14, 134:19, 135:3, 138:5, 138:14, 138:15, 138:17, 138:21, 138:22, 139:19, 140:10, 140:12, 140:14, 140:17, 140:18, 140:21, 141:6, 141:22, 142:12, 142:20, 142:25, 143:1, 143:2, 143:20, 144:4, 145:8, 145:17, 147:2, 147:7, 147:8, 147:22, 148:1, 148:5, 148:15, 151:24, 152:1, 152:6, 152:8, 152:10, 152:12, 152:24, 153:4, 153:12, 155:8, 155:11, 155:13, 155:17, 156:6, 156:10, 158:4, 158:6, 159:13, 159:21, 159:24, 161:7, 161:8, 161:9, 161:17, 161:18, 161:19, 162:14, 162:15, 162:16, 163:2, 163:24, 165:11, 168:11, 168:19, 169:25, 170:5, 170:6, 170:11, 170:13, 170:15, 170:20, 172:22, 172:24, 173:11, 173:22, 173:24, 174:4, 174:8, 174:18, 175:9, 176:18, 176:23, 177:20, 177:22, 178:4, 178:10, 178:12, 178:24, 179:7, 179:11, 179:13, 179:21, 179:24, 180:1, 180:2, 180:15, 181:7, 181:15, 181:19, 182:21, 183:9, 183:17, 183:20, 184:9, 184:12, 184:15, 185:13, 185:21, 185:24, 186:14, 186:20, 187:3, 187:16, 188:2, 188:7, 188:10, 188:13, 188:15, 188:23, 189:6, 189:12, 189:16, 190:3, 191:13, 191:21, 191:22, 192:17, 192:18, 194:14, 194:21, 194:24, 195:2, 195:25, 196:9, 197:1, 198:24, 200:5, 200:10, 200:11, 201:5, 201:15, 201:21, 201:24, 202:6, 202:18, 202:24, 203:3, 204:2, 204:3, 204:5, 204:18, 205:12, 205:21, 206:2, 206:4, 206:19, 207:4, 207:12, 207:22, 208:4, 208:5, 208:16, 208:25, 209:3, 209:15, 209:21, 209:22, 210:15, 210:18, 210:20, 210:22, 210:24, 211:12, 211:14, 211:20, 212:3, 212:5, 212:12, 213:13, 213:16, 213:17, 213:24, 214:7, 214:9, 214:23, 215:5, 216:24, 217:3, 217:6, 217:9, 217:17, 217:23, 218:4, 218:5, 218:7, 218:9, 218:10, 218:24, 218:25, 219:2, 219:3, 219:5, 219:9, 219:16, 220:9, 220:15, 220:22, 221:19, 221:20, 222:11, 222:19, 223:6, 223:8, 223:19, 225:3, 227:6, 227:14, 227:18, 228:1, 228:9, 228:21, 228:23, 228:24, 229:25
**it'll** [4] - 6:7, 60:3, 88:7, 137:9
**it's** [85] - 6:21, 7:10, 9:5, 13:15, 14:8, 17:5, 17:8, 22:12, 24:24, 30:6, 35:7, 37:23, 38:9, 38:11, 38:23, 39:20, 41:18, 42:3, 42:11, 42:12, 49:17, 49:24, 59:10, 61:25, 62:3, 63:14, 66:24, 70:19, 70:21, 70:24, 71:25, 83:17, 85:23, 104:22, 110:12, 116:25, 120:11, 125:12, 125:17, 132:21, 140:10, 140:20, 142:13, 149:2, 155:25, 158:6, 161:24, 164:25, 169:19, 172:13, 173:16, 174:5, 177:2, 177:23, 178:5, 178:7, 181:8, 181:10, 185:1, 189:9, 189:10, 190:8, 193:5, 195:20, 199:15, 200:18, 201:24, 206:10, 208:6, 210:15, 210:16, 213:7, 213:18, 218:6, 218:14, 218:16, 218:24, 219:1, 219:6, 220:25, 221:17, 222:20, 225:1
**its** [3] - 100:3, 128:16, 217:22
**itself** [6] - 181:10, 196:7, 196:12, 196:20, 197:3, 197:11

## J

**Jackson** [2] - 72:21, 134:20
**JACKSON** [509] - 10:23, 11:12, 13:9, 13:13, 13:15, 13:17, 13:18, 13:24, 14:7, 14:11, 14:14, 14:17, 14:22, 15:4, 15:9, 15:13, 15:17, 15:21, 16:1, 16:11, 16:15, 16:21, 16:25, 17:5, 17:8, 17:11, 17:14, 17:21, 18:1, 18:9, 18:14, 18:17, 18:24, 19:4, 19:9, 19:14, 19:20, 19:25, 20:5, 20:11, 20:21, 21:1, 21:4, 21:15, 21:20, 21:23, 22:4, 22:11, 22:19, 22:21, 22:25, 23:6, 23:10, 23:15, 23:21, 24:1, 24:5, 24:12, 24:19, 24:23, 25:4, 25:7, 25:11, 25:14, 25:22, 26:1, 26:12, 26:17, 27:3, 27:6, 27:17, 27:21, 28:1, 28:7, 28:12, 28:23, 29:2, 29:7, 29:14, 29:19, 29:24, 30:7, 30:11, 31:22, 32:17, 35:15, 35:18,

36:8, 36:10, 36:13, 36:21, 37:2, 37:4, 37:8, 37:12, 37:18, 38:17, 39:1, 39:4, 39:10, 39:14, 39:22, 40:8, 40:18, 40:24, 41:9, 41:20, 42:2, 42:13, 42:19, 42:23, 42:24, 43:2, 43:8, 43:24, 44:5, 44:8, 44:14, 44:16, 44:19, 45:2, 46:3, 46:6, 46:7, 46:14, 46:19, 47:8, 47:12, 47:19, 47:22, 47:25, 48:2, 48:7, 48:12, 48:15, 48:18, 49:12, 49:21, 50:5, 50:8, 52:2, 52:19, 57:9, 57:12, 57:21, 58:8, 58:13, 59:4, 59:8, 60:22, 62:2, 62:5, 62:10, 62:13, 63:2, 63:8, 63:10, 64:18, 65:9, 66:10, 66:16, 66:20, 67:21, 67:25, 68:3, 69:3, 69:6, 69:14, 69:18, 69:25, 70:6, 70:9, 70:23, 71:3, 71:7, 71:8, 71:15, 71:20, 71:23, 72:3, 72:6, 72:10, 72:14, 72:25, 73:6, 73:11, 73:17, 73:23, 74:3, 74:7, 74:22, 75:2, 75:12, 75:20, 76:1, 76:6, 76:12, 76:18, 77:18, 77:20, 78:1, 78:5, 78:7, 78:14, 78:17, 78:20, 78:24, 79:3, 79:8, 79:11, 79:14, 79:19, 79:23, 80:1, 80:4, 80:8, 80:11, 80:19, 80:24, 81:3, 81:6, 81:17, 81:22, 82:15, 85:4, 87:24, 89:2, 91:17, 92:7, 93:4, 93:15, 95:6, 95:7, 95:9, 95:18, 97:1, 97:6, 98:15, 106:6, 106:12, 108:5, 108:11, 108:18, 108:22, 109:1, 109:5, 109:9, 109:10, 109:13, 109:16, 109:19, 109:24, 110:8, 110:19, 110:21, 110:24, 110:25, 113:18, 118:5, 122:6, 122:14, 122:18, 122:20, 122:24, 123:1, 123:6, 123:12, 124:21, 125:9, 126:3, 126:8, 126:15, 126:18, 126:20, 127:18, 127:22, 128:8, 128:13, 128:24, 129:2, 130:24, 131:8, 131:17, 131:20, 132:5, 132:13, 133:4, 133:10, 133:21, 134:14, 134:19, 134:22, 134:24, 135:3, 135:4, 135:21, 136:1, 136:22, 136:25, 137:4, 137:9, 137:18, 137:21, 138:4, 138:6, 138:13, 138:20, 139:9, 139:15, 139:18, 139:25, 140:3, 140:5, 141:11, 141:15, 141:17, 141:22, 142:1, 142:7, 142:10, 142:17, 142:20, 142:23, 143:1, 143:4, 143:5, 144:8, 144:9, 144:23, 145:7, 145:16, 145:22, 146:1, 146:4, 146:12, 146:23, 147:1, 147:4, 147:21, 148:10, 148:17, 148:20, 148:23, 148:25, 149:1, 149:11, 150:8, 150:20, 151:1, 151:13, 152:5, 155:23, 156:16, 156:19, 156:21, 157:13, 157:16, 158:17, 159:9, 160:9, 160:23, 161:4, 161:6, 161:10, 164:3, 164:12, 166:2, 166:5, 166:11, 166:16, 167:14, 168:10, 168:16, 169:6, 169:9, 170:23, 171:2, 171:15, 171:17, 171:24, 172:17, 173:16, 173:19, 175:9, 175:12, 175:15, 176:3, 176:9, 177:4, 177:9, 177:12, 177:14, 177:23, 178:4, 178:7, 178:11, 178:19, 178:23, 180:6, 181:23, 181:25, 182:24, 183:3, 184:6, 184:8, 184:13, 185:2, 185:3, 187:7, 187:9, 187:11, 187:12, 190:1, 190:14, 190:23, 191:1, 191:6, 191:18, 191:24, 192:8, 192:12, 192:21, 192:23, 193:2, 193:17, 193:19, 193:23, 193:24, 194:20, 195:7, 195:9, 195:22, 196:8, 196:13, 196:16, 196:21, 197:4, 197:13, 197:22, 199:11, 199:14, 199:18, 199:20, 199:24, 200:16, 201:5, 201:8, 201:18, 204:24, 206:1, 208:1, 208:11, 208:16, 208:18, 210:9, 210:14, 210:20, 210:24, 211:1, 211:4, 211:25, 212:23, 214:4, 215:3, 218:2, 218:9, 218:14, 218:18, 218:23, 219:2, 219:5, 219:7, 219:9, 219:11, 219:14, 220:14, 220:16, 221:6, 221:14, 221:16, 223:25, 224:10, 224:14, 224:22, 225:17, 226:16, 226:19, 226:21, 226:24, 227:6, 227:10, 227:14, 227:18, 227:21, 228:2, 228:6, 228:9, 228:12, 228:16, 228:20, 228:22, 228:25, 229:4, 229:8, 229:11, 229:14, 229:17, 229:22, 229:25

**January** [41] - 55:12, 56:8, 56:23, 60:17, 68:19, 69:10, 69:19, 71:9, 76:23, 82:4, 82:10, 91:24, 92:3, 92:11, 98:10, 99:21, 106:7, 108:3, 108:14, 112:20, 120:25, 121:5, 121:10, 128:20, 150:11, 158:9, 158:21, 158:24, 162:12, 171:7, 171:10, 171:19, 173:2, 175:3, 198:6, 198:7, 215:15, 217:1, 217:7, 217:21

**jargon** [1] - 164:16

**Jarl** [9] - 50:2, 50:24, 51:12, 97:7, 97:8, 98:13, 99:17, 160:11, 216:4

**Jarle** [4] - 99:9, 100:4, 100:9, 168:22

**Jessie** [1] - 12:13

**Jim** [1] - 216:10

**jive** [1] - 164:16

**job** [1] - 6:14

**Johansen** [16] - 50:2, 50:6, 50:24, 58:14, 97:7, 98:4, 98:14, 98:17, 99:17, 102:5, 102:6, 160:11, 165:2, 166:23, 167:17, 216:4

**John** [7] - 65:22, 113:13, 113:19, 115:17, 115:22, 159:16, 170:16

**Johnson** [9] - 113:14, 113:15, 115:17, 115:23, 169:12, 169:16, 169:17, 169:21

**join** [3] - 62:16, 64:4, 171:14

**joined** [1] - 67:3

**joining** [3] - 62:8, 65:5, 67:12

**joint** [2] - 142:2, 207:20

**Joseph** [3] - 50:12, 64:20, 64:21

**Journal** [2] - 106:14, 106:16

**JPG** [1] - 188:7

**JPGs** [1] - 186:19

**judge** [9] - 9:17, 17:12, 24:20, 25:5, 70:11, 79:24, 141:23, 208:22, 228:1

**judicial** [1] - 225:25

**July** [15] - 10:7, 12:14, 12:15, 22:5, 22:13, 25:19, 97:25, 102:7, 134:1, 141:1, 141:5, 141:8, 184:3, 226:14, 227:9

**jump** [1] - 134:16

**June** [17] - 97:15, 133:15, 133:17, 136:9, 136:17, 141:2, 141:8, 142:13, 143:7, 143:11, 158:10, 158:21, 158:24, 162:12, 222:24, 223:1

**jury** [1] - 9:17

**just** [107] - 6:15, 7:7, 9:1, 11:9, 17:11, 25:12, 27:9, 31:12, 31:24, 32:20, 35:24, 36:6, 36:19, 37:24, 38:15, 41:21, 42:3, 43:5, 45:10, 46:1, 46:12, 47:10, 47:23, 49:16, 49:22, 59:5, 63:7, 63:15, 67:1, 70:22, 71:3, 71:18, 75:11, 79:4, 83:1, 83:20, 83:23, 85:8, 87:19, 88:8, 88:23, 89:8, 90:18, 90:19, 91:7, 91:15, 92:18, 95:19, 100:25, 101:2, 101:7, 101:21, 104:9, 105:7, 110:14, 115:17, 115:20, 115:24, 117:16, 118:6, 119:21, 123:3, 125:13, 126:2, 133:12, 133:24, 136:16, 137:6, 144:1, 144:4, 156:22, 157:14, 162:14, 164:1, 164:3, 164:4, 168:19, 170:12, 172:3, 173:11, 178:6, 178:9, 179:15, 192:15, 192:16, 193:12, 193:21, 195:4, 199:12, 201:7, 203:7, 204:17, 208:17, 208:22, 210:12, 210:13,

210:17, 215:12, 218:10, 219:3, 220:15, 225:4, 225:22, 226:11

**K**

**K** [1] - 47:1
**Kasmaei** [1] - 161:12
**Kason** [1] - 184:25
**KB** [1] - 183:20
**keep** [12] - 17:11, 56:24, 80:7, 81:10, 109:17, 109:18, 131:3, 160:7, 170:19, 205:17, 208:2, 208:14
**kept** [2] - 101:21, 142:20
**Kernen** [154] - 34:17, 34:22, 35:4, 35:7, 35:21, 35:22, 35:23, 36:4, 38:22, 39:6, 39:21, 39:23, 40:14, 40:16, 41:13, 43:18, 43:19, 43:22, 44:1, 44:21, 44:23, 45:6, 48:4, 48:21, 49:4, 51:6, 51:14, 51:24, 52:16, 52:24, 53:5, 53:7, 53:14, 53:21, 54:4, 54:14, 54:22, 55:16, 61:4, 62:8, 62:23, 63:18, 63:25, 65:5, 65:25, 67:12, 68:21, 69:11, 69:22, 73:1, 73:20, 74:12, 74:13, 74:17, 76:8, 77:8, 77:10, 77:11, 77:12, 77:15, 81:19, 82:24, 83:10, 83:15, 84:7, 84:25, 85:11, 85:18, 86:25, 88:2, 88:25, 92:17, 94:9, 95:5, 96:11, 96:14, 96:22, 97:9, 98:8, 101:7, 101:14, 103:3, 103:20, 103:22, 104:11, 105:20, 106:14, 111:16, 113:1, 117:2, 118:1, 121:7, 121:10, 124:13, 126:25, 127:4, 127:12, 143:9, 145:11, 146:7, 148:4, 149:6, 149:16, 149:25, 150:5, 151:10, 151:16, 151:20, 153:5, 154:15, 156:6, 163:8, 163:12, 163:13, 164:14, 164:20, 165:5, 165:13, 165:17, 167:18, 167:21, 168:1, 171:21, 172:1, 173:25, 183:17, 183:24, 184:2, 184:22, 185:16, 194:24, 194:25, 195:1, 195:2, 195:11, 195:16, 203:4, 203:22, 203:25, 204:2, 204:6, 204:10, 204:18, 205:11, 207:2, 207:7, 209:10, 209:16, 209:18, 211:15, 212:12, 220:6, 224:11, 224:18
**Kernen's** [15] - 71:11, 124:17, 128:16, 150:13, 194:17, 197:19, 198:2, 198:20, 199:5, 209:23, 212:16, 213:16, 213:18, 213:22, 217:14
**keys** [1] - 99:15
**kind** [8] - 38:10, 38:18, 45:21, 61:21, 114:4, 182:24, 208:9, 208:23
**knew** [5] - 22:9, 22:23, 64:17, 147:23, 223:18
**knocked** [2] - 55:17, 191:23
**know** [176] - 11:9, 11:10, 11:24, 23:25, 29:6, 30:21, 36:3, 36:17, 37:9, 39:20, 40:4, 41:4, 41:17, 41:22, 42:5, 43:12, 47:15, 49:18, 49:19, 49:23, 50:18, 50:20, 54:5, 55:22, 57:6, 59:2, 64:5, 64:12, 64:22, 64:24, 65:21, 66:5, 68:20, 70:19, 74:9, 75:5, 75:11, 76:15, 82:20, 82:25, 83:3, 83:18, 84:3, 84:9, 84:10, 84:12, 84:15, 84:17, 84:21, 85:7, 85:8, 85:23, 86:4, 86:9, 86:16, 87:2, 88:7, 88:8, 89:8, 89:21, 89:22, 90:10, 92:18, 94:25, 95:25, 97:22, 101:15, 101:17, 102:23, 103:1, 107:6, 110:6, 113:5, 114:9, 114:12, 115:25, 118:19, 118:21, 119:8, 119:25, 120:8, 124:9, 126:2, 126:11, 131:2, 132:15, 133:11, 135:17, 137:23, 139:6, 139:8, 142:12, 142:14, 144:1, 147:15, 148:13, 152:12, 153:21, 156:16, 159:11, 159:12, 159:18, 160:6, 160:17, 161:19, 163:6, 164:15, 164:25, 165:7, 165:8, 165:9, 167:7, 167:24, 172:5, 172:10, 172:24, 174:1, 174:3, 174:10, 176:12, 176:16, 176:18, 176:20, 178:15, 178:20, 178:21, 179:6, 181:2, 185:6, 185:13, 188:4, 188:6, 188:13, 188:15, 188:17, 188:19, 188:22, 189:2, 189:6, 189:7, 189:10, 189:11, 189:12, 189:15, 189:17, 189:22, 190:8, 191:8, 191:9, 191:20, 192:4, 192:5, 192:6, 192:10, 200:11, 200:23, 202:10, 202:13, 202:15, 203:8, 203:15, 206:22, 206:24, 206:25, 208:3, 213:13, 218:24, 220:14
**knowledge** [1] - 156:1
**known** [3] - 33:20, 154:21, 172:1
**KOA** [1] - 18:23

**L**

**lab** [6] - 162:9, 162:15, 182:6, 182:10, 182:20
**label** [1] - 210:18
**labeled** [7] - 46:16, 169:2, 204:25, 206:6, 214:14, 215:5, 219:15
**labor** [2] - 54:3, 54:6
**Labor** [1] - 54:7
**laboratory** [6] - 156:12, 157:2, 157:18, 158:13, 158:23
**lack** [1] - 78:9
**Lake** [16] - 19:13, 28:14, 28:15, 28:18, 29:3, 29:8, 29:15, 30:2, 30:9, 30:18, 31:5, 33:24, 38:2, 39:19, 65:23, 217:10
**landed** [1] - 48:25
**Lang** [27] - 59:14, 59:15, 59:16, 59:17, 60:15, 60:20, 93:22, 123:14, 123:21, 124:2, 124:12, 152:23, 153:16, 153:22, 154:5, 154:7, 154:10, 154:14, 154:18, 180:19, 186:5, 187:14, 200:1, 201:25, 202:1, 202:21
**last** [16] - 11:14, 81:13, 81:16, 84:4, 85:24, 88:14, 91:1, 91:11, 91:22, 91:23, 182:9, 183:6, 216:7, 216:19, 221:2, 229:20
**late** [1] - 15:2
**later** [10] - 9:16, 28:20, 79:24, 185:20, 190:15, 205:21, 210:3, 215:13, 222:25, 228:10
**laugh** [1] - 126:15
**laughing** [1] - 126:16
**law** [2] - 170:7, 170:12
**lawsuit** [33] - 55:23, 60:6, 81:19, 82:12, 82:20, 83:9, 83:14, 83:24, 84:7, 84:25, 85:10, 86:25, 89:4, 94:4, 94:9, 94:17, 94:22, 101:13, 106:15, 107:4, 107:6, 164:14, 164:17, 164:18, 164:19, 164:20, 164:24, 165:4, 165:8, 165:12, 166:8, 166:10
**lawyer** [1] - 133:17
**lead** [1] - 44:9
**leading** [1] - 44:11
**least** [8] - 35:25, 36:17, 37:14, 70:1, 80:19, 107:24, 166:19, 219:19
**leave** [4] - 11:5, 11:16, 90:19, 131:2
**leaving** [1] - 78:20
**lecture** [1] - 192:20
**left** [11] - 6:12, 11:18, 12:4, 12:15, 13:21, 16:6, 90:18, 105:6, 105:22, 131:22, 222:8
**left-hand** [1] - 105:6
**legal** [5] - 86:11, 89:9, 133:16, 140:12, 164:15
**less** [11] - 93:25, 94:2, 117:6, 117:8, 117:10, 117:13, 151:12, 151:17, 152:10, 181:10, 205:20
**let** [23] - 6:5, 6:7, 29:5, 34:25, 44:3, 53:13, 69:9, 72:18, 94:12, 117:18, 127:11, 138:5, 147:22, 156:19, 163:25, 176:3, 210:9, 216:25, 217:11, 221:2, 222:19, 225:17, 229:7
**Let's** [2] - 200:14, 217:25
**let's** [51] - 17:11, 28:2, 32:20, 49:16, 56:20, 62:2, 71:3, 71:7, 76:19, 78:14, 79:14, 80:7, 81:15, 91:24, 92:18, 97:7, 99:24, 104:14, 107:17, 113:7, 126:13, 136:13, 142:1, 142:3, 143:2, 148:23, 158:9, 166:17, 173:20, 175:6, 177:9, 177:24, 180:13, 181:19, 189:23, 195:13, 199:18, 199:21, 201:2, 204:21, 205:20, 205:24, 208:10,

210:6, 210:7, 211:2, 211:23, 221:1
**letter** [19] - 54:10, 82:23, 82:25, 83:6, 161:21, 198:11, 219:18, 219:21, 219:22, 220:22, 220:23, 221:7, 221:9, 226:5, 226:6, 226:8, 228:18, 228:20, 229:19
**letters** [1] - 189:5
**level** [1] - 68:24
**life** [1] - 159:22
**light** [18] - 48:4, 49:3, 51:17, 52:10, 52:25, 53:8, 53:9, 62:19, 63:22, 63:25, 67:13, 68:13, 68:18, 76:17, 76:22, 153:13, 160:1, 160:20
**lights** [6] - 48:24, 128:2, 145:12, 146:8, 146:20, 153:11
**like** [54] - 7:5, 10:6, 11:13, 31:25, 32:1, 32:4, 32:5, 35:7, 35:17, 38:21, 49:15, 52:22, 71:18, 80:17, 80:25, 83:1, 87:4, 94:19, 99:25, 100:3, 101:23, 104:18, 116:19, 121:25, 126:19, 127:23, 137:23, 140:10, 140:20, 145:13, 146:9, 146:20, 149:13, 164:1, 164:3, 164:25, 169:25, 178:5, 179:21, 181:15, 185:21, 188:14, 190:10, 201:13, 201:15, 201:19, 202:18, 203:16, 204:18, 207:4, 210:12, 225:1, 226:13, 229:12
**likely** [2] - 116:25, 147:10
**limited** [2] - 64:14, 184:22
**limiting** [1] - 68:17
**Linda** [2] - 50:12, 216:6
**Linda's** [1] - 216:7
**line** [13] - 25:2, 46:9, 47:3, 47:6, 47:7, 47:9, 47:10, 47:13, 122:25, 141:16, 183:17, 188:3
**lined** [1] - 47:4
**lines** [5] - 45:23, 46:13, 46:15, 46:17, 46:21
**list** [3] - 162:21, 215:22, 216:20
**listed** [9] - 42:7, 73:22, 105:5, 130:8, 179:25, 187:15, 187:19, 211:12, 221:10
**listen** [6] - 6:9, 7:10, 88:6, 96:17, 114:13, 175:1
**lists** [2] - 194:15, 194:22
**litigation** [4] - 85:18, 88:25, 205:18, 222:17
**little** [16] - 30:22, 35:10, 40:19, 45:18, 70:6, 81:8, 81:15, 100:14, 101:6, 101:22, 104:23, 132:10, 177:2, 193:20, 203:18, 213:14
**live** [7] - 10:21, 10:24, 33:12, 34:5, 132:3, 132:6, 132:19
**lived** [11] - 34:6, 37:13, 39:11, 40:3, 85:8, 98:19, 103:2, 130:13, 166:23, 167:24
**lives** [2] - 27:25, 51:1
**living** [2] - 127:14, 131:25
**local** [2] - 81:11, 210:11
**located** [1] - 222:3
**Locks** [6] - 18:13, 18:23, 28:3, 28:8, 28:13
**lodged** [1] - 77:1
**logical** [2] - 83:16, 89:16
**long** [23] - 15:5, 19:17, 28:17, 33:17, 33:20, 34:8, 52:9, 52:12, 59:25, 63:15, 80:18, 80:25, 87:9, 98:3, 100:9, 125:14, 128:3, 128:18, 154:21, 161:8, 178:5, 178:8, 181:10
**longer** [2] - 23:13, 53:7
**look** [27] - 18:2, 99:9, 113:17, 122:15, 122:16, 122:19, 122:23, 170:15, 176:4, 177:4, 177:9, 177:15, 177:22, 180:7, 181:3, 181:19, 183:6, 186:13, 206:9, 207:12, 211:2, 213:12, 220:18, 223:16, 223:20, 223:24
**looked** [3] - 60:13, 74:11, 193:19
**looking** [18] - 30:12, 30:13, 43:17, 75:18, 78:22, 142:2, 177:1, 177:6, 177:8, 178:2, 178:4, 189:7, 193:16, 201:15, 204:13, 210:14, 212:2, 226:11
**looks** [15] - 38:20, 169:25, 176:8, 179:21, 181:15, 185:21, 188:14, 190:10, 201:13, 201:15, 201:19, 202:18, 204:18, 207:4, 229:12
**loops** [1] - 38:10
**loss** [1] - 25:16
**lost** [2] - 173:18, 193:20
**Lost** [4] - 106:19, 106:25, 107:9, 107:15
**lot** [11] - 6:8, 23:13, 32:4, 60:3, 129:9, 134:20, 145:4, 160:6, 192:18, 204:19
**lots** [1] - 207:1
**Luckens** [1] - 216:13
**lunch** [7] - 80:6, 80:8, 80:12, 80:13, 80:14, 80:18, 81:9
**Lynne** [12] - 13:7, 14:5, 81:7, 169:18, 173:22, 179:7, 180:15, 181:4, 194:14, 201:25, 202:25, 205:4
**LynneOwens1959@gmail.com** [3] - 172:25, 213:10, 217:3


## M


**ma'am** [20] - 8:9, 39:12, 90:13, 105:3, 133:11, 150:9, 180:10, 189:13, 189:23, 190:17, 191:7, 191:19, 193:25, 208:16, 208:22, 211:2, 211:5, 215:4, 221:18
**Mad** [1] - 165:19
**Madam** [1] - 108:5
**madam** [1] - 169:7
**made** [37] - 26:24, 37:5, 46:14, 53:12, 53:18, 53:20, 54:16, 54:20, 55:3, 56:7, 68:21, 72:12, 73:7, 73:12, 75:14, 75:22, 76:19, 76:20, 76:22, 77:11, 77:12, 82:20, 85:20, 89:25, 100:2, 101:2, 109:13, 111:10, 139:20, 189:16, 195:25, 196:17, 198:16, 220:5, 227:23
**Madrone** [9] - 55:3, 113:14, 113:19, 115:15, 115:22, 159:4, 159:14, 215:19, 216:22
**mailboxes** [1] - 34:1
**make** [53] - 6:8, 6:16, 6:21, 7:1, 7:4, 7:8, 9:8, 9:13, 31:2, 38:17, 41:21, 42:3, 44:13, 44:17, 47:23, 55:8, 59:5, 63:5, 66:25, 72:1, 72:17, 72:22, 76:7, 87:19, 89:22, 90:15, 95:19, 100:17, 110:14, 115:20, 126:13, 132:10, 134:1, 134:4, 134:6, 135:16, 138:5, 138:21, 156:14, 156:19, 162:15, 164:4, 172:3, 178:2, 193:21, 201:7, 201:14, 218:25, 226:14, 226:16, 226:23, 228:3
**makes** [5] - 6:14, 6:15, 37:16, 109:21, 170:15
**making** [9] - 9:15, 17:11, 27:24, 44:6, 51:22, 109:18, 141:18, 175:25, 182:5
**man** [1] - 59:13
**many** [72] - 16:18, 17:17, 19:5, 29:22, 31:6, 56:7, 56:9, 56:10, 56:15, 56:22, 57:14, 59:20, 60:14, 60:19, 61:6, 63:14, 73:13, 76:7, 83:17, 87:10, 91:6, 91:12, 92:21, 103:10, 106:3, 108:2, 108:13, 110:6, 110:9, 110:10, 110:12, 110:13, 117:1, 118:2, 118:7, 118:12, 118:14, 120:8, 120:12, 120:15, 120:17, 120:20, 143:7, 143:13, 143:24, 144:4, 151:9, 151:14, 151:18, 152:17, 153:15, 153:18, 154:4, 162:2, 163:7, 163:10, 163:13, 164:7, 165:3, 165:11, 166:7, 166:17, 166:25, 167:2, 167:3, 167:8, 167:23, 171:19, 174:14, 176:14, 199:1, 199:2
**map** [1] - 35:10
**March** [1] - 186:15
**Maria** [1] - 216:17
**mark** [11] - 35:19, 35:23, 35:25, 36:1, 36:21, 37:23, 38:5, 41:2, 138:13, 138:14
**marked** [31] - 36:18, 38:22, 46:11, 169:5, 171:1, 172:16, 175:14, 181:20, 183:2, 189:25, 193:1, 199:22, 200:15, 201:3, 201:17, 204:22, 205:25, 210:15, 210:21, 210:23, 211:3, 211:24, 212:22, 214:3, 215:2, 218:6, 219:8, 219:9, 220:13, 221:5, 221:15
**market** [2] - 129:25, 130:1

**marking** [3] - 38:2, 38:4, 210:19
**marks** [1] - 36:16
**marvelous** [1] - 102:11
**massive** [1] - 217:14
**material** [2] - 9:15, 9:16
**matt** [1] - 59:16
**Matt** [19] - 59:17, 60:20, 93:22, 123:14, 123:21, 124:2, 124:12, 152:23, 152:24, 153:16, 153:22, 163:1, 180:19, 181:14, 200:1, 202:1, 202:21, 225:2, 225:3
**matter** [12] - 9:6, 13:13, 90:17, 126:22, 163:9, 167:1, 167:18, 167:21, 213:18, 223:2, 225:9, 227:14
**matters** [1] - 138:18
**Matthew** [2] - 59:13, 59:15
**Maverick** [1] - 32:16
**May** [1] - 196:2
**may** [4] - 8:18, 9:12, 17:12, 137:23
**maybe** [53] - 20:16, 30:1, 32:20, 35:7, 38:9, 38:10, 39:19, 41:17, 41:18, 42:9, 42:12, 47:6, 53:4, 57:17, 58:18, 60:13, 63:7, 75:10, 80:5, 81:12, 81:14, 84:17, 91:16, 94:25, 97:13, 99:6, 100:4, 103:13, 103:21, 111:8, 113:21, 113:22, 121:17, 135:15, 140:12, 142:5, 143:15, 144:1, 145:24, 152:18, 152:23, 152:24, 154:8, 154:20, 158:3, 172:10, 179:24, 180:1, 186:11, 203:7, 203:13, 209:3
**McGuire** [1] - 185:11
**McGuire's** [1] - 185:5
**McKinleyville** [3] - 33:24, 34:1, 103:3
**me** [131] - 6:5, 6:7, 6:16, 7:15, 9:1, 10:4, 11:11, 14:6, 17:6, 18:2, 20:16, 23:13, 26:14, 27:11, 28:2, 30:12, 30:23, 33:9, 34:6, 35:1, 35:6, 39:5, 41:6, 41:7, 41:8, 42:4, 42:15, 43:4, 43:15, 48:22, 49:20, 49:25, 51:2, 53:13, 58:7, 60:2, 64:2, 65:12, 66:3, 66:23, 66:25, 67:7, 70:4, 70:7, 70:13, 70:16, 72:3, 74:5, 75:11, 78:15, 78:19, 78:23, 79:10, 80:24, 82:6, 84:20, 84:22, 85:6, 85:20, 87:18, 88:1, 89:12, 94:13, 97:12, 100:14, 101:11, 104:15, 105:4, 105:14, 106:18, 108:6, 109:20, 109:21, 109:22, 111:23, 112:1, 112:7, 117:18, 119:15, 127:10, 127:11, 129:10, 131:3, 131:9, 131:21, 131:24, 132:17, 133:3, 134:14, 134:25, 136:3, 138:5, 141:5, 143:7, 147:22, 151:22, 154:12, 155:6, 156:19, 157:7, 160:7, 163:20, 167:9, 169:6, 169:8, 169:17, 176:3, 178:13, 180:5, 182:10, 188:6, 189:13, 192:7, 192:16, 195:25, 201:4, 205:22, 210:9, 216:25, 217:11, 218:8, 220:11, 220:15, 221:2, 222:19, 222:22, 228:21, 228:24, 229:6, 229:7
**mean** [24] - 7:6, 7:7, 8:19, 11:14, 31:23, 36:23, 49:14, 71:17, 75:8, 83:22, 84:1, 100:20, 135:7, 140:7, 148:13, 156:15, 157:11, 159:8, 164:2, 172:24, 174:14, 174:24, 201:4, 223:24
**meaning** [4] - 7:17, 21:10, 52:18, 156:14
**means** [3] - 75:16, 112:5, 210:7
**Medford** [1] - 11:23
**mediation** [1] - 229:17
**medical** [1] - 13:6
**meet** [13] - 11:22, 27:24, 50:1, 56:10, 58:6, 103:5, 152:14, 167:20, 227:1, 227:2, 227:25, 228:12, 228:14
**meeting** [13] - 37:21, 58:2, 65:22, 121:1, 121:6, 151:2, 151:5, 168:2, 168:18, 168:19, 171:10, 228:16, 230:1
**meetings** [11] - 64:2, 64:6, 126:25, 127:2, 127:4, 151:6, 152:19, 153:2, 154:16, 159:5, 198:21
**member** [3] - 65:2, 103:2, 159:15
**members** [14] - 49:25, 53:4, 58:2, 64:17, 67:5, 99:6, 102:2, 102:3, 113:13, 115:19, 159:24, 160:18, 160:25, 168:17
**Memorial** [1] - 154:23
**memory** [2] - 89:20, 148:14
**mentioned** [3] - 80:21, 82:24, 107:2
**merely** [1] - 36:14
**mess** [3] - 77:13, 111:6, 120:7
**Mess** [1] - 211:15
**message** [3] - 173:10, 175:24, 184:18
**messing** [1] - 87:1
**met** [14] - 56:9, 56:13, 59:13, 59:17, 59:18, 65:22, 112:3, 112:9, 112:11, 154:7, 154:14, 154:18, 172:6
**Meyers** [1] - 32:5
**mid** [1] - 6:20
**middle** [4] - 14:8, 17:8, 30:25, 70:24
**might** [13] - 36:17, 83:20, 93:23, 106:22, 106:23, 115:13, 148:15, 160:5, 160:6, 172:4, 191:22, 216:12, 218:13
**Miller** [1] - 216:6
**million** [7] - 56:19, 57:1, 61:8, 66:24, 67:1, 109:21, 196:3
**mind** [3] - 38:12, 81:10, 142:8
**minds** [1] - 37:21
**minutes** [5] - 81:16, 185:20, 193:11, 193:14, 193:17
**mischaracterizing** [1] - 150:25
**misleading** [1] - 85:2
**Miss** [1] - 9:19
**missing** [1] - 218:4
**misspoke** [1] - 106:18
**misstated** [1] - 89:22
**misstates** [20] - 20:24, 22:18, 26:10, 26:22, 27:15, 29:17, 40:6, 41:24, 42:10, 43:6, 62:11, 65:6, 66:19, 87:22, 122:4, 124:19, 127:16, 145:14, 149:9, 150:18
**mistakenly** [1] - 183:5
**misunderstood** [1] - 21:8
**mixed** [1] - 172:14
**mm** [9] - 6:4, 7:3, 11:2, 13:20, 97:20, 168:5, 179:1, 205:3, 219:17
**mm-hmm** [9] - 6:4, 7:3, 11:2, 13:20, 97:20, 168:5, 179:1, 205:3, 219:17
**moment** [1] - 190:24
**money** [1] - 89:23
**month** [7] - 82:2, 99:24, 101:19, 130:25, 131:21, 133:6, 172:1
**month's** [1] - 11:14
**months** [12] - 12:23, 20:10, 20:12, 20:14, 21:10, 26:24, 171:20, 222:15, 223:7, 227:4, 227:16, 227:20
**more** [46] - 10:18, 13:4, 31:8, 31:10, 38:19, 69:8, 70:7, 91:5, 93:10, 93:13, 93:16, 93:17, 93:18, 93:20, 93:25, 110:6, 111:11, 116:25, 117:5, 117:7, 117:8, 117:9, 117:10, 117:12, 118:16, 118:18, 118:20, 118:22, 134:24, 144:3, 152:1, 152:6, 152:8, 152:12, 153:8, 167:3, 167:6, 170:15, 172:1, 190:10, 192:13, 201:11, 203:24, 211:17, 219:12
**morning** [1] - 183:7
**motel** [1] - 48:22
**motion** [1] - 137:10
**Mou** [1] - 184:25
**MOU** [1] - 184:25
**MOUNC** [1] - 185:2
**mountain** [1] - 206:19
**Mountain** [1] - 212:13
**mountains** [1] - 39:21
**mounted** [1] - 124:17
**mouth** [1] - 65:8
**move** [46] - 25:12, 27:9, 32:21, 43:9, 59:12, 71:3, 71:7, 86:1, 95:6, 95:13, 97:1, 97:7, 109:8, 130:5, 130:16, 131:1, 131:6, 133:6, 133:12, 136:13, 138:15, 139:11, 142:2, 142:3, 142:17, 143:2, 165:7, 165:21, 170:23, 171:15, 187:11, 191:11, 191:12, 192:8, 201:2, 204:21, 205:24, 208:7, 209:11, 209:25, 210:6, 210:12, 211:23, 217:25, 221:1
**moved** [19] - 85:25, 88:12, 88:19, 88:21, 94:12, 94:13, 101:10, 101:22, 129:4, 129:11, 129:13, 129:17, 129:18, 129:19, 129:20, 131:15, 132:1, 132:22, 204:18
**moving** [1] - 125:13
**mr** [3] - 25:1, 46:6, 148:20
**Mr** [128] - 8:14, 17:9, 33:1, 33:3, 33:20,

34:5, 58:9, 58:14, 60:15, 61:4, 61:7, 65:1, 68:4, 70:23, 72:4, 72:5, 83:14, 86:3, 87:11, 91:7, 91:13, 91:18, 94:6, 98:4, 98:17, 102:5, 102:6, 103:5, 107:17, 110:1, 120:18, 122:20, 122:24, 123:1, 126:15, 126:17, 133:5, 134:2, 134:4, 134:22, 134:25, 135:23, 136:5, 136:9, 136:15, 136:18, 137:6, 139:1, 139:13, 141:5, 143:8, 143:14, 143:25, 145:9, 146:6, 147:8, 147:13, 147:23, 148:2, 148:6, 149:3, 149:4, 149:15, 149:24, 150:12, 151:2, 151:5, 151:8, 151:19, 152:15, 152:21, 153:1, 154:5, 154:7, 154:8, 154:10, 154:14, 154:17, 154:18, 154:21, 154:24, 155:4, 155:6, 155:9, 155:17, 155:22, 156:1, 156:22, 156:23, 159:14, 162:16, 162:22, 162:24, 165:2, 166:23, 167:17, 180:25, 181:17, 182:4, 182:13, 183:25, 186:1, 186:3, 186:5, 186:14, 187:14, 190:4, 190:20, 193:3, 193:12, 194:5, 194:15, 195:13, 198:16, 202:19, 202:21, 204:17, 205:12, 207:9, 208:23, 210:4, 210:9, 216:22, 219:22, 224:6, 224:12, 224:25

**MR** [462] - 10:22, 11:8, 13:7, 13:11, 13:14, 13:16, 13:23, 14:4, 14:16, 14:21, 15:2, 15:7, 15:11, 15:15, 15:19, 15:24, 15:25, 16:8, 16:9, 16:13, 16:14, 16:19, 16:23, 17:4, 17:7, 17:10, 17:18, 17:19, 17:24, 17:25, 18:6, 18:7, 18:11, 18:12, 18:16, 18:21, 18:22, 19:1, 19:2, 19:6, 19:7, 19:11, 19:12, 19:18, 19:22, 19:23, 20:2, 20:3, 20:7, 20:8, 20:20, 20:24, 21:3, 21:13, 21:17, 21:18, 21:22, 22:1, 22:2, 22:7, 22:8, 22:15, 22:16, 22:17, 22:18, 23:9, 23:12, 23:18, 23:19, 23:24, 24:3, 24:9, 24:10, 24:16, 24:17, 24:18, 24:21, 24:25, 25:5, 25:10, 25:13, 25:20, 25:23, 25:24, 26:8, 26:9, 26:10, 26:16, 26:22, 27:1, 27:4, 27:14, 27:15, 27:19, 27:22, 28:6, 28:10, 28:19, 28:25, 29:1, 29:5, 29:11, 29:17, 29:21, 30:5, 30:10, 31:20, 32:15, 36:6, 36:9, 36:11, 36:19, 36:25, 37:3, 37:11, 37:15, 38:15, 38:18, 39:3, 39:9, 39:13, 39:17, 40:6, 40:17, 40:21, 41:5, 41:16, 41:24, 42:1, 42:8, 42:10, 42:17, 42:21, 43:1, 43:6, 43:20, 44:3, 44:6, 44:11, 44:15, 44:17, 44:24, 45:1, 45:25, 46:1, 46:4, 46:12, 47:5, 47:10, 47:17, 47:21, 47:23, 48:6, 48:11, 48:14, 49:10, 49:18, 50:3, 50:7, 51:25, 52:1, 52:17, 57:2, 57:5, 57:20, 58:4, 58:10, 59:1, 60:18, 62:9, 62:11, 63:1, 64:15, 65:6, 66:7, 66:14, 66:19, 67:23, 68:1, 69:1, 69:5, 69:13, 69:16, 69:24, 70:3, 70:8, 70:15, 70:18, 71:1, 71:5, 71:13, 71:18, 71:22, 71:25, 72:5, 72:8, 72:11, 72:16, 73:4, 73:9, 73:15, 73:19, 74:2, 74:5, 74:19, 75:1, 75:4, 75:15, 75:17, 75:18, 75:24, 76:3, 76:9, 77:17, 77:19, 77:24, 78:4, 78:6, 78:13, 78:15, 78:18, 78:22, 79:1, 79:4, 79:9, 79:13, 79:15, 79:21, 79:25, 80:2, 80:7, 80:13, 80:17, 80:21, 80:25, 81:2, 81:4, 81:21, 82:13, 85:1, 85:2, 87:22, 89:1, 91:14, 92:4, 92:25, 93:3, 93:12, 93:14, 98:11, 106:4, 106:10, 108:15, 108:21, 108:24, 109:3, 109:7, 109:12, 109:15, 109:17, 110:5, 110:16, 110:18, 110:22, 113:15, 118:4, 122:4, 122:11, 122:12, 122:16, 122:19, 122:22, 122:25, 123:10, 124:19, 125:6, 126:6, 126:16, 126:17, 127:16, 127:20, 128:7, 128:10, 128:22, 130:21, 131:6, 131:12, 131:15, 131:19, 132:2, 132:9, 133:1, 133:7, 133:19, 134:12, 134:15, 134:20, 134:23, 135:2, 135:20, 135:24, 136:20, 136:23, 137:2, 137:8, 137:16, 137:19, 138:2, 138:9, 138:11, 138:16, 139:4, 139:14, 139:17, 139:24, 141:9, 141:13, 141:16, 141:20, 141:24, 142:5, 142:8, 142:15, 142:18, 142:22, 142:24, 143:3, 144:6, 145:14, 145:20, 145:24, 146:10, 146:22, 146:25, 147:20, 148:8, 148:11, 148:15, 148:19, 149:9, 150:7, 150:16, 150:25, 151:11, 152:3, 155:20, 156:13, 156:18, 157:10, 157:14, 158:15, 159:7, 160:4, 160:22, 161:2, 161:8, 163:25, 165:25, 166:3, 166:9, 166:13, 167:13, 168:8, 168:12, 169:3, 171:22, 173:13, 173:17, 175:7, 175:10, 175:23, 176:25, 177:6, 177:11, 177:20, 178:2, 178:5, 178:9, 178:17, 180:3, 181:21, 181:24, 184:4, 184:7, 185:1, 187:4, 190:13, 190:21, 190:24, 191:3, 191:16, 191:20, 192:2, 192:4, 192:10, 192:19, 192:22, 193:16, 193:18, 193:21, 194:19, 195:4, 195:8, 195:20, 196:6, 196:11, 196:14, 196:19, 197:2, 197:10, 197:20, 199:12, 199:16, 199:19, 199:23, 201:4, 201:7, 207:25, 208:7, 208:10, 208:17, 210:7, 210:13, 210:19, 218:11, 218:16, 218:20, 219:1, 219:3, 219:6, 219:10, 223:22, 223:24, 224:8, 224:9, 224:13, 224:20, 226:11, 226:18, 226:20, 226:22, 226:25, 227:8, 227:12, 227:15, 227:19, 227:23, 228:5, 228:8, 228:11, 228:14, 228:19, 228:21, 228:23, 229:3, 229:6, 229:12, 229:16, 229:21, 229:24, 230:2, 230:3

**Mrs** [2] - 9:19, 168:24

**ms** [1] - 39:5

**MS** [510] - 10:23, 11:12, 13:9, 13:13, 13:15, 13:17, 13:18, 13:24, 14:7, 14:11, 14:14, 14:17, 14:22, 15:4, 15:9, 15:13, 15:17, 15:21, 16:1, 16:11, 16:15, 16:21, 16:25, 17:5, 17:8, 17:11, 17:14, 17:21, 18:1, 18:9, 18:14, 18:17, 18:24, 19:4, 19:9, 19:14, 19:20, 19:25, 20:5, 20:11, 20:21, 21:1, 21:4, 21:15, 21:20, 21:23, 22:4, 22:11, 22:19, 22:21, 22:25, 23:6, 23:10, 23:15, 23:21, 24:1, 24:5, 24:12, 24:19, 24:23, 25:4, 25:7, 25:11, 25:14, 25:22, 26:1, 26:12, 26:17, 27:3, 27:6, 27:17, 27:21, 28:1, 28:7, 28:12, 28:23, 29:2, 29:7, 29:14, 29:19, 29:24, 30:7, 30:11, 31:22, 32:17, 35:15, 35:18, 36:8, 36:10, 36:13, 36:21, 37:2, 37:4, 37:8, 37:12, 37:18, 38:17, 39:1, 39:4, 39:10, 39:14, 39:22, 40:8, 40:18, 40:24, 41:9, 41:20, 42:2, 42:13, 42:19, 42:23, 42:24, 43:2, 43:8, 43:24, 44:5, 44:8, 44:14, 44:16, 44:19, 45:2, 46:3, 46:6, 46:7, 46:14, 46:19, 47:8, 47:12, 47:19, 47:22, 47:25, 48:2, 48:7, 48:12, 48:15, 48:18, 49:12, 49:21, 50:5, 50:8, 52:2, 52:19, 57:9, 57:12, 57:21, 58:8, 58:13, 59:4, 59:8, 60:22, 62:2, 62:5, 62:10, 62:13, 63:2, 63:8, 63:10, 64:18, 65:9, 66:10, 66:16, 66:20, 67:21, 67:25, 68:3, 69:3, 69:6, 69:14, 69:18, 69:25, 70:6, 70:9, 70:23, 71:3, 71:7, 71:8, 71:15, 71:20,

71:23, 72:3, 72:6, 72:10, 72:14, 72:25, 73:6, 73:11, 73:17, 73:23, 74:3, 74:7, 74:22, 75:2, 75:12, 75:20, 76:1, 76:6, 76:12, 76:18, 77:18, 77:20, 78:1, 78:5, 78:7, 78:14, 78:17, 78:20, 78:24, 79:3, 79:8, 79:11, 79:14, 79:19, 79:23, 80:1, 80:4, 80:8, 80:11, 80:19, 80:24, 81:3, 81:6, 81:17, 81:22, 82:15, 85:4, 87:24, 89:2, 91:17, 92:7, 93:4, 93:15, 95:6, 95:7, 95:9, 95:18, 97:1, 97:6, 98:15, 106:6, 106:12, 108:5, 108:11, 108:18, 108:22, 109:1, 109:5, 109:9, 109:10, 109:13, 109:16, 109:19, 109:24, 110:8, 110:19, 110:21, 110:24, 110:25, 113:18, 118:5, 122:6, 122:14, 122:18, 122:20, 122:24, 123:1, 123:6, 123:12, 124:21, 125:9, 126:3, 126:5, 126:8, 126:15, 126:18, 126:20, 127:18, 127:22, 128:8, 128:13, 128:24, 129:2, 130:24, 131:8, 131:17, 131:20, 132:5, 132:13, 133:4, 133:10, 133:21, 134:14, 134:19, 134:22, 134:24, 135:3, 135:4, 135:21, 136:1, 136:22, 136:25, 137:4, 137:9, 137:18, 137:21, 138:4, 138:6, 138:13, 138:20, 139:9, 139:15, 139:18, 139:25, 140:3, 140:5, 141:11, 141:15, 141:17, 141:22, 142:1, 142:7, 142:10, 142:17, 142:20, 142:23, 143:1, 143:4, 143:5, 144:8, 144:9, 144:23, 145:7, 145:16, 145:22, 146:1, 146:4, 146:12, 146:23, 147:1, 147:4, 147:21, 148:10, 148:17, 148:20, 148:23, 148:25, 149:1, 149:11, 150:8, 150:20, 151:1, 151:13, 152:5, 155:23, 156:16, 156:19, 156:21, 157:13, 157:16, 158:17, 159:9, 160:9, 160:23, 161:4, 161:6, 161:10, 164:3, 164:12, 166:2, 166:5, 166:11, 166:16, 167:14, 168:10, 168:16, 169:6, 169:9, 170:23, 171:2, 171:15, 171:17, 171:24, 172:17, 173:16, 173:19, 175:9, 175:12, 175:15, 176:3, 176:9, 177:4, 177:9, 177:12, 177:14, 177:23, 178:4, 178:7, 178:11, 178:19, 178:23, 180:6, 181:23, 181:25, 182:24, 183:3, 184:6, 184:8, 184:13, 185:2, 185:3, 187:7, 187:9, 187:11, 187:12, 190:1, 190:14, 190:23, 191:1, 191:6, 191:18, 191:24, 192:8, 192:12, 192:21, 192:23, 193:2, 193:17, 193:19, 193:23, 193:24, 194:20, 195:7, 195:9, 195:22, 196:8, 196:13, 196:16, 196:21, 197:4, 197:13, 197:22, 199:11, 199:14, 199:18, 199:20, 199:24, 200:16, 201:5, 201:8, 201:18, 204:24, 206:1, 208:1, 208:11, 208:16, 208:18, 210:9, 210:14, 210:20, 210:24, 211:1, 211:4, 211:25, 212:23, 214:4, 215:3, 218:2, 218:9, 218:14, 218:18, 218:23, 219:2, 219:5, 219:7, 219:9, 219:11, 219:14, 220:14, 220:16, 221:6, 221:14, 221:16, 223:25, 224:10, 224:14, 224:22, 225:17, 226:16, 226:19, 226:21, 226:24, 227:6, 227:10, 227:14, 227:18, 227:21, 228:2, 228:6, 228:9, 228:12, 228:16, 228:20, 228:22, 228:25, 229:4, 229:8, 229:11, 229:14, 229:17, 229:22, 229:25

**Ms** [116] - 9:19, 9:20, 9:21, 17:15, 25:15, 36:11, 36:13, 37:20, 38:13, 39:1, 40:2, 41:5, 42:25, 43:3, 43:13, 44:16, 44:20, 51:21, 52:3, 57:13, 57:14, 58:2, 58:17, 58:24, 58:25, 60:2, 62:23, 64:8, 65:14, 66:11, 66:21, 67:4, 67:17, 67:19, 72:21, 76:2, 76:13, 77:21, 81:7, 81:18, 82:16, 83:4, 83:9, 84:22, 85:5, 85:9, 92:2, 92:12, 92:19, 92:22, 95:10, 95:11, 100:19, 104:1, 106:21, 107:2, 110:3, 111:1, 112:14, 116:22, 117:2, 118:3, 119:2, 121:7, 122:15, 125:13, 126:21, 129:9, 134:6, 134:8, 134:20, 135:5, 138:21, 140:1, 140:11, 144:25, 145:8, 147:1, 147:14, 147:18, 149:3, 149:4, 155:22, 160:3, 160:21, 163:19, 164:4, 164:23, 165:24, 166:6, 168:25, 169:1, 171:21, 174:7, 174:23, 175:1, 182:4, 185:24, 186:14, 187:13, 187:14, 189:1, 192:15, 198:3, 199:25, 207:10, 207:13, 208:11, 211:5, 211:8, 217:9, 219:22, 221:7, 224:24, 229:25

**much** [13] - 12:25, 23:23, 24:6, 34:13, 87:9, 95:3, 121:5, 143:21, 161:22, 172:12, 210:12, 222:4, 222:14

**multiple** [1] - 61:13

**murmured** [1] - 173:14

**murmuring** [1] - 175:13

**must** [7] - 8:13, 86:25, 90:11, 116:5, 172:22, 173:24

**mutually** [1] - 199:17

**my** [117] - 6:10, 6:12, 6:13, 6:16, 7:2, 9:22, 10:3, 10:18, 10:19, 11:6, 11:14, 13:5, 17:6, 20:17, 24:23, 26:24, 27:24, 27:25, 29:4, 30:24, 31:2, 34:22, 36:23, 38:17, 40:10, 42:4, 43:21, 45:4, 45:5, 45:14, 45:20, 47:24, 48:21, 51:1, 53:5, 58:12, 59:7, 59:19, 60:24, 61:23, 70:2, 72:14, 75:7, 77:14, 78:7, 79:1, 79:3, 80:20, 81:14, 85:13, 88:6, 90:2, 96:17, 97:2, 98:14, 98:19, 99:16, 100:21, 101:4, 101:11, 101:22, 104:12, 104:23, 105:4, 105:19, 112:17, 113:16, 115:2, 115:21, 116:9, 118:11, 125:1, 129:5, 129:8, 129:10, 129:18, 143:19, 144:21, 146:1, 148:17, 154:12, 154:23, 163:10, 170:13, 170:15, 170:16, 170:22, 172:4, 173:11, 173:16, 175:13, 176:14, 183:8, 187:7, 188:20, 189:14, 189:16, 189:21, 192:16, 201:15, 206:15, 207:22, 208:15, 209:9, 209:10, 217:12, 221:13, 222:6, 222:19, 226:12, 228:18, 229:7

**myself** [5] - 8:5, 88:5, 140:13, 201:5, 205:7

## N

**name** [19] - 32:24, 49:6, 49:8, 49:24, 50:13, 50:18, 50:20, 50:22, 59:13, 96:13, 97:18, 97:20, 97:23, 102:23, 113:14, 179:10, 185:14, 207:22, 216:7

**named** [3] - 84:24, 85:17, 206:19

**names** [5] - 49:25, 50:15, 86:9, 120:22, 163:6

**nano** [1] - 169:8

**narrow** [1] - 88:18

**near** [1] - 127:13

**need** [33] - 7:3, 9:14, 18:2, 23:1, 23:2, 23:5, 35:24, 38:8, 43:9, 60:2, 66:21, 67:19, 72:4, 72:23, 80:15, 94:20, 101:8, 101:24, 110:17, 110:20, 122:15, 125:13, 130:25, 133:24, 134:24, 142:14, 148:21, 170:20, 208:19, 208:20, 223:18, 230:4

**Need** [1] - 175:25

**needed** [4] - 101:24, 102:1, 182:5, 225:2

**needing** [1] - 106:2

**needs** [5] - 7:1, 31:1, 111:19, 123:2

**neighbor** [2] - 51:1,

163:10
**neighborhood** [9] - 49:2, 120:25, 121:1, 121:6, 151:6, 154:15, 159:5, 170:16, 171:10
**neighbors** [9] - 48:20, 48:21, 49:1, 51:22, 67:11, 68:12, 146:8, 168:3, 168:20
**nerves** [1] - 145:1
**never** [5] - 32:2, 127:1, 129:3, 139:11, 198:11
**new** [2] - 57:13, 206:19
**newspaper** [1] - 65:16
**next** [17] - 12:12, 13:16, 18:10, 20:17, 27:24, 30:3, 36:23, 114:1, 132:16, 188:2, 189:16, 192:22, 207:5, 215:5, 218:5, 218:17, 221:13
**nice** [1] - 53:10
**nickname** [1] - 170:16
**night** [14] - 12:8, 13:1, 15:16, 16:12, 17:16, 24:2, 24:14, 31:12, 51:7, 52:9, 52:12, 53:11, 69:9, 128:3
**nights** [17] - 13:19, 15:8, 15:23, 16:18, 16:20, 17:2, 17:17, 19:8, 19:19, 23:17, 23:22, 24:13, 25:18, 28:18, 30:14, 31:6, 153:14
**No** [70] - 6:6, 11:20, 32:10, 33:2, 34:6, 50:19, 53:1, 55:24, 61:15, 62:15, 86:23, 87:16, 90:14, 92:20, 94:10, 96:9, 99:9, 100:24, 102:16, 102:21, 103:7, 106:22, 116:21, 123:11, 123:16, 124:5, 127:1, 127:5, 128:18, 129:4, 129:13, 129:23, 131:11, 133:20, 136:6, 141:3, 150:2, 150:15, 151:4, 151:7, 151:23, 155:25, 156:3, 156:5, 163:6, 167:19, 172:8, 172:15, 175:6, 175:8, 175:11, 189:24, 192:13, 192:24, 194:18, 199:21, 200:14, 200:20, 201:13, 202:14, 205:24, 206:6, 213:4, 214:2, 220:12, 222:1, 222:6, 224:2, 224:4, 224:21
**no** [232] - 7:7, 7:20, 11:14, 13:11, 13:14, 18:8, 20:9, 23:1, 23:5, 23:11, 23:25, 25:4, 27:6, 29:15, 29:20, 30:20, 31:15, 32:19, 33:13, 34:25, 36:13, 37:2, 40:9, 42:4, 43:3, 46:17, 46:23, 47:14, 48:24, 51:5, 53:7, 53:8, 53:25, 54:11, 54:12, 56:17, 56:24, 58:6, 60:7, 61:2, 62:21, 65:11, 68:6, 68:14, 69:15, 69:17, 71:20, 72:3, 72:6, 72:14, 73:16, 74:4, 74:8, 74:9, 75:3, 75:15, 76:4, 77:4, 77:22, 77:23, 77:24, 78:2, 78:13, 78:17, 79:11, 79:16, 79:18, 80:7, 80:8, 83:17, 87:20, 89:25, 90:25, 91:9, 92:10, 92:16, 92:23, 94:14, 95:3, 95:17, 96:7, 97:5, 100:5, 102:13, 102:19, 104:19, 105:8, 106:5, 106:17, 109:9, 109:19, 111:4, 111:8, 111:13, 111:18, 111:22, 112:10, 112:12, 112:19, 114:10, 116:24, 117:14, 118:7, 118:15, 120:3, 120:11, 120:14, 120:17, 120:20, 120:23, 121:8, 121:11, 121:15, 122:7, 122:18, 123:7, 124:22, 125:11, 126:1, 126:10, 126:11, 127:19, 128:11, 128:25, 130:14, 130:20, 130:22, 131:8, 135:25, 136:8, 136:12, 137:18, 141:17, 142:7, 143:23, 145:23, 146:17, 146:22, 146:24, 146:25, 147:5, 147:12, 147:14, 147:15, 149:18, 150:9, 150:10, 153:3, 153:13, 160:25, 161:1, 162:4, 162:7, 163:15, 164:8, 164:9, 166:2, 166:11, 167:9, 167:11, 168:10, 170:3, 170:20, 172:2, 172:3, 172:24, 174:8, 174:16, 175:2, 175:5, 176:17, 176:21, 178:16, 178:21, 180:10, 181:23, 184:6, 184:8, 186:17, 187:18, 187:20, 187:23, 189:2, 189:3, 189:15, 192:16, 192:21, 193:8, 195:7, 198:10, 198:23, 199:8, 200:22, 201:5, 202:12, 204:6, 206:20, 208:2, 208:6, 209:18, 209:24, 210:3, 216:18, 216:23, 217:2, 217:8, 217:20, 218:12, 218:14, 218:16, 218:20, 219:23, 223:15, 223:18, 223:23, 224:2, 225:21, 226:12, 226:16, 227:6, 227:21, 228:9, 228:25
**NOAA** [5] - 65:19, 102:3, 119:14, 177:19, 225:6
**nobody** [4] - 57:9, 85:6, 108:6, 125:18
**nod** [1] - 7:2
**nodding** [3] - 7:5, 7:6, 123:2
**nods** [1] - 12:11
**noise** [29] - 48:4, 48:24, 49:3, 51:19, 52:7, 52:25, 53:8, 53:9, 62:20, 63:21, 63:22, 63:25, 67:13, 68:13, 68:18, 68:24, 68:25, 69:22, 76:17, 76:22, 128:1, 145:12, 146:8, 152:20, 153:7, 153:9, 153:10, 159:25, 160:20
**Noisy** [49] - 40:5, 40:12, 40:15, 41:12, 41:13, 44:21, 45:5, 45:6, 45:21, 46:22, 59:6, 61:17, 61:18, 61:22, 61:23, 98:24, 99:11, 99:20, 103:16, 103:21, 103:23, 104:5, 105:7, 105:13, 105:22, 106:9, 107:18, 111:17, 111:18, 113:17, 122:2, 144:18, 155:5, 155:18, 156:2, 156:6, 156:7, 164:8, 165:18, 174:2, 182:11, 188:3, 188:16, 188:17, 190:11, 191:9, 200:10, 217:21, 217:22
**none** [2] - 130:18, 208:4
**nonrefundable** [1] - 24:15
**nonresponsive** [4] - 165:22, 170:24, 171:16, 187:11
**nor** [1] - 186:10
**Nora** [1] - 184:25
**North** [2] - 106:14, 106:16
**north** [8] - 10:16, 35:3, 35:24, 36:2, 36:17, 36:21, 37:9, 37:22
**nose** [1] - 173:17
**not** [245] - 6:15, 6:21, 7:2, 7:7, 7:15, 8:4, 8:14, 8:19, 9:1, 9:23, 10:3, 13:9, 13:13, 14:7, 18:8, 20:9, 21:14, 21:24, 22:13, 22:23, 23:19, 24:17, 24:23, 25:4, 25:7, 25:16, 26:20, 27:11, 29:4, 29:8, 31:14, 35:5, 35:24, 36:14, 37:2, 38:12, 38:19, 38:23, 39:25, 40:4, 41:7, 41:22, 42:4, 42:5, 42:15, 42:16, 42:19, 43:13, 44:11, 44:15, 47:5, 49:24, 52:14, 53:2, 56:20, 56:21, 56:24, 57:7, 57:16, 58:22, 60:5, 62:20, 63:12, 65:20, 67:5, 68:6, 69:9, 70:7, 70:21, 71:19, 71:20, 72:6, 72:13, 73:1, 73:25, 74:9, 74:16, 74:18, 74:21, 75:14, 75:22, 76:23, 77:3, 77:14, 77:22, 78:13, 80:24, 82:21, 83:20, 83:21, 84:13, 84:18, 85:13, 87:5, 88:4, 90:1, 90:17, 90:25, 93:1, 93:21, 94:6, 94:11, 95:12, 96:17, 96:21, 96:25, 101:23, 102:13, 104:2, 104:25, 105:18, 108:17, 109:9, 109:19, 110:3, 111:1, 111:11, 111:17, 112:19, 112:25, 113:3, 115:18, 116:18, 120:3, 120:6, 121:17, 122:22, 124:10, 124:24, 125:21, 129:8, 129:13, 130:3, 130:22, 131:4, 131:8, 133:24, 134:16, 135:18, 135:22, 136:4, 136:8, 136:9, 136:14, 137:9, 137:13, 137:18, 137:21, 138:4, 138:13, 139:7, 139:23, 140:12, 140:13, 140:19, 141:3, 141:15, 141:17, 141:18, 141:19, 141:21, 142:4, 144:17, 144:21, 146:8, 149:22, 149:23, 150:23, 153:4, 154:14, 154:16, 157:15, 159:5, 159:14, 160:1, 160:6, 160:19, 162:5, 162:16, 164:4, 165:8, 166:2, 168:3, 171:14, 171:25, 172:11, 174:3, 174:5, 176:19, 177:1,

178:7, 178:19, 180:4, 180:9, 182:9, 182:21, 184:22, 185:15, 186:22, 186:24, 187:7, 187:15, 188:11, 188:22, 188:24, 189:13, 189:21, 193:14, 194:21, 198:8, 198:22, 199:12, 201:6, 203:13, 204:3, 206:13, 206:25, 208:6, 208:13, 209:4, 209:20, 209:22, 209:24, 210:18, 217:21, 218:2, 218:14, 220:9, 227:2, 227:11, 227:15, 227:20, 227:21, 228:9

**note** [3] - 46:12, 86:5, 226:13

**notes** [2] - 115:21, 226:12

**nothing** [6] - 62:19, 114:6, 129:1, 186:17, 208:25

**notice** [2] - 82:22, 83:5

**noticed** [1] - 210:16

**NOV** [1] - 196:18

**Now** [1] - 55:19

**now** [126] - 8:17, 9:5, 9:7, 9:19, 10:6, 17:15, 20:18, 23:7, 25:8, 25:15, 25:22, 27:11, 34:8, 34:10, 36:21, 37:13, 38:3, 41:7, 43:16, 44:8, 45:22, 46:8, 46:13, 46:22, 48:19, 49:1, 49:24, 51:8, 55:8, 56:21, 57:13, 58:1, 62:2, 62:6, 64:25, 65:20, 73:15, 78:14, 78:19, 79:1, 79:14, 80:13, 80:14, 83:4, 84:23, 86:16, 90:25, 91:5, 96:10, 102:5, 102:22, 103:5, 103:24, 105:10, 105:15, 109:11, 115:12, 115:20, 120:24, 123:7, 124:15, 129:11, 133:14, 133:22, 135:19, 136:9, 136:13, 141:4, 141:6, 142:17, 143:4, 143:6, 147:22, 149:2, 151:2, 151:8, 153:15, 154:21, 154:24, 157:6, 157:17, 159:3, 165:2, 166:20, 169:10, 170:9, 170:21, 170:25, 171:18, 172:18, 173:10, 175:6, 175:9, 175:16, 176:23, 178:15, 178:24, 180:7, 181:19, 185:20, 187:13, 189:24, 190:2, 192:24, 193:15, 194:5, 195:13, 199:25, 201:2, 202:23, 204:5, 206:6, 206:9, 207:12, 212:2, 213:12, 214:5, 217:20, 219:7, 220:17, 222:2, 223:11, 227:2, 227:18, 228:14

**nuance** [1] - 197:1

**number** [1] - 59:10

**numbers** [7] - 99:10, 186:18, 189:5, 189:10, 189:11, 189:17, 189:21

**numerous** [5] - 143:1, 145:9, 184:22, 189:5, 194:15

## O

**o0o** [1] - 230:7

**oath** [2] - 8:11, 9:6

**object** [6] - 8:18, 38:24, 70:22, 136:22, 136:23, 150:17

**objected** [4] - 182:20, 227:13, 227:23, 228:8

**objecting** [5] - 17:10, 79:5, 136:20, 142:23, 157:10

**objection** [248] - 8:20, 8:23, 10:22, 13:23, 14:4, 14:16, 14:21, 15:3, 15:7, 15:11, 15:15, 15:19, 15:24, 15:25, 16:8, 16:9, 16:13, 16:14, 16:19, 16:23, 17:4, 17:18, 17:19, 17:24, 17:25, 18:6, 18:7, 18:11, 18:12, 18:16, 18:21, 18:22, 19:1, 19:2, 19:6, 19:7, 19:11, 19:12, 19:18, 19:22, 19:23, 20:2, 20:3, 20:7, 20:8, 20:20, 20:24, 21:13, 21:17, 21:18, 21:22, 22:1, 22:2, 22:7, 22:8, 22:15, 23:9, 23:12, 23:18, 23:19, 23:24, 24:3, 24:9, 24:10, 24:16, 24:17, 25:1, 25:2, 25:12, 25:13, 25:23, 25:24, 26:8, 26:9, 26:16, 26:22, 27:9, 27:15, 27:22, 28:6, 28:10, 28:19, 28:25, 29:1, 29:11, 29:17, 30:5, 30:10, 31:20, 32:15, 36:6, 37:11, 39:9, 39:13, 39:17, 40:6, 40:17, 40:21, 41:16, 41:24, 42:1, 42:8, 42:10, 43:6, 43:20, 44:3, 44:7, 44:12, 44:24, 45:1, 45:25, 47:5, 48:6, 48:11, 50:3, 50:7, 51:25, 52:17, 57:2, 57:5, 58:4, 58:10, 59:1, 59:5, 62:9, 62:10, 63:1, 64:15, 65:6, 66:7, 66:14, 68:1, 69:1, 69:13, 69:16, 69:24, 71:13, 72:12, 72:22, 73:4, 73:9, 73:19, 74:2, 74:6, 74:19, 75:1, 75:15, 75:17, 75:24, 76:9, 77:17, 77:19, 77:24, 78:2, 78:3, 79:20, 79:21, 79:24, 79:25, 80:2, 81:21, 82:13, 85:1, 85:2, 87:22, 89:1, 91:14, 92:4, 93:12, 98:11, 106:4, 106:10, 108:15, 108:21, 108:24, 109:3, 109:7, 109:12, 109:13, 109:18, 110:5, 110:16, 118:4, 122:4, 122:11, 122:12, 123:10, 124:19, 125:6, 126:5, 127:16, 127:20, 128:7, 128:10, 130:21, 131:6, 131:19, 132:2, 132:11, 133:1, 133:7, 133:19, 135:24, 137:2, 137:8, 138:9, 139:24, 141:9, 145:14, 145:20, 146:10, 146:22, 146:25, 148:11, 149:9, 150:7, 150:16, 150:18, 152:3, 155:20, 156:13, 158:15, 159:7, 160:4, 160:22, 161:2, 165:25, 171:22, 175:23, 176:25, 191:2, 191:16, 194:19, 195:4, 195:20, 196:6, 196:11, 196:14, 196:19, 197:2, 197:10, 197:20, 207:25, 223:22, 224:8, 224:13, 224:20, 226:13

**objections** [25] - 14:6, 24:22, 25:8, 25:11, 44:9, 44:14, 44:15, 44:18, 70:1, 78:12, 131:18, 141:18, 149:16, 149:25, 176:1, 182:6, 198:12, 225:21, 226:14, 226:17, 226:23, 227:8, 227:10, 227:24, 228:4

**obstructive** [1] - 24:24

**occasion** [1] - 219:19

**occur** [1] - 53:3

**occurred** [5] - 55:20, 83:22, 84:10, 141:7

**ocean** [4] - 36:4, 38:4, 38:5, 38:7

**October** [3] - 124:1, 124:15, 201:20

**of** [397] - 7:15, 7:17, 8:25, 9:2, 9:15, 9:16, 10:11, 10:12, 10:16, 10:19, 11:6, 11:11, 11:16, 11:19, 12:10, 12:14, 12:15, 12:18, 13:5, 13:19, 14:8, 14:24, 15:1, 15:8, 17:1, 17:9, 17:10, 17:16, 18:19, 20:6, 20:14, 20:17, 21:10, 23:22, 23:23, 24:14, 24:20, 25:2, 25:16, 25:17, 27:23, 30:25, 31:1, 31:2, 32:2, 34:22, 34:25, 35:8, 35:10, 36:15, 36:24, 37:19, 37:21, 38:5, 38:6, 38:10, 38:18, 38:19, 38:20, 38:21, 39:8, 39:21, 40:1, 40:15, 41:2, 41:13, 41:23, 42:6, 42:18, 43:17, 43:21, 44:21, 44:22, 45:4, 45:5, 45:12, 45:13, 45:14, 45:16, 45:21, 46:2, 46:5, 47:17, 47:19, 47:24, 48:4, 48:21, 48:23, 49:2, 49:24, 49:25, 50:20, 52:4, 52:15, 52:18, 52:25, 53:4, 53:15, 53:22, 54:8, 55:12, 55:14, 56:8, 57:22, 58:2, 59:10, 59:13, 61:21, 62:7, 64:17, 65:2, 65:25, 66:5, 67:4, 67:5, 67:10, 68:15, 68:19, 69:10, 69:11, 69:20, 70:24, 71:1, 71:9, 71:10, 72:19, 73:2, 73:21, 74:9, 74:13, 74:15, 74:17, 74:24, 75:7, 75:9, 75:23, 76:23, 77:2, 77:6, 77:15, 77:16, 77:25, 79:5, 79:17, 79:22, 80:2, 81:10, 81:11, 82:22, 83:19, 84:3, 84:22, 85:14, 86:9, 87:6, 88:14, 88:19, 88:21, 89:18, 89:19, 91:9, 92:14, 95:4, 96:1, 96:3, 97:19, 97:24, 98:8, 98:10, 98:24, 99:2, 99:6, 99:11, 99:20, 99:21, 101:6, 102:2, 102:3, 102:11, 102:23, 103:2, 104:3, 104:6, 104:23, 104:24, 105:6, 105:22, 106:8, 107:22, 110:1, 111:5, 111:6, 113:13, 113:25, 114:4, 117:18, 118:24, 119:2, 119:4, 119:8, 119:9, 120:2, 120:3, 120:4, 120:7, 121:25, 122:25, 125:16,

125:25, 126:1, 126:21, 126:24, 127:1, 127:14, 128:20, 129:7, 129:8, 129:12, 129:14, 129:22, 130:18, 131:12, 132:22, 136:14, 136:15, 138:3, 138:12, 141:3, 141:16, 143:12, 144:19, 145:1, 146:19, 148:12, 148:17, 149:10, 149:20, 150:1, 150:5, 150:11, 150:18, 151:6, 153:2, 153:21, 154:22, 154:24, 155:3, 155:4, 155:18, 155:20, 156:2, 156:5, 158:2, 158:9, 158:10, 158:21, 159:3, 159:13, 159:15, 159:16, 159:18, 159:24, 160:5, 160:6, 160:18, 160:25, 163:2, 165:6, 165:17, 165:20, 166:10, 168:3, 168:20, 169:22, 170:7, 170:13, 172:13, 172:15, 173:13, 173:14, 173:24, 174:14, 175:2, 175:18, 176:1, 176:14, 179:10, 179:21, 180:13, 181:22, 182:5, 182:13, 183:1, 184:1, 184:14, 184:15, 184:18, 184:23, 184:25, 185:14, 186:20, 186:24, 187:21, 189:7, 189:19, 190:3, 190:11, 191:9, 194:16, 194:22, 195:25, 196:2, 196:4, 196:5, 197:25, 198:11, 198:18, 198:19, 201:9, 203:4, 203:21, 203:25, 204:10, 204:11, 204:18, 205:10, 206:4, 206:12, 207:1, 207:7, 208:4, 208:9, 208:23, 210:6, 210:10, 210:11, 212:16, 213:22, 215:8, 215:9, 215:25, 216:10, 217:14, 218:16, 218:25, 219:24, 220:5, 220:23, 220:24, 221:3, 221:9, 222:12, 222:20, 222:24, 222:25, 223:1, 223:3, 223:11, 223:12, 223:13, 223:16, 223:19, 224:1, 225:1, 225:6, 225:19, 226:1, 226:2, 226:3, 228:18, 228:20

**off** [13] - 62:3, 65:25, 74:14, 75:7, 80:15, 81:4, 105:6, 110:22, 142:5, 174:5, 185:1, 208:21, 217:13

**offered** [1] - 146:19

**offering** [1] - 201:11

**office** [4] - 90:6, 90:10, 90:13, 90:20

**official** [4] - 49:7, 159:6, 168:19, 170:15

**officially** [2] - 170:21, 218:6

**often** [4] - 98:20, 207:24, 208:8, 208:23

**Oh** [1] - 169:17

**oh** [16] - 12:16, 21:8, 28:20, 55:1, 56:13, 56:17, 67:14, 77:5, 179:10, 180:1, 181:4, 181:24, 198:14, 205:7, 215:1, 216:3

**okay** [134] - 6:25, 7:8, 7:10, 7:12, 7:18, 8:1, 8:6, 10:4, 11:13, 12:15, 13:17, 21:11, 28:2, 28:17, 29:25, 30:8, 30:17, 31:3, 32:2, 32:20, 35:11, 35:12, 35:13, 37:9, 37:25, 38:2, 43:16, 45:10, 45:12, 46:16, 46:20, 47:16, 49:16, 52:6, 55:11, 55:19, 55:25, 56:20, 58:19, 59:12, 60:4, 60:8, 60:11, 67:17, 69:19, 70:3, 72:24, 77:21, 81:6, 81:13, 84:19, 86:8, 88:3, 89:14, 91:3, 95:15, 97:7, 99:23, 103:5, 103:24, 104:14, 105:4, 112:1, 112:8, 112:13, 113:7, 113:23, 114:24, 117:5, 117:22, 118:22, 118:24, 119:6, 122:9, 128:4, 130:7, 133:14, 133:22, 136:16, 137:1, 140:16, 140:24, 143:24, 146:18, 149:14, 151:14, 153:24, 163:7, 167:12, 168:24, 169:14, 169:18, 169:19, 169:20, 170:21, 172:21, 174:12, 174:18, 177:6, 177:16, 178:14, 181:13, 182:23, 184:14, 192:5, 194:3, 195:13, 195:23, 200:14, 200:24, 201:23, 202:17, 204:21, 209:12, 212:1, 215:11, 215:14, 217:25, 218:3, 220:8, 220:12, 221:1, 221:3, 221:4, 221:7, 221:12, 222:19, 224:17, 226:24, 229:3, 229:14, 229:21, 229:24, 229:25

**Okay** [11] - 12:6, 17:11, 20:12, 68:1, 81:2, 82:22, 105:21, 129:3, 143:3, 219:6, 228:11

**old** [4] - 83:18, 83:24, 104:1, 105:5

**on** [232] - 9:16, 17:10, 17:11, 21:19, 22:6, 25:5, 25:12, 27:10, 28:21, 29:9, 29:10, 30:15, 32:3, 32:18, 32:21, 33:22, 34:3, 34:17, 34:22, 35:1, 35:20, 35:21, 35:22, 35:23, 37:4, 38:21, 38:24, 39:23, 40:13, 40:15, 41:2, 41:13, 41:18, 41:23, 42:5, 42:7, 42:22, 43:9, 44:22, 45:11, 46:9, 46:25, 47:11, 56:15, 56:20, 59:12, 61:23, 62:20, 63:14, 67:12, 68:25, 71:3, 71:7, 72:4, 74:13, 78:9, 80:17, 81:7, 82:5, 83:21, 84:1, 89:23, 90:11, 97:7, 97:15, 99:10, 100:10, 100:13, 100:22, 101:11, 103:8, 104:1, 104:2, 104:3, 105:1, 105:18, 105:19, 105:22, 106:5, 107:24, 109:8, 110:18, 110:24, 111:8, 112:4, 112:5, 112:9, 113:5, 113:6, 114:20, 114:21, 116:20, 116:22, 120:24, 123:8, 125:13, 125:25, 126:22, 127:4, 127:6, 129:4, 129:25, 130:1, 130:13, 131:6, 132:19, 133:6, 133:12, 133:14, 136:9, 138:15, 139:11, 141:1, 141:2, 141:5, 141:8, 142:2, 142:3, 142:6, 142:17, 143:2, 143:7, 143:16, 143:17, 144:4, 145:9, 145:17, 146:15, 146:18, 147:7, 148:25, 149:2, 160:21, 162:20, 163:17, 164:25, 166:17, 171:10, 175:3, 175:5, 175:9, 176:5, 176:12, 176:21, 177:25, 178:15, 179:11, 179:13, 179:19, 179:24, 181:3, 183:5, 183:9, 183:25, 184:1, 184:18, 185:17, 186:18, 190:19, 190:22, 193:20, 193:21, 194:5, 194:15, 195:2, 199:11, 199:19, 200:5, 200:9, 200:25, 201:2, 201:16, 201:24, 202:3, 202:16, 204:21, 205:10, 205:24, 207:2, 207:5, 207:9, 207:10, 207:17, 208:2, 208:7, 209:11, 209:13, 209:25, 210:6, 210:12, 210:17, 210:21, 211:9, 211:23, 212:9, 212:12, 212:16, 212:19, 213:14, 213:19, 213:22, 213:24, 214:12, 215:7, 215:8, 215:13, 215:15, 216:19, 217:1, 217:13, 217:25, 218:9, 218:11, 219:19, 220:9, 221:1, 221:22, 223:3, 224:7, 226:6, 226:14, 226:22, 227:8, 227:16, 228:23, 229:6, 229:9, 229:19, 229:22, 229:23

**once** [15] - 58:18, 58:20, 59:21, 60:10, 60:11, 60:24, 60:25, 93:10, 93:11, 93:13, 152:6, 152:12, 152:18, 154:9

**One** [2] - 132:9, 183:20

**one** [84] - 10:18, 20:12, 20:23, 24:20, 27:6, 31:1, 31:8, 31:12, 34:23, 35:20, 46:4, 46:10, 55:14, 56:19, 57:1, 57:16, 58:21, 61:8, 66:23, 67:1, 67:14, 73:12, 78:17, 82:24, 87:12, 104:2, 104:3, 104:15, 109:21, 111:11, 111:12, 112:7, 117:23, 118:16, 119:10, 151:6, 152:23, 157:23, 161:13, 161:14, 161:19, 162:1, 163:2, 168:2, 169:17, 170:20, 174:13, 175:25, 176:1, 176:3, 176:14, 176:16, 176:17, 178:20, 178:24, 183:5, 187:15, 188:12, 189:19, 190:3, 190:18, 195:24,

198:4, 200:18, 200:19, 201:4, 203:18, 215:9, 218:5, 219:19, 221:1, 221:2, 221:13, 225:15, 227:11, 227:12, 228:25
**ones** [3] - 54:24, 183:9, 225:3
**only** [21] - 22:9, 23:7, 29:12, 30:15, 31:1, 34:22, 50:15, 56:13, 64:4, 73:1, 83:23, 89:3, 91:11, 130:4, 163:6, 170:22, 177:4, 198:4, 207:22, 217:21
**onto** [2] - 129:20, 136:13
**oops** [1] - 218:2
**open** [1] - 100:9
**operation** [1] - 69:11
**opinion** [1] - 196:24
**opportunity** [7] - 9:8, 193:25, 211:6, 212:24, 220:18, 226:25, 227:25
**opposed** [4] - 62:24, 67:13, 145:2, 183:9
**opposite** [1] - 104:6
**or** [272] - 7:3, 7:6, 7:15, 7:23, 9:17, 9:19, 10:14, 17:2, 18:5, 19:8, 21:24, 23:1, 23:11, 24:13, 24:20, 29:15, 29:20, 31:8, 31:10, 31:15, 31:17, 31:18, 32:5, 32:9, 33:13, 33:24, 36:4, 37:10, 37:22, 38:9, 40:9, 45:13, 46:17, 46:23, 47:14, 48:24, 49:14, 50:24, 51:9, 53:8, 53:25, 54:11, 55:9, 55:20, 56:3, 56:5, 58:22, 59:2, 59:9, 59:21, 59:23, 60:5, 60:10, 60:12, 60:24, 60:25, 61:1, 61:10, 64:8, 64:9, 64:13, 66:12, 66:13, 66:22, 68:17, 68:20, 69:15, 69:21, 74:4, 74:8, 75:3, 76:5, 76:10, 77:3, 77:22, 79:16, 79:18, 82:4, 82:10, 82:25, 83:1, 83:2, 83:5, 83:17, 83:20, 83:22, 84:13, 86:2, 86:6, 87:3, 87:13, 87:20, 88:5, 89:11, 89:22, 90:2, 90:12, 90:17, 90:19, 91:19, 92:14, 93:10, 93:16, 93:18, 93:21, 93:25, 94:11, 94:13, 94:18, 96:21, 99:2, 99:6, 99:9, 99:14, 99:20, 99:21, 99:24, 100:10, 101:1, 101:2, 101:15, 102:5, 102:7, 103:13, 104:18, 105:8, 106:23, 107:22, 108:9, 111:1, 111:7, 111:11, 112:4, 112:5, 112:6, 112:20, 112:25, 113:3, 113:4, 113:5, 113:10, 114:9, 114:17, 115:5, 115:9, 115:19, 115:24, 117:6, 117:8, 117:10, 117:13, 117:16, 117:23, 117:25, 120:25, 121:9, 122:7, 123:7, 123:20, 124:1, 124:8, 124:10, 124:13, 124:22, 126:1, 127:19, 128:23, 129:5, 130:14, 135:15, 135:18, 135:22, 136:4, 137:22, 138:7, 138:22, 140:9, 140:14, 140:18, 140:21, 140:22, 142:6, 142:21, 143:16, 144:3, 144:7, 144:17, 145:23, 146:24, 146:25, 147:5, 147:14, 149:15, 149:20, 149:21, 149:22, 149:23, 149:24, 150:3, 150:4, 150:9, 150:11, 150:23, 152:18, 152:21, 153:4, 154:9, 154:14, 156:4, 156:14, 156:22, 159:12, 160:25, 161:21, 163:1, 165:1, 165:8, 166:20, 166:21, 171:19, 171:25, 172:1, 174:6, 176:21, 177:7, 178:16, 179:14, 180:9, 184:3, 186:12, 187:18, 189:2, 190:12, 191:15, 191:25, 192:16, 193:16, 195:6, 198:11, 200:12, 200:22, 204:6, 208:24, 209:7, 218:12, 218:20, 219:22, 222:12, 222:25, 228:3
**orally** [1] - 7:2
**order** [5] - 44:9, 83:19, 139:19, 196:2, 218:5
**ordered** [1] - 157:6
**ordinance** [1] - 149:5
**Oregon** [10] - 10:13, 10:16, 10:25, 11:1, 11:3, 11:22, 11:23, 12:18, 19:15, 28:17
**original** [1] - 10:7
**other** [54] - 9:25, 24:20, 27:25, 30:20, 34:20, 34:23, 35:21, 35:22, 40:13, 40:15, 41:13, 41:18, 41:23, 42:5, 43:25, 44:22, 46:25, 55:9, 55:22, 64:17, 67:15, 68:4, 68:10, 92:17, 99:6, 102:3, 104:22, 115:12, 115:15, 115:16, 116:19, 135:17, 138:18, 160:18, 160:25, 168:17, 170:20, 176:1, 179:25, 180:2, 186:17, 186:18, 187:15, 194:19, 196:17, 196:25, 200:12, 215:21, 224:5, 225:4, 229:14, 229:18, 229:22
**others** [1] - 73:13
**otter** [2] - 163:16, 164:10
**our** [15] - 6:22, 7:1, 7:8, 9:1, 17:12, 24:21, 47:25, 80:11, 144:11, 172:14, 203:7, 203:8, 207:8, 226:1, 229:14
**out** [60] - 10:11, 10:12, 23:23, 25:16, 38:3, 57:14, 58:3, 58:9, 58:15, 58:17, 59:20, 59:25, 60:8, 60:12, 64:3, 75:6, 75:7, 84:6, 84:10, 84:13, 84:16, 84:24, 85:9, 85:14, 85:17, 88:19, 88:21, 94:4, 94:7, 98:5, 98:8, 100:10, 106:2, 111:19, 115:16, 115:23, 115:24, 116:1, 116:3, 116:12, 116:16, 116:19, 116:22, 122:25, 128:19, 132:22, 141:16, 149:4, 155:18, 159:18, 174:14, 187:23, 187:24, 194:15, 208:14, 208:23, 221:20, 225:9
**Outpost** [4] - 106:19, 106:25, 107:9, 107:15
**outrageous** [2] - 43:1, 227:19
**outside** [3] - 11:19, 12:10, 12:18
**over** [46] - 9:7, 24:23, 38:9, 40:3, 40:22, 41:1, 41:11, 41:18, 42:9, 42:12, 43:11, 45:20, 60:15, 60:20, 77:7, 102:9, 104:15, 104:21, 111:5, 111:7, 111:14, 114:16, 114:17, 115:1, 124:3, 124:7, 124:13, 134:16, 151:16, 166:20, 167:25, 168:20, 191:23, 199:15, 202:23, 203:1, 203:7, 210:8, 217:10, 217:22, 222:21, 224:6, 224:17, 227:4, 229:2
**overall** [1] - 87:6
**overhead** [1] - 150:5
**overloaded** [1] - 101:4
**overnight** [1] - 12:2
**Owens** [80] - 9:19, 9:21, 17:15, 25:15, 36:11, 36:13, 37:20, 38:13, 39:1, 40:2, 41:5, 42:25, 43:3, 43:13, 44:16, 44:20, 51:21, 52:3, 57:13, 60:2, 66:21, 67:17, 67:19, 76:2, 76:13, 77:21, 81:7, 81:18, 82:16, 83:4, 84:22, 85:5, 85:9, 95:10, 95:11, 100:19, 104:1, 110:3, 111:1, 112:14, 116:22, 122:15, 125:13, 126:21, 129:9, 135:5, 138:21, 140:1, 140:11, 144:25, 145:8, 147:1, 149:3, 155:22, 163:19, 164:4, 165:24, 166:6, 168:24, 169:1, 173:22, 174:7, 174:23, 175:1, 179:7, 180:15, 187:13, 189:1, 192:15, 198:3, 199:25, 201:25, 202:25, 205:4, 208:11, 211:5, 211:8, 217:9, 221:7, 229:25
**owens** [1] - 39:5
**own** [8] - 7:21, 32:18, 38:17, 44:10, 133:16, 133:17, 146:1, 148:17
**owned** [1] - 130:14

## P

**p.m** [28] - 175:21, 180:11, 182:3, 183:15, 184:18, 185:20, 185:21, 187:2, 187:16, 190:4, 193:7, 200:2, 200:12, 201:10, 202:4, 202:19, 202:25, 205:5, 206:18, 207:14, 207:18, 211:20, 212:9, 213:3, 213:25, 214:24, 217:1, 230:6
**page** [41] - 38:20, 39:8, 74:13, 105:7, 175:19, 176:5, 177:1, 177:2, 177:5, 177:7, 177:8, 177:10, 177:15, 178:3, 180:8, 181:3, 181:22, 183:6, 183:9, 183:11, 183:12, 183:14, 184:15, 184:16, 184:17, 193:22, 193:23, 201:24,

202:17, 202:23, 203:24, 206:3, 206:9, 207:5, 209:14, 214:14, 215:5, 215:7, 218:4, 218:17, 218:21
**pages** [4] - 175:17, 184:14, 201:24, 206:4
**paid** [10] - 15:16, 15:22, 20:10, 20:12, 20:14, 20:18, 21:9, 157:4, 162:15
**paper** [6] - 41:2, 42:18, 84:1, 84:2, 125:15, 175:5
**paperwork** [1] - 91:15
**paragraph** [1] - 195:6
**pardon** [1] - 182:10
**parking** [1] - 32:4
**part** [12] - 34:25, 80:17, 118:11, 121:25, 150:5, 160:1, 173:14, 204:11, 215:24, 216:10, 218:16, 218:25
**partially** [2] - 22:10, 24:8
**particular** [2] - 190:22, 191:10
**parties** [1] - 185:22
**partner** [11] - 206:15, 206:18, 207:6, 207:17, 211:9, 212:8, 212:15, 213:2, 213:5, 213:21, 214:9
**partner's** [1] - 214:16
**partners** [1] - 208:24
**party** [1] - 88:24
**Pass** [5] - 16:10, 16:12, 17:1, 17:15, 18:5
**pass** [1] - 43:18
**past** [5] - 40:25, 41:15, 104:7, 104:9, 155:19
**pasture** [7] - 41:13, 41:15, 41:23, 42:6, 44:22, 47:4, 47:14
**Patricia** [1] - 83:5
**Patrick's** [8] - 28:21, 29:10, 29:16, 30:15, 30:18, 31:6, 31:17, 32:3
**Patty** [56] - 55:8, 55:19, 55:22, 62:8, 62:16, 65:2, 65:5, 84:6, 85:10, 91:22, 94:8, 106:13, 112:3, 112:9, 113:3, 113:21, 114:8, 114:14, 115:4, 115:5, 120:15, 120:24, 121:12, 122:10, 123:7, 123:14, 123:18, 123:23, 124:2, 124:11, 147:16, 155:10, 163:1, 171:6, 171:18, 173:7, 173:21, 173:22, 175:3, 175:22, 176:6, 177:19, 180:19, 181:14, 200:1, 201:25, 202:20, 210:4, 211:20, 212:18, 213:25, 214:19, 215:15, 217:1, 224:19, 225:3
**Patty@alt2tox.org** [1] - 173:5
**pause** [5] - 72:9, 72:12, 72:19, 74:5, 134:16
**pay** [7] - 15:10, 15:14, 16:22, 18:25, 20:1, 20:6, 20:9
**PDF** [2] - 183:21, 183:22
**PDFs** [1] - 202:6
**peek** [2] - 175:16, 206:4
**pen** [1] - 35:13
**penalties** [1] - 196:3
**pending** [4] - 13:12, 13:14, 53:20, 180:10
**people** [11] - 6:18, 8:23, 27:25, 30:22, 90:24, 100:3, 170:10, 174:5, 180:1, 180:2, 215:21
**people's** [1] - 145:1
**peppering** [1] - 177:21
**per** [1] - 159:16
**percent** [2] - 46:2, 165:20
**perfect** [1] - 38:1
**perhaps** [1] - 226:8
**period** [1] - 159:3
**perjure** [2] - 88:5, 140:13
**permit** [41] - 51:23, 52:4, 52:24, 53:6, 53:14, 53:19, 54:25, 55:2, 55:5, 62:25, 65:13, 68:11, 68:18, 69:21, 71:11, 124:18, 125:16, 126:1, 127:4, 127:13, 128:17, 145:11, 145:19, 146:7, 148:4, 149:7, 149:16, 150:1, 150:6, 150:14, 159:16, 184:1, 194:17, 195:16, 196:4, 198:3, 198:13, 198:20, 199:5, 199:6, 223:4
**person** [11] - 40:1, 50:24, 102:23, 111:7, 112:4, 112:5, 112:11, 113:5, 119:10, 143:16, 185:14
**person's** [1] - 32:24
**personal** [2] - 131:16, 133:16
**personally** [5] - 51:9, 59:13, 76:10, 102:7, 151:10
**phone** [31] - 56:15, 60:15, 60:20, 102:9, 103:8, 111:7, 111:8, 111:14, 112:4, 112:6, 112:9, 113:5, 113:6, 114:16, 114:17, 114:20, 114:21, 115:1, 115:22, 116:20, 117:3, 117:16, 143:16, 143:17, 144:14, 147:9, 147:11, 151:16, 161:21, 166:21, 229:2
**phonetic** [2] - 41:18, 97:19
**photo** [6] - 183:7, 207:6, 207:16, 209:23, 210:3, 213:21
**photograph** [3] - 209:13, 210:1, 213:12
**photographic** [1] - 148:13
**photographs** [5] - 190:16, 191:14, 191:17, 205:15
**photos** [1] - 146:19
**phrase** [1] - 67:1
**physically** [1] - 78:22
**pics** [2] - 203:3, 204:10
**picture** [3] - 203:21, 207:2, 214:21
**pictures** [15] - 53:22, 74:12, 77:7, 103:4, 111:5, 150:5, 188:9, 190:10, 191:9, 203:6, 203:15, 203:25, 204:14, 217:20, 218:21
**piece** [2] - 41:2, 42:18
**pin** [1] - 55:11
**place** [7] - 11:19, 14:15, 30:3, 44:1, 74:14, 105:15, 209:4
**placed** [1] - 105:22
**places** [1] - 31:25
**plaintiff** [1] - 66:17
**planet** [1] - 75:10
**planned** [1] - 75:14
**Planning** [1] - 54:21
**planning** [5] - 54:23, 68:16, 127:3, 128:4, 159:17
**plans** [6] - 10:9, 10:10, 26:19, 26:21, 26:24, 135:17
**plausible** [3] - 99:25, 121:3, 158:11
**please** [127] - 10:4, 13:9, 13:25, 14:7, 14:18, 16:2, 16:16, 20:22, 21:2, 21:5, 22:20, 22:21, 25:9, 26:2, 26:13, 27:8, 27:18, 27:21, 28:5, 28:8, 32:14, 33:9, 36:10, 37:4, 39:1, 39:24, 41:5, 42:15, 42:25, 43:3, 43:16, 44:3, 44:10, 44:16, 46:6, 48:1, 48:13, 48:15, 49:25, 52:3, 52:20, 57:7, 59:4, 62:14, 63:3, 63:11, 65:10, 67:17, 67:21, 69:4, 69:7, 70:13, 72:18, 76:13, 77:21, 78:15, 78:16, 80:24, 81:23, 85:16, 88:6, 93:3, 95:8, 95:9, 96:17, 97:1, 109:6, 109:16, 109:22, 122:24, 125:2, 125:10, 126:3, 126:9, 126:15, 130:19, 131:17, 131:21, 133:3, 134:12, 135:1, 135:3, 135:20, 140:1, 140:3, 140:6, 141:12, 144:23, 146:13, 147:1, 150:17, 155:24, 165:10, 165:24, 166:14, 168:9, 168:13, 169:10, 170:18, 171:15, 175:1, 177:9, 177:15, 178:12, 181:19, 188:6, 189:13, 190:13, 192:2, 192:11, 196:13, 199:25, 200:17, 202:17, 202:23, 208:7, 210:9, 210:12, 219:16, 222:19, 222:22, 224:15, 229:11
**pleasure** [1] - 230:1
**plural** [1] - 115:7
**plus** [2] - 24:4, 117:19
**PNG** [1] - 187:16
**pocket** [2] - 23:23, 25:16
**point** [18] - 10:6, 24:24, 48:3, 62:6, 62:17, 65:3, 70:18, 78:8, 116:13, 125:7, 131:25, 133:8, 154:1, 159:19, 161:19, 180:3, 225:15, 227:7
**pointed** [1] - 40:19
**pointing** [4] - 38:20, 39:7, 46:16, 149:4
**polluted** [1] - 68:8
**pollution** [1] - 152:20
**polygon** [1] - 38:18
**portion** [5] - 24:14, 84:22, 104:3, 228:18, 228:20
**Portland** [1] - 18:19
**position** [2] - 159:6, 159:14
**positive** [4] - 120:1, 120:3, 120:4, 120:6
**possession** [2] - 99:2, 224:18
**possibility** [1] - 179:21
**possible** [3] - 123:5, 126:14, 131:12
**possibly** [1] - 195:24
**posted** [1] - 205:17
**potential** [6] - 82:23, 94:16, 96:14, 97:8, 139:20, 198:19
**potentially** [2] - 137:7, 137:15
**precisely** [2] - 189:11, 189:19
**predominantly** [1] -

159:25
**premarked** [1] - 210:20
**premise** [2] - 77:24, 79:17
**prepaid** [1] - 12:5
**prepare** [3] - 87:13, 87:14
**prepared** [4] - 87:17, 88:23, 94:6, 107:19
**preparing** [1] - 226:5
**prepay** [1] - 12:4
**present** [19] - 56:12, 56:16, 56:23, 60:17, 88:16, 91:25, 92:3, 108:3, 108:14, 117:3, 151:9, 151:15, 151:20, 153:16, 156:8, 156:23, 163:8, 165:3, 165:12
**pretext** [1] - 227:16
**pretty** [10] - 17:8, 95:3, 140:11, 143:21, 161:22, 189:16, 191:21, 217:17, 217:23, 222:4
**prevail** [1] - 62:20
**previous** [3] - 187:6, 189:21, 218:11
**previously** [4] - 21:9, 33:22, 38:22, 137:24
**printed** [2] - 89:12, 90:9
**prior** [19] - 10:9, 20:25, 22:18, 26:10, 29:17, 41:25, 62:11, 65:6, 87:22, 122:4, 124:19, 127:16, 133:15, 133:17, 136:15, 137:17, 145:15, 171:20, 187:5
**private** [1] - 45:19
**privilege** [9] - 136:21, 136:24, 137:12, 137:20, 138:3, 138:19, 139:5, 141:10, 142:11
**privileged** [2] - 8:15, 143:2
**privy** [1] - 82:21
**probably** [24] - 88:1, 88:4, 89:15, 93:20, 98:13, 99:5, 102:3, 103:18, 103:20, 107:21, 118:23, 119:9, 121:3, 144:13, 144:16, 145:14, 163:13, 174:16, 175:12, 179:10, 179:11, 198:14, 201:13, 222:21
**problem** [3] - 7:20, 53:10, 157:24
**problems** [3] - 51:6, 53:8, 229:1
**proceed** [1] - 65:12
**proceeded** [1] - 225:23
**proceeding** [3] - 8:9, 25:2, 220:9
**proceedings** [2] - 205:18, 230:6
**process** [1] - 122:1
**produced** [2] - 224:24
**production** [2] - 210:24, 226:3
**professional** [2] - 204:7, 210:11
**proffer** [1] - 141:4
**project** [1] - 149:7
**promise** [1] - 192:17
**properties** [1] - 35:11
**property** [49] - 34:13, 34:23, 35:10, 38:22, 40:5, 40:10, 43:17, 43:21, 44:21, 45:4, 45:5, 45:12, 45:13, 45:14, 45:16, 59:19, 59:20, 60:9, 60:12, 61:23, 75:8, 98:14, 98:17, 98:20, 99:16, 104:1, 104:4, 104:7, 104:10, 104:12, 104:13, 104:16, 104:23, 104:24, 105:6, 105:19, 106:9, 129:20, 130:13, 131:22, 132:23, 155:19, 163:17, 173:25, 188:18, 188:20, 188:21
**protect** [1] - 62:18
**protected** [1] - 137:19
**protest** [1] - 225:25
**provide** [1] - 13:8
**public** [4] - 197:17, 197:20, 197:24, 222:4
**pulled** [3] - 145:11, 146:7, 146:10
**purchase** [2] - 34:8, 34:13
**purchased** [2] - 34:10, 34:16
**purpose** [1] - 10:16
**purposes** [1] - 36:15
**pursuing** [1] - 160:2
**put** [26] - 7:24, 39:23, 39:24, 41:3, 42:6, 45:11, 45:15, 45:23, 46:25, 47:4, 47:6, 48:22, 55:17, 64:25, 129:5, 129:25, 130:1, 170:12, 170:20, 174:4, 179:22, 182:25, 193:12, 194:24, 196:9, 210:17
**putting** [2] - 65:7, 229:6

## Q

**quality** [1] - 54:13
**question** [178] - 6:20, 6:22, 7:16, 7:17, 8:3, 8:6, 8:18, 8:24, 9:3, 10:3, 13:8, 13:11, 13:14, 13:16, 14:6, 14:10, 14:12, 17:6, 17:9, 20:4, 20:17, 22:17, 22:22, 23:1, 23:2, 23:4, 23:19, 24:17, 24:25, 25:20, 26:2, 27:5, 27:20, 28:9, 28:11, 29:6, 30:1, 30:24, 31:3, 32:14, 33:4, 36:7, 36:20, 42:14, 44:4, 46:8, 48:14, 48:16, 50:3, 52:3, 52:20, 52:21, 56:11, 57:3, 57:13, 57:25, 58:23, 59:3, 60:18, 62:14, 63:4, 63:9, 63:12, 66:21, 67:18, 67:20, 67:21, 67:22, 67:24, 69:4, 69:7, 70:2, 70:4, 70:5, 70:17, 70:20, 72:19, 72:21, 73:15, 75:16, 76:13, 76:14, 77:14, 77:25, 79:5, 79:13, 79:17, 79:22, 80:3, 83:23, 85:3, 85:13, 85:16, 95:8, 95:10, 95:14, 95:16, 96:17, 96:18, 96:25, 97:2, 97:3, 97:4, 105:4, 109:17, 110:7, 123:3, 125:2, 125:3, 125:4, 125:5, 126:4, 127:21, 129:10, 130:19, 130:23, 130:25, 131:5, 132:12, 132:17, 133:2, 133:3, 134:13, 134:17, 134:18, 137:13, 138:17, 138:19, 139:14, 140:3, 140:4, 140:9, 140:20, 142:4, 142:25, 144:21, 144:24, 145:2, 145:3, 145:5, 146:22, 147:2, 147:3, 148:8, 164:1, 164:22, 165:10, 166:1, 166:6, 166:13, 166:15, 168:8, 168:9, 168:12, 168:14, 173:14, 175:1, 177:7, 177:23, 180:10, 183:12, 184:9, 187:7, 187:9, 189:14, 192:22, 193:18, 195:5, 208:14, 208:17, 217:12, 218:11, 218:13, 218:18, 222:19, 225:13
**questioning** [1] - 25:2
**questions** [28] - 6:10, 6:13, 6:16, 7:2, 7:11, 7:23, 9:22, 24:23, 30:23, 36:24, 60:16, 84:20, 84:23, 88:6, 94:3, 95:12, 106:23, 109:23, 123:5, 130:6, 148:16, 170:22, 175:18, 177:2, 177:22, 183:13, 192:16, 210:8
**quick** [1] - 216:24
**quicker** [4] - 123:4, 145:4, 192:15, 192:18
**quickly** [1] - 123:5
**quit** [6] - 59:4, 131:17, 192:3, 199:18, 208:19, 208:20
**quite** [4] - 49:9, 49:13, 49:14, 98:20
**quote** [1] - 123:9

## R

**rain** [2] - 55:13, 118:8
**rained** [2] - 118:9, 217:9
**raining** [1] - 200:5
**rainy** [1] - 158:4
**raised** [4] - 72:17, 78:17, 227:8, 227:10
**ran** [1] - 155:19
**ranch** [2] - 40:22, 40:25
**re** [2] - 30:1, 176:2
**re-ask** [1] - 30:1
**reached** [1] - 156:6
**read** [41] - 9:2, 9:3, 14:12, 23:2, 23:4, 48:15, 48:16, 63:9, 67:21, 67:22, 73:21, 76:14, 86:4, 86:12, 89:21, 95:16, 96:19, 97:4, 106:25, 125:5, 126:3, 126:4, 127:8, 127:23, 128:4, 128:9, 129:3, 140:4, 144:23, 145:5, 147:1, 147:3, 166:13, 166:15, 168:14, 168:15, 175:17, 177:20, 178:10, 215:13, 216:24
**reading** [2] - 128:11, 196:22
**realize** [1] - 8:8
**realized** [1] - 218:10
**really** [10] - 7:23, 55:10, 70:24, 82:17, 84:15, 120:17, 123:4, 139:15, 192:18, 209:24
**Realtors** [1] - 130:1
**reason** [4] - 10:18, 72:15, 139:21, 140:24
**reasonable** [1] - 89:16
**reasons** [2] - 30:25, 146:20
**recall** [256] - 22:3, 24:11, 29:22, 30:4, 31:7, 31:9, 31:11, 31:13, 31:14, 49:9, 49:13, 50:13, 50:15, 54:9, 54:10, 54:12, 55:10, 55:12, 55:21, 55:25, 56:4, 56:6, 58:1, 58:5, 58:16, 58:21, 59:9, 59:12, 59:24, 60:5, 60:7, 60:8, 60:20, 61:12, 61:13, 64:7, 64:10, 64:16, 66:8, 66:9, 66:12, 66:15, 66:17, 66:22, 67:9, 67:10, 68:7, 73:14, 73:18, 81:24, 82:1, 82:3, 82:7, 82:17, 82:18, 82:22, 83:7, 83:8, 83:12, 83:13, 83:21, 84:13, 84:16, 86:3,

89:3, 89:6, 89:11, 90:3, 90:15, 93:9, 93:10, 93:21, 94:5, 94:7, 94:11, 94:14, 94:15, 94:18, 94:20, 95:1, 95:8, 95:19, 95:20, 95:21, 96:6, 96:8, 96:12, 96:13, 96:20, 96:21, 97:5, 97:8, 99:7, 99:11, 99:17, 101:19, 103:13, 107:8, 107:18, 107:20, 108:2, 108:8, 108:9, 108:16, 111:1, 111:11, 111:20, 111:23, 111:24, 112:2, 112:3, 112:8, 112:19, 112:22, 112:23, 112:24, 112:25, 113:2, 113:3, 113:22, 114:15, 115:25, 116:19, 120:24, 121:8, 121:9, 121:11, 121:12, 121:16, 121:19, 121:24, 121:25, 122:2, 123:7, 123:16, 123:19, 124:1, 124:6, 124:11, 124:14, 128:12, 128:14, 128:19, 128:25, 133:13, 135:5, 135:10, 135:11, 135:18, 135:22, 136:2, 136:4, 136:7, 136:17, 137:1, 137:5, 138:16, 138:19, 138:23, 138:25, 139:1, 139:7, 139:10, 140:15, 143:22, 144:5, 144:10, 144:11, 144:12, 144:14, 144:17, 144:21, 145:6, 146:3, 146:5, 146:14, 146:15, 147:6, 147:12, 148:12, 149:3, 149:12, 149:14, 149:23, 150:2, 150:3, 150:10, 150:11, 150:15, 150:22, 150:23, 150:24, 151:2, 151:5, 151:18, 151:21, 153:3, 153:15, 154:6, 154:14, 155:7, 155:11, 158:1, 159:3, 159:10, 160:18, 160:24, 161:1, 161:11, 162:5, 162:8, 170:1, 171:23, 171:25, 172:11, 172:23, 172:24, 182:19, 185:15, 186:11, 194:10, 194:11, 197:16, 197:23, 198:17, 198:18, 198:21, 198:23, 199:1, 199:3, 199:4, 199:8, 200:6, 200:7, 200:8, 200:13, 200:24, 201:11, 202:8, 202:11, 209:25, 213:1, 215:24, 216:19, 216:22, 216:24, 216:25, 217:7, 217:15, 218:23, 219:21, 220:17, 222:10

**recalling** [1] - 83:25
**recalls** [3] - 128:23, 144:7, 164:5
**receive** [1] - 100:12
**received** [21] - 22:12, 25:18, 97:12, 97:15, 102:6, 102:12, 102:14, 102:17, 133:25, 138:7, 138:22, 139:11, 139:12, 141:1, 141:4, 193:11, 197:18, 207:17, 211:8, 215:18, 221:8
**Recent** [2] - 203:3, 204:9
**recently** [1] - 85:24
**recess** [5] - 62:4, 81:5, 110:23, 148:24, 199:10
**recognize** [4] - 72:20, 171:4, 209:23, 221:17
**recollection** [1] - 177:21
**recommend** [1] - 36:25
**record** [37] - 7:1, 7:4, 7:8, 8:5, 17:12, 38:15, 38:17, 42:17, 42:22, 45:22, 46:1, 46:13, 46:14, 56:21, 62:3, 72:2, 80:15, 80:18, 81:4, 81:7, 105:21, 109:14, 110:22, 110:24, 115:21, 142:6, 148:25, 149:2, 199:11, 208:21, 210:21, 215:13, 225:17, 226:13, 226:22, 229:10
**records** [3] - 222:4, 222:24, 223:12
**rectangle** [1] - 45:25
**red** [1] - 183:8
**redo** [2] - 7:16, 100:10
**reducing** [1] - 128:1
**refer** [1] - 206:13
**reference** [2] - 179:18, 187:20
**referenced** [1] - 222:2
**references** [1] - 227:12
**referring** [2] - 73:5, 225:14
**refine** [1] - 63:6
**reflect** [4] - 45:22, 56:21, 105:21, 225:17
**refresh** [1] - 177:21
**refundable** [8] - 21:12, 21:14, 21:25, 22:6, 22:10, 22:14, 22:24, 24:8
**refunded** [1] - 24:6
**refuse** [1] - 133:2
**regarding** [25] - 54:4, 83:9, 94:16, 94:21, 120:25, 121:10, 123:8, 124:3, 126:25, 128:16, 143:8, 145:18, 146:6, 149:15, 149:25, 150:4, 150:13, 151:10, 151:16, 162:11, 163:11, 168:1, 183:14, 184:21, 196:18
**regards** [1] - 179:18
**regional** [4] - 169:23, 176:1, 182:5, 196:18
**Regular** [1] - 230:4
**rejected** [17] - 54:11, 54:18, 54:22, 68:13, 68:16, 68:25, 69:10, 69:20, 71:10, 73:2, 73:3, 73:14, 121:14, 121:19, 122:9, 122:13, 123:9
**rejecting** [1] - 121:22
**rejection** [1] - 220:23
**relate** [1] - 179:4
**relation** [1] - 98:16
**relations** [2] - 54:3, 54:6
**Relations** [5] - 54:7, 219:25, 220:5, 220:24, 221:10
**relationship** [3] - 66:18, 141:7, 208:15
**relevance** [78] - 10:22, 13:23, 14:4, 14:16, 14:21, 15:7, 15:11, 15:15, 15:19, 15:24, 15:25, 16:8, 16:9, 16:13, 16:14, 16:19, 16:23, 17:4, 17:18, 17:19, 17:24, 17:25, 18:6, 18:7, 18:11, 18:12, 18:16, 18:21, 18:22, 19:1, 19:2, 19:6, 19:7, 19:11, 19:12, 19:18, 19:22, 19:23, 20:2, 20:3, 20:7, 20:8, 21:3, 21:13, 21:17, 21:18, 21:22, 22:1, 22:2, 22:7, 22:15, 23:9, 23:18, 23:24, 24:3, 24:9, 24:10, 24:18, 25:13, 25:23, 25:24, 26:9, 26:11, 26:16, 27:22, 28:19, 28:25, 29:1, 29:18, 30:10, 32:15, 130:21, 131:6, 131:12, 131:19, 132:2, 133:7, 207:25
**Relevance** [1] - 15:3
**remains** [1] - 219:2
**remember** [87] - 11:6, 11:17, 28:16, 28:20, 30:14, 41:19, 65:20, 67:14, 68:6, 75:10, 81:15, 83:1, 83:12, 86:16, 86:20, 86:21, 86:22, 86:24, 87:3, 87:8, 87:12, 88:9, 88:10, 88:20, 88:22, 88:23, 89:23, 90:1, 96:3, 98:12, 99:22, 100:8, 101:3, 107:19, 108:16, 108:17, 109:4, 110:2, 110:3, 110:6, 111:4, 111:9, 111:14, 112:11, 113:25, 114:3, 115:11, 116:2, 116:24, 118:7, 119:9, 119:21, 120:22, 123:13, 128:11, 128:18, 140:20, 140:21, 147:13, 149:18, 149:19, 149:20, 152:25, 153:1, 153:4, 154:13, 161:25, 162:25, 168:23, 172:2, 172:5, 172:11, 181:12, 184:21, 185:15, 196:22, 202:10, 216:9, 216:10, 216:12, 216:16, 216:17, 216:23, 217:16
**remembered** [3] - 82:18, 95:23, 162:1
**remind** [2] - 30:21, 210:10
**repair** [1] - 106:2
**repeat** [5] - 134:17, 168:9, 168:12, 173:15, 184:9
**repeated** [2] - 63:7, 105:17
**repeatedly** [1] - 119:15
**rephrase** [6] - 8:1, 35:1, 147:22, 208:16, 208:17, 209:3
**report** [6] - 77:9, 128:5, 128:15, 128:19, 157:18, 157:20
**reported** [1] - 73:25
**Reporter** [4] - 14:9, 108:4, 108:6, 128:21
**reporter** [18] - 6:9, 6:12, 6:22, 7:1, 9:2, 9:13, 31:1, 48:1, 80:11, 80:20, 80:22, 95:13, 96:19, 127:23, 140:10, 169:7, 172:14, 215:12
**REPORTER** [7] - 61:25, 80:10, 80:15, 81:1, 199:9, 210:22, 229:9
**reports** [5] - 125:14, 125:25, 127:8, 127:9, 157:12
**represent** [2] - 136:11, 139:22
**representation** [3] - 137:17, 139:21, 142:15
**representing** [6] - 17:9, 38:24, 136:16,

136:19, 137:7, 139:2
**request** [4] - 71:18, 105:3, 169:23, 227:24
**requested** [2] - 125:24, 223:13
**required** [2] - 217:11, 217:12
**reread** [5] - 14:11, 76:13, 95:13, 125:2, 140:10
**rescheduled** [1] - 225:20
**resent** [1] - 27:8
**reservation** [3] - 29:13, 30:16, 30:20
**reservations** [3] - 21:9, 30:19, 31:24
**reserved** [1] - 12:23
**reserving** [1] - 226:1
**reside** [3] - 33:6, 33:7, 33:22
**resided** [1] - 33:17
**residence** [5] - 33:12, 57:15, 94:12, 208:24
**residing** [1] - 41:10
**resolve** [2] - 227:17, 227:20
**resolved** [2] - 225:19, 227:4
**respect** [38] - 49:2, 51:8, 51:11, 52:15, 53:21, 54:14, 54:22, 55:11, 63:25, 68:12, 68:17, 68:18, 69:22, 76:22, 81:12, 94:16, 128:5, 139:20, 144:18, 150:6, 151:8, 165:2, 165:21, 167:17, 171:18, 172:1, 195:15, 197:17, 198:12, 198:15, 198:19, 202:20, 210:10, 214:20, 224:11, 224:18, 225:22, 226:8
**respectfully** [3] - 69:25, 81:14, 105:3
**respond** [2] - 178:17, 227:25
**responded** [4] - 181:13, 190:15, 201:10, 205:20
**responding** [2] - 25:10, 165:23
**response** [12] - 72:19, 169:23, 180:12, 180:13, 180:25, 181:5, 190:5, 200:19, 200:24, 200:25, 202:19, 220:4
**responsive** [2] - 95:11, 95:12
**rest** [1] - 107:22
**restate** [4] - 95:10, 97:1, 140:3, 165:10
**restored** [1] - 223:21
**restricting** [1] - 69:11
**restriction** [1] - 69:21
**restrictions** [1] - 71:12
**restroom** [3] - 110:17, 110:20, 148:21
**results** [7] - 158:23, 162:9, 162:19, 182:6, 182:10, 182:20, 202:9
**retiring** [1] - 159:11
**retrieved** [1] - 224:3
**review** [15] - 9:8, 169:10, 171:3, 172:19, 178:12, 182:1, 193:25, 199:25, 200:17, 206:2, 211:6, 212:3, 212:24, 214:5, 219:16
**reviewing** [7] - 9:12, 171:4, 178:12, 178:14, 190:2, 192:24, 193:19
**revocation** [5] - 69:21, 194:16, 194:23, 198:19, 199:7
**revoked** [4] - 52:24, 53:7, 53:14, 55:5
**revoking** [1] - 68:17
**reword** [3] - 10:4, 63:13, 216:25
**rid** [1] - 223:19
**right** [45] - 6:12, 9:7, 25:8, 35:6, 38:9, 45:19, 51:1, 62:2, 68:8, 69:23, 78:14, 78:19, 79:14, 93:24, 95:20, 100:16, 104:21, 107:16, 114:1, 132:9, 140:21, 140:22, 154:3, 157:14, 161:16, 169:7, 175:9, 175:12, 178:3, 179:8, 184:12, 185:2, 185:4, 193:14, 204:5, 205:1, 212:5, 213:14, 213:19, 215:6, 221:12, 223:7, 228:14, 229:16, 230:5
**right-hand** [2] - 205:1, 212:5
**rights** [1] - 226:1
**river** [2] - 163:16, 164:10
**River** [1] - 165:19
**road** [5] - 39:15, 104:7, 167:13, 207:4, 217:13
**Road** [4] - 33:10, 33:18, 132:21, 155:19
**Roberts** [1] - 216:15
**room** [1] - 78:21
**Rose** [1] - 32:16
**rude** [3] - 6:21, 7:7, 83:22
**Rule** [5] - 81:11, 137:10, 142:2, 228:2
**ruled** [1] - 25:5
**rules** [2] - 6:7, 210:11
**run** [1] - 38:11
**running** [1] - 174:5
**runoff** [16] - 88:2, 95:4, 98:8, 101:7, 103:20, 111:16, 118:1, 118:10, 165:17, 172:20, 173:11, 173:24, 174:4, 174:11, 176:14, 200:10
**runs** [1] - 165:19
**rushing** [1] - 222:22
**Rydeli** [1] - 216:10

## S

**safe** [15] - 22:12, 25:15, 52:13, 65:3, 120:8, 120:11, 120:14, 120:17, 120:20, 125:23, 141:6, 158:6, 179:15, 198:24, 222:11
**safety** [1] - 220:11
**said** [61] - 9:9, 17:1, 20:17, 21:6, 23:16, 37:13, 39:6, 43:14, 50:23, 52:22, 54:20, 67:15, 68:5, 85:7, 86:16, 90:20, 95:1, 95:20, 96:8, 99:11, 102:13, 110:5, 114:16, 115:11, 116:6, 116:7, 126:2, 128:5, 129:11, 129:13, 130:1, 131:23, 133:24, 135:18, 135:22, 136:4, 138:5, 147:18, 153:2, 154:7, 154:10, 162:14, 164:5, 165:6, 166:12, 170:24, 175:10, 175:23, 177:4, 177:24, 180:1, 182:14, 182:19, 193:17, 196:1, 198:23, 199:1, 205:5, 218:20, 226:12
**sale** [2] - 34:10, 129:6
**salmon** [5] - 67:15, 68:10, 111:17, 118:13, 165:18
**same** [28] - 6:14, 13:1, 22:8, 36:1, 36:16, 42:1, 71:25, 107:14, 137:2, 137:8, 139:4, 140:22, 143:25, 146:18, 151:15, 167:1, 177:23, 181:21, 184:19, 193:22, 193:23, 196:14, 200:18, 202:19, 207:13, 210:8, 213:24, 227:12
**sample** [2] - 202:9, 202:20
**samples** [21] - 155:18, 156:2, 156:5, 156:14, 156:23, 156:25, 157:1, 157:6, 157:8, 157:11, 157:17, 158:16, 158:19, 158:20, 162:11, 202:7, 202:8, 202:11, 202:13, 202:15, 202:16
**sanctions** [1] - 226:1
**save** [2] - 100:22, 118:13
**saw** [3] - 82:25, 85:8, 221:19
**say** [86] - 6:11, 7:3, 11:9, 17:15, 22:12, 25:15, 40:3, 42:21, 46:22, 49:19, 49:20, 49:23, 52:13, 57:15, 65:3, 66:23, 75:11, 76:25, 77:21, 77:23, 79:8, 79:16, 83:17, 86:5, 86:15, 88:8, 89:15, 89:19, 91:24, 94:13, 97:17, 97:22, 98:16, 99:24, 102:12, 103:12, 105:2, 105:8, 109:21, 110:12, 114:8, 115:9, 120:8, 120:11, 120:14, 120:17, 120:20, 121:23, 123:22, 123:25, 125:23, 127:12, 129:13, 134:8, 134:10, 135:9, 135:14, 136:8, 138:16, 141:6, 142:1, 147:18, 153:18, 155:11, 158:6, 158:9, 167:3, 172:13, 174:22, 189:6, 192:4, 192:6, 193:14, 194:21, 194:25, 195:2, 198:24, 198:25, 204:7, 222:11
**saying** [26] - 7:25, 9:1, 20:18, 26:6, 34:25, 60:15, 68:9, 88:4, 98:21, 116:22, 124:9, 126:11, 126:12, 132:6, 140:14, 142:20, 156:13, 157:11, 173:10, 173:11, 182:5, 187:15, 205:7, 208:2, 222:23, 225:8
**says** [40] - 47:1, 57:5, 105:7, 170:5, 173:11, 174:19, 175:25, 176:23, 177:15, 178:24, 178:25, 179:7, 180:15, 181:7, 183:10, 183:20, 184:15, 186:20, 187:3, 187:16, 188:2, 191:13, 194:14, 200:10, 201:25, 202:6, 202:18, 202:25, 203:3, 205:21, 209:18, 209:21, 209:22, 212:5, 213:18, 215:9, 217:3, 217:6, 218:9
**school** [2] - 6:1, 6:3
**Scott** [1] - 48:21
**scratch** [1] - 166:17
**scratched** [1] - 173:17
**screenshot** [4] - 186:14, 187:3,

187:15, 187:20
**search** [1] - 223:11
**season** [2] - 158:4, 158:7
**second** [15] - 31:2, 132:9, 134:12, 134:16, 134:21, 169:8, 175:19, 177:1, 177:10, 177:20, 178:6, 178:9, 178:17, 181:10, 181:22
**seconds** [2] - 134:17, 134:19
**section** [2] - 104:24, 212:1
**see** [35] - 7:4, 22:6, 22:13, 28:24, 29:4, 29:9, 41:3, 46:17, 46:21, 46:22, 47:13, 77:5, 100:15, 102:7, 105:7, 105:8, 118:9, 169:17, 178:25, 181:4, 181:24, 183:10, 184:14, 186:9, 195:8, 199:1, 203:1, 205:7, 205:20, 209:10, 209:13, 213:14, 223:21, 224:1
**seeing** [2] - 82:22, 99:17
**seek** [2] - 197:8, 226:1
**seeking** [2] - 141:24, 142:9
**seemed** [1] - 63:15
**seems** [4] - 6:19, 37:1, 75:11, 155:6
**seen** [6] - 12:9, 219:18, 220:14, 221:18, 222:24
**sell** [2] - 129:8, 129:24
**semicolon** [2] - 188:3, 189:5
**Senator** [2] - 185:5, 185:11
**send** [26] - 90:5, 103:17, 117:22, 117:25, 118:10, 119:6, 119:11, 119:15, 119:16, 119:19, 119:22, 167:4, 173:12, 173:23, 180:2, 183:21, 187:24, 190:17, 190:20, 191:14, 194:8, 201:11, 202:7, 225:2
**sending** [10] - 85:14, 101:3, 119:12, 123:13, 124:11, 161:22, 162:8, 184:21, 191:13, 201:11
**sense** [2] - 175:25, 182:5
**sent** [98] - 53:22, 65:15, 74:11, 100:10, 101:1, 101:23, 107:22, 108:2, 108:9, 116:11, 117:20, 117:21, 118:2, 118:8, 118:24, 119:2, 119:4, 120:1, 120:4, 120:9, 120:12, 120:15, 120:18, 120:21, 121:13, 121:18, 145:8, 154:1, 157:8, 157:17, 157:20, 158:12, 158:20, 162:25, 163:5, 169:15, 173:10, 174:10, 174:11, 174:13, 175:2, 176:5, 176:12, 176:21, 177:18, 178:15, 178:20, 178:22, 179:13, 179:19, 179:24, 180:1, 180:22, 182:3, 183:14, 183:25, 184:11, 184:12, 184:18, 185:4, 185:8, 185:11, 185:13, 186:7, 186:11, 186:13, 186:23, 187:13, 187:18, 187:19, 187:22, 189:12, 189:18, 190:8, 190:10, 190:21, 191:10, 191:17, 195:10, 198:11, 200:8, 202:3, 202:20, 203:3, 205:4, 206:18, 210:3, 211:14, 212:9, 213:21, 214:20, 214:23, 215:21, 220:22, 221:7
**Sent** [1] - 173:11
**sentence** [2] - 70:25, 71:2
**sentences** [2] - 178:5, 178:7
**separate** [6] - 117:24, 175:24, 176:5, 177:11, 183:9, 210:8
**separated** [4] - 67:6, 218:3, 218:6, 218:10
**September** [20] - 121:12, 123:8, 149:15, 149:24, 155:4, 184:16, 185:17, 201:20, 202:3, 207:10, 207:13, 207:18, 210:3, 211:9, 212:9, 212:16, 212:19, 213:2, 214:12, 214:23
**series** [1] - 36:24
**served** [6] - 97:18, 133:14, 133:22, 225:18, 226:15, 228:7
**service** [2] - 97:24, 225:21
**set** [3] - 32:9, 125:24, 194:16
**seven** [1] - 46:3
**seventeen** [2] - 33:21, 154:22
**several** [3] - 28:18, 185:22, 189:4
**sex** [1] - 208:9
**shaking** [2] - 78:18, 78:23
**share** [1] - 197:15
**shared** [1] - 37:1
**sharing** [1] - 204:17
**she** [91] - 6:25, 13:7, 14:5, 36:15, 36:16, 36:17, 41:7, 42:21, 42:23, 49:20, 56:3, 56:5, 56:21, 57:5, 58:3, 58:6, 58:9, 58:14, 58:17, 66:12, 66:22, 70:22, 76:9, 79:17, 80:13, 92:1, 92:6, 92:8, 96:24, 102:14, 106:22, 110:5, 110:6, 112:17, 113:6, 113:7, 113:10, 113:11, 113:13, 114:8, 114:17, 114:20, 114:22, 114:24, 115:9, 115:24, 122:16, 128:22, 134:10, 135:9, 135:14, 135:18, 135:22, 136:3, 136:4, 136:8, 137:13, 137:14, 142:16, 142:22, 144:6, 147:20, 148:16, 161:8, 163:10, 163:17, 164:5, 164:9, 165:25, 166:2, 166:3, 170:24, 171:14, 177:13, 177:22, 177:24, 178:2, 187:4, 190:21, 192:6
**she'll** [1] - 9:3
**she's** [8] - 9:2, 41:6, 41:7, 66:24, 71:22, 180:5, 187:6, 193:19
**shelby** [1] - 216:15
**Shelby** [1] - 216:16
**short** [6] - 62:4, 81:5, 104:9, 110:23, 148:24, 199:10
**shortly** [3] - 88:21, 98:5, 99:23
**shot** [2] - 181:8, 212:15
**should** [3] - 196:25, 218:2, 227:3
**shouldn't** [1] - 67:2
**show** [4] - 8:5, 170:25, 172:18, 221:2
**showed** [2] - 145:24, 148:15
**showing** [7] - 168:24, 169:1, 212:21, 215:4, 218:21, 219:15, 220:12
**shut** [11] - 55:15, 65:4, 124:17, 125:17, 125:18, 125:20, 145:12, 146:7, 146:11, 146:21, 149:6
**shutting** [3] - 62:7, 125:15, 150:13
**sic** [2] - 76:13, 168:24
**side** [28] - 34:20, 34:23, 35:2, 35:5, 35:20, 35:21, 35:22, 40:13, 40:15, 41:13, 41:18, 41:23, 42:6, 43:25, 44:22, 45:14, 45:21, 45:23, 46:25, 55:14, 104:6, 105:6, 205:1, 212:5, 215:6, 217:13, 217:14
**sides** [2] - 34:17, 34:22
**sign** [4] - 85:21, 86:18, 87:18, 91:15
**signed** [8] - 85:19, 86:13, 87:6, 87:10, 87:15, 87:21, 88:10, 170:6
**signing** [4] - 86:3, 88:23, 90:3, 94:5
**similar** [1] - 103:25
**simply** [3] - 37:21, 65:12, 66:9
**since** [9] - 9:6, 33:19, 80:5, 83:23, 85:25, 88:12, 102:10, 137:24, 179:13
**single** [1] - 119:13
**sir** [9] - 25:22, 44:14, 46:3, 146:2, 148:17, 219:11, 226:16, 227:6, 227:14
**sit** [1] - 132:16
**site** [17] - 15:10, 15:14, 15:18, 15:22, 16:22, 18:25, 20:1, 20:6, 20:9, 20:10, 20:13, 20:15, 20:18, 21:6, 111:10, 124:4, 124:13
**sites** [1] - 21:10
**situation** [5] - 63:15, 63:17, 63:18, 116:14
**six** [11] - 12:23, 20:10, 20:12, 20:14, 21:9, 26:24, 186:7, 186:25, 187:14, 222:15, 223:7
**size** [2] - 79:1, 79:3
**Skinner** [2] - 121:1, 171:11
**skirt** [1] - 123:4
**sleep** [1] - 53:10
**slid** [1] - 42:18
**slide** [1] - 104:15
**slightly** [1] - 35:7
**slowly** [1] - 139:16
**small** [1] - 100:18
**smoothly** [1] - 72:2
**so** [197] - 6:2, 6:15, 6:19, 7:24, 11:1, 11:5, 11:8, 12:6, 12:15, 12:21, 13:19, 20:12, 22:12, 29:8, 30:1, 30:8, 31:5, 32:3, 32:18, 33:1, 34:25, 35:6, 35:7, 35:19, 35:23, 35:24, 36:5, 36:15, 36:22, 37:20, 38:2, 38:10, 38:11, 38:12, 38:24, 49:23, 50:17, 51:5, 53:7, 53:10, 54:19, 55:25, 58:1, 58:11, 59:9, 62:3, 62:18, 63:5, 63:13, 63:14, 63:15, 65:12, 67:1, 68:1, 68:6, 70:3,

70:4, 70:20, 71:9, 72:17, 73:1, 74:14, 74:16, 76:21, 76:25, 77:9, 77:12, 79:1, 83:16, 85:7, 87:9, 87:17, 88:13, 88:15, 89:25, 90:8, 90:23, 91:16, 91:21, 92:11, 92:13, 93:8, 93:23, 95:19, 96:3, 97:17, 97:22, 97:24, 100:10, 100:15, 100:19, 100:22, 101:1, 101:24, 102:19, 104:21, 104:22, 105:21, 107:17, 109:17, 109:22, 110:14, 113:19, 114:20, 115:20, 115:22, 116:7, 117:1, 117:12, 117:15, 117:19, 117:22, 119:13, 121:23, 122:10, 123:22, 123:25, 125:12, 126:19, 127:7, 127:9, 127:11, 129:7, 129:10, 130:8, 132:6, 132:11, 134:17, 139:10, 139:19, 143:6, 143:12, 150:17, 154:24, 155:11, 158:5, 158:9, 158:14, 158:18, 159:19, 161:20, 161:24, 162:20, 163:3, 165:9, 169:21, 172:23, 174:8, 174:22, 176:3, 179:12, 179:13, 181:5, 181:21, 182:24, 183:5, 183:9, 189:17, 190:15, 192:14, 193:14, 193:20, 194:21, 196:9, 198:24, 199:3, 201:21, 203:3, 203:19, 206:18, 207:4, 207:20, 210:19, 211:2, 212:17, 213:18, 213:21, 214:18, 216:2, 217:19, 218:6, 218:21, 220:15, 221:12, 222:11, 222:16, 222:21, 223:2, 223:12, 225:2, 225:7, 226:22, 227:2, 228:17, 229:4

**soil** [8] - 202:6, 202:8, 202:9, 202:11, 202:13, 202:15, 202:16, 202:20

**sold** [7] - 94:13, 129:5, 129:7, 129:12, 129:21, 129:25, 130:10

**some** [42] - 6:7, 8:24, 35:15, 38:18, 45:23, 49:2, 53:4, 55:9, 67:4, 67:15, 68:10, 85:24, 94:3, 98:7, 102:22, 106:11, 116:13, 116:19, 119:8, 121:16, 122:2, 136:16, 154:1, 158:9, 159:19, 160:5, 160:6, 162:11, 168:19, 172:13, 182:21, 196:17, 200:12, 204:18, 210:6, 211:17, 217:14, 225:1, 225:4

**somebody** [8] - 67:18, 76:10, 87:14, 87:17, 113:6, 161:18, 162:13, 172:10

**somehow** [3] - 137:25, 150:5, 218:5

**someone** [5] - 94:21, 113:4, 113:10, 121:17, 152:21

**someone's** [1] - 185:5

**something** [34] - 7:5, 7:14, 8:15, 9:14, 32:5, 36:16, 49:15, 50:12, 66:13, 70:11, 88:5, 88:24, 89:4, 89:21, 89:22, 90:12, 99:25, 100:10, 100:17, 104:18, 106:24, 114:4, 149:13, 165:1, 174:6, 177:18, 179:14, 180:22, 210:17, 218:15, 227:4, 229:12

**sometime** [3] - 107:10, 142:13, 154:2

**sometimes** [6] - 8:23, 30:22, 70:18, 72:13, 132:3, 132:6

**somewhere** [9] - 31:5, 31:19, 40:23, 41:1, 104:21, 117:12, 117:15, 141:7, 158:24

**soon** [1] - 97:24

**sorry** [28] - 17:7, 36:9, 38:15, 44:6, 60:18, 67:2, 67:23, 70:8, 71:23, 73:10, 108:5, 127:20, 128:22, 134:15, 139:17, 141:13, 144:6, 155:15, 156:13, 157:10, 158:15, 161:2, 168:8, 173:13, 176:25, 179:15, 184:4, 226:11

**sort** [5] - 8:25, 49:2, 127:14, 145:1, 173:13

**sound** [1] - 127:10

**sounded** [1] - 126:19

**sounds** [16] - 50:21, 83:16, 89:16, 93:24, 99:25, 107:16, 107:21, 121:3, 121:4, 121:25, 147:10, 154:3, 158:11, 161:16, 223:1

**south** [5] - 35:24, 36:2, 36:21, 37:9, 37:22

**southern** [1] - 15:1

**spare** [1] - 192:19

**spawn** [3] - 67:16, 68:10, 164:9

**spawning** [3] - 43:22, 111:17, 165:19

**speak** [13] - 50:1, 51:9, 55:19, 60:14, 96:10, 103:8, 108:6, 121:6, 153:12, 165:15, 166:7, 182:17, 223:12

**speaking** [23] - 6:14, 25:8, 25:11, 36:1, 44:9, 44:14, 44:15, 67:10, 78:1, 78:2, 78:12, 79:19, 97:8, 107:18, 128:14, 131:17, 137:5, 137:6, 137:13, 137:14, 164:6, 164:7, 191:1

**speaks** [6] - 181:10, 196:6, 196:11, 196:19, 197:3, 197:10

**specialist** [1] - 206:21

**specific** [7] - 42:14, 69:8, 76:21, 160:24, 184:10, 225:22, 228:3

**specifically** [6] - 8:14, 111:20, 148:4, 165:4, 169:23, 190:18

**specifics** [10] - 84:3, 86:20, 86:21, 111:23, 112:1, 149:20, 149:23, 164:13, 164:15, 165:9

**speculate** [1] - 9:23

**speculation** [3] - 10:1, 24:16, 160:4

**spoke** [9] - 96:23, 102:17, 113:1, 114:20, 114:21, 136:18, 139:1, 153:21, 164:14

**spoken** [6] - 56:15, 114:16, 151:10, 151:15, 153:16, 165:11

**spot** [2] - 27:24, 229:6

**spring** [1] - 158:2

**square** [1] - 45:24

**squares** [1] - 38:12

**stack** [1] - 182:25

**stacking** [1] - 170:21

**staff** [6] - 125:25, 127:8, 127:9, 128:5, 128:15, 128:19

**stand** [1] - 175:12

**Standard** [5] - 65:16, 73:21, 74:14, 107:12, 185:8

**standing** [1] - 78:18

**stapled** [2] - 183:5, 201:15

**start** [9] - 6:14, 6:20, 30:24, 61:9, 62:22, 63:23, 166:17, 229:18, 229:22

**started** [17] - 51:22, 61:14, 63:24, 64:2, 65:14, 66:11, 66:18, 121:6, 137:5, 137:6, 137:13, 137:14, 165:8, 222:8, 222:11, 222:16, 222:23

**starts** [4] - 175:20, 175:24, 202:25, 206:9

**state** [3] - 14:1, 14:6, 169:22

**State** [2] - 12:13, 54:8

**stated** [6] - 29:4, 73:7, 155:25, 204:18, 218:12, 221:24

**stating** [1] - 124:12

**statute** [2] - 79:2, 196:5

**stay** [12] - 15:5, 16:12, 17:2, 18:3, 18:8, 18:20, 19:5, 19:17, 28:17, 31:19, 32:7, 207:24

**stayed** [15] - 13:4, 13:19, 15:23, 17:16, 28:18, 29:23, 30:2, 30:3, 30:14, 30:17, 31:5, 31:17, 34:6, 132:24, 208:23

**staying** [2] - 28:21, 131:23

**Steve** [3] - 113:14, 115:15, 215:19

**Steven** [1] - 55:3

**stick** [1] - 100:14

**sticker** [1] - 45:11

**stickers** [1] - 35:16

**still** [6] - 8:19, 44:6, 63:12, 132:3, 132:6, 191:21

**stone** [1] - 49:24

**stood** [1] - 78:25

**stop** [16] - 6:21, 25:9, 25:11, 29:9, 32:4, 44:10, 44:16, 46:6, 57:11, 78:15, 109:22, 122:24, 123:3, 133:3, 135:3, 217:12

**stopped** [1] - 153:14

**stopping** [1] - 7:25

**Store** [2] - 121:1, 171:11

**storm** [7] - 82:4, 82:10, 99:14, 99:20, 99:21, 206:21

**storms** [1] - 106:7

**straight** [2] - 30:8, 127:11

**straightforward** [1] - 140:11

**strange** [1] - 75:11

**street** [7] - 51:2, 98:19, 98:21, 166:23, 167:24, 217:14

**strike** [11] - 95:6, 95:13, 97:1, 130:5, 165:21, 170:23, 171:15, 187:11, 191:11, 192:8, 192:17

**stuff** [9] - 32:1, 86:5, 86:17, 87:8, 87:9, 88:1, 101:22, 229:15, 229:23
**subject** [11] - 137:10, 137:23, 167:1, 172:20, 174:4, 175:25, 183:17, 209:18, 213:18, 214:16, 217:6
**submit** [1] - 156:11
**submitted** [1] - 157:1
**subpoena** [40] - 22:13, 25:19, 26:25, 27:12, 97:13, 97:15, 97:24, 97:25, 102:6, 102:10, 102:12, 102:15, 102:18, 133:15, 133:18, 133:23, 133:25, 134:9, 135:8, 135:13, 138:8, 138:22, 139:12, 140:18, 141:2, 142:16, 142:22, 165:16, 221:18, 221:22, 221:25, 222:3, 223:14, 225:18, 225:22, 226:19, 227:11, 228:6
**subpoenaed** [10] - 22:5, 97:12, 98:5, 139:3, 139:23, 140:8, 140:25, 141:8, 143:7, 143:12
**substance** [10] - 135:12, 136:14, 138:3, 138:10, 138:12, 138:14, 149:10, 150:18, 166:9, 187:21
**such** [1] - 102:11
**sudden** [1] - 225:1
**suggest** [1] - 195:21
**suggested** [2] - 195:14, 195:18
**suggestions** [2] - 196:17, 198:16
**summer** [1] - 200:5
**superintendent** [1] - 155:3
**supervisor** [4] - 55:4, 115:5, 115:6, 115:16
**Supervisor** [1] - 159:4
**supervisors** [14] - 53:15, 68:16, 71:10, 115:2, 115:7, 115:8, 115:18, 125:16, 125:25, 126:22, 126:24, 127:1, 197:25, 223:3
**support** [1] - 160:19
**supposed** [2] - 10:8, 119:10
**sure** [63] - 6:16, 6:17, 6:21, 7:4, 7:8, 7:15, 9:9, 20:23, 23:3, 31:2, 39:25, 41:21, 42:3, 47:5, 47:23, 53:9, 54:19, 59:7, 65:20, 72:2, 72:18, 76:20, 80:10, 84:18, 87:19, 88:1, 88:4, 89:15, 90:1, 90:11, 90:15, 91:20, 94:6, 95:19, 96:24, 100:2, 101:2, 106:11, 110:14, 115:20, 116:5, 116:9, 117:20, 121:3, 121:18, 148:19, 153:10, 156:14, 156:19, 162:15, 164:4, 169:7, 172:3, 173:24, 178:2, 191:21, 193:21, 194:2, 198:14, 201:7, 201:14, 203:13, 206:13
**surrounded** [1] - 34:17
**surrounding** [1] - 35:10
**surveillance** [3] - 124:3, 124:7, 124:12
**suspend** [6] - 70:10, 72:10, 78:7, 79:14, 227:3, 227:15
**suspending** [3] - 226:3, 227:6, 227:18
**suspension** [1] - 197:8
**Suzanne** [1] - 216:8
**swim** [3] - 67:15, 68:10, 188:20
**switched** [1] - 221:20

## T

**tablet** [1] - 101:23
**tact** [1] - 67:11
**tag** [1] - 183:8
**take** [41] - 6:23, 14:5, 37:16, 62:1, 62:2, 66:2, 66:4, 72:9, 72:12, 72:19, 78:14, 80:5, 80:13, 80:14, 110:21, 118:16, 118:18, 118:20, 118:22, 134:16, 141:22, 148:23, 155:17, 156:1, 159:4, 160:1, 160:8, 175:16, 188:10, 188:11, 199:9, 201:21, 202:13, 202:15, 203:15, 206:4, 208:10, 208:11, 228:1, 228:9
**taken** [22] - 62:4, 65:25, 67:11, 81:5, 99:8, 102:11, 110:23, 148:24, 156:9, 157:6, 158:12, 158:20, 162:11, 176:20, 179:19, 188:7, 188:13, 188:15, 188:23, 189:2, 199:10, 207:16
**takes** [1] - 23:13
**taking** [7] - 6:13, 72:14, 80:18, 111:5, 122:2, 150:4, 160:7
**talk** [16] - 57:4, 71:21, 79:7, 97:13, 111:22, 113:7, 132:4, 132:8, 141:19, 141:21, 153:12, 166:4, 178:1, 187:8, 191:5, 194:21
**talked** [3] - 60:19, 73:12, 135:6
**talking** [12] - 49:23, 56:16, 57:16, 76:5, 76:16, 104:2, 111:20, 117:18, 119:23, 156:16, 161:25, 169:11
**team** [2] - 153:2, 165:1
**technical** [3] - 100:11, 182:21, 207:1
**technologically** [2] - 100:19, 100:21
**tecum** [1] - 225:18
**telephone** [1] - 162:5
**tell** [30] - 7:15, 7:21, 9:1, 9:7, 10:4, 22:21, 39:5, 42:4, 49:25, 64:5, 70:4, 70:16, 82:18, 95:23, 111:2, 115:4, 115:5, 115:24, 119:15, 119:17, 122:19, 122:23, 131:9, 131:21, 172:12, 176:17, 178:13, 187:18, 194:23, 220:15
**telling** [5] - 27:11, 43:4, 68:9, 160:19, 170:1
**temporary** [1] - 197:8
**ten** [17] - 37:14, 39:11, 40:4, 41:11, 41:22, 43:4, 93:18, 117:8, 117:12, 117:15, 118:18, 151:12, 151:17, 152:10, 167:3
**tent** [1] - 32:9
**term** [4] - 32:2, 68:20, 89:9, 91:4
**terms** [2] - 52:4, 52:6
**test** [2] - 158:23, 162:8
**testified** [11] - 6:5, 41:11, 41:12, 94:5, 131:22, 132:7, 132:18, 132:22, 132:23, 137:24, 156:22
**testify** [4] - 8:13, 8:14, 105:2, 136:14
**testifying** [2] - 42:19, 56:21
**testimony** [27] - 20:25, 22:18, 24:7, 26:10, 26:23, 27:16, 29:18, 35:4, 40:4, 40:7, 41:25, 42:4, 42:5, 42:11, 43:6, 44:20, 62:12, 65:7, 66:19, 87:23, 104:25, 122:5, 124:20, 125:12, 127:17, 145:15
**tests** [11] - 121:16, 121:18, 122:2, 123:8, 156:8, 156:11, 156:14, 156:15, 158:12, 158:16, 162:15
**testy** [1] - 30:22
**text** [3] - 146:19, 174:8, 181:14
**texts** [2] - 201:11, 201:12
**than** [48] - 10:18, 31:8, 31:10, 55:23, 68:4, 81:16, 91:5, 92:15, 92:17, 93:10, 93:13, 93:16, 93:17, 93:18, 93:25, 94:2, 111:11, 115:12, 115:15, 117:5, 117:6, 117:8, 117:10, 117:12, 117:13, 118:16, 118:18, 118:20, 118:22, 151:12, 151:17, 152:2, 152:6, 152:8, 152:10, 152:12, 167:3, 167:6, 181:10, 186:18, 187:15, 201:6, 205:21, 210:3, 224:5
**Thank** [1] - 191:13
**thank** [10] - 47:21, 106:1, 134:23, 172:12, 199:23, 205:5, 210:12, 219:2, 219:10, 220:10
**thanked** [1] - 204:17
**thanking** [3] - 111:4, 190:15, 205:9
**thanks** [2] - 39:3, 181:4
**that** [727] - 6:9, 6:11, 6:17, 6:18, 6:19, 6:22, 7:2, 7:4, 7:6, 7:10, 7:11, 7:14, 7:17, 7:21, 7:22, 8:5, 8:8, 8:11, 8:13, 8:15, 8:18, 8:19, 8:21, 8:25, 9:2, 9:5, 9:7, 9:9, 9:12, 9:14, 9:16, 10:7, 11:7, 11:24, 12:4, 12:17, 12:25, 13:2, 14:20, 15:22, 16:4, 17:13, 17:22, 18:15, 18:18, 19:10, 20:18, 21:9, 21:16, 21:21, 22:9, 22:12, 22:17, 23:16, 24:7, 25:3, 25:15, 26:6, 26:14, 27:8, 27:11, 29:4, 29:23, 30:14, 30:23, 31:2, 31:14, 32:1, 32:2, 32:5, 32:6, 32:24, 33:12, 33:24, 34:10, 34:13, 34:25, 35:4, 35:13, 36:5, 36:15, 37:1, 37:4, 37:5, 37:19, 37:20, 37:23, 38:7, 38:9, 38:21, 39:11, 39:16, 39:19, 40:3, 40:4, 40:11, 40:19, 41:12, 41:15, 41:22, 42:3, 42:5, 42:6, 42:7, 42:16, 43:11, 43:13, 43:18, 44:1, 44:12, 44:20, 45:4, 45:8, 45:12, 45:16, 45:22, 46:13, 46:14, 46:15, 46:17, 46:22, 46:23, 47:1, 47:4, 47:6, 47:7, 47:9,

47:17, 47:24, 47:25, 48:5, 48:8, 48:23, 49:15, 50:21, 50:23, 50:24, 51:6, 51:7, 51:21, 51:23, 52:5, 52:6, 52:13, 53:3, 53:7, 53:9, 53:10, 53:12, 53:13, 53:14, 53:18, 53:19, 53:23, 54:24, 55:12, 55:20, 56:8, 56:10, 56:12, 56:22, 58:21, 59:9, 60:11, 60:12, 60:16, 61:10, 61:11, 61:24, 62:20, 62:22, 64:4, 64:7, 65:3, 66:2, 66:4, 67:2, 67:3, 67:4, 67:11, 67:14, 67:18, 67:21, 68:4, 68:6, 68:7, 68:10, 68:12, 68:14, 68:21, 68:23, 69:19, 69:22, 70:6, 70:12, 70:21, 70:23, 71:19, 72:1, 72:3, 72:8, 73:7, 73:12, 73:14, 73:18, 73:24, 74:9, 74:16, 74:17, 74:23, 75:11, 75:13, 75:16, 75:18, 75:21, 75:23, 76:19, 76:21, 76:23, 76:24, 77:1, 77:7, 77:9, 77:14, 79:8, 79:13, 79:15, 81:15, 81:19, 82:24, 83:1, 83:2, 83:21, 84:6, 84:20, 84:24, 85:6, 85:8, 85:17, 85:20, 86:5, 86:12, 86:16, 87:4, 87:12, 87:13, 87:19, 88:24, 89:3, 89:10, 89:17, 89:18, 89:25, 90:13, 91:6, 91:15, 92:11, 92:14, 92:15, 92:18, 93:20, 93:24, 94:7, 94:17, 94:19, 95:4, 95:13, 95:22, 96:5, 96:18, 97:11, 97:13, 97:15, 97:20, 97:21, 97:24, 97:25, 98:3, 98:7, 98:10, 98:13, 98:16, 98:24, 99:11, 99:14, 99:15, 99:17, 99:20, 99:22, 99:25, 100:2, 101:6, 101:12, 102:1, 103:2, 103:3, 103:13, 103:22, 104:3, 104:10, 104:15, 104:19, 104:25, 105:1, 105:4, 105:7, 105:8, 105:10, 105:13, 105:17, 105:23, 105:24, 106:1, 106:5, 106:7, 106:8, 106:21, 107:4, 107:14, 107:16, 107:22, 107:24, 109:2, 110:1, 110:4, 110:11, 110:14, 111:7, 111:11, 112:5, 112:8, 114:4, 114:13, 114:16, 114:17, 115:2, 115:4, 115:9, 115:16, 115:23, 116:1, 116:7, 116:17, 116:24, 116:25, 117:1, 117:20, 119:10, 119:17, 120:1, 120:4, 120:6, 120:8, 120:11, 120:20, 121:4, 121:5, 121:14, 121:18, 121:19, 123:17, 123:20, 123:23, 124:3, 124:12, 124:13, 124:15, 124:16, 125:3, 125:12, 125:14, 125:15, 125:18, 125:23, 126:11, 127:12, 127:13, 127:20, 128:19, 129:11, 129:13, 130:22, 131:5, 131:21, 131:22, 131:23, 131:24, 132:17, 132:18, 132:22, 132:23, 133:3, 134:9, 135:7, 135:13, 135:15, 135:16, 136:10, 137:9, 137:19, 137:23, 138:7, 138:16, 139:2, 139:11, 139:19, 139:22, 140:7, 140:13, 141:3, 141:4, 141:5, 141:6, 141:7, 142:1, 142:4, 142:14, 142:24, 142:25, 143:4, 143:12, 143:20, 144:12, 144:20, 145:2, 145:3, 145:8, 145:14, 145:17, 146:1, 146:8, 146:15, 146:20, 147:7, 147:11, 147:13, 147:15, 147:23, 148:1, 148:5, 149:9, 149:12, 149:13, 149:16, 150:4, 152:24, 152:25, 153:15, 154:2, 154:3, 154:17, 155:6, 155:8, 155:9, 155:17, 155:19, 156:22, 157:4, 157:20, 157:23, 157:24, 158:1, 158:2, 158:11, 159:10, 159:13, 159:14, 160:2, 160:19, 161:15, 162:15, 162:16, 164:4, 164:14, 164:23, 165:7, 165:16, 165:21, 166:6, 166:17, 167:8, 167:9, 167:13, 168:6, 168:9, 168:17, 168:18, 169:8, 170:4, 170:22, 170:24, 171:9, 172:12, 172:13, 173:14, 173:15, 174:19, 174:22, 174:24, 175:23, 176:10, 176:20, 176:21, 176:24, 177:15, 177:18, 177:23, 177:24, 178:25, 179:2, 179:4, 179:6, 179:10, 179:12, 179:18, 179:19, 179:21, 179:24, 180:13, 180:16, 181:2, 181:13, 181:16, 182:1, 182:9, 182:10, 182:13, 182:14, 182:21, 182:25, 183:6, 183:10, 183:13, 183:23, 184:2, 184:12, 184:18, 184:19, 184:24, 185:4, 185:5, 185:14, 185:17, 185:22, 186:10, 186:13, 186:20, 187:2, 187:7, 187:13, 187:18, 187:21, 187:25, 188:4, 188:7, 188:8, 188:11, 189:2, 189:6, 189:10, 189:18, 189:23, 190:2, 190:3, 190:11, 190:22, 191:10, 191:16, 191:17, 191:22, 192:9, 193:7, 193:11, 194:1, 194:22, 194:23, 195:6, 195:10, 195:14, 195:23, 195:24, 196:1, 196:9, 196:10, 196:22, 196:24, 196:25, 197:7, 198:1, 198:2, 198:22, 198:25, 199:19, 200:5, 200:6, 200:12, 200:17, 200:19, 201:4, 201:10, 201:12, 202:3, 202:20, 202:25, 203:12, 204:5, 204:8, 205:7, 205:17, 205:20, 205:21, 207:5, 207:9, 207:12, 207:16, 207:17, 209:13, 209:16, 209:25, 210:1, 210:3, 210:21, 210:25, 211:8, 211:17, 212:8, 212:18, 213:5, 214:14, 215:12, 215:18, 215:21, 217:3, 217:7, 217:9, 217:15, 217:19, 217:21, 218:2, 218:4, 218:10, 218:12, 218:23, 220:4, 220:8, 220:20, 220:22, 221:21, 221:24, 222:13, 222:14, 223:1, 223:2, 224:5, 224:6, 224:17, 225:8, 225:9, 225:10, 225:13, 225:17, 226:7, 226:10, 226:14, 226:22, 227:16, 227:20, 228:6, 229:1, 229:16, 230:4, 230:5

**That** [1] - 148:19

**that'll** [1] - 72:20

**that's** [100] - 12:19, 23:19, 26:4, 32:2, 33:3, 37:2, 38:18, 38:19, 39:20, 39:23, 41:3, 42:4, 43:1, 45:14, 45:25, 47:22, 49:24, 51:16, 53:17, 53:25, 57:23, 58:11, 58:12, 59:7, 59:21, 64:22, 68:20, 70:18, 74:21, 76:16, 77:5, 77:14, 79:9, 79:23, 81:3, 83:3, 83:18, 85:13, 89:8, 96:17, 96:25, 100:16, 109:19, 111:22, 115:13, 117:11, 119:23, 122:25, 124:24, 126:12, 126:18, 130:3, 131:16, 132:25, 136:20, 136:23, 142:12, 142:18, 142:20, 142:23, 144:21, 145:1, 152:24, 161:13, 161:14, 163:21, 163:24, 169:17, 169:25, 170:5, 171:3, 172:23, 173:7, 174:4, 174:18, 174:21, 175:19, 175:20, 181:15, 188:24, 192:5, 202:1, 203:9, 206:6, 206:14, 206:16, 208:9, 209:20, 209:21, 212:15, 213:9, 213:16, 216:7, 218:14, 220:11, 226:21, 227:3, 229:8

**the** [1261] - 6:9, 6:14, 6:22, 7:11, 7:16, 7:17, 8:5, 8:17, 8:24, 9:8, 9:13, 9:25, 10:7, 10:16, 11:6, 11:16, 11:22, 12:5, 12:7, 12:13, 12:15, 12:24, 13:1, 13:2, 13:21, 14:7, 14:10, 14:12, 14:15, 15:10, 15:14, 15:18, 15:22, 16:12, 16:22, 17:8, 17:12, 18:25, 20:1, 20:6, 20:9, 20:10, 20:13, 20:14, 20:18, 20:22, 20:24, 21:6, 21:11, 21:19, 22:5, 22:6, 22:13, 22:21, 23:1, 23:2, 23:4, 23:12, 23:16, 24:14, 24:20, 25:5, 25:18, 25:19, 26:2, 26:3, 26:4,

27:2, 27:9, 27:12, 27:23, 28:9, 28:11, 29:6, 29:12, 30:1, 30:3, 30:15, 30:24, 30:25, 31:1, 32:14, 34:1, 34:16, 34:20, 34:23, 35:6, 35:8, 35:10, 35:21, 35:22, 36:1, 36:4, 36:7, 36:14, 36:15, 37:1, 37:6, 37:19, 37:21, 37:23, 38:4, 38:5, 38:6, 38:7, 38:15, 38:20, 38:21, 39:7, 39:8, 40:13, 40:15, 40:19, 40:20, 40:25, 41:13, 41:18, 41:23, 42:5, 42:6, 42:17, 42:18, 42:22, 43:12, 43:17, 43:21, 43:22, 43:25, 44:3, 44:4, 44:9, 44:11, 44:20, 44:22, 45:4, 45:12, 45:13, 45:14, 45:16, 45:20, 45:22, 46:1, 46:12, 46:14, 46:25, 47:5, 47:13, 48:4, 48:14, 48:16, 48:24, 49:3, 49:25, 50:15, 50:20, 51:1, 51:2, 51:15, 51:23, 52:3, 52:4, 52:7, 52:8, 52:10, 52:15, 52:17, 52:20, 52:21, 52:23, 53:4, 53:6, 53:9, 53:13, 53:15, 53:19, 53:20, 53:22, 53:23, 53:25, 54:3, 54:5, 54:7, 54:21, 54:24, 55:1, 55:4, 55:5, 55:7, 55:18, 56:2, 56:10, 56:15, 56:16, 56:20, 57:2, 57:3, 57:16, 57:22, 57:24, 57:25, 58:2, 58:6, 58:23, 59:3, 59:5, 59:13, 60:13, 60:15, 60:18, 60:20, 61:10, 61:23, 61:24, 62:3, 62:10, 62:14, 62:18, 62:19, 62:20, 62:22, 62:24, 62:25, 63:4, 63:9, 63:12, 63:15, 63:18, 63:21, 63:22, 63:23, 63:24, 64:2, 64:3, 64:16, 64:17, 65:13, 65:15, 65:16, 65:22, 66:21, 67:1, 67:4, 67:5, 67:11, 67:15, 67:18, 67:19, 67:22, 67:24, 68:7,

68:9, 68:10, 68:11, 68:13, 68:15, 68:17, 68:20, 68:21, 68:24, 69:4, 69:7, 69:8, 69:10, 69:11, 69:20, 69:22, 70:11, 70:24, 71:1, 71:9, 71:10, 71:25, 72:1, 72:8, 72:11, 72:17, 72:18, 72:20, 73:2, 73:3, 73:8, 73:12, 73:13, 73:20, 73:21, 73:24, 73:25, 74:5, 74:11, 74:13, 74:14, 74:18, 74:23, 74:24, 75:5, 75:6, 75:7, 75:9, 75:13, 75:14, 75:18, 75:21, 75:22, 75:25, 76:7, 76:10, 76:13, 76:14, 76:16, 76:17, 76:19, 76:20, 76:21, 76:22, 76:23, 77:1, 77:2, 77:3, 77:6, 77:9, 77:11, 77:15, 77:16, 77:24, 77:25, 78:20, 79:5, 79:11, 79:13, 79:16, 79:17, 79:21, 79:23, 79:24, 79:25, 80:2, 80:15, 80:17, 80:22, 81:4, 81:7, 81:13, 81:16, 81:19, 82:4, 82:9, 82:10, 82:11, 82:20, 82:23, 82:24, 83:5, 83:6, 83:23, 84:5, 84:6, 84:21, 84:25, 85:8, 85:10, 85:14, 85:15, 85:16, 85:17, 85:19, 85:24, 86:9, 86:10, 86:18, 86:20, 86:21, 86:22, 86:24, 86:25, 87:1, 87:2, 87:3, 87:5, 87:6, 87:8, 87:14, 88:2, 88:14, 88:18, 88:25, 89:3, 89:4, 89:9, 89:19, 89:23, 90:11, 91:1, 91:11, 91:22, 91:23, 92:14, 92:17, 93:6, 94:4, 94:8, 94:22, 95:4, 95:8, 95:10, 95:11, 95:13, 95:14, 95:16, 95:25, 96:3, 96:11, 96:14, 96:19, 96:22, 96:25, 97:2, 97:4, 97:9, 97:12, 97:13, 97:16, 97:18, 97:25, 98:7, 98:8, 98:13, 98:19, 98:21, 99:5, 99:9, 99:10, 99:20, 99:21,

100:2, 100:3, 100:8, 100:12, 101:1, 101:2, 101:3, 101:6, 101:18, 102:2, 102:3, 102:7, 102:9, 102:11, 102:23, 103:2, 103:4, 103:8, 103:20, 103:21, 103:22, 104:2, 104:3, 104:6, 104:12, 104:13, 104:18, 104:22, 104:23, 105:6, 105:7, 105:14, 105:16, 105:21, 105:22, 106:1, 106:2, 106:7, 106:14, 106:15, 106:19, 106:25, 107:6, 107:11, 107:14, 107:22, 107:25, 108:8, 108:9, 108:12, 109:13, 109:17, 109:18, 109:22, 109:25, 110:17, 110:20, 110:22, 110:24, 111:2, 111:3, 111:5, 111:7, 111:8, 111:14, 112:4, 112:5, 112:9, 112:20, 113:5, 113:6, 113:13, 113:25, 114:1, 114:3, 114:10, 114:16, 114:17, 114:20, 114:21, 114:22, 115:1, 115:2, 115:4, 115:6, 115:7, 115:21, 115:22, 115:23, 116:14, 116:15, 116:20, 117:2, 117:20, 117:21, 117:25, 118:1, 118:8, 118:10, 118:13, 118:25, 119:5, 119:6, 119:12, 119:14, 119:15, 119:16, 119:18, 119:19, 119:22, 119:23, 120:2, 120:5, 120:7, 120:9, 120:21, 120:22, 121:1, 121:6, 121:10, 121:13, 121:14, 121:19, 121:21, 121:23, 121:25, 122:3, 122:22, 122:23, 123:3,

123:8, 123:9, 124:3, 124:13, 124:16, 124:18, 125:2, 125:4, 125:5, 125:15, 125:20, 125:22, 125:24, 125:25, 126:1, 126:4, 126:11, 126:21, 126:24, 127:1, 127:3, 127:4, 127:8, 127:9, 127:12, 127:23, 128:1, 128:2, 128:4, 128:15, 128:19, 129:5, 129:25, 130:1, 130:5, 130:13, 130:16, 130:19, 130:25, 131:1, 131:9, 131:10, 131:12, 131:21, 131:25, 132:1, 132:3, 132:6, 132:12, 132:16, 132:24, 132:25, 133:2, 133:6, 133:8, 133:18, 133:22, 134:1, 134:13, 134:16, 134:18, 135:11, 135:15, 136:9, 136:14, 136:17, 136:18, 136:19, 137:1, 137:6, 137:13, 137:14, 137:23, 138:2, 138:5, 138:7, 138:9, 138:12, 138:13, 138:17, 138:19, 138:22, 139:4, 139:6, 140:3, 140:4, 140:9, 140:10, 140:17, 140:18, 140:22, 141:1, 141:2, 141:5, 141:7, 141:8, 141:18, 141:23, 141:24, 142:6, 142:9, 142:10, 142:13, 142:15, 142:16, 142:18, 142:21, 142:22, 143:6, 143:7, 143:10, 143:11, 143:12, 143:16, 143:17, 143:25, 144:14, 144:19, 144:20, 144:22, 144:23, 145:2, 145:5, 145:9, 145:10, 145:12, 145:17, 145:18, 145:24, 146:6,

146:7, 146:8, 146:18, 146:19, 146:20, 146:21, 147:2, 147:3, 147:7, 147:13, 148:1, 148:3, 148:16, 148:21, 148:25, 149:2, 149:6, 149:9, 149:10, 149:15, 149:16, 149:17, 149:25, 150:1, 150:4, 150:6, 150:13, 150:18, 151:15, 151:16, 152:20, 153:6, 153:7, 153:8, 153:9, 153:10, 153:11, 153:13, 154:1, 154:16, 154:17, 154:24, 155:12, 155:18, 155:20, 155:21, 156:2, 156:19, 157:8, 157:17, 157:18, 157:20, 157:23, 158:2, 158:4, 158:7, 158:12, 158:20, 158:23, 159:12, 159:13, 159:15, 159:16, 159:17, 159:18, 159:21, 159:24, 159:25, 160:1, 160:18, 160:20, 160:21, 160:25, 161:13, 161:14, 162:9, 162:11, 162:13, 162:15, 162:20, 163:6, 163:9, 163:15, 163:16, 163:17, 163:20, 163:23, 163:25, 164:1, 164:3, 164:9, 164:13, 164:15, 164:17, 164:19, 164:22, 165:4, 165:6, 165:7, 165:9, 165:10, 165:12, 165:16, 165:17, 166:1, 166:6, 166:8, 166:9, 166:10, 166:13, 166:15, 166:21, 166:23, 167:1, 167:4, 167:17, 167:20, 167:24, 167:25, 168:3, 168:8, 168:12, 168:14, 168:15, 168:17, 168:20, 169:11, 169:22, 169:23,

170:4, 170:5, 170:10, 170:11, 170:13, 170:16, 170:20, 171:7, 171:10, 172:10, 173:2, 173:14, 173:24, 174:14, 174:16, 174:19, 174:24, 175:1, 175:3, 175:19, 175:21, 175:24, 176:1, 176:4, 176:10, 176:14, 176:15, 176:17, 176:25, 177:1, 177:4, 177:6, 177:7, 177:8, 177:9, 177:15, 177:16, 177:23, 178:3, 178:16, 179:10, 179:13, 179:19, 179:23, 179:24, 179:25, 180:1, 180:7, 180:11, 180:13, 180:16, 181:3, 181:9, 181:21, 181:22, 182:5, 182:6, 182:9, 182:10, 182:19, 183:6, 183:9, 183:11, 183:14, 183:15, 183:17, 183:22, 183:25, 184:1, 184:5, 184:9, 184:11, 184:14, 184:15, 184:16, 184:17, 184:18, 184:23, 184:25, 185:8, 185:14, 185:17, 185:21, 186:10, 186:13, 186:17, 186:20, 186:23, 186:24, 186:25, 187:2, 187:5, 187:13, 187:14, 187:15, 187:21, 188:2, 188:3, 188:24, 189:9, 189:18, 190:4, 190:5, 190:10, 190:16, 190:19, 190:22, 191:9, 191:14, 191:15, 191:22, 191:23, 192:14, 192:19, 193:5, 193:11, 193:22, 194:8, 194:11, 194:16, 194:22, 195:5, 195:7, 195:10, 195:15, 195:18, 195:21, 196:1, 196:4, 196:6, 196:11, 196:18, 196:24, 197:2, 197:10, 197:14, 197:17, 197:18, 197:25, 198:9, 198:11, 198:12, 198:15, 198:18, 198:19, 198:21, 199:6, 199:11, 200:5, 200:14, 200:18, 200:19, 200:25, 201:9, 201:20, 201:21, 202:17, 202:19, 202:20, 202:23, 202:24, 203:21, 203:24, 203:25, 204:3, 204:4, 204:5, 204:14, 204:19, 204:25, 205:6, 205:10, 205:18, 206:3, 206:4, 206:25, 207:2, 207:5, 207:7, 207:10, 207:13, 207:18, 207:20, 207:21, 208:3, 208:9, 208:13, 208:17, 208:21, 208:22, 209:9, 209:13, 209:18, 210:4, 210:7, 210:8, 210:10, 210:11, 210:21, 211:9, 211:12, 212:5, 213:2, 213:14, 213:18, 213:24, 214:12, 214:16, 214:23, 215:5, 215:6, 215:12, 215:13, 215:16, 215:22, 216:10, 216:19, 217:1, 217:7, 217:10, 217:13, 217:14, 217:19, 217:20, 218:5, 218:13, 218:16, 218:17, 218:21, 218:22, 219:24, 220:4, 220:5, 220:23, 220:24, 221:2, 221:3, 221:8, 221:9, 221:12, 221:17, 221:20, 221:24, 221:25, 222:2, 222:16, 222:20, 223:2, 223:3, 223:14, 224:5, 224:12, 224:23, 225:1, 225:2, 225:4, 225:5, 225:11, 225:13, 225:17, 225:19, 226:2, 226:3, 226:4, 226:9, 226:13, 226:22, 227:1, 227:3, 227:12, 227:21, 227:24, 228:1, 228:18, 228:20, 228:25, 229:1, 229:2, 229:6, 229:9, 229:18

**THE** [135] - 11:10, 14:10, 14:13, 15:8, 15:12, 15:16, 15:20, 16:10, 16:20, 16:24, 17:20, 18:8, 18:13, 18:23, 19:3, 19:8, 19:13, 19:19, 19:24, 20:4, 20:9, 21:14, 21:19, 22:3, 22:9, 22:23, 23:5, 23:13, 23:20, 23:25, 24:4, 24:11, 26:24, 27:23, 28:11, 28:20, 29:12, 29:22, 31:21, 32:16, 35:17, 37:6, 37:16, 39:19, 40:22, 41:6, 41:17, 42:9, 42:12, 43:21, 46:18, 48:17, 49:11, 49:20, 58:6, 58:11, 59:6, 60:19, 61:25, 64:16, 66:8, 66:15, 69:17, 71:14, 72:24, 73:16, 73:20, 74:21, 75:5, 76:4, 76:15, 80:10, 80:15, 81:1, 91:15, 92:5, 93:1, 93:13, 95:17, 97:5, 98:12, 106:5, 106:11, 108:8, 108:16, 108:25, 109:4, 109:20, 110:17, 110:20, 113:16, 123:11, 125:8, 128:11, 128:25, 130:22, 131:11, 131:14, 131:16, 132:3, 133:2, 133:9, 133:20, 135:25, 139:7, 145:6, 146:3, 148:12, 148:21, 151:12, 152:4, 160:5, 161:5, 164:7, 166:12, 171:23, 176:8, 178:21, 180:5, 184:11, 187:10, 191:21, 192:3, 192:6, 196:15, 197:12, 199:9, 204:23, 208:8, 208:13, 210:22, 218:8, 223:23, 224:21, 229:9

**theater** [2] - 6:1, 6:2

**their** [11] - 53:24, 55:17, 68:24, 74:24, 77:12, 77:16, 78:17, 111:6, 125:21, 204:11, 204:18

**them** [66] - 6:11, 20:14, 20:17, 35:25, 37:23, 46:5, 51:13, 51:16, 51:19, 69:9, 75:5, 75:8, 86:6, 116:9, 116:11, 116:19, 119:6, 119:8, 119:9, 119:11, 119:12, 119:19, 119:22, 122:3, 124:6, 124:10, 124:23, 125:17, 125:19, 125:20, 127:6, 127:14, 148:16, 160:5, 160:6, 162:20, 162:22, 162:23, 162:24, 162:25, 163:1, 163:2, 163:5, 172:15, 176:12, 180:22, 182:25, 183:8, 186:11, 186:18, 189:12, 199:1, 200:8, 203:7, 203:11, 207:1, 214:23, 215:8, 215:9, 222:7, 222:8, 222:9, 222:12

**themselves** [1] - 67:6

**then** [97] - 12:9, 12:21, 13:5, 17:22, 19:10, 20:16, 21:8, 26:4, 28:15, 30:14, 33:3, 34:20, 35:7, 35:10, 35:20, 35:21, 35:22, 35:25, 39:21, 43:14, 43:22, 43:23, 44:2, 45:6, 45:19, 45:20, 45:24, 46:25, 47:3, 55:13, 57:6, 62:16, 64:12, 65:3, 72:19, 79:8, 97:7, 100:2, 100:15, 104:6, 104:7, 104:9, 104:13, 105:5, 105:6, 108:1, 108:9, 121:21, 122:9, 126:18, 129:15, 129:21, 130:10, 131:23, 131:24, 132:22, 132:23, 141:22, 142:22, 153:14, 155:12, 155:13, 169:16, 175:17, 176:15, 180:12, 180:25, 181:5, 181:7, 181:13, 182:13, 184:14, 184:17, 186:17, 187:16, 188:2, 189:4, 190:5, 194:14, 194:15, 196:1, 196:17, 197:7, 202:17, 209:11, 212:24, 214:19, 217:6, 219:12, 221:19, 229:22

**there** [118] - 7:21, 8:20, 8:23, 8:24, 11:23, 12:21, 13:4, 13:11, 13:14, 13:19, 15:3, 17:16, 18:20, 19:5, 19:17, 19:21, 20:23, 23:5, 23:14, 26:4, 30:6, 30:13, 30:20, 34:5, 37:13, 37:14, 38:3, 39:11, 39:15, 39:23, 40:22, 41:1, 41:13, 41:18, 43:14, 45:17, 45:18, 47:3, 47:6, 55:13, 58:14, 58:17, 63:14, 68:4, 68:9, 73:22, 74:5, 74:25, 77:7, 85:8, 87:7, 87:8, 89:17, 89:25, 90:16, 90:17, 90:22, 93:23, 101:3, 104:5, 104:25, 105:2, 105:10, 107:10, 110:9, 111:5, 111:17, 113:5, 113:6, 113:22, 114:2, 114:6, 115:3, 118:9, 124:9, 125:14, 125:16, 139:14, 139:15, 139:21, 140:24, 146:22, 155:25, 157:24, 163:4, 163:15, 163:16, 168:2, 168:23, 173:17, 175:13, 180:8, 180:10, 184:12, 189:4, 189:5, 193:18,

194:24, 198:4, 198:5, 202:18, 204:23, 205:7, 210:17, 213:15, 217:20, 217:25, 218:12, 218:20, 218:22, 223:15, 225:23, 226:12
**there's** [25] - 7:4, 8:20, 40:22, 43:19, 44:22, 68:22, 87:9, 104:18, 108:1, 111:18, 151:19, 174:8, 174:19, 175:2, 175:5, 177:3, 177:11, 179:21, 180:10, 180:12, 183:12, 184:17, 189:4, 203:24
**thereafter** [1] - 99:24
**these** [39] - 7:22, 21:10, 26:5, 46:17, 60:16, 103:14, 117:22, 119:15, 119:16, 123:5, 126:12, 145:18, 145:20, 148:12, 153:2, 156:11, 157:6, 157:8, 172:14, 175:24, 176:3, 179:25, 180:2, 183:7, 187:23, 187:24, 189:10, 189:11, 201:19, 209:2, 210:6, 223:16, 225:2, 225:3, 226:3, 227:8, 227:10, 227:13
**they** [77] - 7:23, 21:24, 22:6, 22:9, 22:14, 22:23, 44:14, 44:15, 54:11, 54:18, 55:1, 61:1, 62:18, 64:5, 68:15, 68:21, 68:22, 68:23, 73:21, 74:14, 75:8, 77:6, 77:11, 77:12, 82:20, 83:1, 83:2, 94:23, 106:22, 108:9, 113:16, 113:22, 114:2, 114:12, 115:18, 116:1, 116:3, 116:5, 116:6, 116:7, 116:13, 116:15, 116:16, 116:17, 116:18, 117:23, 118:8, 120:6, 122:9, 125:21, 140:7, 143:16, 143:18, 153:14, 160:19, 161:19, 166:20, 182:9, 187:24, 188:20, 196:25, 217:12, 220:8, 220:11, 222:3, 225:4, 225:5, 225:6, 225:14
**thing** [6] - 46:22, 67:14, 89:3, 100:14, 170:13, 182:21
**things** [16] - 9:25, 63:14, 68:22, 81:8, 83:21, 83:25, 132:10, 136:8, 137:11, 148:18, 192:17, 194:19, 196:25, 222:23, 224:5, 225:1
**think** [66] - 7:22, 9:13, 13:4, 21:6, 31:21, 39:3, 47:6, 50:17, 50:21, 51:5, 56:7, 56:9, 56:14, 58:11, 58:18, 58:20, 65:19, 68:6, 72:19, 80:5, 85:25, 89:12, 92:21, 93:23, 93:25, 100:4, 101:4, 101:16, 102:19, 113:11, 113:14, 115:13, 117:1, 127:7, 127:9, 132:10, 133:8, 138:2, 138:17, 141:3, 141:20, 142:15, 151:24, 152:1, 152:6, 152:8, 152:10, 152:24, 157:11, 169:3, 175:7, 176:25, 177:12, 185:1, 187:5, 188:11, 188:12, 190:25, 195:20, 197:2, 218:12, 227:3, 228:17
**thinking** [1] - 94:2
**third** [1] - 88:24
**this** [242] - 6:11, 6:19, 9:6, 9:7, 10:6, 17:12, 20:12, 24:19, 24:24, 30:2, 32:12, 32:22, 35:1, 35:9, 35:19, 37:6, 37:20, 38:13, 38:23, 39:6, 39:20, 41:2, 41:3, 42:15, 42:25, 45:11, 46:9, 46:10, 46:13, 46:22, 47:11, 47:13, 48:19, 49:6, 49:25, 53:19, 55:23, 59:23, 60:6, 66:18, 70:9, 70:10, 71:23, 72:2, 72:6, 72:16, 72:17, 74:17, 76:20, 78:2, 78:4, 78:5, 78:7, 79:12, 79:14, 79:19, 79:21, 80:17, 81:15, 82:21, 83:23, 84:22, 86:5, 89:21, 92:19, 95:20, 99:1, 99:4, 99:7, 101:12, 101:13, 104:14, 104:16, 105:1, 105:18, 105:19, 107:4, 109:20, 110:7, 111:19, 113:24, 115:21, 116:22, 117:16, 123:4, 125:7, 125:13, 125:15, 126:13, 126:22, 127:11, 127:19, 132:10, 133:7, 134:20, 137:15, 138:1, 141:14, 141:24, 142:3, 142:9, 145:3, 157:11, 160:8, 161:4, 164:11, 169:15, 170:2, 170:9, 170:19, 171:3, 171:4, 171:6, 171:19, 171:20, 172:4, 172:15, 172:19, 172:23, 173:2, 173:5, 173:20, 175:5, 175:17, 175:23, 176:13, 176:19, 178:16, 180:3, 180:19, 181:9, 181:21, 183:5, 183:7, 183:12, 185:8, 185:11, 185:16, 187:20, 190:3, 191:13, 192:14, 193:3, 194:5, 194:11, 195:1, 195:19, 197:14, 197:15, 197:18, 199:14, 199:25, 200:9, 200:17, 200:18, 200:19, 201:9, 201:15, 201:16, 203:1, 203:16, 203:21, 204:2, 204:25, 206:6, 206:9, 206:18, 208:2, 209:23, 210:19, 211:2, 211:6, 211:8, 212:1, 212:8, 212:24, 213:1, 213:5, 213:12, 213:22, 214:16, 214:19, 214:21, 215:7, 215:15, 215:18, 216:20, 216:22, 216:25, 217:20, 218:12, 218:21, 219:11, 219:18, 219:21, 219:22, 219:24, 220:2, 220:4, 220:22, 221:1, 221:2, 221:7, 221:18, 221:21, 222:17, 222:21, 223:9, 225:9, 225:10, 225:14, 225:17, 225:22, 225:24, 226:2, 226:4, 226:6, 226:8, 226:9, 227:1, 227:7, 227:11, 227:12, 227:16, 227:17, 227:19, 227:20, 229:9, 229:19
**Thomas** [3] - 50:20, 102:20, 215:24
**thorough** [1] - 210:13
**those** [43] - 10:10, 20:23, 21:11, 23:22, 30:19, 50:15, 52:6, 60:25, 61:9, 61:14, 61:16, 61:18, 96:1, 96:4, 101:6, 103:19, 111:21, 118:24, 119:2, 119:4, 121:22, 136:8, 152:19, 154:11, 156:8, 157:1, 158:12, 160:7, 162:19, 163:6, 163:14, 166:20, 186:9, 187:5, 188:5, 189:7, 189:17, 189:18, 189:19, 189:21, 203:6, 204:13, 226:14
**though** [3] - 8:20, 138:17, 210:15
**thought** [9] - 17:7, 48:25, 77:6, 129:19, 139:17, 140:25, 175:10, 204:11, 206:16
**threads** [2] - 175:25, 177:3
**three** [22] - 17:20, 19:8, 23:22, 24:13, 32:18, 34:17, 46:15, 103:13, 103:15, 107:18, 132:11, 132:16, 134:16, 134:17, 134:19, 144:3, 150:17, 178:5, 178:7, 190:15, 204:13, 218:1
**three-second** [1] - 134:16
**throat** [1] - 126:17
**through** [34] - 18:5, 37:20, 45:18, 53:24, 61:24, 65:2, 70:4, 71:9, 75:9, 84:2, 86:4, 89:21, 102:22, 104:5, 104:11, 104:12, 105:1, 106:8, 116:25, 123:4, 123:5, 144:19, 149:6, 161:22, 188:20, 192:14, 194:14, 195:13, 208:22, 219:12, 223:17, 225:24, 226:12
**throughout** [2] - 217:10, 225:14
**thumbs** [2] - 155:14, 155:16
**Thursday** [2] - 205:4, 229:18
**time** [66] - 6:14, 34:16, 39:17, 46:2, 51:25, 53:19, 55:12, 57:22, 58:4, 58:10, 59:1, 72:14, 72:20, 72:22, 76:3, 80:8, 81:13, 82:9, 83:18, 84:5, 84:6, 97:13, 105:14, 106:23, 107:14, 112:12, 112:13, 115:16, 116:9, 116:13, 116:15, 123:17, 123:20, 123:23, 124:13, 124:16, 128:18, 134:24, 135:15, 140:13, 140:18, 141:7, 144:18, 146:1, 147:13, 147:23, 152:23, 157:11, 158:9, 159:3, 162:11, 167:25, 174:20, 182:25, 191:10, 191:17, 192:6, 199:18, 201:12, 207:13, 224:8, 224:13, 224:20,

226:4, 226:10, 228:14
**timely** [3] - 225:21, 226:12, 226:14
**times** [60] - 7:22, 9:24, 56:7, 56:9, 56:10, 56:15, 56:19, 56:22, 57:1, 57:14, 59:20, 60:12, 60:14, 60:19, 66:24, 67:1, 84:2, 91:6, 91:12, 92:21, 93:16, 93:17, 93:18, 93:19, 94:1, 94:2, 103:10, 107:18, 108:13, 109:21, 110:1, 110:6, 110:9, 110:10, 133:25, 136:17, 143:1, 143:24, 149:21, 149:22, 151:9, 151:14, 151:18, 152:8, 152:10, 152:17, 152:24, 153:15, 153:19, 154:4, 154:17, 163:7, 163:10, 164:7, 165:11, 166:7, 166:18, 166:25, 167:23
**Times** [5] - 65:16, 73:21, 74:13, 107:11, 185:8
**timing** [1] - 225:19
**tired** [1] - 144:25
**to** [990] - 6:7, 6:10, 6:11, 6:12, 6:16, 6:20, 6:21, 6:23, 7:1, 7:3, 7:7, 7:8, 7:11, 7:12, 7:15, 7:24, 8:4, 8:14, 8:18, 8:20, 9:7, 9:8, 9:9, 9:14, 9:15, 9:21, 9:22, 9:23, 9:24, 10:6, 10:8, 10:16, 10:18, 10:19, 11:1, 11:6, 11:7, 11:19, 11:22, 12:6, 12:10, 12:13, 13:5, 13:8, 14:2, 14:6, 15:2, 16:10, 17:2, 17:3, 17:5, 17:8, 17:13, 17:22, 18:2, 18:4, 18:13, 21:16, 21:21, 21:24, 22:6, 22:12, 22:13, 23:2, 23:13, 24:6, 24:21, 25:7, 25:10, 25:15, 25:16, 26:3, 26:6, 26:20, 27:2, 27:7, 27:9, 27:12, 27:24, 28:2, 29:4, 29:9, 29:15, 30:1, 30:5, 30:21, 30:23, 31:1, 31:2, 31:18, 32:21, 35:9, 35:19, 35:24, 36:5, 36:12, 36:13, 36:16, 36:20, 37:1, 37:15, 37:19, 37:21, 37:24, 38:24, 39:17, 39:19, 40:2, 41:6, 41:7, 41:8, 41:21, 42:3, 42:14, 42:21, 42:22, 43:9, 43:10, 43:16, 43:20, 44:9, 44:13, 44:17, 45:10, 45:11, 45:16, 45:17, 46:8, 46:10, 46:12, 46:13, 47:10, 47:23, 47:25, 49:1, 49:2, 49:3, 49:20, 49:22, 50:4, 51:8, 51:11, 51:23, 51:24, 51:25, 52:1, 52:13, 52:15, 52:17, 53:3, 53:5, 53:7, 53:10, 53:14, 53:20, 53:21, 54:11, 54:14, 54:21, 54:22, 55:3, 55:5, 55:11, 56:12, 56:16, 56:21, 56:23, 56:25, 57:7, 57:8, 57:9, 57:14, 57:18, 57:24, 58:4, 58:10, 59:1, 59:20, 60:2, 60:8, 60:12, 60:17, 60:19, 60:21, 61:11, 62:16, 62:19, 62:24, 63:15, 63:24, 63:25, 64:2, 64:14, 65:3, 65:4, 65:12, 65:13, 65:14, 65:15, 65:16, 66:17, 66:21, 66:25, 67:10, 67:12, 67:13, 67:15, 67:19, 67:23, 68:5, 68:8, 68:9, 68:10, 68:11, 68:13, 68:17, 68:18, 69:8, 69:9, 69:20, 69:22, 70:1, 70:3, 70:7, 70:10, 70:11, 70:13, 70:19, 70:21, 70:22, 71:5, 71:11, 71:18, 71:19, 72:1, 72:4, 72:12, 72:17, 72:18, 72:20, 72:22, 72:23, 73:1, 73:4, 73:5, 73:8, 73:13, 73:25, 74:12, 74:18, 75:11, 75:14, 75:22, 75:24, 76:7, 76:9, 76:19, 76:20, 76:22, 77:8, 77:12, 77:19, 78:8, 78:25, 79:5, 79:9, 79:16, 79:25, 80:2, 80:5, 80:12, 80:13, 80:16, 80:22, 81:11, 81:12, 81:14, 82:8, 82:21, 82:23, 83:2, 83:16, 83:21, 83:22, 84:21, 84:23, 85:25, 86:4, 87:18, 87:19, 88:5, 88:6, 88:8, 88:15, 88:18, 88:24, 89:1, 89:4, 89:11, 89:12, 89:14, 89:18, 89:19, 90:5, 90:6, 90:13, 90:15, 90:16, 90:20, 90:21, 91:5, 91:8, 91:15, 91:16, 91:19, 91:21, 91:22, 91:25, 92:3, 92:5, 92:8, 92:24, 93:5, 94:3, 94:16, 95:1, 95:6, 95:10, 95:11, 95:13, 95:14, 95:19, 95:20, 95:25, 96:13, 96:17, 96:19, 96:22, 97:1, 97:7, 98:5, 98:16, 98:17, 98:19, 99:4, 99:9, 99:16, 100:2, 100:9, 100:15, 100:16, 100:17, 100:25, 101:1, 101:24, 102:7, 102:22, 103:3, 103:14, 104:4, 104:14, 104:15, 104:17, 105:3, 105:4, 105:6, 105:17, 105:22, 105:23, 106:9, 106:13, 106:15, 106:19, 107:15, 107:17, 107:18, 108:2, 108:3, 108:6, 108:12, 108:14, 109:18, 109:20, 109:21, 109:22, 110:3, 110:4, 110:14, 110:16, 110:17, 110:20, 111:2, 111:19, 111:20, 111:22, 112:17, 113:7, 113:17, 114:1, 114:3, 114:13, 114:16, 114:17, 114:20, 114:21, 114:22, 114:24, 114:25, 115:2, 115:5, 115:6, 115:9, 115:11, 115:15, 115:16, 115:20, 116:3, 116:8, 116:9, 116:11, 116:12, 116:14, 116:15, 116:19, 117:3, 118:2, 118:10, 118:11, 118:13, 118:24, 119:2, 119:4, 119:6, 119:8, 119:10, 119:11, 119:12, 119:15, 119:16, 119:19, 119:21, 119:22, 120:2, 120:5, 120:8, 120:9, 120:11, 120:12, 120:14, 120:15, 120:17, 120:18, 120:20, 120:21, 120:22, 121:6, 121:9, 121:13, 121:18, 122:3, 122:10, 122:12, 122:15, 122:19, 122:23, 123:2, 123:4, 123:14, 124:11, 124:17, 124:23, 125:13, 125:17, 125:18, 125:20, 125:23, 126:13, 126:14, 126:24, 127:1, 127:3, 127:10, 127:14, 127:23, 128:5, 129:1, 129:10, 129:11, 129:17, 130:5, 130:25, 131:2, 131:10, 132:1, 132:18, 132:25, 133:2, 133:15, 133:17, 133:23, 133:24, 134:8, 134:10, 134:11, 134:13, 134:14, 134:16, 134:21, 135:2, 135:9, 135:16, 136:10, 136:13, 136:15, 136:22, 137:3, 137:10, 137:12, 137:13, 137:21, 137:23, 138:21, 139:4, 139:10, 139:20, 139:22, 140:10, 140:12, 140:13, 140:19, 140:20, 140:25, 141:4, 141:6, 141:19, 141:20, 141:21, 142:1, 142:4, 142:8, 142:10, 142:12, 142:14, 142:18, 142:23, 144:10, 144:18, 145:2, 145:3, 145:10, 145:20, 146:6, 146:10, 146:19, 147:9, 148:20, 148:21, 149:4, 149:5, 149:14, 149:16, 149:25, 150:6, 150:16, 151:8, 151:9, 151:10, 151:15, 151:20, 153:12, 153:16, 154:1, 154:23, 154:24, 155:9, 155:20, 155:21, 156:1, 156:11, 156:14, 156:19, 157:1, 157:6, 157:8, 157:14, 157:17, 157:20, 158:6, 158:12, 158:23, 159:4, 159:7, 159:15, 159:22, 159:23, 159:25, 160:7, 161:25, 162:13, 162:15, 162:20, 162:22, 162:23, 162:24, 162:25, 163:1, 163:5, 163:8, 163:16, 164:1, 164:4, 164:9, 165:2, 165:12, 165:21, 166:20, 167:15, 167:17, 168:10, 169:11, 169:16, 169:17, 169:21, 169:22, 169:24, 170:2, 170:9, 170:11, 170:19, 170:20, 170:23, 170:25, 171:3, 171:15, 171:18, 171:20, 172:1, 172:3, 172:4, 172:14, 172:18, 173:5, 173:8, 173:22, 173:23, 174:12, 175:1, 175:2, 175:6, 175:7, 175:10, 175:16, 175:18, 175:19, 175:21, 176:5, 176:8, 176:12, 176:15, 177:18, 177:20, 177:21, 177:22, 178:2, 178:9, 178:17, 179:4, 179:15,

179:19, 179:24, 180:1, 180:2, 180:3, 180:4, 180:5, 180:7, 180:13, 180:19, 181:11, 181:13, 181:14, 181:16, 182:4, 182:6, 182:14, 182:20, 183:6, 183:9, 184:9, 184:22, 184:23, 185:8, 185:11, 185:13, 185:21, 185:24, 186:9, 186:13, 186:23, 187:5, 187:11, 187:13, 188:6, 188:20, 189:3, 189:6, 189:12, 189:14, 189:24, 190:2, 190:4, 190:8, 190:15, 190:17, 190:20, 190:24, 190:25, 191:4, 191:11, 191:12, 192:7, 192:8, 192:13, 192:14, 192:16, 193:3, 193:21, 193:25, 194:5, 194:8, 195:4, 195:14, 195:15, 195:19, 195:21, 195:23, 196:17, 197:8, 197:17, 197:19, 197:20, 198:9, 198:11, 198:12, 198:15, 198:19, 198:21, 198:24, 199:12, 199:13, 199:16, 200:1, 200:14, 200:17, 200:19, 201:2, 201:4, 201:7, 201:10, 201:11, 201:14, 201:21, 201:25, 202:19, 202:20, 202:23, 203:1, 204:7, 204:21, 205:6, 205:13, 205:20, 205:24, 206:2, 206:10, 206:13, 206:18, 207:9, 207:12, 207:21, 208:3, 208:13, 208:14, 208:19, 208:20, 208:22, 208:25, 210:4, 210:6, 210:12, 210:13, 210:15, 210:18, 210:22, 211:6, 211:14, 211:20, 211:23, 212:3, 212:9, 212:18, 212:24, 213:7, 213:25, 214:5, 214:9, 214:12, 214:19, 214:20, 214:23, 215:12, 215:13, 215:15, 215:21, 216:24, 216:25, 217:11, 217:12, 217:25, 218:1, 218:3, 218:6, 218:8, 218:24, 219:4, 219:12, 219:22, 220:2, 220:4, 220:5, 220:18, 220:22, 221:8, 221:17, 221:20, 222:11, 222:21, 222:22, 223:2, 223:8, 223:12, 223:13, 223:16, 223:18, 223:20, 224:1, 224:6, 224:8, 224:9, 224:11, 224:12, 224:13, 224:18, 224:20, 224:24, 225:2, 225:3, 225:4, 225:5, 225:6, 225:8, 225:9, 225:14, 225:22, 225:24, 226:1, 226:2, 226:4, 226:5, 226:7, 226:8, 226:9, 226:10, 226:13, 226:15, 226:16, 226:17, 226:25, 227:2, 227:10, 227:13, 227:15, 227:16, 227:20, 227:21, 227:24, 227:25, 228:3, 228:6, 228:12, 228:14, 228:21, 228:23, 228:24

**today** [5] - 151:11, 221:25, 225:20, 225:24, 227:22

**together** [4] - 49:1, 183:5, 199:16, 201:16

**told** [13] - 15:16, 21:9, 28:4, 30:13, 41:7, 115:17, 115:23, 119:19, 119:21, 131:24, 157:23, 209:9, 220:11

**tomorrow** [4] - 199:13, 226:7, 229:1, 229:19

**ton** [1] - 66:5

**tone** [1] - 70:7

**tonight** [1] - 228:24

**too** [10] - 27:25, 84:3, 100:18, 100:19, 110:9, 110:10, 110:12, 110:13, 183:5, 222:22

**took** [25] - 66:5, 74:12, 77:7, 95:4, 98:7, 98:14, 98:17, 98:22, 99:18, 101:6, 103:4, 118:14, 156:5, 156:23, 156:25, 162:16, 165:17, 167:8, 182:11, 202:11, 203:6, 203:11, 210:1, 211:17, 212:15

**top** [4] - 184:14, 184:16, 209:18

**topic** [3] - 138:7, 138:9, 146:16

**topics** [1] - 111:21

**toss** [2] - 42:15, 42:16

**tossed** [1] - 42:22

**tossing** [1] - 42:16

**toward** [1] - 38:7

**towards** [9] - 36:4, 38:20, 39:7, 43:17, 45:12, 46:16, 47:3, 71:1

**town** [3] - 10:11, 10:12, 98:9

**Toxics** [1] - 173:8

**track** [2] - 56:24, 172:14

**trade** [1] - 218:8

**trailers** [2] - 204:14, 204:18

**transcript** [1] - 9:8

**transferred** [3] - 131:9, 131:21, 132:24

**transition** [1] - 131:25

**transpired** [1] - 171:20

**travel** [1] - 32:11

**traveling** [2] - 32:12, 32:22

**treatment** [1] - 155:3

**trees** [2] - 61:23, 75:7

**trial** [1] - 6:18

**tried** [1] - 181:13

**trier** [1] - 9:16

**Trinity** [1] - 36:5

**trip** [4] - 12:24, 27:13, 32:12, 32:22

**Trobitz** [21] - 50:10, 50:16, 51:8, 51:12, 58:17, 58:25, 96:10, 96:21, 102:14, 113:21, 113:22, 160:13, 160:15, 163:9, 163:11, 164:23, 168:20, 168:22, 188:12, 215:24, 216:2

**Trobitz's** [4] - 50:13, 96:13, 188:8, 188:18

**trouble** [1] - 83:2

**trucks** [1] - 114:1

**true** [41] - 43:18, 44:2, 44:5, 51:21, 53:12, 53:13, 53:17, 53:18, 54:13, 62:6, 67:3, 68:15, 68:23, 69:19, 73:24, 73:25, 74:21, 76:24, 77:1, 86:6, 104:1, 105:10, 106:1, 106:7, 107:24, 124:15, 145:8, 145:17, 147:7, 147:22, 148:1, 148:5, 155:8, 155:13, 155:17, 159:13, 159:24, 190:3, 196:9, 217:9, 220:22

**truly** [2] - 37:22

**truth** [1] - 36:15

**truthful** [1] - 9:6

**trying** [36] - 7:7, 7:8, 11:6, 27:7, 27:24, 32:21, 40:2, 44:9, 49:17, 55:11, 57:24, 66:25, 68:8, 70:21, 70:22, 71:5, 72:1, 79:9, 79:15, 88:18, 118:11, 120:22, 123:4, 125:1, 125:18, 125:20, 135:2, 138:21, 139:10, 140:19, 140:20, 142:8, 168:10, 208:22, 210:13

**turn** [2] - 18:4, 45:20

**turns** [1] - 43:12

**twice** [14] - 56:14, 57:17, 57:25, 58:1, 59:21, 60:9, 60:10, 60:12, 60:24, 60:25, 91:16, 152:18, 154:8, 154:9

**two** [40] - 19:8, 23:7, 24:13, 31:10, 34:22, 48:22, 57:24, 83:22, 83:24, 83:25, 91:11, 91:22, 91:23, 99:24, 103:13, 103:14, 107:18, 111:14, 142:2, 144:3, 152:23, 154:11, 154:17, 175:24, 177:3, 177:11, 183:4, 184:14, 201:16, 201:19, 201:20, 201:24, 203:24, 205:1, 210:8, 219:12, 226:7, 227:16, 227:19

**two-year-old** [1] - 83:24

**type** [9] - 9:15, 40:1, 49:24, 89:18, 180:9, 187:23, 223:11, 223:13, 224:1

## U

**U.S** [1] - 196:2

**UFO** [1] - 48:25

**UG** [1] - 41:17

**uh** [2] - 7:3, 113:9

**uh-huh** [2] - 7:3, 113:9

**unaware** [2] - 77:9, 77:14

**unclear** [2] - 22:17, 156:18

**unconfuse** [1] - 20:16

**under** [7] - 8:11, 9:6, 104:6, 105:25, 137:19, 197:8, 228:2

**underneath** [2] - 178:24, 205:1

**understand** [32] - 6:23, 7:15, 7:25, 8:15, 8:21, 9:3, 9:10, 9:17, 9:25, 10:3, 29:25, 31:2, 36:6, 40:2, 43:9, 52:21, 59:2, 63:4, 63:5, 70:12, 70:23, 81:8, 93:6, 100:20, 123:2, 140:9, 142:9, 144:25, 161:9, 182:22, 205:21, 222:20

**understanding** [6] - 36:23, 37:3, 37:23, 63:12, 87:6, 125:17

**understands** [1] - 156:20

**understood** [5] - 8:5, 87:19, 95:3, 161:7, 161:8

**underwater** [1] - 188:8

**unfortunately** [1] - 229:11

**unintelligible** [6] - 39:9, 39:13, 45:1, 75:17, 82:14, 148:11
**unlawful** [1] - 205:10
**unless** [1] - 8:13
**unofficial** [1] - 49:8
**unstrike** [1] - 191:12
**until** [6] - 6:10, 7:16, 70:1, 95:14, 137:10, 199:14
**unwithdraw** [2] - 218:24, 219:3
**up** [47] - 14:25, 26:4, 27:24, 32:9, 46:2, 46:4, 53:13, 66:18, 67:15, 68:10, 72:14, 75:6, 75:8, 77:8, 77:12, 78:25, 87:1, 89:13, 90:9, 101:11, 108:7, 123:2, 129:4, 129:5, 131:2, 137:24, 141:23, 142:25, 153:12, 155:14, 155:16, 159:18, 161:4, 163:17, 164:9, 164:10, 164:18, 170:10, 172:14, 175:13, 187:24, 193:14, 199:7, 208:14, 209:9, 228:1, 228:10
**upheld** [2] - 75:22, 77:3
**uphold** [1] - 76:23
**upon** [1] - 7:24
**upset** [2] - 48:10, 70:12
**urge** [5] - 81:10, 81:14, 129:11, 148:20
**us** [8] - 31:1, 37:19, 70:20, 72:20, 72:22, 84:3, 171:14, 183:1
**use** [54] - 45:16, 51:23, 52:4, 52:24, 53:6, 53:14, 53:19, 54:24, 55:2, 55:5, 57:18, 62:24, 65:13, 67:1, 68:11, 68:18, 69:21, 71:11, 90:23, 100:3, 110:17, 110:20, 124:18, 125:16, 126:1, 127:4, 127:13, 128:16, 145:11, 145:18, 146:6, 148:4, 149:5, 149:6, 149:16, 149:25, 150:6, 150:14, 159:5, 159:14, 159:16, 184:1, 195:14, 195:16, 195:18, 195:21, 195:23, 195:24, 198:3, 198:13, 199:6, 223:3, 223:13
**used** [7] - 46:2, 46:4, 53:5, 91:5, 154:24, 163:16, 207:20
**using** [3] - 148:5
**usually** [2] - 108:6, 230:4
**utterly** [1] - 135:1

## V

**vague** [62] - 7:23, 23:9, 28:10, 29:18, 30:6, 31:20, 39:9, 39:13, 39:17, 40:17, 40:21, 41:16, 42:11, 43:7, 43:20, 44:13, 44:24, 50:7, 51:25, 52:1, 52:17, 58:4, 58:10, 59:1, 63:1, 73:4, 74:6, 74:20, 75:15, 75:24, 76:9, 77:19, 81:21, 82:13, 85:2, 89:1, 91:4, 98:11, 106:4, 106:10, 110:16, 117:11, 122:11, 122:12, 123:10, 126:5, 133:19, 139:24, 145:20, 146:10, 150:7, 155:20, 155:21, 159:7, 161:3, 197:20, 223:22, 224:8, 224:9, 224:13, 224:20
**vaguely** [1] - 159:11
**vagueness** [1] - 38:24
**valid** [2] - 225:18, 227:23
**van** [9] - 26:5, 129:18, 131:10, 131:24, 132:1, 132:3, 132:7, 132:24, 132:25
**vehicle** [1] - 32:7
**verbatim** [3] - 9:2, 114:9, 114:10
**Verick** [37] - 65:1, 72:5, 83:14, 85:20, 85:22, 86:3, 87:11, 89:15, 90:6, 90:21, 91:7, 91:13, 91:18, 94:6, 123:1, 126:15, 126:17, 134:4, 135:23, 140:18, 151:8, 151:19, 152:15, 152:21, 153:1, 153:25, 154:8, 154:17, 162:24, 175:21, 176:6, 177:19, 180:20, 182:4, 186:3, 200:1, 210:9
**verick** [6] - 25:1, 46:6, 61:4, 61:7, 72:4, 148:20
**VERICK** [86] - 15:25, 16:8, 16:14, 16:23, 17:4, 17:7, 17:10, 17:18, 17:24, 18:7, 18:11, 18:22, 19:1, 19:6, 19:11, 19:18, 19:23, 20:2, 20:8, 21:18, 22:2, 22:7, 22:15, 22:17, 23:19, 24:9, 24:17, 25:23, 26:9, 26:16, 27:14, 27:19, 27:22, 28:6, 28:19, 28:25, 31:20, 32:15, 41:24, 45:1, 46:1, 46:4, 49:10, 50:7, 52:1, 52:17, 63:1, 66:19, 69:5, 69:16, 69:24, 70:3, 70:8, 70:15, 71:18, 73:9, 73:15, 73:19, 74:19, 75:1, 75:4, 75:17, 76:9, 77:19, 78:6, 81:21, 82:13, 85:2, 92:25, 110:16, 110:18, 113:15, 122:12, 126:6, 126:16, 136:20, 138:9, 139:24, 148:19, 160:22, 173:17, 210:7, 210:13, 219:3, 224:9, 230:2
**version** [1] - 230:5
**versus** [14] - 88:25, 92:17, 96:11, 96:14, 96:22, 97:9, 101:13, 106:14, 164:13, 165:4, 165:13, 167:17, 167:21, 168:1
**very** [26] - 6:9, 9:23, 30:23, 40:21, 41:22, 42:11, 47:8, 52:14, 52:18, 52:22, 66:1, 75:15, 133:23, 137:21, 153:17, 153:18, 172:12, 172:13, 183:11, 184:10, 184:16, 204:25, 210:12, 213:14, 215:6, 227:12
**via** [7] - 50:24, 99:2, 123:17, 161:20, 161:21, 225:18, 226:5
**video** [43] - 65:25, 66:2, 66:4, 98:13, 98:17, 98:22, 98:24, 99:1, 99:4, 99:7, 99:10, 99:17, 100:2, 100:9, 100:12, 102:11, 107:22, 118:16, 172:22, 173:24, 174:9, 174:10, 174:11, 174:12, 174:19, 174:22, 176:17, 176:18, 176:20, 176:21, 177:7, 178:21, 179:18, 181:11, 190:16, 190:17, 190:19, 190:22, 191:8, 218:12, 218:20, 218:22
**videoed** [1] - 156:10
**videoing** [1] - 88:1
**videos** [49] - 66:5, 85:14, 95:4, 101:6, 103:17, 103:19, 107:19, 117:20, 117:22, 117:25, 118:2, 118:8, 118:12, 118:14, 118:18, 118:20, 118:22, 118:24, 119:2, 119:4, 120:2, 120:5, 120:8, 120:12, 120:15, 120:18, 120:21, 143:19, 143:20, 144:13, 144:16, 144:20, 144:22, 154:1, 161:22, 165:6, 165:17, 167:4, 167:8, 174:14, 174:16, 174:24, 176:14, 181:14, 205:15, 222:17, 222:24, 225:2
**viewing** [1] - 107:19
**Vince** [3] - 50:20, 50:22, 102:20
**violation** [5] - 74:18, 74:25, 78:10, 82:23, 196:5
**violations** [12] - 67:13, 73:21, 73:24, 74:15, 75:9, 77:6, 77:15, 83:1, 83:6, 83:11, 83:15, 84:8
**visit** [6] - 10:18, 10:19, 31:15, 111:10, 111:11, 111:12
**visits** [1] - 154:11
**vocabulary** [2] - 36:1, 36:16
**voice** [1] - 78:17

## W

**wait** [2] - 6:10, 70:1
**waiving** [1] - 138:18
**walk** [1] - 208:14
**Walmart** [2] - 31:25, 32:5
**Walt** [6] - 102:23, 108:13, 111:1, 112:25, 169:22, 170:1
**want** [68] - 7:12, 7:15, 7:24, 9:7, 17:13, 26:20, 31:2, 36:5, 41:21, 42:3, 42:22, 45:10, 46:23, 47:10, 47:23, 52:23, 53:6, 57:18, 70:11, 72:17, 76:20, 87:19, 88:5, 88:8, 95:19, 95:25, 104:17, 109:21, 110:14, 112:13, 114:10, 115:20, 126:13, 134:14, 136:13, 137:22, 142:12, 145:3, 156:14, 156:19, 157:14, 159:22, 162:15, 164:4, 166:7, 172:3, 175:16, 178:2, 189:6, 193:21, 195:4, 201:7, 201:14, 206:13, 208:3, 210:22, 216:24, 218:8, 222:21, 223:13, 226:22, 229:5, 229:9
**wanted** [6] - 124:23, 142:18, 146:21, 159:22, 159:25, 160:6
**wants** [3] - 80:13, 122:16, 227:2
**was** [391] - 8:24, 10:7, 10:9, 10:11, 10:16, 11:24, 12:5, 12:6,

12:9, 12:25, 13:2, 13:11, 13:14, 14:10, 14:12, 14:15, 22:17, 23:4, 23:5, 24:2, 24:7, 24:25, 26:7, 26:25, 29:12, 30:3, 30:13, 30:15, 31:8, 31:10, 32:24, 33:1, 33:3, 34:3, 34:16, 34:20, 34:22, 34:23, 34:24, 47:8, 48:14, 48:16, 48:23, 51:1, 52:7, 52:10, 53:15, 53:19, 55:9, 55:13, 56:1, 58:9, 58:14, 58:17, 58:21, 58:23, 59:23, 60:1, 60:5, 60:6, 60:11, 60:12, 60:18, 61:9, 62:4, 62:22, 63:9, 63:19, 63:20, 63:21, 63:22, 64:6, 64:8, 64:13, 65:19, 66:1, 67:22, 68:8, 68:13, 68:21, 69:9, 69:22, 73:1, 73:14, 74:13, 74:14, 74:17, 74:25, 75:18, 76:14, 76:22, 77:3, 79:4, 79:9, 81:5, 82:4, 82:9, 84:1, 84:5, 84:17, 86:4, 86:5, 86:6, 86:24, 87:2, 87:7, 87:8, 87:20, 87:25, 88:7, 88:9, 88:12, 88:18, 88:21, 89:6, 89:9, 89:10, 89:11, 89:12, 89:17, 89:23, 89:25, 90:10, 90:15, 90:17, 92:11, 93:10, 93:16, 93:18, 93:25, 94:11, 94:18, 95:1, 95:3, 95:16, 95:20, 97:3, 97:4, 97:11, 97:20, 97:25, 98:8, 98:10, 98:16, 98:24, 99:8, 99:11, 99:14, 99:20, 99:22, 99:23, 100:9, 100:18, 101:4, 101:11, 101:13, 101:14, 101:15, 101:16, 101:17, 101:18, 101:21, 101:22, 101:23, 102:1, 103:2, 106:15, 106:21, 107:4, 107:6, 107:10, 110:23, 111:8, 111:11, 111:25, 112:20, 112:23, 112:25, 113:3, 113:6, 113:10, 113:11, 113:14, 113:23, 114:2, 114:6, 114:17, 115:5, 115:6, 115:7, 115:14, 115:23, 116:25, 118:9, 118:11, 119:10, 119:11, 121:14, 121:17, 124:12, 124:16, 125:1, 125:5, 125:15, 125:18, 125:20, 125:23, 125:24, 126:4, 126:17, 127:12, 127:13, 127:20, 127:25, 128:15, 128:18, 129:20, 130:2, 133:24, 135:16, 136:9, 137:25, 138:7, 138:22, 140:4, 140:12, 140:14, 140:17, 140:18, 140:21, 142:20, 143:2, 144:12, 144:15, 145:5, 147:3, 147:8, 147:11, 147:14, 147:16, 147:23, 148:24, 149:4, 149:17, 150:1, 151:24, 152:6, 152:8, 152:10, 152:12, 152:19, 152:21, 152:23, 152:24, 153:13, 154:10, 154:16, 154:18, 155:9, 157:23, 157:24, 158:1, 158:2, 158:4, 159:11, 159:21, 161:4, 161:15, 161:18, 161:19, 162:14, 162:15, 162:16, 163:4, 163:10, 163:20, 165:11, 165:23, 166:15, 168:8, 168:14, 168:15, 168:19, 170:4, 170:15, 173:20, 173:22, 176:10, 176:12, 176:18, 176:20, 176:21, 177:1, 177:13, 177:24, 178:2, 179:10, 179:11, 179:13, 179:19, 180:16, 181:16, 182:19, 182:21, 183:17, 183:23, 184:2, 184:7, 184:10, 185:4, 185:16, 186:14, 187:9, 187:22, 188:7, 188:8, 188:13, 188:15, 188:23, 189:2, 189:16, 189:18, 191:21, 191:22, 195:5, 195:11, 197:8, 197:14, 198:1, 198:4, 198:5, 199:10, 200:5, 200:11, 204:4, 204:11, 207:12, 207:16, 207:22, 208:3, 210:24, 211:17, 215:21, 216:19, 217:17, 217:23, 218:4, 218:5, 218:12, 218:20, 218:22, 219:16, 220:22, 221:7, 221:20, 222:6, 223:2, 223:6, 223:8, 223:15, 224:23, 225:3, 225:18, 225:20, 225:24, 226:11, 226:12, 229:25

**Washington** [11] - 10:13, 10:17, 14:1, 14:3, 14:24, 15:1, 17:2, 17:23, 18:3, 18:5, 18:8

**wasn't** [13] - 13:5, 49:7, 67:18, 99:15, 106:22, 126:16, 126:19, 134:19, 135:16, 137:25, 168:19, 217:17, 217:23

**waste** [1] - 155:3

**wasting** [1] - 199:18

**watch** [3] - 100:13, 100:23, 127:6

**watched** [1] - 100:25

**watching** [1] - 126:19

**Water** [7] - 83:10, 84:8, 92:17, 94:8, 160:1, 176:23, 178:25

**water** [85] - 53:20, 53:22, 53:25, 65:15, 67:4, 67:12, 73:2, 73:8, 73:13, 73:20, 73:25, 74:11, 74:18, 74:23, 75:5, 75:9, 76:16, 77:2, 77:3, 77:6, 77:11, 77:15, 82:23, 83:6, 83:15, 99:5, 100:3, 101:1, 102:2, 103:2, 103:4, 107:23, 111:2, 111:18, 117:21, 118:10, 119:5, 119:6, 119:12, 119:16, 119:20, 119:22, 120:21, 120:22, 121:13, 121:14, 121:19, 121:21, 122:3, 123:9, 155:3, 155:17, 156:1, 156:5, 156:23, 156:25, 157:1, 157:8, 157:20, 157:23, 159:22, 160:21, 161:14, 162:13, 165:20, 169:22, 169:23, 176:1, 179:9, 179:19, 179:23, 179:24, 179:25, 180:1, 182:6, 182:19, 184:23, 184:25, 186:23, 206:21, 217:10, 217:13, 225:5

**Watershed** [1] - 217:6

**watershed** [1] - 217:19

**Watt** [2] - 184:23, 186:10

**way** [8] - 26:3, 32:4, 37:23, 38:9, 39:20, 55:22, 116:19, 148:17

**ways** [1] - 200:21

**we** [106] - 6:14, 7:3, 7:22, 20:9, 22:20, 23:8, 24:19, 25:12, 27:9, 29:23, 30:1, 30:14, 31:21, 31:24, 35:25, 36:17, 45:19, 47:17, 49:22, 51:7, 61:10, 62:1, 62:3, 66:23, 72:2, 72:22, 73:12, 77:5, 79:24, 80:5, 80:12, 80:13, 80:15, 80:18, 81:4, 81:6, 81:7, 81:9, 81:12, 84:3, 96:16, 97:13, 98:7, 99:6, 101:2, 104:21, 110:21, 111:16, 116:22, 123:3, 124:23, 124:25, 132:16, 133:6, 133:12, 138:15, 141:22, 142:5, 142:7, 142:17, 142:22, 142:25, 153:12, 164:8, 165:17, 168:2, 173:18, 175:7, 181:8, 189:1, 192:13, 193:16, 199:9, 199:16, 204:23, 205:7, 208:7, 208:21, 209:11, 218:25, 219:12, 219:13, 225:22, 225:25, 226:5, 226:8, 226:14, 226:18, 226:20, 226:23, 227:1, 227:6, 227:8, 227:13, 227:23, 228:1, 228:2, 228:8, 228:9, 228:12, 228:16, 229:1, 229:19

**we'll** [4] - 184:14, 201:21, 209:25, 229:23

**we're** [24] - 7:22, 24:21, 46:10, 70:9, 70:21, 71:5, 72:1, 72:8, 72:11, 97:14, 104:2, 117:18, 119:23, 142:2, 149:2, 193:20, 193:21, 199:12, 212:1, 215:1, 218:1, 221:12, 228:12

**we've** [5] - 134:15, 143:4, 167:13, 219:7, 225:13

**week** [5] - 11:16, 26:25, 140:22, 179:13, 229:20

**weekend** [3] - 84:4, 99:15, 160:8

**weeks** [3] - 10:11, 48:22, 171:19

**welcome** [3] - 115:3, 116:14, 219:11

**welcomed** [1] - 116:9

**welcoming** [1] - 116:11

**well** [52] - 9:1, 13:11, 14:2, 14:11, 21:8, 34:25, 39:25, 53:9, 53:12, 55:1, 56:18, 77:5, 77:24, 83:25, 85:12, 85:25, 88:1, 93:5, 94:18, 99:15,

101:21, 109:15, 112:20, 113:13, 130:12, 142:24, 153:21, 156:18, 161:4, 163:18, 167:3, 167:5, 174:4, 177:20, 182:4, 186:20, 187:4, 191:3, 191:22, 199:14, 199:16, 200:21, 204:4, 209:2, 209:25, 220:17, 221:19, 224:5, 225:7, 227:13, 227:15, 228:3
**went** [29] - 12:6, 12:13, 13:5, 16:10, 18:13, 29:3, 29:8, 31:17, 32:18, 64:2, 77:7, 98:21, 103:3, 104:7, 104:9, 104:10, 104:12, 106:8, 113:17, 127:1, 193:20, 223:2, 225:3, 225:4, 225:5, 225:6
**were** [108] - 10:8, 10:10, 10:12, 21:25, 22:5, 22:6, 22:9, 22:14, 22:23, 23:16, 26:24, 27:11, 30:20, 43:17, 51:7, 52:7, 54:22, 55:1, 61:1, 61:16, 63:14, 64:25, 66:23, 67:8, 68:21, 68:23, 73:12, 73:21, 73:25, 75:22, 79:5, 80:5, 84:24, 85:9, 85:17, 96:16, 97:18, 108:9, 110:9, 113:16, 113:19, 113:22, 114:2, 115:2, 116:1, 116:6, 116:7, 116:14, 116:16, 118:8, 121:18, 121:19, 122:9, 123:17, 123:20, 123:23, 124:3, 124:16, 125:1, 125:14, 125:16, 125:21, 127:14, 127:19, 128:1, 129:17, 131:23, 131:24, 133:14, 133:22, 139:17, 140:25, 141:6, 141:8, 142:11, 142:23, 143:6, 143:16, 143:18, 148:3, 148:4, 148:5, 148:6, 150:4, 156:8, 156:23, 157:1, 158:12, 158:20, 159:12, 159:13, 160:2, 163:14, 164:17, 166:9, 166:20, 168:17, 177:6, 177:8, 181:11, 191:17, 205:9, 220:8, 226:15
**weren't** [1] - 142:24
**west** [9] - 35:1, 35:3, 35:25, 36:2, 36:22, 37:10, 37:22, 38:9, 38:11
**western** [1] - 35:5
**wetland** [1] - 204:6
**wetlands** [6] - 203:4, 204:2, 204:3, 204:4, 204:10, 204:12
**what** [254] - 7:17, 8:17, 8:24, 9:9, 10:10, 10:16, 11:5, 11:16, 12:6, 12:12, 13:3, 14:10, 16:6, 18:10, 19:10, 23:7, 25:16, 27:6, 31:23, 32:24, 34:3, 35:23, 36:1, 36:17, 36:23, 37:14, 38:13, 39:5, 39:6, 39:11, 39:16, 39:23, 40:5, 41:11, 41:14, 44:8, 46:16, 47:3, 48:14, 51:12, 52:17, 54:5, 55:9, 56:1, 58:21, 58:23, 60:11, 60:18, 60:23, 61:16, 61:18, 61:21, 63:5, 63:13, 63:17, 63:19, 64:7, 65:24, 66:3, 66:6, 67:8, 68:8, 70:3, 73:4, 75:10, 75:16, 75:24, 76:3, 76:5, 76:17, 79:9, 81:12, 81:25, 82:2, 82:25, 85:7, 85:21, 86:3, 86:4, 86:5, 86:9, 86:15, 86:18, 86:24, 87:2, 87:6, 87:7, 87:20, 87:25, 88:7, 88:9, 89:8, 89:9, 89:18, 89:19, 91:4, 95:1, 95:20, 96:6, 98:6, 99:1, 100:20, 101:5, 101:19, 102:9, 103:14, 103:19, 107:9, 110:10, 111:14, 111:16, 111:22, 113:12, 113:23, 114:8, 114:10, 114:14, 114:25, 115:13, 115:16, 119:23, 120:7, 121:13, 124:9, 124:24, 124:25, 125:1, 125:23, 126:2, 126:10, 126:11, 126:12, 126:18, 126:23, 128:4, 128:15, 130:3, 130:25, 131:2, 131:12, 133:9, 133:24, 134:8, 134:10, 134:25, 135:5, 135:9, 137:22, 138:4, 140:2, 141:24, 142:12, 142:23, 143:10, 143:18, 144:4, 144:12, 144:14, 144:17, 144:20, 144:22, 146:25, 147:11, 152:19, 153:1, 154:10, 155:2, 156:16, 158:1, 159:7, 159:12, 161:2, 163:14, 163:20, 163:21, 163:23, 163:24, 164:5, 164:13, 164:17, 165:15, 168:8, 169:1, 169:25, 170:1, 173:12, 173:23, 174:4, 174:10, 174:12, 175:2, 176:12, 176:18, 176:23, 178:15, 179:4, 181:15, 182:19, 183:21, 187:18, 187:19, 187:21, 188:4, 188:6, 188:22, 189:6, 189:15, 189:16, 189:18, 190:8, 190:11, 190:16, 190:17, 190:19, 191:14, 194:8, 195:13, 197:14, 197:17, 197:24, 198:1, 200:8, 202:6, 204:13, 206:16, 208:23, 209:15, 209:20, 209:21, 209:22, 213:13, 214:7, 214:20, 220:11, 222:24, 223:16, 223:24, 224:23, 224:24, 228:19
**what's** [10] - 6:25, 40:13, 40:15, 41:23, 42:5, 54:5, 62:10, 101:18, 189:7, 219:15
**whatever** [7] - 68:20, 86:7, 89:23, 115:19, 135:15, 176:21, 223:12
**whatsoever** [1] - 44:12
**when** [129] - 6:20, 8:23, 9:12, 11:18, 14:2, 21:21, 21:24, 23:14, 28:24, 30:22, 32:1, 34:8, 36:23, 41:14, 44:21, 49:23, 55:8, 55:12, 57:15, 57:24, 58:3, 58:9, 58:14, 58:17, 60:15, 61:9, 61:13, 61:25, 64:4, 66:2, 66:3, 66:4, 69:8, 70:4, 70:16, 70:19, 70:20, 70:24, 72:13, 72:20, 81:18, 82:20, 84:5, 84:23, 85:9, 85:16, 85:19, 86:1, 87:20, 88:10, 92:8, 94:7, 94:13, 96:23, 97:11, 97:12, 98:16, 99:7, 101:9, 101:10, 101:17, 101:18, 102:5, 102:6, 103:12, 107:6, 107:8, 109:20, 111:10, 112:3, 112:8, 112:11, 112:18, 113:6, 113:7, 117:22, 122:9, 129:7, 129:17, 129:24, 130:16, 131:9, 131:13, 132:24, 133:17, 134:17, 137:5, 137:6, 137:13, 142:11, 142:16, 144:5, 145:1, 153:18, 153:21, 156:8, 156:23, 157:17, 161:19, 163:15, 165:7, 167:3, 171:20, 174:16, 176:4, 176:20, 177:2, 177:7, 178:12, 184:4, 187:24, 188:7, 188:13, 197:18, 199:6, 211:14, 213:12, 217:9, 217:20, 217:21, 221:8, 222:7, 222:9, 225:7, 228:17, 228:21, 228:22
**where** [61] - 10:12, 10:21, 10:24, 11:3, 11:21, 12:17, 13:21, 14:15, 14:20, 18:15, 18:18, 18:20, 23:8, 28:3, 28:8, 28:13, 29:22, 30:2, 33:6, 37:9, 38:2, 38:4, 38:5, 39:7, 40:11, 41:15, 43:12, 45:15, 47:13, 54:11, 59:18, 66:3, 77:5, 90:10, 100:12, 104:4, 104:10, 105:16, 105:17, 117:11, 122:19, 122:23, 132:1, 136:18, 147:8, 149:4, 172:9, 175:19, 175:24, 178:24, 181:2, 188:2, 188:15, 188:17, 188:23, 189:2, 200:11, 222:2, 222:3
**Whereupon** [16] - 14:12, 23:4, 48:16, 63:9, 67:22, 76:14, 95:16, 97:4, 125:5, 126:4, 140:4, 145:5, 147:3, 166:15, 168:14, 168:15
**wherever** [1] - 122:16
**whether** [31] - 9:17, 21:24, 60:5, 66:12, 82:9, 83:20, 84:10, 84:13, 84:16, 93:10, 93:21, 94:11, 96:21, 102:14, 111:1, 111:11, 112:23, 112:25, 113:3, 114:2, 124:10, 135:18, 135:22, 136:4, 144:17, 149:23, 150:23, 153:4, 154:14, 155:21, 171:25
**which** [46] - 11:14, 24:14, 25:8, 26:4, 29:12, 30:15, 36:12, 37:16, 44:13, 50:3, 54:22, 59:1, 63:19, 63:20, 76:4, 76:15,

82:5, 100:14, 104:5, 109:21, 112:7, 121:19, 125:21, 143:11, 150:1, 165:18, 165:19, 174:14, 174:22, 176:16, 176:17, 178:20, 178:21, 190:18, 191:2, 191:8, 191:9, 193:12, 202:24, 207:5, 219:16, 221:9, 225:20, 226:7
**whichever** [1] - 57:18
**while** [1] - 98:8
**who** [54] - 6:12, 10:19, 11:23, 32:11, 32:14, 33:15, 48:22, 49:23, 50:1, 50:9, 50:11, 50:14, 55:4, 64:19, 65:18, 67:9, 67:11, 73:12, 75:25, 80:20, 89:14, 90:5, 94:24, 95:21, 96:8, 99:4, 100:8, 101:3, 101:24, 102:1, 119:4, 119:6, 119:17, 119:19, 119:23, 153:22, 153:24, 157:4, 157:6, 160:10, 160:12, 160:14, 160:16, 168:17, 168:21, 170:9, 170:11, 185:13, 185:14, 202:11, 202:15, 203:6, 216:19
**whole** [3] - 12:24, 168:3, 204:4
**whoops** [1] - 73:9
**whose** [2] - 47:10, 167:16
**why** [35] - 6:11, 10:8, 26:15, 26:18, 32:3, 37:19, 62:16, 62:22, 65:12, 84:20, 109:2, 109:25, 110:4, 110:12, 111:18, 122:10, 139:21, 142:18, 142:20, 146:20, 148:2, 159:20, 159:21, 170:1, 170:2, 172:13, 179:22, 182:19, 186:10, 202:13, 203:21, 204:2, 204:9, 205:9, 229:8
**wildlife** [2] - 65:19, 111:18
**Will** [23] - 85:19, 94:25, 123:14, 123:24, 124:2, 124:11, 131:18, 140:18, 147:16, 155:10, 163:1, 175:21, 176:5, 176:6, 177:18, 180:20, 182:4, 183:14, 200:2, 201:25, 219:9
**will** [44] - 6:20, 7:5, 7:16, 7:21, 7:25, 8:5, 9:2, 9:8, 38:17, 43:9, 44:17, 72:10, 72:21, 80:20, 81:10, 81:13, 110:21, 116:22, 123:3, 129:9, 132:10, 132:14, 134:20, 138:15, 141:22, 145:4, 146:1, 172:12, 172:15, 176:17, 177:12, 183:13, 192:17, 192:18, 208:16, 209:11, 218:24, 218:25, 221:13, 228:2, 228:9, 228:25, 229:16, 229:18
**William** [20] - 32:25, 33:1, 33:16, 33:18, 85:21, 121:17, 129:19, 130:14, 130:16, 132:19, 154:20, 162:8, 180:20, 182:11, 200:1, 203:9, 211:21, 212:19, 213:25, 214:20
**willing** [1] - 80:22
**winter** [1] - 100:1
**wish** [1] - 9:23
**with** [253] - 7:17, 25:20, 27:5, 27:19, 27:25, 32:11, 32:18, 33:12, 33:18, 34:5, 34:6, 37:23, 38:19, 40:19, 40:23, 40:25, 46:15, 48:3, 48:19, 49:2, 50:1, 50:23, 51:6, 51:8, 51:9, 51:11, 51:12, 51:13, 51:16, 51:19, 51:22, 52:7, 52:14, 52:15, 53:8, 53:20, 54:14, 54:22, 55:8, 55:11, 55:19, 55:25, 56:8, 56:9, 56:10, 56:13, 58:2, 58:6, 58:7, 58:9, 59:13, 60:14, 61:3, 61:7, 62:19, 62:20, 62:23, 62:25, 63:23, 63:24, 63:25, 64:25, 65:13, 65:14, 65:22, 67:3, 67:11, 68:7, 68:12, 68:17, 68:18, 69:21, 70:2, 70:4, 70:6, 70:16, 71:5, 73:13, 76:20, 76:22, 77:2, 77:6, 78:11, 79:24, 81:11, 81:19, 82:11, 83:4, 83:6, 88:25, 89:4, 89:18, 90:24, 91:13, 94:15, 96:10, 96:23, 96:24, 97:8, 101:5, 101:6, 102:17, 103:5, 103:8, 106:13, 106:21, 106:22, 107:8, 107:11, 107:20, 107:21, 113:4, 113:10, 114:21, 117:2, 120:24, 121:1, 121:7, 123:18, 123:21, 123:23, 124:18, 125:21, 125:22, 127:14, 128:5, 128:14, 128:16, 129:1, 129:19, 130:16, 132:19, 133:15, 133:22, 134:1, 134:4, 134:6, 136:18, 137:6, 137:7, 137:14, 139:1, 139:20, 140:17, 141:23, 143:8, 143:13, 144:5, 144:18, 148:3, 148:8, 149:14, 149:24, 150:5, 150:12, 151:5, 151:8, 151:10, 151:15, 152:14, 152:21, 152:23, 152:24, 153:4, 153:16, 153:25, 154:5, 154:7, 154:14, 154:18, 157:24, 158:16, 159:21, 159:23, 159:25, 160:2, 160:20, 160:24, 161:6, 161:11, 161:20, 162:3, 162:6, 163:9, 163:11, 164:6, 164:7, 164:14, 164:23, 165:2, 165:3, 165:7, 165:21, 167:17, 168:3, 170:20, 171:18, 171:21, 172:1, 174:19, 175:13, 177:21, 179:23, 181:8, 182:15, 182:17, 184:1, 187:2, 190:5, 190:10, 191:14, 194:11, 194:16, 195:15, 197:15, 197:17, 198:2, 198:12, 198:15, 198:19, 199:19, 202:19, 204:14, 207:24, 208:25, 210:10, 212:1, 213:17, 213:22, 214:20, 220:23, 221:8, 221:12, 221:19, 221:25, 224:11, 224:12, 224:18, 225:18, 225:22, 226:8, 228:1, 230:5
**withdraw** [4] - 210:15, 218:4, 218:7, 218:9
**withdrawing** [2] - 210:21, 219:5
**withdrawn** [3] - 210:16, 219:2, 219:6
**within** [8] - 68:24, 85:24, 88:14, 91:1, 91:11, 91:22, 91:23, 99:24
**without** [5] - 8:4, 11:10, 126:6, 138:18, 192:16
**witness** [45] - 23:12, 27:2, 27:8, 38:21, 42:17, 44:3, 44:10, 44:11, 45:23, 47:6, 57:2, 57:11, 59:5, 72:1, 72:9, 72:11, 72:18, 78:11, 79:12, 79:16, 84:25, 85:6, 85:10, 85:17, 85:20, 94:16, 95:2, 95:22, 96:5, 96:11, 96:14, 96:22, 97:2, 97:9, 122:21, 122:22, 122:23, 133:8, 156:20, 161:6, 177:1, 205:13, 223:8, 225:9, 225:18
**WITNESS** [128] - 11:10, 14:10, 14:13, 15:8, 15:12, 15:16, 15:20, 16:10, 16:20, 16:24, 17:20, 18:8, 18:13, 18:23, 19:3, 19:8, 19:13, 19:19, 19:24, 20:4, 20:9, 21:14, 21:19, 22:3, 22:9, 22:23, 23:5, 23:13, 23:20, 23:25, 24:4, 24:11, 26:24, 27:23, 28:11, 28:20, 29:12, 29:22, 31:21, 32:16, 35:17, 37:6, 37:16, 39:19, 40:22, 41:6, 41:17, 42:9, 42:12, 43:21, 46:18, 48:17, 49:11, 49:20, 58:6, 58:11, 59:6, 60:19, 64:16, 66:8, 66:15, 69:17, 71:14, 72:24, 73:16, 73:20, 74:21, 75:5, 76:4, 76:15, 91:15, 92:5, 93:1, 93:13, 95:17, 97:5, 98:12, 106:5, 106:11, 108:8, 108:16, 108:25, 109:4, 109:20, 110:17, 110:20, 113:16, 123:11, 125:8, 128:11, 128:25, 130:22, 131:11, 131:14, 131:16, 132:3, 133:2, 133:9, 133:20, 135:25, 139:7, 145:6, 146:3, 148:12, 148:21, 151:12, 152:4, 160:5, 161:5, 164:7, 166:12, 171:23, 176:8, 178:21, 180:5, 184:11, 187:10, 191:21, 192:3, 192:6, 196:15, 197:12, 204:23, 208:8, 208:13, 218:8, 223:23, 224:21
**witness's** [1] - 20:24
**witnessed** [3] - 144:18, 144:20, 144:22
**witnesses** [1] - 102:23
**Wolfe** [1] - 216:8
**woman** [2] - 6:12, 78:24
**won't** [1] - 192:1
**wondered** [1] - 164:9
**wood** [1] - 106:8
**word** [4] - 57:18,

75:18, 195:21, 223:12
**wording** [2] - 87:3, 87:5
**words** [2] - 65:7, 114:9
**work** [4] - 69:9, 154:24, 199:16, 204:6
**worked** [1] - 6:2
**working** [5] - 127:15, 153:14, 175:9, 205:10, 229:19
**workplace** [1] - 220:11
**works** [3] - 47:22, 109:19, 153:25
**worse** [2] - 63:15, 63:16
**worth** [1] - 130:2
**would** [140] - 6:15, 9:15, 10:6, 11:13, 22:21, 23:23, 24:6, 24:14, 25:17, 26:3, 26:14, 27:1, 27:2, 27:3, 32:4, 32:7, 35:1, 38:7, 43:21, 49:9, 50:24, 51:4, 51:6, 51:8, 51:13, 52:13, 53:7, 53:9, 53:10, 60:20, 60:24, 62:7, 65:4, 66:25, 69:25, 70:13, 70:15, 70:16, 71:3, 71:18, 80:5, 80:17, 80:25, 81:9, 81:14, 82:18, 83:2, 83:17, 84:2, 85:12, 88:13, 88:15, 92:14, 92:15, 93:1, 93:8, 94:23, 95:4, 95:9, 95:23, 96:5, 96:18, 96:24, 103:19, 107:14, 108:20, 110:12, 115:3, 116:18, 117:5, 117:22, 117:23, 117:25, 118:9, 119:15, 119:17, 125:23, 127:12, 127:23, 133:5, 135:14, 136:4, 137:23, 138:14, 139:19, 139:20, 139:21, 140:9, 140:24, 141:6, 144:20, 144:23, 147:1, 147:2, 147:15, 151:24, 153:12, 154:2, 162:1, 163:2, 163:4, 163:23, 163:24, 164:5, 165:10, 165:21, 167:4, 169:7, 169:10, 170:22, 170:23, 172:6, 172:9, 174:5, 174:8, 174:22, 179:12, 179:22, 182:14, 182:24, 183:1, 189:3, 190:11, 198:15, 202:13, 202:15, 205:17, 207:20, 209:7, 210:11, 222:11, 222:21, 226:13, 230:3
**would've** [1] - 88:14
**wouldn't** [3] - 32:9, 45:4, 158:6
**wow** [1] - 154:23
**wraps** [1] - 35:21
**write** [3] - 179:6, 187:23, 198:9
**writing** [3] - 35:13, 43:15, 145:10
**written** [3] - 43:3, 43:14, 199:5
**wrong** [4] - 9:14, 90:2, 115:13, 125:18
**wrote** [8] - 169:21, 195:14, 195:23, 202:9, 204:9, 205:12, 205:17, 220:8

## X

**X** [3] - 45:15, 105:22, 105:24
**Xs** [2] - 105:15, 105:17

## Y

**yard** [18] - 51:3, 55:16, 203:22, 203:25, 204:3, 204:4, 204:6, 204:11, 204:14, 207:2, 207:7, 209:16, 209:19, 209:23, 212:16, 213:16, 213:22, 224:12
**yeah** [68] - 35:14, 40:23, 45:9, 45:21, 46:4, 46:24, 49:11, 49:17, 50:21, 51:5, 52:21, 52:23, 55:1, 55:7, 56:12, 58:20, 59:17, 61:24, 77:11, 90:21, 96:2, 97:17, 99:3, 99:6, 100:7, 101:16, 114:4, 114:7, 116:13, 119:11, 120:23, 121:3, 122:12, 125:20, 131:14, 133:9, 138:11, 140:23, 143:21, 144:4, 149:13, 152:7, 159:11, 160:5, 163:22, 164:11, 164:21, 166:12, 169:20, 170:8, 171:5, 172:20, 179:17, 181:4, 181:6, 182:18, 188:1, 188:5, 203:18, 204:11, 209:18, 210:20, 213:17, 216:3, 219:7
**Yeah** [2] - 202:10, 203:23
**year** [13] - 55:9, 61:1, 64:7, 66:6, 81:25, 83:24, 85:24, 88:19, 92:14, 107:9, 156:2, 164:11
**years** [24] - 33:21, 37:14, 39:11, 40:4, 41:11, 41:22, 43:4, 49:17, 59:11, 83:17, 83:18, 83:22, 83:25, 88:14, 91:1, 91:10, 91:11, 91:22, 91:23, 106:3, 143:11, 154:22, 206:13, 208:25
**yell** [1] - 36:20
**yelling** [1] - 78:15
**yep** [2] - 169:25, 206:5
**yes** [327] - 6:24, 7:6, 7:9, 7:13, 7:19, 8:2, 8:7, 8:10, 8:12, 8:16, 8:22, 9:4, 9:11, 9:18, 10:2, 10:5, 11:2, 12:1, 12:3, 12:16, 12:20, 13:20, 14:13, 15:12, 15:16, 15:20, 16:3, 16:4, 16:5, 16:17, 16:24, 19:3, 19:16, 19:24, 21:7, 23:1, 23:11, 23:13, 23:20, 24:4, 24:23, 26:14, 29:15, 29:20, 31:4, 31:15, 31:16, 32:8, 32:13, 32:23, 33:5, 33:13, 33:14, 33:23, 34:12, 34:19, 40:9, 42:23, 46:17, 46:18, 46:23, 47:14, 48:17, 48:21, 48:24, 48:25, 49:5, 51:5, 51:7, 51:18, 51:20, 52:9, 52:12, 53:8, 53:25, 54:2, 54:11, 54:15, 54:17, 54:19, 55:18, 58:24, 61:5, 63:22, 67:25, 69:15, 74:4, 74:8, 75:3, 77:3, 77:22, 78:20, 79:16, 79:18, 82:25, 83:17, 87:18, 88:17, 89:5, 90:4, 91:2, 91:24, 93:8, 93:23, 97:10, 97:21, 97:22, 100:14, 102:25, 103:9, 104:8, 105:2, 105:8, 105:9, 105:12, 105:14, 106:11, 106:20, 107:1, 107:3, 107:13, 107:16, 111:25, 112:5, 114:23, 116:10, 116:17, 118:17, 119:1, 119:3, 121:20, 122:7, 122:8, 122:20, 123:7, 124:22, 126:1, 127:19, 127:25, 128:24, 130:14, 130:15, 134:3, 134:5, 134:7, 139:15, 144:8, 145:23, 146:24, 147:5, 147:14, 147:25, 148:10, 149:8, 149:13, 150:9, 152:7, 152:13, 152:16, 153:6, 153:23, 154:3, 154:9, 156:10, 157:5, 157:25, 158:22, 158:25, 160:25, 162:13, 166:3, 166:24, 167:4, 167:22, 168:6, 168:7, 169:13, 169:20, 170:5, 171:8, 171:12, 173:1, 173:6, 174:15, 176:8, 176:11, 176:21, 176:22, 177:17, 178:16, 179:2, 179:3, 180:15, 180:18, 180:21, 181:6, 181:15, 181:18, 182:2, 182:8, 182:12, 182:16, 183:13, 183:16, 183:19, 184:11, 184:20, 184:24, 185:2, 185:7, 185:10, 185:12, 185:19, 185:25, 186:2, 186:4, 186:6, 186:8, 186:16, 187:1, 187:17, 187:18, 189:2, 190:7, 190:23, 192:16, 192:25, 193:4, 193:6, 193:10, 194:4, 194:7, 194:13, 195:12, 196:1, 196:15, 196:23, 197:6, 197:12, 200:4, 200:22, 201:1, 202:2, 202:5, 202:22, 203:2, 203:20, 204:6, 205:3, 205:8, 205:14, 205:19, 205:23, 206:5, 206:8, 206:11, 206:17, 207:15, 207:19, 208:5, 210:2, 210:5, 211:7, 211:11, 211:13, 211:16, 211:19, 211:22, 212:4, 212:7, 212:11, 212:14, 212:17, 212:20, 212:25, 213:6, 213:8, 213:11, 213:20, 213:23, 214:1, 214:6, 214:11, 214:13, 214:15, 214:22, 214:25, 215:10, 215:17, 215:23, 216:1, 216:3, 216:5, 216:7, 216:14, 216:21, 217:5, 217:16, 217:18, 218:9, 219:20, 220:1, 220:3, 220:7, 220:10, 220:19, 220:21, 220:25, 221:11, 222:18, 223:1, 223:5, 223:10, 224:16, 225:12, 229:11, 229:17
**Yes** [2] - 146:25, 209:6
**yet** [1] - 175:8

**you** [1578] - 6:2, 6:5, 6:7, 6:8, 6:9, 6:10, 6:16, 6:17, 6:19, 6:21, 6:22, 6:23, 7:2, 7:4, 7:5, 7:10, 7:11, 7:12, 7:14, 7:15, 7:21, 7:24, 8:3, 8:5, 8:8, 8:11, 8:13, 8:15, 8:19, 8:21, 9:3, 9:5, 9:7, 9:9, 9:12, 9:13, 9:14, 9:17, 9:23, 9:25, 10:3, 10:8, 10:12, 10:14, 11:1, 11:5, 11:7, 11:8, 11:9, 11:13, 11:16, 11:18, 11:21, 12:2, 12:4, 12:6, 12:9, 12:12, 12:15, 12:21, 13:3, 13:7, 13:8, 13:19, 13:21, 13:22, 14:2, 14:11, 14:15, 15:5, 15:10, 15:14, 15:16, 15:22, 15:23, 16:6, 16:12, 16:22, 17:1, 17:2, 17:5, 17:7, 17:15, 17:22, 18:2, 18:4, 18:5, 18:10, 18:20, 18:25, 19:5, 19:10, 19:17, 19:21, 20:1, 20:6, 20:12, 20:16, 20:17, 20:18, 20:22, 21:6, 21:9, 21:16, 21:21, 21:24, 22:5, 22:6, 22:12, 22:13, 22:21, 23:1, 23:2, 23:16, 23:22, 23:23, 24:6, 24:13, 25:15, 25:16, 25:17, 25:18, 25:20, 26:6, 26:7, 26:20, 27:2, 27:4, 27:7, 27:11, 27:14, 27:19, 28:3, 28:4, 28:8, 28:13, 28:17, 28:18, 28:24, 29:3, 29:8, 29:9, 29:15, 29:21, 30:2, 30:3, 30:8, 30:13, 30:17, 30:18, 30:21, 30:23, 30:24, 31:2, 31:5, 31:14, 31:17, 31:18, 31:19, 31:24, 32:4, 32:7, 32:9, 32:11, 32:18, 32:21, 33:6, 33:12, 33:17, 33:20, 33:22, 33:24, 34:5, 34:8, 34:10, 34:13, 34:16, 34:25, 35:9, 35:20, 35:23, 35:25, 36:1, 36:2, 36:5, 36:7, 36:11, 36:20, 36:21, 36:22, 36:23, 36:25, 37:5, 37:9, 37:13, 37:15, 37:20, 37:23, 37:24, 38:3, 38:4, 38:5, 39:5, 39:6, 39:11, 39:20, 39:23, 39:24, 40:3, 40:4, 41:2, 41:10, 41:14, 41:15, 41:22, 42:5, 42:6, 42:7, 42:14, 42:21, 43:3, 43:4, 43:10, 43:13, 43:14, 43:15, 43:16, 43:17, 43:18, 43:25, 44:1, 44:2, 44:4, 44:8, 44:21, 45:15, 45:16, 45:17, 46:4, 46:8, 46:16, 46:17, 46:22, 46:23, 46:25, 47:3, 47:19, 47:21, 47:25, 48:3, 48:19, 49:1, 49:13, 49:18, 49:19, 49:25, 50:1, 50:3, 50:18, 50:20, 50:23, 51:4, 51:8, 51:13, 51:16, 51:19, 51:21, 52:6, 52:13, 52:23, 53:2, 53:6, 53:7, 53:12, 53:18, 53:20, 53:25, 54:3, 54:10, 54:11, 54:13, 54:20, 55:3, 55:8, 55:11, 55:12, 55:19, 55:22, 55:25, 56:3, 56:5, 56:7, 56:9, 56:15, 56:22, 57:6, 57:13, 57:18, 57:19, 57:22, 58:1, 58:5, 58:9, 58:21, 59:2, 59:9, 59:12, 59:18, 60:2, 60:5, 60:8, 60:11, 60:14, 60:16, 61:3, 61:6, 61:11, 61:13, 61:18, 62:6, 62:16, 62:20, 62:22, 63:5, 63:7, 63:8, 63:13, 63:23, 63:24, 64:4, 64:5, 64:7, 64:8, 64:12, 64:25, 65:4, 65:12, 65:21, 65:24, 66:2, 66:3, 66:4, 66:11, 66:12, 66:13, 66:17, 66:18, 66:21, 67:3, 67:6, 67:8, 67:10, 67:11, 67:19, 67:23, 68:5, 68:7, 68:11, 69:8, 69:19, 70:1, 70:3, 70:6, 70:12, 70:16, 70:21, 71:5, 71:16, 71:19, 71:20, 72:1, 72:3, 72:4, 72:16, 72:17, 73:7, 73:12, 73:14, 73:18, 73:25, 74:23, 74:24, 75:13, 75:21, 76:7, 76:9, 76:19, 76:21, 76:25, 77:1, 77:14, 77:21, 78:1, 78:8, 78:9, 78:11, 78:15, 78:25, 79:5, 79:8, 79:10, 79:11, 79:13, 79:18, 79:23, 80:1, 80:4, 80:21, 80:25, 81:10, 81:14, 81:18, 82:8, 82:11, 82:18, 82:19, 82:22, 82:24, 83:4, 83:8, 83:13, 83:18, 83:21, 84:1, 84:3, 84:5, 84:6, 84:10, 84:13, 84:16, 84:20, 84:22, 84:23, 84:24, 85:7, 85:9, 85:16, 85:17, 85:21, 86:3, 86:12, 86:16, 86:18, 86:21, 86:24, 87:2, 87:6, 87:10, 87:13, 87:14, 87:15, 87:17, 87:20, 87:25, 88:7, 88:8, 88:10, 88:19, 88:21, 88:23, 89:3, 89:6, 89:10, 89:11, 89:14, 89:18, 89:21, 89:22, 89:25, 90:3, 90:5, 90:8, 90:10, 90:13, 90:15, 90:19, 90:20, 90:23, 90:24, 91:3, 91:6, 91:12, 91:13, 91:18, 91:19, 91:21, 92:2, 92:8, 92:11, 92:18, 92:21, 93:5, 93:10, 93:18, 93:21, 93:25, 94:3, 94:4, 94:5, 94:7, 94:11, 94:12, 94:13, 94:15, 94:20, 94:21, 94:24, 95:1, 95:8, 95:9, 95:11, 95:14, 95:19, 95:20, 95:21, 95:24, 96:3, 96:6, 96:8, 96:10, 96:11, 96:13, 96:18, 96:19, 96:21, 96:23, 97:8, 97:12, 97:15, 97:17, 97:18, 97:22, 98:3, 98:6, 98:13, 98:16, 99:1, 99:2, 99:4, 99:7, 99:11, 99:17, 99:23, 100:2, 100:5, 100:12, 100:20, 100:22, 100:25, 101:9, 101:12, 101:19, 102:5, 102:6, 102:7, 102:9, 102:14, 102:17, 102:23, 103:1, 103:5, 103:8, 103:12, 103:14, 103:17, 103:24, 104:14, 104:17, 105:4, 105:7, 105:8, 105:14, 105:15, 105:21, 106:1, 106:13, 106:15, 106:18, 106:25, 107:8, 107:11, 107:14, 107:17, 107:19, 107:20, 107:24, 108:2, 108:8, 108:12, 108:13, 108:19, 109:6, 109:11, 109:17, 109:20, 109:25, 110:1, 110:3, 110:4, 110:7, 110:11, 110:12, 111:1, 111:2, 111:7, 111:11, 111:14, 111:20, 112:3, 112:4, 112:7, 112:8, 112:9, 112:11, 112:16, 112:23, 112:25, 113:1, 113:3, 113:12, 113:23, 114:14, 114:16, 114:20, 114:21, 114:25, 115:1, 115:4, 115:6, 115:9, 115:17, 115:18, 115:23, 115:24, 116:1, 116:3, 116:7, 116:11, 116:15, 116:18, 116:19, 116:20, 117:1, 117:5, 117:22, 118:2, 118:14, 118:16, 118:18, 118:20, 118:22, 118:24, 119:2, 119:4, 119:6, 119:17, 119:19, 120:1, 120:4, 120:8, 120:9, 120:11, 120:12, 120:14, 120:15, 120:17, 120:18, 120:20, 120:21, 120:24, 121:6, 121:9, 121:12, 121:13, 121:16, 121:18, 121:19, 121:21, 121:23, 121:24, 122:2, 122:9, 122:10, 122:15, 122:18, 122:19, 122:20, 122:23, 123:3, 123:7, 123:13, 123:17, 123:20, 123:22, 123:23, 123:25, 124:1, 124:3, 124:6, 124:10, 124:11, 124:16, 125:3, 125:14, 126:2, 126:14, 126:19, 126:21, 126:24, 127:3, 127:6, 127:8, 127:11, 127:14, 127:15, 127:19, 127:23, 128:1, 128:4, 128:9, 128:14, 128:19, 128:22, 129:3, 129:7, 129:9, 129:10, 129:11, 129:12, 129:17, 129:19, 129:21, 129:24, 130:5, 130:6, 130:8, 130:10, 130:13, 130:25, 131:1, 131:2, 131:3, 131:9, 131:21, 131:22, 131:23, 131:24, 131:25, 132:1, 132:6, 132:7, 132:12, 132:14, 132:16, 132:18, 132:22, 132:23, 132:24, 133:5, 133:12, 133:14, 133:16, 133:17, 133:22, 133:24, 133:25, 134:1, 134:4, 134:6, 134:8, 134:10, 134:11, 134:14, 134:17, 134:18, 134:21, 134:23, 134:24, 135:5, 135:9, 135:11, 135:18, 135:22, 135:23, 136:2, 136:4, 136:5, 136:7, 136:10, 136:11, 136:13, 136:14, 136:16, 136:17, 136:18, 136:19, 136:22, 137:1, 137:3, 137:5, 137:6, 137:7, 137:11, 137:12, 137:14, 137:24, 138:2, 138:4, 138:7,

138:14, 138:16, 138:19, 138:21, 138:22, 138:24, 139:1, 139:2, 139:6, 139:7, 139:10, 139:11, 139:12, 139:17, 139:19, 139:21, 139:22, 140:7, 140:9, 140:10, 140:24, 140:25, 141:1, 141:4, 141:6, 141:7, 141:17, 141:22, 142:4, 142:9, 142:11, 142:23, 142:24, 143:2, 143:6, 143:8, 143:12, 143:13, 143:22, 143:24, 143:25, 144:5, 144:6, 144:10, 144:12, 144:14, 144:17, 144:18, 144:21, 144:23, 145:1, 145:3, 145:8, 145:12, 145:17, 145:24, 146:5, 146:8, 146:15, 146:19, 146:20, 147:1, 147:5, 147:7, 147:9, 147:13, 147:18, 147:19, 147:23, 148:2, 148:4, 148:5, 148:6, 148:8, 148:13, 148:15, 148:20, 149:3, 149:5, 149:12, 149:14, 149:19, 149:22, 149:23, 150:3, 150:4, 150:11, 150:17, 150:21, 150:23, 151:2, 151:5, 151:9, 151:14, 151:18, 151:19, 151:22, 151:24, 151:25, 152:1, 152:4, 152:6, 152:8, 152:9, 152:10, 152:11, 152:12, 152:14, 153:1, 153:4, 153:13, 153:15, 153:18, 153:21, 154:4, 154:7, 154:14, 154:18, 154:19, 154:21, 155:4, 155:8, 155:9, 155:11, 155:17, 156:8, 156:11, 156:15, 156:16, 156:17, 156:22, 156:23, 157:4, 157:8, 157:11, 157:13, 157:17, 157:18, 157:20, 157:24, 158:1, 158:18, 158:20, 158:23, 159:3, 159:7, 159:10, 159:13, 160:2, 160:18, 160:19, 160:24, 161:11, 161:14, 161:20, 162:2, 162:5, 162:8, 162:14, 162:15, 162:19, 162:22, 162:24, 163:4, 163:8, 163:20, 164:1, 164:2, 164:14, 164:22, 164:23, 165:3, 165:6, 165:8, 165:10, 165:11, 165:15, 166:1, 166:6, 166:7, 166:9, 166:13, 166:18, 166:25, 167:3, 167:8, 167:9, 167:10, 167:15, 168:9, 168:12, 168:24, 169:1, 169:3, 169:6, 169:10, 169:11, 169:16, 169:21, 169:22, 170:1, 170:6, 170:9, 170:11, 170:18, 170:20, 170:22, 170:25, 171:3, 171:4, 171:9, 171:20, 171:25, 172:3, 172:6, 172:9, 172:12, 172:18, 172:19, 172:23, 172:24, 173:10, 173:12, 173:13, 173:14, 173:17, 173:18, 173:23, 174:1, 174:3, 174:10, 174:12, 174:13, 174:14, 174:18, 175:2, 175:10, 175:16, 175:17, 175:20, 175:23, 176:4, 176:6, 176:12, 176:15, 176:17, 176:18, 176:20, 177:6, 177:7, 177:8, 177:12, 177:18, 177:24, 178:15, 178:20, 178:25, 179:15, 179:18, 179:19, 179:22, 180:4, 180:7, 180:14, 180:19, 180:22, 180:25, 181:5, 181:7, 181:11, 181:13, 182:1, 182:3, 182:5, 182:15, 182:17, 182:19, 182:24, 182:25, 183:6, 183:10, 183:13, 183:14, 183:21, 183:25, 184:4, 184:9, 184:16, 184:18, 184:21, 185:4, 185:5, 185:8, 185:11, 185:13, 185:17, 185:20, 185:21, 185:24, 186:7, 186:13, 187:4, 187:13, 187:18, 187:20, 187:22, 187:24, 188:2, 188:4, 188:6, 188:10, 188:13, 188:15, 188:17, 188:19, 188:22, 189:1, 189:3, 189:6, 189:7, 189:10, 189:11, 189:17, 189:18, 189:20, 190:2, 190:8, 190:15, 190:16, 190:17, 190:20, 190:24, 191:13, 191:14, 191:20, 191:25, 192:1, 192:4, 192:10, 192:15, 192:17, 192:19, 192:24, 193:3, 193:11, 193:12, 193:14, 193:19, 193:25, 194:5, 194:8, 194:11, 194:23, 194:24, 195:10, 195:14, 195:18, 195:23, 196:1, 196:9, 196:17, 196:22, 196:24, 197:7, 197:8, 197:15, 197:17, 197:18, 197:23, 198:9, 198:11, 198:15, 198:18, 198:24, 199:1, 199:3, 199:23, 200:1, 200:6, 200:8, 200:11, 200:17, 200:19, 200:24, 201:4, 201:10, 201:11, 201:14, 202:3, 202:7, 202:9, 202:11, 202:13, 202:15, 202:20, 203:1, 203:3, 203:8, 203:21, 204:2, 204:5, 204:9, 204:17, 205:4, 205:5, 205:6, 205:9, 205:12, 205:13, 205:17, 205:20, 206:2, 206:9, 206:10, 206:13, 206:18, 206:22, 206:24, 207:9, 207:17, 207:24, 208:2, 208:8, 208:14, 208:19, 208:20, 208:21, 209:9, 209:13, 209:22, 209:25, 210:3, 210:10, 210:12, 210:22, 211:2, 211:5, 211:8, 211:14, 211:20, 212:2, 212:9, 212:18, 212:21, 212:24, 213:1, 213:7, 213:12, 213:21, 213:24, 214:5, 214:10, 214:12, 214:19, 214:20, 214:23, 215:4, 215:15, 215:18, 215:21, 215:24, 216:10, 216:17, 216:19, 216:22, 216:24, 216:25, 217:7, 217:15, 217:25, 218:8, 218:11, 218:20, 218:23, 218:24, 219:2, 219:9, 219:10, 219:12, 219:15, 219:19, 219:21, 220:2, 220:4, 220:8, 220:10, 220:12, 220:15, 220:17, 220:18, 220:22, 221:2, 221:8, 221:14, 221:17, 221:18, 221:21, 221:24, 221:25, 222:7, 222:9, 222:11, 222:16, 222:21, 222:22, 222:23, 222:24, 223:8, 223:11, 223:13, 223:16, 223:17, 223:20, 223:24, 224:1, 224:5, 224:6, 224:11, 224:17, 224:23, 224:24, 225:7, 225:8, 225:9, 225:10, 226:9, 226:12, 226:16, 227:3, 227:4, 227:10, 227:16, 227:19, 227:20, 227:21, 227:24, 227:25, 228:3, 228:6, 228:9, 228:17, 228:21, 228:23, 229:8, 229:9, 229:12, 229:14, 229:18, 230:1

**You** [2] - 112:1, 205:5

**you'd** [1] - 99:9

**you'll** [2] - 49:23, 228:17

**you're** [93] - 7:6, 7:15, 7:16, 9:6, 9:14, 25:2, 25:8, 27:11, 30:12, 32:1, 38:2, 38:4, 39:24, 42:19, 42:20, 42:21, 43:4, 44:8, 57:6, 57:10, 57:24, 59:9, 65:7, 70:4, 70:8, 70:12, 70:16, 70:19, 70:20, 71:1, 72:13, 72:14, 73:4, 74:16, 75:13, 75:21, 76:5, 76:16, 77:9, 77:22, 78:9, 78:18, 78:22, 79:1, 79:3, 79:15, 94:6, 95:12, 98:21, 101:12, 110:14, 111:23, 124:9, 126:11, 132:6, 133:8, 133:11, 134:25, 137:16, 138:11, 141:13, 141:17, 141:18, 142:12, 144:4, 144:25, 150:25, 155:21, 156:13, 156:14, 157:10, 157:15, 158:15, 160:7, 177:2, 177:21, 178:12, 178:18, 182:25, 185:2, 190:21, 190:25, 191:1, 191:3, 201:6, 204:13, 210:19, 219:11, 227:15, 228:22, 229:6

**you've** [14] - 35:19, 41:11, 41:12, 46:1, 61:13, 109:13, 131:22, 131:24, 151:14, 153:15, 208:24, 219:18, 220:14
**your** [267] - 6:12, 6:13, 7:3, 7:5, 7:6, 7:21, 9:21, 9:24, 10:21, 10:24, 11:19, 11:24, 12:9, 12:10, 13:9, 13:16, 14:8, 17:16, 20:6, 22:12, 24:7, 24:25, 25:12, 25:18, 25:20, 26:20, 26:25, 27:8, 27:13, 27:19, 28:24, 29:9, 29:25, 31:15, 32:3, 32:7, 32:18, 33:3, 33:9, 34:3, 35:1, 35:4, 35:5, 35:10, 40:2, 40:4, 40:5, 41:10, 41:14, 42:3, 42:5, 43:17, 44:1, 44:10, 44:20, 44:21, 45:12, 45:13, 45:16, 46:2, 46:21, 48:19, 48:23, 49:1, 51:11, 51:13, 51:22, 52:6, 52:13, 52:14, 52:23, 53:2, 53:13, 54:11, 55:25, 56:25, 57:11, 57:15, 58:2, 59:5, 59:20, 60:8, 60:12, 60:23, 62:7, 62:23, 63:24, 65:4, 65:13, 66:12, 66:18, 67:5, 67:10, 68:12, 68:16, 68:25, 69:10, 69:20, 70:1, 70:4, 70:5, 70:7, 70:16, 72:19, 73:1, 73:15, 75:22, 78:11, 78:18, 78:23, 79:22, 80:4, 80:8, 82:8, 83:20, 88:19, 88:21, 89:19, 91:8, 91:18, 91:21, 92:2, 92:12, 92:24, 94:12, 97:3, 98:17, 100:13, 100:22, 102:6, 102:17, 104:1, 104:2, 104:4, 104:7, 104:9, 104:25, 105:5, 106:9, 107:15, 109:13, 111:21, 113:7, 113:19, 114:18, 114:21, 114:25, 115:5, 115:6, 115:15, 115:16, 116:3, 116:8, 116:12, 120:2, 120:4, 121:1, 122:21, 123:8, 124:16, 125:12, 125:17, 125:24, 128:5, 128:14, 129:7, 129:12, 129:21, 130:18, 131:22, 131:24, 132:23, 133:16, 133:17, 133:25, 136:9, 136:15, 137:25, 140:19, 143:20, 144:10, 146:8, 148:8, 149:5, 149:15, 149:25, 150:12, 151:3, 151:6, 152:14, 152:22, 154:7, 154:15, 154:18, 155:8, 155:19, 156:1, 159:4, 159:15, 159:24, 161:6, 162:16, 167:20, 168:4, 171:18, 171:25, 172:25, 173:17, 175:3, 175:18, 179:23, 180:22, 181:16, 182:10, 182:20, 187:25, 189:8, 190:3, 192:22, 197:15, 198:12, 203:11, 206:12, 206:18, 207:6, 207:16, 207:20, 208:3, 208:4, 208:8, 208:24, 209:8, 211:9, 212:8, 212:15, 213:1, 213:5, 213:9, 213:21, 214:9, 214:16, 215:25, 217:4, 217:13, 219:1, 220:9, 220:10, 220:23, 221:21, 221:22, 222:5, 222:17, 222:23, 222:24, 223:12, 223:17, 223:20, 224:7, 224:12, 224:18, 225:10, 228:20, 229:4
**yourself** [10] - 27:9, 58:24, 91:7, 92:22, 93:22, 131:9, 132:11, 134:17, 146:5, 171:6

## Z

**Zero** [1] - 170:6
**zero** [2] - 170:15, 225:23
**Zoom** [1] - 127:6